UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. | ) |
| Plaintiff, | ) Case No. |
| v. | ) |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) |
| Defendants. | ) |

**PLAINTIFF KOTVA A.S.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, plaintiff Kotva a.s. states that it has no parent corporation. Kotva a.s. further states that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

Kotva a.s.

By their attorneys,

_____
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Dana A. Zakarian BBO# 641058
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: April 6, 2005