# UNITED STATES DISTRICT COURT

District of __Massachusetts__

KOTVA a.s.

V.

ANDREW WEISS and
WEISS ASSET MANAGEMENT, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 10679 PBS**

TO: (Name and address of Defendant)

Andrew Weiss
46 Abbotsford Rd.
Brookline, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel G. Beckman
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, MA 02116

617-778-9100

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_(signature)_

(By) DEPUTY CLERK



APR 06 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 7, 2005 |
| NAME OF SERVER (PRINT)  Dominic Rivers | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies there of at the defendant's dwelling house and usual place of abode, pursuant to Federal Rule of Civil Procedure 4 (e) (1).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 7, 2005       [signature]
                Date              Signature of Server

6 Beacon St. #825  Boston, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.