# UNITED STATES DISTRICT COURT

District of Massachusetts

KOTVA a.s.

**SUMMONS IN A CIVIL CASE**

V.

ANDREW WEISS and

WEISS ASSET MANAGEMENT, LLC

CASE NUMBER:

**05c 10679 PBS**

TO: (Name and address of Defendant)

Weiss Asset Management, LLC
29 Commonwealth Ave.
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel G. Beckman
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, MA 02116

617-778-9100

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 0 6 2005

CLERK

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. #05-CV-10679-PBS

------------------------------------ X
KOTVA a.s.

      Plaintiff,

VS.

ANDREW WEISS and WEISS ASSET MANAGEMENT

      Defendants,
------------------------------------ X

## RETURN OF SERVICE

    I, Dominic H. Rivers being duly sworn, deposes and says that he is over the age of eighteen years, and is not a party to this action.

    That at approximately 2:30pm on the 12th day of April 2005, I served a copy of a SUMMONS and COMPLAINT to defendant WEISS ASSET MANAGEMENT, LLC at the office of Weiss Asset Management, LLC, 29 Commonwealth Ave., 10th Floor, Boston, MA, upon JOHN DOE, a white male appearing to be in his early thirties, approximately 5'9" 140 lbs., with a closely-shaved short dark haircut. John Doe refused to provide me with his name, but when asked said he was not Andrew Weiss. He refused to take the papers from my hand, so I dropped them at his feet. After I informed him that he had been served, he kicked the papers out of the office, and slammed the door. I left the papers in the hallway, and exited the building.

    Prior to making service on this day, I had also attempted service at the 10th Floor office twice on April 7, and once on April 8. On all occasions, persons in the office informed me that no one currently at the office was authorized to accept service of process. I attempted to enter the building to attempt service on April 11, but building security prevented me from doing so.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

                                                   Dominic H. Rivers

Subscribed and sworn before me this 13th Day of April, 2005:

                                                Keith Wheeler KEITH WHEELER, Notary Public
                                                Notary Public My Commission Expires June 5, 2009