UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | C.A. No. 05-10679-PBS |
|  ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC, ) | |
|  ) | |
| Defendants. ) | |
|  ) | |

## ASSENTED-TO MOTION TO ENLARGE TIME TO ANSWER COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Andrew Weiss and Weiss Asset Management LLC hereby move to enlarge the time to answer the Complaint up to and including May 13, 2005. The plaintiff, Kotva a.s., has assented to this motion.

> Respectfully Submitted,
> ANDREW WEISS and WEISS ASSET
> MANAGEMENT LLC
>
> By their attorneys,
>
>
> /s/ Benjamin A. Goldberger
> Edward P. Leibensperger (BBO# 292620)
> Michael Kendall (BBO# 544866)
> Benjamin A. Goldberger (BBO# 654357)
> McDermott Will & Emery LLP
> 28 State Street
> Boston, Massachusetts 02109-1775
> (617) 535-4000

Dated: April 28, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that counsel for all parties conferred and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Kotva a.s. has assented to this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

## CERTIFICATE OF SERVICE

I, Benjamin A. Goldberger, hereby certify that on the 28th day of April, 2005, a true and correct copy of the foregoing document was served by electronic mail on counsel of record for each other party.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1456020-1.072198.0012