UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>      Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>      Defendants. | Case No. 05-10679-PBS |

## ASSENTED-TO MOTION TO ENLARGE TIME TO ANSWER COUNTER-CLAIM

Pursuant to Federal Rules of Civil Procedure 6(b), plaintiff Kotva a.s. herby moves to enlarge time to respond to the counter-claim up to and including June 17, 2005. Defendants Andrew Weiss and Weiss Asset Management LLC have assented to this motion.

          Respectfully submitted,

          Kotva a.s.

          By their attorneys,

            /s/ Dana A. Zakarian
          Joel G. Beckman BBO#553086
          William C. Nystrom BBO#559656
          Dana A. Zakarian BBO# 641058
          Nystrom Beckman & Paris LLP
          10 St. James Ave., 16th Floor
          Boston, Massachusetts 02116
          (617) 778-9100
          (617) 778-9110 (fax)

Dated: May 26, 2005

## **LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION**

  I, Dana A. Zakarian, hereby certify that counsel for all parties conferred and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for the defendants has assented to this motion.

              /s/ Dana A. Zakarian