```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| KOTVA, A.S. | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-10679-PBS |
| | ) |
| ANDREW WEISS and WEISS ASSET | ) |
| MANAGEMENT, LLC, | ) |
| Defendants. | ) |

### ORDER OF RECUSAL

June 7, 2005

Saris, U.S.D.J.

I recuse myself on the ground that I know one of the parties.

**S/PATTI B. SARIS**
United States District Judge