# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil No. 05-10679

Title: Kotva, A.S. v. Andrew Weiss and Weiss Asset Managment, LLC

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge Saris has been reassigned to Judge Lindsay for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials RCL.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Christine M. Patch
         Deputy Clerk

Date:  6/9/05

(Notice of LR40.1 Reassign.wpd - 3/7/2005)