UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| KOTVA a.s. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-10679-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW WEISS and WEISS ASSET | ) | |
| MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COUNTER-CLAIM</u>**

Pursuant to Federal Rules of Civil Procedure 6(b), plaintiff Kotva a.s. herby moves to enlarge time to respond to the First Amended Counter-Claim up to and including June 29, 2005. Defendants Andrew Weiss and Weiss Asset Management LLC have assented to this motion.

Respectfully submitted,

Kotva a.s.

By their attorneys,

 /s/ Dana A. Zakarian
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Dana A. Zakarian BBO# 641058
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: June 24, 2005

**LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION**

     I, Dana A. Zakarian, hereby certify that counsel for all parties conferred and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for the defendants has assented to this motion.

                         /s/ Dana A. Zakarian