UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>           Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>           Defendants. | )<br>)<br>)<br>)<br>) Case No. 05-10679-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel and counsel for the defendant/counterclaim plaintiff, Benjamin Goldberger, conferred by telephone on June 30, 2005 and cannot agree to the issues raised in plaintiff's Motion To Dismiss The Counterclaims and/or to Strike Kt Inc. and CVF Investments as "Counterclaim Plaintiffs."

                                            /s/ Dana Zakarian
                                            Dana Zakarian
                                            Nystrom Beckman & Paris LLP
                                            10 St. James Ave., 16th Floor
                                            Boston, Massachusetts 02116
                                            (617) 778-9100
Dated: June 30, 2005                 (617) 778-9110 (fax)