UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-RCL |

**ASSENTED-TO MOTION TO ENLARGE TIME
TO SUBMIT OPPOSITION TO MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(b)(2), counterclaim-plaintiffs Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments, Ltd. hereby move to enlarge the time to submit their opposition to counterclaim-defendant Kotva a.s.'s Motion to Dismiss up to and including July 25, 2005.  Kotva a.s. has assented to this motion.

Respectfully Submitted,
ANDREW WEISS, WEISS ASSET
MANAGEMENT LLC, K T, INC. and CVF
INVESTMENTS, LTD.

By their attorneys,


/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: July 12, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that I conferred with Dana Zakarian, counsel for Kotva a.s., and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Kotva a.s. has assented to this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1465244-1.072198.0012