AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KOTVA A.S.

v.

ANDREW WEISS, et al.

**APPEARANCE**

Case Number: 05-10679-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2005 | *[signature]* Edward P. Leibensperger |
| Date | Signature |

Edward P. Leibensperger — 292620
Print Name — Bar Number

McDermott Will & Emery LLP 28 State Street
Address

Boston — MA — 02109
City — State — Zip Code

(614) 535-4000 — (617) 535-3800
Phone Number — Fax Number