UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>      Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC,<br><br>      Defendants.<br><br>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD.,<br><br>      Counterclaim-plaintiffs,<br><br>v.<br><br>KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5,<br><br>      Counterclaim-defendants. | C.A. No. 05-10679-RCL |

### MOTION FOR ORDER FOR CIVIL RICO CASE STATEMENT, OR IN THE ALTERNATIVE TO COMPEL RESPONSE TO INTERROGATORY, OR IN THE ALTERNATIVE FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES *NUNC PRO TUNC*

Andrew Weiss ("Weiss") and Weiss Asset Management LLC ("WAM") (collectively, the "Defendants") hereby move for an Order for Civil RICO Case Statement, or in the alternative to compel a response to their interrogatory incorporating such a statement, or in the alternative for leave to serve additional interrogatories *nunc pro tunc*. The basis for this Motion is set forth in the accompanying Memorandum.

Respectfully Submitted,

ANDREW WEISS and WEISS ASSET

By their attorneys,

/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

Dated: September 23, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that counsel for the Defendants conferred with counsel for Kotva, a.s., and attempted in good faith to resolve or narrow the issues presented by this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

## LOCAL RULE 37.1 CERTIFICATE OF COMPLIANCE

I, Benjamin A. Goldberger, hereby certify that counsel for the Defendants have complied with the provisions of Local Rule 37.1.  Details are contained in the memorandum submitted with this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1472565-1.072198.0012