UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-RCL |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS, AND FOR EXPENSES AND SANCTIONS

Pursuant to Federal Rules of Civil Procedure 34 and 37, Andrew Weiss ("Weiss"), Weiss Asset Management LLC ("WAM"), K T, Inc. ("K T") and CVF Investments Ltd. ("CVF") (collectively, the "Discovering Parties") hereby move to compel production of documents in response to their First Request for Production of Documents and for their expenses associated with this motion and sanctions pursuant to Federal Rule of Civil Procedure 37(a). More specifically, the Court should: (1) order Kotva to produce all documents; (2) sanction Kotva for

BST99 1472566-1.072198.0012

its past refusal to make that production; (3) require Kotva to meet its burden of establishing that a protective order is appropriate for each and every document it contends contains confidential business information; and (4) compel responses to Request Nos. 21, 23, 25, 28, 35–41, 44 and 45.  The basis for this Motion is set forth more fully in the accompanying Memorandum.

    Respectfully Submitted,

    ANDREW WEISS, WEISS ASSET
    MANAGEMENT LLC, K T INC. and CVF
    INVESTMENTS LTD.

    By their attorneys,

    /s/ Benjamin A. Goldberger
    Edward P. Leibensperger (BBO# 292620)
    Benjamin A. Goldberger (BBO# 654357)
    McDermott Will & Emery LLP
    28 State Street
    Boston, Massachusetts  02109-1775
    (617) 535-4000

Dated: September 23, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that counsel for the Discovering Parties conferred with counsel for Kotva, a.s., and attempted in good faith to resolve or narrow the issues presented by this motion.

    /s/ Benjamin A. Goldberger
    Benjamin A. Goldberger

## LOCAL RULE 37.1 CERTIFICATE OF COMPLIANCE

I, Benjamin A. Goldberger, hereby certify that counsel for the Discovering Parties have complied with the provisions of Local Rule 37.1.  Details are contained in the memorandum submitted with this motion.

    /s/ Benjamin A. Goldberger
    Benjamin A. Goldberger