UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br>    Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br>    Defendants. <br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br>    Counterclaim-plaintiffs, <br><br> v. <br<br> KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, <br><br>    Counterclaim-defendants. | C.A. No. 05-10679-RCL |

## MOTION TO APPOINT DISCOVERY MASTER

Pursuant to Federal Rules of Civil Procedure 16 and 53, Andrew Weiss ("Weiss"), Weiss Asset Management LLC ("WAM"), K T, Inc. ("K T") and CVF Investments Ltd. ("CVF") (collectively, the "Discovering Parties") hereby move that this Court appoint a discovery master to assist the Court in resolving discovery disputes in this case in an effective and timely manner so as to "secure the just, speedy, and inexpensive determination of [this] action." FED. R. CIV. P. 1.  The basis for this Motion is set forth in the accompanying Memorandum.

        Respectfully Submitted,

        ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T INC. and CVF INVESTMENTS LTD.

        By their attorneys,

        /s/ Benjamin A. Goldberger
        Edward P. Leibensperger (BBO# 292620)
        Benjamin A. Goldberger (BBO# 654357)
        McDermott Will & Emery LLP
        28 State Street
        Boston, Massachusetts  02109-1775
        (617) 535-4000

Dated: September 23, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

    I, Benjamin A. Goldberger, hereby certify that counsel for the Discovering Parties conferred with counsel for Kotva, a.s., and attempted in good faith to resolve or narrow the issues presented by this motion.

        /s/ Benjamin A. Goldberger
        Benjamin A. Goldberger

## LOCAL RULE 37.1 CERTIFICATE OF COMPLIANCE

    I, Benjamin A. Goldberger, hereby certify that counsel for the Discovering Parties have complied with the provisions of Local Rule 37.1.  Details are contained in the memorandum submitted with this motion.

        /s/ Benjamin A. Goldberger
        Benjamin A. Goldberger

BST99 1472564-1.072198.0012