UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s.,                         )<br>                                     )<br>         Plaintiff,                 )<br>                                     )<br>         v.                          )<br>                                     )<br> ANDREW WEISS and WEISS ASSET        )<br> MANAGEMENT, LLC                     )<br>                                     )<br>         Defendants.                 )<br>                                     ) | Case No. 05-10679-RCL |

## UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO MOTIONS

Pursuant to Federal Rules of Civil Procedure 6(b), plaintiff Kotva a.s. herby moves to enlarge time up to and including October 21, 2005 to respond to defendants' motions (1) for order for civil RICO case statement, or in the alternative to compel response to interrogatory, or in the alternative for leave to serve additional interrogatories *nun pro tunc* (Docket #20); (2) to compel production of documents, and for expenses and sanctions (Docket #22); and (3) to appoint discovery master (Docket #24).

Plaintiff asks for this brief extension because its counsel are engaged in jury trial before Judge van Gestel in the Massachusetts Superior Court Business Litigation Session. That trial, which began on September 21, 2005, is not expected to conclude until at least October 7, 2005.

Defendants have stated that they will not oppose this motion.

        Respectfully submitted,

        Kotva a.s.

        By its attorneys,

        /s/ Dana A. Zakarian
        Joel G. Beckman BBO#553086
        William C. Nystrom BBO#559656
        Dana A. Zakarian BBO# 641058
        Nystrom Beckman & Paris LLP
        10 St. James Ave., 16th Floor
        Boston, Massachusetts 02116
        (617) 778-9100
        (617) 778-9110 (fax)

Dated: September 29, 2005

## **LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION**

I, Dana A. Zakarian, hereby certify that counsel for all parties conferred and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for defendants has stated that defendants will not oppose this motion. Specifically, they stated that "In view of Kotva's counsel's trial commitments, the Discovering Parties will not file an opposition to this Motion. However, the Discovering Parties do not assent to the extension of time as it is their position that Kotva is withholding documents that should have been produced already."

        /s/ Dana A. Zakarian