UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>   Plaintiff,<br><br> v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC,<br><br>   Defendants.<br><br>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD.,<br><br>   Counterclaim-plaintiffs,<br><br> v.<br><br>KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5,<br><br>   Counterclaim-defendants. | C.A. No. 05-10679-RCL |

**CERTIFICATE OF SERVICE**

2

I hereby certify that a copy of the Motion to Extend Time to Serve Foreign Defendant (Document No. 27) and this Certificate of Service was served via first class mail on the following counsel for Forminster Enterprises, Ltd. this 14th day of October, 2005.

Jeffrey D. Clements
Clements & Clements, LLP
50 Federal Street
Boston, MA 02110

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

Dated: October 14, 2005

BST99 1476907-1.072198.0012