UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>　　　　　Defendants. | Case No. 05-10679-RCL |

**OPPOSITION TO DEFENDANTS' MOTION
TO APPOINT DISCOVERY MASTER**

　　　　Defendants' obvious strategy in this litigation is to derail an otherwise straightforward claim by cluttering the case with new parties (who are not subject to the jurisdiction of this Court) and specious counterclaims (which are the subject of a pending motion to dismiss). Defendants also have bombarded plaintiff, Kotva a.s. ("Kotva"), with oppressive discovery requests (including 48 interrogatories and 46 document requests), and are now insisting that Kotva seek a separate protective order for each and every confidential document netted in these broad requests. The request for the appointment of a discovery master is merely their latest effort to distract the focus of the case from Defendants' blackmail scheme and drive up the price of the litigation.

　　　　Rather than appointing a discovery master, Kotva respectfully requests that the Court direct all discovery matters (including defendants' two pending motions, Docket Nos. 20 & 22) to Magistrate Judge Collings. Resolution of discovery disputes by the Magistrate, as opposed to

a discovery master, will control the costs of litigation and will reign in defendants' efforts to exponentially expand the scope of this action.

                                    Respectfully submitted,

                                    Kotva a.s.

                                    By its attorneys,

                                    /s/ Dana A. Zakarian
                                  Joel G. Beckman BBO#553086
                                  William C. Nystrom BBO#559656
                                  Dana A. Zakarian BBO# 641058
                                  Nystrom Beckman & Paris LLP
                                  10 St. James Ave., 16th Floor
                                  Boston, Massachusetts 02116
                                  (617) 778-9100
                                  (617) 778-9110 (fax)

Dated: October 21, 2005