UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC,<br><br>       Defendants.<br><br>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD.,<br><br>       Counterclaim-plaintiffs,<br><br>v.<br><br>KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5,<br><br>       Counterclaim-defendants. | C.A. No. 05-10679-RCL |

**ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

Counterclaim-plaintiffs Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments, Ltd. (collectively, the "Movants") hereby move to continue the scheduling conference currently set for November 21, 2005, at 9:00 a.m. to the morning of November 29, 2005 or some other date and time of the Court's choosing. In support of this Motion, the Movants state:

    1.    Lead counsel for the Movants is also counsel for one of the defendants in *Davis Electric Constructors, Inc. v. Watkins Engineers & Constructors, Inc.*, C.A. No. 02-0694 in the

U.S. District Court for the Northern District of California. On October 11, 2005, the court set a hearing on post-trial motions for which lead counsel for the Movants must travel to California on November 21, 2005.

2. Counsel for the Movants and counsel for Kotva a.s. are available on November 29, 2005.

3. Counsel for the Movants spoke to the Deputy Clerk this morning and understands that the Court may be available on the morning of November 29, 2005.

4. Kotva a.s. has assented to this motion.

>Respectfully Submitted,
>
>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD.
>
>By their attorneys,
>
>/s/ Benjamin A. Goldberger
>Edward P. Leibensperger (BBO# 292620)
>Benjamin A. Goldberger (BBO# 654357)
>McDermott Will & Emery LLP
>28 State Street
>Boston, Massachusetts 02109-1775
>(617) 535-4000

Dated: November 1, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that I conferred with counsel for Kotva a.s., and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Kotva a.s. has assented to this motion.

>/s/ Benjamin A. Goldberger
>Benjamin A. Goldberger

BST99 1479122-1.072198.0012