UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KOTVA a.s.,

    Plaintiff,

v.

ANDREW WEISS and
WEISS ASSET MANAGEMENT, LLC,

    Defendants.

ANDREW WEISS;
WEISS ASSET MANAGEMENT, LLC;
K T, INC.; and
CVF INVESTMENTS, LTD.,

    Counterclaim-Plaintiffs,

v.

KOTVA a.s.; MARTIN BENDA;
RICHARD HARAZIM;
FORMINSTER ENTERPRISES, LTD.;
SPV CO and JOHN DOES 1-5,

    Counterclaim-Defendants.

Civil Action No. 05-10679-RCL

**FORMINSTER ENTERPRISES, LTD.'S CERTIFICATION
PURSUANT TO LOCAL RULE 7.1**

    I, Jeffrey D. Clements, counsel for Forminster Enterprises, Ltd. ("FEL"), hereby certify that I have conferred with counsel for Andrew Weiss; Weiss Asset Management LLC; K T, INC.; and CVF Investments and that we have attempted in good faith to resolve or to narrow the issues raised by FEL's motion to dismiss.

Respectfully submitted,

        FORMINSTER ENTERPRISES, LTD.

        by its attorneys,

        /s/ Jeffrey D. Clements
        _____
        Jeffrey D. Clements, BBO #632544
        Ingrid S. Martin, BBO #653632
        Clements & Clements, LLP
        50 Federal Street
        Boston, MA 02110
        617- 451-1800

DATED: November 17, 2005

### CERTIFICATE OF SERVICE

I, Jeffrey D. Clements, hereby certify that a copy of the foregoing document was served by electronic filing to counsel of record for the Counterclaim-Plaintiffs on November 17, 2004

        /s/ Jeffrey D. Clements
        _____