UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KOTVA a.s., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, | | |
| Defendants. | | C.A. No. 05-10679-RCL |
| ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., | | |
| Counterclaim-plaintiffs, | | |
| v. | | |
| KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, | | |
| Counterclaim-defendants. | | |

**ASSENTED-TO MOTION TO ENLARGE TIME
TO SUBMIT OPPOSITION TO MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(b)(2), counterclaim-plaintiffs Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments, Ltd. hereby move to enlarge the time to submit their opposition to counterclaim-defendant Forminster Enterprises Ltd.'s Motion to Dismiss up to and including January 9, 2006. In support of their Motion, movants state:

1. On September 9, 2005, Forminster Enterprises Ltd. was served with the counterclaim in this case pursuant to the Hague Convention.

2. Counsel for the movants assented to extensions of time to respond to the counterclaim up to and including November 14, 2005.

3. On November 14, 2005, Forminster Enterprises Ltd. filed a motion to dismiss the counterclaim for lack of personal jurisdiction (the "Motion to Dismiss").

4. In view of the upcoming holidays and other scheduling issues, the movants request an extension of time up to and including January 9, 2006 to respond to the Motion to Dismiss.

5. Forminster Enterprises Ltd. has assented to this extension.

                Respectfully Submitted,

                ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD.

                By their attorneys,

                /s/ Benjamin A. Goldberger
                Edward P. Leibensperger (BBO# 292620)
                Benjamin A. Goldberger (BBO# 654357)
                McDermott Will & Emery LLP
                28 State Street
                Boston, Massachusetts 02109-1775
                (617) 535-4000

Dated: November 23, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that I conferred with Jeffrey Clements and Ingrid Martin, counsel for Forminster Enterprises Ltd., and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Forminster Enterprises Ltd. has assented to this motion.

                /s/ Benjamin A. Goldberger
                Benjamin A. Goldberger

BST99 1482299-1.072198.0012