UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. | ) |
| Plaintiff, | ) Case No. 05-10679-RCL |
| v. | ) |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) |
| Defendants. | ) |

**MOTION OF COUNTERCLAIM DEFENDANTS RICHARD HARAZIM AND MARTIN BENDA TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(2), counterclaim defendants Richard Harazim ("Harazim") and Martin Benda ("Benda") move to dismiss the claims against them for lack of personal jurisdiction. Neither Benda nor Harazim have <u>any</u> contacts with Massachusetts. Specifically, they do not:

- transact or solicited business in Massachusetts;

- engage in a persistent course of conduct, or derive substantial revenues from goods used or consumed, or services rendered in Massachusetts;

- own or rent property in Massachusetts; or

- maintain telephone numbers, mailing addresses, or bank accounts in Massachusetts.

WHEREFORE, for the reasons stated in the supporting memorandum of law, Benda and Harazim respectfully request that the Court dismiss the counterclaims against them.

        Respectfully submitted,

        Richard Harazim and Martin Benda

        By their attorneys,

        __/s/ Joel G. Beckman_____
        Joel G. Beckman BBO#553086
        William C. Nystrom BBO#559656
        Dana A. Zakarian BBO# 641058
        Nystrom Beckman & Paris LLP
        10 St. James Ave., 16th Floor
        Boston, Massachusetts 02116
        (617) 778-9100
        (617) 778-9110 (fax)

Dated: November 30, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel and counsel for the defendant/counterclaim plaintiff, Benjamin Goldberger, conferred by telephone on November 29, 2005 and cannot agree to the issues raised in the motion of counterclaim defendants Richard Harazim and Martin Benda to dismiss for lack of personal jurisdiction.

        /s/ Dana Zakarian__