UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br>)<br>Defendants. )<br>) | Case No. 05-10679-RCL |

**AFFIDAVIT OF MARTIN BENDA**

I, Martin Benda, being duly sworn, state as follows:

1.   I am a national of the Czech Republic, and live in the Czech Republic.

2.   I have never transacted business, solicited business, engaged in a persistent course of conduct, or derived substantial revenues from goods used or consumed, or services rendered in Massachusetts.

3.   I do not own or rent any property, or maintain any bank accounts in Massachusetts.

4.   I do not have a telephone number or mailing address in Massachusetts.

5.   I have never personally initiated a lawsuit in Massachusetts.

6.   I am the Chairman of the Supervisory Board of Kotva, a.s. ("Kotva").[1]

7.   Contrary to defendants' assertions, there is no such thing as the "Forminster Group."

---

[1] Effective September 13, 2005, Kotva changed its name to K-T-V Invest, a.s. This name change was precipitated by the sale of the "Kotva" trade name along with the department store. Kotva, a.s. and K-T-V Invest, a.s. are collectively referred to as "Kotva."

1

2

8. Neither Kotva nor I are "controlled by" the "Forminster Group," FEL, or any other individual or entity.

9. Contrary to defendants' assertions, no person or entity instructed me to cause Kotva to file this lawsuit in 2005. Rather, the Kotva's Board of Directors made the decision to file this lawsuit in order to seek redress for the damages caused by defendants' blackmail scheme. Neither Richard Harazim nor I were on the Board of the Directors when that decision was made.

10. All of my dealings with defendants have been in my capacity as a director of Kotva—not in my individual capacity. Indeed, defendants have sued me in my individual capacity to harass me.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 30th DAY OF NOVEMBER, 2005.

_____
Martin Benda

3