UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. ) | |
| ) | |
| Plaintiff, ) | Case No. 05-10679-RCL |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF RICHARD HARAZIM

I, Richard Harazim, being duly sworn, state as follows:

1. I am a national of the Czech Republic, and live in the Czech Republic.

2. I have never transacted business, solicited business, engaged in a persistent course of conduct, or derived substantial revenues from goods used or consumed, or services rendered in Massachusetts.

3. I do not own or rent any property, or maintain any bank accounts in Massachusetts.

4. I do not have a telephone number or mailing address in Massachusetts.

5. I have never personally initiated a lawsuit in Massachusetts.

6. I am the Chief Executive Officer of Kotva, a.s. ("Kotva") and have served in that position since the summer of 2000.[1]

---

[1] Effective September 13, 2005, Kotva changed its name to K-T-V Invest, a.s. This name change was precipitated by the sale of the "Kotva" trade name along with the department store. Kotva, a.s. and K-T-V Invest, a.s. are collectively referred to as "Kotva."

1

7. Kotva is public company incorporated in the Czech Republic. Kotva's offices are located at Prague, Czech Republic. Kotva, through its wholly owned subsidiaries, owned and operated the Kotva Shopping Centre in Prague, Czech Republic ("Shopping Centre"), until March 2005. The Shopping Centre opened in 1975 and is the largest department store in the Czech Republic.

8. In or about 1995, Kotva became a publicly traded company on the Czech Securities Market.

9. There are approximately 694,209 outstanding shares of Kotva stock. Kotva's three largest shareholders are: (1) Forminster Enterprises, Limited ("FEL"), with approximately 55.46% of the outstanding stock (385,038 shares); (2) Ardmore Risk Management Limited ("Ardmore"), with approximately 14.08% of the outstanding stock (97,753 shares); and (3) HSBC Bank, plc. ("HSBC"), with approximately 11.68% of the outstanding stock (81,082 shares).

10. Information about Kotva, including its General Meeting announcements, semiannual reports, annual reports, and the identities of the members its Board of Directors and Supervisory Board are publicly available on-line at Kotva's website (www.od-kotva.cz) as well as the Czech Securities Exchange website (www.sec.cz).

11. Kotva has no business in Massachusetts. Kotva has no clients, partners, offices or agents, telephone numbers, or mailing addresses in Massachusetts. Kotva does not own, rent, or use any property or maintain any bank accounts in Massachusetts, and is not registered with any Massachusetts agency to conduct any business in the Commonwealth. Kotva does not solicit any business in Massachusetts, engage in any persistent course of conduct in

Massachusetts, or derive substantial revenues from goods used or consumed, or services rendered in Massachusetts.

12.     Kotva has no business in the United States.  Kotva has no clients, partners, offices, agents, telephone numbers, or mailing addresses in the United States.  Kotva does not own, rent, or use any property or maintain any bank accounts in United States, and is not registered with any state or federal agency to conduct any business in the United States.  Kotva does not solicit any business in the United States, engage in any persistent course of conduct in the United States, or derive substantial revenues from goods used or consumed, or services rendered in the United States.

13.     Contrary to defendants' assertions, there is no such thing as the "Forminster Group."

14.     Neither Kotva nor I are "controlled by" the "Forminster Group," FEL, or any other individual or entity.

15.     Kotva and FEL are separate and distinct companies.  Indeed, Kotva and FEL do not share bookkeeping, make separate tax filings, and have separate decision-making authority.  The companies have separate boards of directors, and no one who sits on FEL's board of directors also sits on Kotva's board.  Additionally, Kotva does not have any officers or employees who are also employed with FEL.

16.     In the past, from approximately November 1999 until October 2002, Martin Benda and I served on the Board of Directors of FEL.

17.     Contrary to defendants' assertions, no person or entity instructed me to cause Kotva to file this lawsuit in 2005.  Rather, the Kotva's Board of Directors made the decision to file this lawsuit in order to seek redress for the damages caused by defendants' blackmail

3

scheme. Neither Martin Benda nor I were on the Board of the Directors when that decision was made.

18.   All of my dealings with defendants have been in my capacity as an officer of Kotva—not in my individual capacity. Indeed, defendants have sued me in my individual capacity to harass me.

4

SIGNED UNDER THE PENALTIES OF PERJURY THIS 30th DAY OF NOVEMBER, 2005.

_____
Richard Harazim