UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kotva a. s., )<br>      Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>Weiss, et al )<br>      Defendants ) | Civil Action No. 05-10679-RCL |

ORDER APPOINTING DISCOVERY MASTER

In order to facilitate the prompt and efficient disposition of this case, the court makes the following orders.

1. Pursuant to Rule 53 of the Federal Rules of Civil Procedure, the court appoints Jeanne M. Kempthorne, Esq., 7 Bott's Court, Salem, Massachusetts, 01970 as Discovery Master in this matter. Ms. Kempthorne's telephone/fax number is (978) 745-4673. She may be reached by e-mail at jmk@kempthornelaw.com.

2. All pending and future discovery motions brought under Rules 26 through 37 and 45 of the Federal Rules of Civil Procedure are hereby referred to the Discovery Master. The Discovery Master promptly must resolve discovery motions made by a party to this action or by a nonparty recipient of a subpoena. (Any party serving a subpoena on a nonparty to this action must also serve the recipient thereof with a copy of this order.)

3. The Discovery Master shall have the authority to convene conferences with the parties and any nonparty recipient of a subpoena for the purposes of facilitating discovery and avoiding and resolving discovery disputes. She shall have the authority to resolve disputes concerning the

sequence, timing and manner of discovery (including the limiting or expanding of the number of discovery events, the limiting or expanding of the time within which a discovery event may be accomplished, and the issuance of protective orders).  The Discovery Master also shall have the authority to impose upon any party a non-contempt sanction provided by Rule 37 or 45, and may recommend contempt sanctions against a party and sanctions against a nonparty.   The Discovery Master shall not have the authority, however, to modify any scheduling order previously entered by the court.

    4. The plaintiff shall forthwith deliver to the Discovery Master copies of the complaint and the answers filed by the defendants.  Each party shall forthwith deliver to the Discovery Master copies of all papers it has filed in connection with pending discovery motions.  Future discovery motions, if any, and papers related to such motions shall be filed with the court and served upon the Discovery Master.  The filing and service of discovery motions shall otherwise comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules").

    5. The Discovery Master shall determine the extent of any written briefing of discovery motions, whether and to what extent hearings are required for the resolution of such motions, and the location of any such hearings.  Upon ruling on a discovery motion, the Discovery Master must state her rulings in writing, serve the written rulings on the parties (and on any nonparty recipient of a subpoena whose interests may be affected by the rulings) and file the written rulings with the court for docketing.  Once docketed, the written rulings shall constitute an order of the court, disposing of the motion in question, subject to the provisions for review set forth in paragraph 6 of this order.

6. Fed. R. Civ. P. 53(g) shall govern the standard of review applicable to rulings made by the Discovery Master. The procedure for seeking review of a ruling on the Discovery Master, however, shall be that set out in Fed. R. Civ. P. 72(a) with respect to non-dispositive matters referred to a magistrate judge. The court expects that parties and nonparties affected by rulings of the Discovery Master will exercise restraint in seeking review of rulings made by the Discovery Master; and that review will not be sought routinely, but only in those circumstances in which substantial interests of the party or nonparty seeking review are affected by the rulings of the Discovery Master. Moreover, before any party on nonparty may file with the court a motion by which review of a ruling of the Discovery Master is sought, the movant must first confer in good faith with all other parties and/or nonparties affected by the ruling, for the purpose of resolving or narrowing the issue(s) as to which review otherwise would be sought. In any motion for review of ruling of the Discovery Master, the movant must include with the motion a certificate of compliance with this provision of this order. That certification must set forth the information required by Rule 37.1 of the Local Rules. The failure of the movant to include such a certificate shall be grounds for denial, with prejudice, of the motion for review of the Discovery Master's ruling.

7. No party shall engage in ex parte communications with the Discovery Master..

8. In the case of any matter referred to the Discovery Master pursuant to this order, the Discovery Master shall be compensated at her customary hourly billing rate of $300. Unless the Discovery Master otherwise orders, on the basis of the conduct of a party with respect to a particular matter in dispute, the fees and expenses of the Discovery Master shall be borne equally by the parties involved in the particular matter referred to the Discovery Master. The Discovery

Master shall render bills monthly with respect to matters referred to her. Such bills shall be payable within thirty days from the date they are rendered. Persons and entities not named in any complaint, as parties to this action, shall not be required to contribute to the fees and expenses of the Discovery Master.

    SO ORDERED.

                                             /s/ REGINALD C. LINDSAY
                                            UNITED STATES DISTRICT JUDGE

DATED: December 13, 2005