UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC, )<br>)<br>      Defendants. )<br>)<br>ANDREW WEISS, WEISS ASSET )<br>MANAGEMENT LLC, K T, INC. and CVF )<br>INVESTMENTS, LTD., )<br>)<br>      Counterclaim-plaintiffs, )<br>)<br>v. )<br>)<br>KOTVA a.s., MARTIN BENDA, RICHARD )<br>HARAZIM, FORMINSTER ENTERPRISES, )<br>LTD., SPV CO and JOHN DOES 1–5, )<br>)<br>      Counterclaim-defendants. )<br>) | C.A. No. 05-10679-RCL |

**ASSENTED-TO MOTION OF COUNTERCLAIM-PLAINTIFFS TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF MARTIN BENDA AND RICHARD HARAZIM**

Counterclaim-plaintiffs Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments, Ltd. (the "Weiss Parties"), by and through their attorneys, hereby move to extend the time to respond to Martin Benda's and Richard Harazim's Motion to Dismiss up to and including January 6, 2006. In support of this Motion, counterclaim-plaintiffs state:

1.    On November 30, 2005, after receiving an assented-to extension of time to respond to the counterclaim, counterclaim-defendants Martin Benda and Richard Harazim filed a

Motion to Dismiss (the "Motion to Dismiss"), arguing that this Court cannot exercise personal jurisdiction over them.

2. The Weiss Parties opposition to this motion is presently due on December 14, 2005.

3. Counsel for Benda and Harazim have agreed to an extension of time to respond to the Motion to Dismiss through January 6, 2006.

4. The Weiss parties believe that they are entitled to take discovery from Benda, Harazim, and Forminster Enterprises Ltd. relating to personal jurisdiction. Counsel for each of these parties have stated that the counterclaim-defendants will object to any jurisdictional discovery. The Weiss Parties are preparing a motion seeking jurisdictional discovery, which they expect will be opposed. Additionally, over four months ago, the Weiss Parties served on plaintiff Kotva a.s. discovery requests that relate to the issue of whether this Court has personal jurisdiction over Benda, Harazim and Forminster. Kotva has yet to produce documents responsive to these requests—even documents for which it has no stated objection. Kotva's failure to live up to its discovery obligations under the Rules is the subject of a motion to compel, resolution of which will be submitted to the discovery master appointed yesterday.

5. Accordingly, the Weiss Parties will file a motion seeking an additional extension of time to respond to the motions to dismiss on personal jurisdiction grounds pending the resolution of these discovery disputes. To date, the Weiss Parties have been unable to secure the counterclaim-defendants' assent to this motion. Accordingly, the Weiss Parties presently seek

the extension to which Benda and Harazim have assented ( to January 6, 2006) while they again attempt to confer with opposing counsel about a mutually-agreeable schedule for resolving the motions to dismiss and related discovery disputes.

        Respectfully Submitted,

        ANDREW WEISS, WEISS ASSET
        MANAGEMENT LLC, K T, INC. and CVF
        INVESTMENTS, LTD.

        By their attorneys,

        /s/ Edward P. Leibensperger
        Edward P. Leibensperger (BBO# 292620)
        Benjamin A. Goldberger (BBO# 654357)
        McDermott Will & Emery LLP
        28 State Street
        Boston, Massachusetts  02109-1775
        (617) 535-4000

Dated: December 14, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

    I, Edward P. Leibensperger, hereby certify that counsel for the counterclaim-plaintiffs conferred with counsel for Benda and Harazim, and attempted in good faith to resolve or narrow the issues presented by this motion.  Counsel for Benda and Harazim assent to an extension of time up to and including January 6, 2006, but oppose any further extension.

        /s/ Edward P. Leibensperger
        Edward P. Leibensperger

BST99 1484332-1.072198.0012