UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendants. ) | C.A. No. 05-10679-RCL |
| ) | |
| ANDREW WEISS, WEISS ASSET ) | |
| MANAGEMENT LLC, K T, INC. and CVF ) | |
| INVESTMENTS, LTD., ) | |
| ) | |
| Counterclaim-plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| KOTVA a.s., MARTIN BENDA, RICHARD ) | |
| HARAZIM, FORMINSTER ENTERPRISES, ) | |
| LTD., SPV CO and JOHN DOES 1–5, ) | |
| ) | |
| Counterclaim-defendants. ) | |
| ) | |

## <u>PROOF OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 4(*l*), Andrew Weiss, Weiss Asset

Management LLC, K T, Inc., and CVF Investments, Ltd., by and through their attorneys, hereby

submit the attached proof of service.

Respectfully Submitted,

ANDREW WEISS, WEISS ASSET
MANAGEMENT LLC, K T INC. and CVF
INVESTMENTS LTD.

By their attorneys,


/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

Dated: December 15, 2005


BST99 1484791-1.072198.0012

**CERTIFICATE**

*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*

*1. que la demande a été exécutée*

—the (date)      *12th November 2005*

*—le (date)* —————

—at (place, street, number)  *OD Kotva, Nám Republiky 8, 110 00 Prague, Czech rep.*

*—à (localité, rue numéro)*

—in one of the following methods authorised by article 5—

*—dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

   *a) selon les formes légales (article 5, alinéa premier, lettre a)*

☒ (b) in accordance with the following particular method*:   *to his own hands – personally*

   *b) selon la forme particulière suivante :*   *to Martin Benda*

☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   *c) par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

—(identity and description of person)

*—(identité et qualité de la personne)*

—relationship to the addressee (family, business or other):

*—liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:

*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes

*Annexes*

Documents returned:

*Pièces renvoyées:*

Done at  *Žďár nad Sázavou* , the  *29. 11. 2005*

*Fait à*                            *le*

In appropriate cases, documents establishing the service:

*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.

*Signature et/ou cachet.*

2   *Tomáš Lichovník, judge*

*Delete if inappropriate.*

*Rayer les mentions inutiles.*

CKDP

**REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL**

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Hage, le 15 Novembrè 1965*

MINISTERSTVO SPRAVEDLNOSTI ČR
1 9. 08. 2005

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br><br>Fax Number:  1-503-222-3950 | Ministry of Justice of the Czech Republic<br>128 10 Praha 2, Vysehradská 16<br>CZECH REPUBLIC<br><br>Tel.: +42 (2) 2199 7157   Fax: +42 (2) 2491 1365 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt thereof of one copy thereof to the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior*
*(identité et adresse)*

**Martin Benda**
**Borac 46**
**Borac ZIP 592 61, Czech Republic**

(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a)*

(b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b)*

**To be delivered personally to Defendant Martin Benda, or if this method is not possible, serve in**
**accordance with method (a) above.**

☐   (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as
provided on the reverse side (attached).

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant*
*au verso.*

List of documents
*Enumération des pièces*

Executed "Request", in duplicate
Executed "Summary", in duplicate
Unexecuted "Certificate", in duplicate
*** Summons, in duplicate
*** First Amended Answer and
    Counter-claim, with exhibits, in duplicate

Done at Portland, Oregon, USA, the 10 day of Aug , 2005
*Fait à Portland, Oregon, USA, le .*
Signature and/or stamp.
*Signature et/ou cachet*

OFFICIAL SEAL
L. CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 353683
MY COMMISSION EXPIRES FEB. 5, 2006

**L. Celeste Ingalls**

*   Delete if inappropriate
    *Rayer les mentions inutiles*

**   Authorized applicant pursuant to Rule 4(c)(2) of the
     Federal Rules of Civil Procedure, Public Law 97-462
     And Pennsylvania Court Order
***  With French translation attached

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale. signée à La Hage. le 15 Novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5. alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** | **Celeste Ingalls** |
| *Nom et adresse de l'autorité requérante:* | **Crowe Foreign Services** |
| | **1020 SW Taylor Street, Suite 240** |
| | **Portland, Oregon 97205** |

**Particulars of the parties\*:**
*Indentité des parties:*

Kotva a.s. ........................................................................................................................................ **PLAINTIFF**
Andrew Weiss, et al.................................................................................................................. **DEFENDANTS**
Andrew Weiss, et al........................................................................................... **COUNTERCLAIM-PLAINTIFFS**
Kotva a.s., et al. .........................................................................................**COUNTERCLAIM-DEFENDANTS**

### JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*       **To give notice to the Defendant, Martin Benda, of the institution against him of a claim for civil damages and to summon him to answer the claim.**

**Nature and purpose of the proceedings, and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant. le montant du litige.*

**First amended civil counterclaim and answer to plaintiff's original claim. Counterclaim-plaintiff answers the plaintiff's claim and makes counter-claim allegations including, but not limited to, abuse of process, Conspiracy, Unjust Enrichment, Breach of Fiduciary Duty, Unfair Competition and Unfair and Deceptive Trade Practices and related actions. Counter-claim plaintiff further alleges that counter-claim defendants' aforementioned actions have caused counter-claim plaintiff to suffer damages and losses. Counter-claim plaintiff seeks judgment in an amount to be determined including, but not limited to, declarations of ownership, costs of this suit, attorneys' fees and costs, order to disgorge proceeds, and such other and further relief as the court deems just and proper.**

**·Date and place for entering appearance\*\*:**        **N/A**
*Date et lieu de la comparution:*

**Court which has given judgment\*\*:**        **N/A**
*Juridiction qui a rendu la décision:*

**Date of judgment\*\*:**        **N/A**
*Date de la décision:*

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte:*       **Defendant is required to serve upon Counter-Claimaint's Attorneys an ANSWER to the Counter-Claim within twenty (20) days after receipt of the Summons and other documents herein. A copy of the ANSWER must be filed with the court within a reasonable time thereafter.**

### EXTRAJUDICIAL DOCUMENT\*
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**        **N/A**
*Nature et objet de l'acte:*

**Time limits stated in the document\*\*:**        **N/A**
*Indication des délias figurant dans l'acte:*

**\* If appropriate, identity and address of the person interested in the transmission of the document.**
  *S'il y a lieu. identité et adresse de la personne intéressée à la transmission de l'acte*

**\*\* Delete if inappropriate.**
  *Rayer les mentions inutiles*

