UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Kotva a. s., | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-10769-RCL |
| | ) | |
| | ) | |
| | ) | |
| Weiss, et al | ) | |
|     Defendants | ) | |

### AFFIDAVIT OF ENGAGEMENT

I, Jeanne M. Kempthorne, declare under penalty of perjury under the laws of the United States as follows.

1.    I agree to act as the court's Discovery Master, in accordance with the court's order of appointment of a Discovery Master.

2.    I affirm that I am a neutral third party in regard to this action, with no ideological, financial or professional interest in the outcome of the litigation.

3.    I understand and agree that if I become aware of any conflict or potential conflict that I am to inform the court immediately.

Executed this 13th day of December, 2005.

_____
Jeanne M. Kempthorne

5