UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA A.S., ) | |
| ) | |
| ) | Civil Action No. 05-10769-RCL |
| v. ) | |
| ) | |
| WEISS, ET AL. ) | |

ORDER OF NOTICE

The parties are hereby ordered to appear for a hearing before the Special Master on the pending discovery motions on January 6, 2006, at 3:30 p.m., in Courtroom No. 11, 5th Floor. All submissions in further support of or in opposition to such motions shall be filed and served no later than January 3, 2006.

So ordered this 21st day of December, 2005.

/s/ Jeanne M. Kempthorne
_____
Special Master