UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s. ) | |
| ) | |
| Plaintiff, ) | Case No. 05-10679-RCL |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2, please enter the appearance of Daniel J. Pasquarello, Esq., Nystrom Beckman & Paris, LLP, on behalf of the Plaintiff, Kotva a.s., in the above-captioned matter.

Respectfully Submitted,

/s/ Daniel J. Pasquarello
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Dana A. Zakarian BBO# 641058
Daniel J. Pasquarello BBO# 647379
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: January 11, 2006