# JEANNE M. KEMPTHORNE

ATTORNEY AT LAW

January 9, 2005

Hon Reginald C. Lindsay
United States District Judge
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 5130
Boston, MA 02210

Re: <u>Kotva v. Weiss, et al., CA No. 05-10679-RCL</u>

Dear Judge Lindsay:

Pursuant to paragraph 3 of my Affidavit of Engagement, I am hereby notifying the Court that by letter dated January 4, 2006, Joel G. Beckman, Esq., counsel to plaintiff Kotva, brought to my attention that Robert Peabody, a former colleague of mine at the United States Attorney's Office, is affiliated with Nystrom Beckman and may be working on this case. Mr. Beckman did not believe that this connection posed a conflict.

Before hearing argument on the pending discovery motions at a hearing held on January 6, at which all counsel were present, I raised the conflict issue which Mr. Beckman's letter brought to my attention. In addition, I disclosed to all counsel that I had served on the Executive Committee of the Boston Bar Association with Ned Liebensperger, counsel to Weiss, and that I have worked with Ben Clements, Jeff Clements's brother and partner, for many years both at Hill & Barlow and the United States Attorney's Office. For a short period of time, I supervised Ben Clements, but have not seen or socialized with him in the approximately four years since he left the USAO.

None of the attorneys with whom I have past professional relationships are close personal, social friends. All counsel concurred that they did not perceive any conflict of interest and consented to my continued role in the case as Special Master.

Please do not hesitate to let me know if you have any questions about this disclosure.

Very truly yours,

Jeanne M. Kempthorne

cc: Joel G. Beckman, Esq.
    Ned Liebensperger, Esq.
    Jeffrey Clements, Esq.