UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. ) | |
| ) | |
| Plaintiff, ) | Case No. 05-10679-RCL |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF COUNSEL

Pursuant to 28 U.S.C. §1746, I, Joel G. Beckman, state as follows:

1. I am a member of the law firm of Nystrom Beckman & Paris, LLP located at 10 St. James Avenue, Boston, Massachusetts 02116.

2. I am counsel to Kotva a.s, plaintiff in the above-referenced matter.

3. Attached as Exhibit A are copies of Bank Statements identifying the Escrow Account, Escrow Account Number, and SPV Co's Bank Account, and Bank Account Number.[1]

4. Attached as Exhibit B are copies of emails exchanged between and among Kotva and Markland identifying Kotva's subsidiaries' bank account numbers;

5. Attached as Exhibit C are copies of emails exchanged between and among Kotva and Markland (and their respective counsel) and the Escrow Agent identifying the parties' Escrow Account, Escrow Account number, and Escrow Agent.

---

[1] The exhibits referenced herein are not being filed with the Court. Rather, they are submitted to the Special Master for in camera review only, in accordance with the Special Master's January 6, 2006 Order.

2

6. Attached as Exhibit D are copies of Draft Agreements exchanged between and among Kotva and Markland (and their respective counsel) identifying the parties' Escrow Account, Escrow Account Number, and Escrow Agent.

7. Attached as Exhibit E are copies of the Escrow Agreement; Joint Investment Instructions; March 4, 2005 Deposit Agreement; the December 20, 2004 Share Purchase Agreement (in English & Czech).

8. Attached as Exhibit F are copies of detailed listings of rents and revenues of ongoing leases and current tenants of the Kotva Department Store, which are attached as Schedules to the Share Purchase Agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct. Executed on January 17, 2006.

/s/ Joel G. Beckman
Joel G. Beckman