UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KOTVA a.s.,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-10679-RCL |

**PLAINTIFF KOTVA'S ASSENTED-TO MOTION FOR LEAVE
TO FILE REPLY TO COUNTERCLAIM-PLAINTIFFS'
<u>OPPOSITION TO KOTVA'S MOTION TO DISMISS</u>**

In accordance with Local Rule 7.1(b)(3), Plaintiff Kotva a.s. ("Kotva") hereby moves for leave to file the Reply to Counterclaim-Plaintiffs' Opposition to Kotva's Motion to Dismiss submitted herewith.  In support of this motion and in view of the Court's recent Order regarding the January 23, 2006 Hearing on Kotva's Motion to Dismiss, Kotva states that the Reply addresses issues raised by the Defendants in their opposition and respectfully submits that the Reply will aid in resolving the issues pending before the Court.

Opposing counsel has assented to the filing of the Reply.

        Respectfully submitted,

        KOTVA A.S.

        By its attorneys,

        /s/ Joel G. Beckman
        Joel G. Beckman (BBO# 553086)
        William C. Nystrom (BBO# 559656)
        Dana A. Zakarian (BBO# 641058)
        Daniel J. Pasquarello (BB0# 647379)
        NYSTROM BECKMAN & PARIS LLP
        10 St. James Ave., 16th Floor
        Boston, Massachusetts 02116
        (617) 778-9100
        (617) 778-9110 (fax)

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I certify that I have conferred with opposing counsel in accordance with Local Rule 7.1(A)(2), and have attempted in good faith to resolve or narrow the issue addressed in this motion.

        /s/ Joel G. Beckman
        Joel G. Beckman (BBO# 553086)

Dated: January 20, 2006