UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KOTVA A.S.,            )
                       )
                       )    Civil Action No. 05-10679-RCL
       v.              )
                       )
WEISS, ET AL.          )

ORDER OF SPECIAL MASTER

After hearing held on February 10, 2006, it is hereby ORDERED:

1. Plaintiff's Motion for Protective Order is hereby allowed to the following extent: bank account numbers may be redacted in such a way that the identity of the accounts is protected, but multiple accounts within an institution are distinguishable from each other.  The Motion for Protective Order is otherwise denied.  In particular, the identity and location of each institution shall be disclosed.  References to the escrow account or accounts shall be identified as such.  The identity of the escrow agent may not be redacted.  No good cause has been shown for protecting the lease and rental arrangements from disclosure in this litigation.  The confidentiality agreements in the Deposit Agreement and the Share Purchase Agreement, upon which plaintiff relies, do not by their terms prevent disclosure of the rental and lease information and in any event must yield to disclosure incident to a court proceeding.

2. Emergency Motion of Andrew Weiss and Weiss Asset Management LLC for Protective Order is hereby denied except to the following extent: the pending criminal proceedings in the Czech Republic shall not be described an "indictment" which the parties agree appears to be inaccurate.  Plaintiff agrees to, and it is hereby ordered, that the criminal proceedings shall be referred to as a "criminal charge."  It is further agreed by the parties and

1

ordered, in the interest of orderly management of discovery and to afford the parties an opportunity to address confidentiality and other concerns prior to service of process, that the parties will serve each other notice of non-party discovery subpoenas no less than ten days before service of process of such subpoena upon the non-party witness.

    3.  The Motion for Issuance of Letters Rogatory filed by Andrew Weiss, et al., unopposed by plaintiff, has been referred to Judge Reginald Lindsay with a recommendation that the Letters be approved and signed.

    So ordered this 13th day of February, 2006.

    /s/ Jeanne M. Kempthorne
    _____
    Special Master