# JEANNE M. KEMPTHORNE

ATTORNEY AT LAW

February 13, 2006

Hon. Reginald C. Lindsay
United States District Judge
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 5130
Boston, MA 02210

    Re: <u>Kotva v. Weiss, et al., CA No. 05-10679-RCL</u>

Dear Judge Lindsay:

    Enclosed is a Statement of Account related to my services to date as discovery master in the above-referenced case.

    Please advise me if additional detail is necessary or if you have any questions.

    Thank you for your attention to this matter.

                Very truly yours,

                 Jeanne M. Kempthorne

Enclosure

# JEANNE M. KEMPTHORNE

ATTORNEY AT LAW

February 13, 2006

STATEMENT OF ACCOUNT

December 13, 2005 - February 13, 2006

For services rendered as discovery master in Kotva v. Weiss, et al., United States District Court, District of Massachusetts, CA No. 05-10679-RCL.

Review of complaint and other pleadings, review of discovery and jurisdictional motions and supporting materials, hearings on January 6 and February 10, 2006, preparation of orders.

20 hours @ $ 300 per hour                                                    $ 6, 000