AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

KOTVA A.S.

**APPEARANCE**

v.

ANDREW WEISS, et al.

Case Number: 05-10679-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T INC. and CVF INVESTMENTS, LTD.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 16, 2006 | *signature* |
| Date | Signature |

Sylvia Kratky                                   647070
Print Name                                   Bar Number

McDermott Will & Emery LLP, 28 State Street
Address

Boston                    MA              02109
City                      State           Zip Code

(617) 535-4000                    (617) 535-3800
Phone Number                      Fax Number