UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
KOTVA a.s.                            )
                                      )
            Plaintiff,                )        Case No. 05-10679-RCL
                                      )
            v.                        )
                                      )
ANDREW WEISS and WEISS ASSET          )
MANAGEMENT, LLC                       )
                                      )
            Defendants.               )
_____)

**KOTVA'S MOTION TO DISMISS
"COUNTERCLAIM-PLAINTIFFS" KT AND CVF**

        Plaintiff Kotva, a.s. ("Kotva") hereby moves to dismiss "counterclaim-plaintiffs"

KT, Inc. ("KT") and CVF Investments, Ltd. ("CVF") and all Czech-law based Counts of

the Counterclaim on the grounds of improper joinder, *forum non conveniens*, and

principles of international comity and judicial deference.  Kotva brought this action

against the Weiss Defendants as a result of the Weiss Defendants' scheme to blackmail

Kotva and because the Weiss Defendants are subject to jurisdiction here.  In response to

Kotva's Complaint, the Weiss Defendants asserted a Counterclaim that introduced a

swarm of Czech substantive law claims that are the subject of prior pending litigation

filed by KT and CVF in the Czech Republic and attempted to insert unilaterally—and

without leave of Court—KT and CVF as "counterclaim-plaintiffs."  KT and CVF,

however, do not join in any of the counterclaims asserted by the Weiss Defendants.  The

Weiss Defendants also attempted to assert claims against additional foreign counterclaim-

defendants over whom, respectfully, the Court lacks personal jurisdiction.

At the January 23, 2006 hearing, the Court questioned whether the Czech-law issues raised in the Counterclaim should be decided in the Czech Republic.  By Order dated January 23, 2006, the Court ruled that Kotva may file the instant motion to dismiss KT and CVF from this action.  Dismissing KT and CVF and all Czech-law based counterclaims from this action those claims will streamline this case back to its proper scope and render the proposed technical advisor on Czech law unnecessary.

For the reasons set forth in the accompanying Memorandum of Law, Kotva respectfully requests the Court to dismiss KT and CVF from this action, and to dismiss Counts II-VI and VIII for lack of standing, *forum non conveniens,* and international comity.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Kotva requests oral argument on this motion.

Respectfully submitted,

KOTVA, A.S.

By its attorneys,


/s/ Joel G. Beckman
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dpasquarello@nbparis.com

Dated: March 3, 2006


## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I hereby certify that on March 3, 2006, I conferred by telephone with counsel for Defendants, and that counsel could not agree to the relief requested in this motion

/s/ Daniel J. Pasquarello
Daniel J. Pasquarello (BB0# 647379)


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of March, 2006.


/s/ Daniel Pasquarello