# Nystrom Beckman & Paris LLP
Counselors at Law

March 14, 2006

**Via Electronic Filing and First Class Mail**
Ms. Lisa Hourihan
Courtroom Clerk to the Honorable Judge Lindsay
United States District Court for the
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: **Kotva v. Andrew Weiss and Weiss Asset Management, LLC;**
 **United States District Court, District of Massachusetts No. 05-10679- RCL**

Dear Ms. Hourihan:

    We represent counterclaim-defendants Richard Harazim, Martin Benda, and SPV Co. in the above-captioned matter. In response to Judge Lindsay's instruction to the parties to communicate their views to you about possible referral of the pending motions to dismiss for lack of personal jurisdiction to the Discovery Master, we recommend that the Court retain and not refer the motions for decision.

    The motion to dismiss Messrs. Benda and Harazim was filed on November 30, 2005 and opposed on January 6, 2006. SPV Co.'s motion was filed on February 21, 2006 and opposed on March 7, 2006. Forminster's motion has also been briefed. Thus, all of the motions to dismiss have been fully briefed and are ripe for decision. Further, the Discovery Master denied the counterclaim-plaintiffs' motion to take jurisdictional discovery by Order dated January 6, 2006 and there are no outstanding discovery issues that pertain to the motions to dismiss.

    We agree with the position of Forminster's counsel that any decision of the Discovery Master as to the motions to dismiss would ultimately be brought before the Court for review by one of the parties and, therefore, referral would not be an efficient or economical use of judicial resources. Moreover, the personal jurisdiction motions directly impact the complexity of this action and are related to other motions to dismiss that the Court either has already heard or will hear. Further, Kotva recently filed a motion to dismiss counterclaim-plaintiffs KT and CVF and all Czech-law based counterclaims on grounds of comity, *forum non conveniens*, and misjoinder.



10 St. James Avenue   16th Floor   Boston   Massachusetts 02116   Tel 617.778.9100   Fax 617.778.9110   www.nbparis.com

Ms. Lisa Hourihan
March 14, 2006
Page 2

Given the streamlining effect that all of these motions could have on the case, we respectfully suggest that the Court should not refer the motions to dismiss for lack of personal jurisdiction and respectfully request a hearing on the motions at the Court's earliest opportunity.

Sincerely,

/s/ Joel G. Beckman
Joel G. Beckman

cc:   Edward Leibensperger, Esq.
      Jeffrey Clements, Esq.



10 St. James Avenue   16th Floor   Boston   Massachusetts 02116   Tel 617.778.9100   Fax 617.778.9110   www.nbparis.com