UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-RCL |

**ASSENTED-TO MOTION OF K T, INC. AND CVF INVESTMENTS LTD. TO EXTEND TIME TO RESPOND TO KOTVA'S MOTION TO DISMISS (DOCUMENT NO. 81)**

Counterclaim-plaintiffs K T, Inc. and CVF Investments, Ltd., by and through their attorneys, hereby move to extend the time to respond to Kotva's Motion to Dismiss "Counterclaim-Plaintiffs" K T and CVF (Document No. 81) by one week, up to and including March 24, 2006. In support of this Motion, K T and CVF Investments state:

1.  On June 29, 2005, Kotva filed a Motion to Dismiss. After a hearing on January 23, 2006, the Court granted in part and denied in part Kotva's Motion to Dismiss.

2. On March 3, 2006, Kotva filed a second Motion to Dismiss (Document No. 81).

3. The opposition to Kotva's second motion to dismiss is presently due on March 17, 2006.

4. Counsel for Kotva has agreed to a one-week extension of time for K T and CVF Investments to respond to the Motion to Dismiss, up to and including March 24, 2006.

5. This is the first extension of time to respond to this Motion that K T and CVF Investments have sought.

        Respectfully Submitted,

        K T, INC. and CVF INVESTMENTS, LTD.

        By their attorneys,

        /s/ Benjamin A. Goldberger
        Edward P. Leibensperger (BBO# 292620)
        Benjamin A. Goldberger (BBO# 654357)
        McDermott Will & Emery LLP
        28 State Street
        Boston, Massachusetts 02109-1775
        (617) 535-4000

Dated: March 14, 2006

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that I conferred with counsel for Kotva, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Kotva assents to an extension of time up to and including March 24, 2006.

        /s/ Benjamin A. Goldberger
        Benjamin A. Goldberger

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 14, 2006.

                                /s/ Benjamin A. Goldberger
                                Benjamin A. Goldberger

BST99 1495277-1.072198.0012