UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KOTVA a.s. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 05-10679-RCL |
| v. | ) ) | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) ) ) ) | |
| Defendants. | ) ) | |

## KOTVA'S MOTION TO COMPEL

Plaintiff Kotva a.s. ("Kotva") hereby moves to compel Defendants Andrew Weiss and Weiss Asset Management, LLC ("WAM") (collectively, the "Weiss Defendants" or "Weiss") to produce further documents in response to Kotva's First Set of Document Requests. For the reasons set forth in the Memorandum In Support of this motion filed herewith, Kotva respectfully requests that the Court compel the Weiss Defendants to produce the documents they have wrongfully withheld as privileged and the documents that they have refused to produce. Kotva also requests its attorneys fees and costs in connection with this motion

Respectfully submitted,

KOTVA, A.S.

By its attorneys,

/s/ Joel G. Beckman
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dpasquarello@nbparis.com

Dated: April 3, 2006

### REQUEST FOR HEARING

Kotva believes that an oral argument may assist the Court and requests a hearing on this motion pursuant to Local Rule 7.1(D)

/s/ Daniel Pasquarello

## LOCAL RULE 7.1(A)(2) and 37.1(B) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue addressed in this motion.

Undersigned counsel has also complied with the provisions of Local Rule 37.1.  On March 6, 2006, Joel Beckman and Daniel Pasquarello, representing Kotva, and Edward Liebensperger and Benjamin Goldberger, representing the Weiss Defendants convened a telephone conference call for approximately one hour from 3:00 p.m. to 4:00 p.m.  The conference was continued among the same parties by telephone conference call on March 9, 2006 for approximately one half hour from 3:30 p.m. to 4:00 p.m.  On March 15, 2006, Messrs. Pasquarello and Goldberger conferred by telephone for approximately 5 minutes at 4:45 p.m. regarding the Weiss Defendants' privilege log.  On March 30, 2006, Messrs. Beckman and Pasquarello and Messrs. Goldberg and Jaffe conferred by telephone for approximately 20 minutes from 2:00 to 2:20 p.m.

/s/ Daniel Pasquarello

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of April, 2006.

/s/ Daniel Pasquarello