UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW WEISS and WEISS ASSET<br>MANAGEMENT, LLC<br><br>　　　　Defendants. | Case No. 05-10679-RCL |

**KOTVA'S ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM IN EXCESS OF 20-PAGE LIMITATION**

Pursuant to Local Rule 7.1(B)(4), Plaintiff Kotva a.s. ("Kotva") hereby moves for leave to exceed the twenty-page limitation for its Memorandum in Support of its Motion to Compel, submitted herewith. Kotva's memorandum is approximately twenty-six pages in length. In support of this motion, Kotva states that:

- the motion to compel addresses complex legal and factual issues regarding more than 400 assertions of privilege and more than 20 different document requests;

- the procedural requirements of Local Rule 37.1 regarding the listing of specific discovery requests and responses as well as the conduct and results of multiple discovery conferences between the parties contributed significantly to the length of the memorandum;

- the Memorandum in Support only exceeds the page limitation by approximately six pages; and

- opposing counsel has assented to the relief requested herein.

WHEREFORE, Kotva respectfully requests that the Court grant this motion for leave to file its Memorandum in Support of its Motion to Compel in excess of the twenty-page limitation.

> Respectfully submitted,
>
> KOTVA, A.S.
>
> By its attorneys,
>
> /s/ Joel G. Beckman
> Joel G. Beckman (BBO# 553086)
> William C. Nystrom (BBO# 559656)
> Daniel J. Pasquarello (BB0# 647379)
> NYSTROM BECKMAN & PARIS LLP
> 10 St. James Ave., 16th Floor
> Boston, Massachusetts 02116
> (617) 778-9100
> (617) 778-9110 (fax)
> jbeckman@nbparis.com
> wnystrom@nbparis.com
> dpasquarello@nbparis.com

Dated: April 3, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and that opposing counsel assents to the relief requested in this motion.

> /s/ Daniel Pasquarello

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of April, 2006.

/s/ Daniel Pasquarello