UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>   Plaintiff,<br><br>  v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC,<br><br>   Defendants.<br><br>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD.,<br><br>   Counterclaim-plaintiffs,<br><br>  v.<br><br>KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5,<br><br>   Counterclaim-defendants. | C.A. No. 05-10679-RCL |

## ANDREW WEISS'S MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), defendant Andrew Weiss, by and through his attorneys, hereby moves for a protective order precluding the plaintiff from taking his deposition pending the resolution of parallel criminal proceedings initiated by the plaintiff in the Czech Republic. In support of this Motion, Mr. Weiss states:

1.  In an effort to gain leverage over Mr. Weiss in a business dispute, the plaintiff initiated criminal proceedings against Andrew Weiss in the Czech Republic and then filed this civil suit against him in Boston. The plaintiff's influence over Czech law enforcement provides

it with an unfair advantage in this case. Allowing the plaintiff to depose Mr. Weiss in this case while still wielding the club of criminal proceedings is unfair and the Court should exercise its discretion to postpone Mr. Weiss's deposition until the criminal proceedings are resolved.

     2.    On March 24, 2006, counsel for Kotva served a deposition notice for Andrew Weiss by regular mail. Although the notice provided for a deposition commencing on April 4, 2006, the cover letter accompanying the notice stated that the date was "arbitrarily picked" and invited counsel for Mr. Weiss to work with counsel for Kotva "to select a mutually convenient day and time."

     3.    On April 3, 2006, from approximately 3:45 p.m. to 3:55 p.m., Joel Beckman, representing Kotva, and Edward Leibensperger, representing Andrew Weiss, spoke by telephone. Although counsel have been engaged in a number of discovery conferences by telephone, the April 3, 2006 discovery conference focused on the scheduling of depositions. Mr. Leibensperger informed Mr. Beckman that Mr. Weiss would be filing this motion for a protective order. Mr. Beckman asked that the motion be filed promptly, and Mr. Leibensperger agreed to file it by the end of the week.

     4.    For the reasons described in the accompanying Memorandum, this Court should enter a protective order precluding the plaintiff from deposing Andrew Weiss until the parallel criminal proceedings in the Czech Republic are resolved.

|  |  |
|---|---|
| . | Respectfully Submitted, |
|  | ANDREW WEISS |
|  | By his attorneys, |
|  | /s/ Benjamin A. Goldberger<br>Edward P. Leibensperger (BBO# 292620)<br>Benjamin A. Goldberger (BBO# 654357)<br>McDermott Will & Emery LLP<br>28 State Street<br>Boston, Massachusetts 02109-1775<br>(617) 535-4000 |
| Dated: April 7, 2006 |  |

### CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

I hereby certify that counsel for Andrew Weiss conferred with counsel for Kotva a.s. and have attempted in good faith to resolve or narrow the issues presented by this Motion and have complied with the provisions of Local Rule 37.1. Details of the discovery conference are described above.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 7, 2006.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1497626-2.072198.0012