UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>       Defendants. | Case No. 05-10679-RCL |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO PENDING MOTIONS**

Plaintiff Kotva a.s. and Defendants Andrew Weiss and Weiss Asset Management, LLC jointly move to extend the time (1) for Kotva to respond to the Defendants' Motion for Judgment on the Pleadings, and (2) for Defendants to respond to Kotva's Motion to Compel. In support of this motion, the parties state:

1. On April 3, 2006, Kotva filed a Motion to Compel the Weiss Defendants to produce materials in response to Kotva's First Request for Production of Documents. (Docket No. 90.) The opposition to Kotva's Motion to Compel is presently due on April 18, 2006.

2. On April 4, 2006, the Weiss Defendants filed a Motion for Judgment on the Pleadings. (Docket No. 93.) The opposition to the Weiss Defendants' Motion for Judgment on the Pleadings is presently due on April 18, 2006.

3. The Weiss Defendants have requested a one-week extension up to and including April 25, 2006 to oppose the Motion to Compel. Kotva has agreed to this request.

4. Kotva has requested a two-week extension up to and including May 2, 2006 to oppose the Motion for Judgment on the Pleadings. The Weiss Defendants have agreed to this request.

5. This is the first extension of time requested by the Weiss Defendants to respond to the Motion to Compel and by Kotva to respond to the Motion for Judgment on the Pleadings.

Respectfully submitted,

| KOTVA a.s. | ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS LTD. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Daniel J. Pasquarello | /s/ Edward P. Leibensperger (by permission) |
| Joel G. Beckman BBO# 553086 | Edward P. Leibensperger (BBO# 292620) |
| William C. Nystrom BBO# 559656 | Benjamin A. Goldberger (BBO# 654357) |
| Daniel J. Pasquarello BBO# 647379 | MCDERMOTT WILL & EMERY LLP |
| NYSTROM BECKMAN & PARIS LLP | 28 State Street |
| 10 St. James Ave., 16th Floor | Boston, Massachusetts 02109-1775 |
| Boston, Massachusetts 02116 | (617) 535-4000 |
| (617) 778-9100 | eleibensperger@mwe.com |
| dpasquarello@nbparis.com | |

DATED: April 13, 2006

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

The parties have conferred and submit this motion jointly.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 13th day of April, 2006.

                                                /s/ Daniel Pasquarello