UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br>　　　　Defendants. <br><br>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br>　　　　Counterclaim-plaintiffs, <br><br>　　v. <br><br>KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, <br><br>　　　　Counterclaim-defendants. | C.A. No. 05-10679-RCL |

**MOTION TO COMPEL ANSWERS TO
INTERROGATORIES AND DEPOSITION QUESTIONS, PRODUCTION OF
DOCUMENTS, AND FOR EXPENSES AND SANCTIONS**

Pursuant to Federal Rule of Civil Procedure 37, Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments Ltd. (collectively, the "Weiss Parties") hereby move to compel answers to interrogatories and deposition questions and production of documents, and for their expenses associated with this motion and sanctions pursuant to Federal Rule of Civil Procedure 37(a). More specifically, the Court should: (1) order Kotva to provide complete, non-evasive answers to the Weiss Parties' Interrogatories after exhausting the

knowledge of all of Kotva's employees, officers, directors, attorneys and agents; (2) order Kotva to provide answers to deposition questions that seek relevant, non-privileged information; (3) order Kotva to produce all documents in its custody, possession or control, including those in the possession, custody or control of its employees, officers, directors, attorneys and those of its controlling shareholder, Forminster. The basis for this Motion is set forth more fully in the accompanying Memorandum.

        Respectfully Submitted,

        ANDREW WEISS, WEISS ASSET
        MANAGEMENT LLC, K T INC. and CVF
        INVESTMENTS LTD.

        By their attorneys,

        /s/ Benjamin A. Goldberger
        Edward P. Leibensperger (BBO# 292620)
        Benjamin A. Goldberger (BBO# 654357)
        McDermott Will & Emery LLP
        28 State Street
        Boston, Massachusetts 02109-1775
        (617) 535-4000

Dated: April 19, 2006

**CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULES 7.1 AND 37.1**

      I hereby certify that undersigned counsel conferred with counsel for Kotva a.s. and have attempted in good faith to resolve or narrow the issues presented by this Motion and have complied with the provisions of Local Rule 37.1. Details of the discovery conference are described in the accompanying Memorandum.

        /s/ Benjamin A. Goldberger
        Benjamin A. Goldberger

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 19, 2006.

                                            /s/ Benjamin A. Goldberger
                                            Benjamin A. Goldberger

BST99 1499832-1.072198.0012