UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET<br>MANAGEMENT, LLC,<br><br>Defendants.<br><br>ANDREW WEISS, WEISS ASSET<br>MANAGEMENT LLC, K T, INC. and CVF<br>INVESTMENTS, LTD.,<br><br>Counterclaim-plaintiffs,<br><br>v.<br><br>KOTVA a.s., MARTIN BENDA, RICHARD<br>HARAZIM, FORMINSTER ENTERPRISES,<br>LTD., SPV CO and JOHN DOES 1–5,<br><br>Counterclaim-defendants. | C.A. No. 05-10679-RCL |

## <u>ASSENTED-TO MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT</u>

Pursuant to Local Rule 7.1(b)(4), Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments Ltd. (collectively, the "Weiss Parties") hereby move to leave to exceed the page limit for their Memorandum in Support of their Motion to Compel, filed herewith. In support of this Motion, the Weiss Parties state:

1.    The Motion to Compel addresses three distinct issues. One of these issues relates to a large number of document requests. In order to comply with Local Rule 37.1, the Weiss Parties must set forth the text of each document request in their memorandum.

2.    The Memorandum exceeds the twenty page limit by five pages.

3.    The plaintiff, Kotva a.s., has assented to this Motion.

Respectfully Submitted,

ANDREW WEISS, WEISS ASSET
MANAGEMENT LLC, K T INC. and CVF
INVESTMENTS LTD.

By their attorneys,

/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

Dated: April 19, 2006

## CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that undersigned counsel conferred with counsel for Kotva a.s. and has attempted in good faith to resolve or narrow the issues presented by this Motion.  Counsel for Kotva has assented to this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 19, 2006.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1499836-1.072198.0012