UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KOTVA a.s. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 05-10679-RCL |
| v. | ) ) ) | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) ) ) | |
| Defendants. | ) ) | |

## ASSENTED-TO MOTION TO EXTEND TIME FOR OPPOSITION

Plaintiff Kotva a.s. hereby moves to extend the time to oppose the Motion for Protective Order filed by Defendant Andrew Weiss ("Weiss") from April 21, 2006 until April 25, 2006. In support of this motion, Kotva states:

1. On April 7, 2006, Weiss filed a Motion for a Protective Order. Kotva's opposition to Weiss's motion is presently due on April 21, 2006.

2. The parties have scheduled a hearing before the Special Master on this motion and two other discovery motions for May 11, 2006.

3. Kotva has requested a brief extension up to and including Tuesday, April 25, 2006 to oppose the Motion for Protective Order. Counsel for the Weiss Defendants have agreed to this request.

4. This is the first extension of time requested by Kotva to respond to the Motion for Protective Order.

WHEREFORE, Kotva respectfully requests an extension from Friday April 21, 2006 up to and including Tuesday, April 25, 2006 to oppose Weiss's Motion for Protective Order.

Respectfully submitted,

KOTVA, A.S.

By its attorneys,

/s/ Daniel J. Pasquarello
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dpasquarello@nbparis.com

Dated: April 20, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and that opposing counsel assents to the relief requested in this motion.

/s/ Daniel J. Pasquarello

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 20th day of April, 2006.

                                               /s/ Daniel J. Pasquarello