UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-RCL |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND
TO KOTVA'S MOTION TO COMPEL (DOCUMENT NO. 90)**

Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments Ltd. (collectively, the "Weiss Parties"), by and through their attorneys, hereby move to extend the time to respond to Kotva's Motion to Compel (Document No. 90) by one day, up to and including April 26, 2006. In support of this Motion, the Weiss Parties state:

1. On April 3, 2006, Kotva filed a Motion to Compel. On April 13, 2006, the parties filed a joint motion to extend time that sought to move the date for responding to Kotva's Motion

to Compel from April 18, 2006 to April 25, 2006. On April 25, 2006, the Court issued a notice setting a hearing on this Motion for May 11, 2006 at 3:30 p.m.

2. Due to complications in the preparation of the Weiss Parties' Opposition, the Weiss Parties request an additional day to file their response to Kotva's Motion to Compel.

3. The one-day extension will not impact the May 11, 2006 hearing.

4. Counsel for Kotva has agreed to this extension.

Respectfully Submitted,

ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD.

By their attorneys,

/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: April 25, 2006

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that I conferred with counsel for Kotva, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Kotva assents to this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the No of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 25, 2006.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1500634-1.072198.0012