UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s.,<br><br>      Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>      Defendants. | Case No. 05-10679-RCL |

**ASSENTED-TO MOTION TO EXTEND TIME TO FILE OPPOSITIONS**

Plaintiff Kotva a.s. hereby moves to extend the time to oppose the Motion to Compel filed by the Weiss Defendants and Counterclaim-plaintiffs from May 3, 2006 until May 5, 2006 and to extend the time to oppose the Motion for Judgment on the Pleadings filed by the Weiss Defendants from May 2, 2006 to May 16, 2006. In support of this motion, Kotva states:

1.  On April 19, 2006, the Weiss Defendants and Counterclaim-plaintiffs filed a Motion to Compel. Kotva's opposition to the Motion to Compel motion is presently due on May 3, 2006.

2.  The parties have scheduled a hearing before the Special Master on Kotva's Motion to Compel, Weiss's Motion for Protective Order, and the Weiss Defendants and Counterclaim Plaintiffs' Motion to Compel for May 11, 2006.

3.  Kotva has requested a brief extension up to and including Friday, May 5, 2006 to oppose the Motion to Compel, which will cause no delay to the presently

scheduled hearing. Counsel for the Weiss Defendants and Counterclaim-plaintiffs have agreed to this request.

4. Kotva's Opposition to the Motion for Judgment on the Pleadings filed by the Weiss Defendants is currently due on May 2, 2006. Kotva requests a two-week extension up to and including Tuesday, May 16, 2006 to oppose the Motion for Judgment on the Pleadings. Counsel for the Weiss Defendants have agreed to this request.

WHEREFORE, Kotva respectfully requests an extension from Wednesday May 3, 2006 up to and including Friday, May 5, 2006 to oppose the Motion to Compel and from Tuesday, May 2, 2006 up to and including Tuesday, May 16, 2006 to oppose the Motion for Judgment on the Pleadings.

Respectfully submitted,

KOTVA, A.S.

By its attorneys,

/s/ Daniel J. Pasquarello
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dpasquarello@nbparis.com

Dated: April 28, 2006

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and that opposing counsel assents to the relief requested in this motion.

/s/ Daniel J. Pasquarello

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 28th day of April, 2006.

/s/ Daniel J. Pasquarello