UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s.,<br><br>       Plaintiff,<br><br>       v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>       Defendants. | Case No. 05-10679-RCL |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff Kotva a.s. hereby moves to extend the time to oppose the Motion for Judgment on the Pleadings filed by the Weiss Defendants from May 16, 2006 to May 23, 2006. In support of this motion, Kotva states:

1.  Kotva's Opposition to the Motion for Judgment on the Pleadings filed by the Weiss Defendants is currently due on May 16, 2006.

2.  Kotva requests a one week extension up to and including Tuesday, May 23, 2006 to oppose the Motion for Judgment on the Pleadings.

3.  Counsel for the Weiss Defendants has stated that he will not oppose this request.

WHEREFORE, Kotva respectfully requests an extension from Tuesday, May 16, 2006 up to and including Tuesday, May 23, 2006 to oppose the Motion for Judgment on the Pleadings.

Respectfully submitted,

KOTVA, A.S.

By its attorneys,

/s/ Dana A. Zakarian_____
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Dana A. Zakarian (BBO# 641058)
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dzakarian@nbparis.com
dpasquarello@nbparis.com

Dated: May 12, 2006

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and that opposing counsel has stated that he will not oppose the relief requested in this motion.

/s/ Dana A. Zakarian

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 12th day of May, 2006.

/s/ Dana A. Zakarian