# JEANNE M. KEMPTHORNE

ATTORNEY AT LAW

May 30, 2006

STATEMENT OF ACCOUNT

February 14, 2006 - May 30, 2006

For services rendered as discovery master in Kotva v. Weiss, et al., United States District Court, District of Massachusetts, CA No. 05-10679-RCL.

Review of Kotva's and Weiss's respective motions to compel and Weiss's motion for protective order; supporting memoranda and correspondence, hearings on May 10 and May 24, legal research, consideration, decision and drafting of order on motions.

| | |
|---|---|
| 26 hours @ $300/hr | $ 7,800 |

7 Bott's Court, Salem, Massachusetts 01970   •   phone 978.745.4673 / fax 978.745.4611   •   e-mail jmk@kempthornelaw.com