UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KOTVA a.s., | ) | |
| Plaintiff, | ) ) ) | Case No. 05-10679-RCL |
| v. | ) ) ) | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) ) ) | |
| Defendants. | ) ) | |

**SUPPLEMENTAL CERTIFICATION REGARDING OBJECTIONS OF KOTVA, A.S. TO THE DISCOVERY MASTER'S MAY 26, 2006 ORDER REGARDING MOTIONS TO COMPEL**

**SUPPLEMENTAL LOCAL RULE 37.1(B) CERTIFICATION**

The issues in this motion have been the subject of a meet and confer process and hearing before the Discovery Master, as well as a separate meet and confer process that was initiated on May 22, 2006. On June 12, 2006, I made several telephone calls to Mr. Goldberger and Mr. Leibensperger, counsel for Defendants, to confer further and confirm that Defendants would not agree to the relief requested. I was unable to reach either Mr. Goldberger or Mr. Leibensperger, leaving a voicemail for Mr. Goldberger. I did not hear back from Mr. Goldberger prior to the filing deadline. As of the filing deadline, however, the parties had been unable to narrow the issues further.

As a result of my voicemail message, I spoke to Mr. Goldberger by telephone at 10:30 a.m. on June 13, 2006 for approximately twenty-five minutes. Mr. David Jaffe of McDermott Will & Emery and Katherine Watras, Esq. of Nystrom Beckman & Paris were present for the call but did not participate. Mr. Goldberger and I discussed the two issues addressed in Kotva's June 12, 2006 Objections to the Discovery Master's May 26, 2006 Order, which were the subject of a previous meet and confer process and previous briefing as described above. With respect to the disbursement documents issue, the parties were unable to narrow the issue further. With respect to the issue of *in camera* review, the parties discussed variables that might lead to a potential agreement regarding such review and agreed to continue the conversation. At 2:00 p.m. on June 14, 2006, I had a brief telephone conversation with Mr. Goldberger during which he confirmed that the parties were unable to narrow the issues in Kotva's June 12, 2006 Objections further.

/s/ Daniel J. Pasquarello
Daniel J. Pasquarello (BB0# 647379)

Dated: June 14, 2006

        Respectfully submitted,

        KOTVA A.S.

        By its attorneys,

        /s/ Daniel J. Pasquarello
        Joel G. Beckman (BBO# 553086)
        William C. Nystrom (BBO# 559656)
        Daniel J. Pasquarello (BB0# 647379)
        NYSTROM BECKMAN & PARIS LLP
        10 St. James Ave., 16th Floor
        Boston, Massachusetts 02116
        (617) 778-9100
        (617) 778-9110 (fax)
        jbeckman@nbparis.com
        wnystrom@nbparis.com
        dpasquarello@nbparis.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 14th day of June, 2006.

        /s/ Daniel Pasquarello