UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA A.S., | ) |
| | ) |
| | ) Civil Action No. 05-10679-RCL |
| v. | ) |
| | ) |
| WEISS, ET AL. | ) |

ORDER OF SPECIAL MASTER

Under cover of letters dated June 30, 2006, and July 11, 2006, Weiss has submitted additional Weiss-Woolf correspondence for *in camera* review.

Consonant with the general principles set forth in the Order of Special Master dated June 19, 2006, I have determined that WOOLF1A, WOOLF1B, WOOLF2A, WOOLF2B, WOOLF3A, and WOOLF3B are all within the attorney-client and/or work product privileges.

Documents designated PL 298 and 299, which are virtually identical copies of an email message dated February 21, 2005, and an attached newspaper interview, should be produced forthwith. The content, on balance, concerns public relations strategy, not legal issues. To the extent that some of the content may be construed as seeking legal advice from Peterka, the privilege was waived by virtue of the disclosure to Woolf. There is no showing that Woolf and Weiss contemplated a joint legal strategy on the particular matter under discussion.

So ordered this 17th day of July, 2006.

/s/ Jeanne M. Kempthorne
_____
Special Master