UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1-5, <br><br> Counterclaim-defendants | C.A. No. 05-10679-RCL |

## NOTICE OF WITHDRAWAL OF MOTION FOR APPROVAL OF APPLICATION FOR LETTERS ROGATORY

Andrew Weiss and Weiss Asset Management LLC hereby withdraw their Motion for

Approval of Application for Letters Rogatory (Document No. 123).

        Respectfully Submitted,

        ANDREW WEISS and WEISS ASSET
        MANAGEMENT LLC

        By their attorneys,

        /s/ Benjamin A. Goldberger
        Edward P. Leibensperger (BBO# 292620)
        Benjamin A. Goldberger (BBO# 654357)
        McDermott Will & Emery LLP
        28 State Street
        Boston, Massachusetts 02109-1775
        (617) 535-4000

Dated: July 19, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 19, 2006.

        /s/ Benjamin A. Goldberger
        Benjamin A. Goldberger

BST99 1510344-1.072198.0012