UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>        Defendants. | Case No. 05-10679-RCL |

## **KOTVA'S MOTION TO COMPEL REGARDING DEFENDANTS' RESPONSES TO INTERROGATORIES AND DOCUMENT REQUESTS**

In view of the Court's dismissal of nearly all of the Weiss Defendants' counterclaims (except for an abuse of process claim), and with less than two months remaining to complete fact discovery, this case is finally and properly focused upon Kotva's claims arising from defendants' blackmail. Backed into a corner and called upon to provide discovery regarding their extortion, defendants have resorted to stonewalling and asserting baseless irrelevancy and privilege objections. Indeed, defendants have refused to answer interrogatories and produce documents concerning:

- the Czech criminal file and Weiss' access thereto;

- Weiss' attempts to have the criminal charges against him dismissed;

- Weiss' other blackmail schemes;

- Weiss' private investigator who has publicly accused a Kotva representative of "doing in" a Czech police investigator;

- the legal and beneficial owners of BIP;

- fee agreements with defendants' Czech counsel; and

- communications with defendants' investors concerning changes to the Investment Management Agreement of BGO made after the filing of this action.

As demonstrated below, defendants' objections cannot withstand the slightest scrutiny.

WHEREFORE, for the reasons set forth in the accompanying supporting memorandum, the Court should order defendants to immediately produce the requested information.

        Respectfully submitted,

        KOTVA, A.S.

        By its attorneys,

        /s/ Dana A. Zakarian
        Joel G. Beckman (BBO# 553086)
        William C. Nystrom (BBO# 559656)
        Dana A. Zakarian (BB0# 641058)
        NYSTROM BECKMAN & PARIS LLP
        10 St. James Ave., 16th Floor
        Boston, Massachusetts 02116
        (617) 778-9100
        (617) 778-9110 (fax)
        jbeckman@nbparis.com
        wnystrom@nbparis.com
        dzakarian@nbparis.com

Dated: August 11, 2006

**REQUEST FOR HEARING**

Kotva believes that an oral argument may assist the Court and requests a hearing on this motion pursuant to Local Rule 7.1(D)

        /s/ Dana Zakarian

## LOCAL RULE 7.1(A)(2) and 37.1(B) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue addressed in this motion and complied with the provisions of Local Rule 37.1.

On August 9, 2006, Joel Beckman and I spoke over the telephone with Edward Liebensperger Benjamin Goldberger for approximately one hour and fifteen minutes. On August 11, 2006, the telephone conference was continued for another one hour and fifteen minutes.

       /s/ Dana Zakarian

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 11th day of August, 2006.

       /s/ Dana Zakarian