UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-RCL |

## DECLARATION OF BENJAMIN A. GOLDBERGER

1.  I, Benjamin A. Goldberger, make this declaration of my own personal knowledge.

2.  I am an attorney associated with McDermott Will & Emery LLP and am counsel for the Defendants and Counterclaim-Plaintiffs (collectively, the "Weiss Parties") in this matter.

3.  I had and continue to have primary responsibility for the review and production of documents by the Weiss Parties in response to Kotva's document requests.

4.  I have in depth knowledge of the facts of this case..

5. The Weiss Parties have produced over 17,500 pages of documents in this case and I have reviewed over twice that number of pages in responding to Kotva's discovery requests.

6. I personally reviewed every document produced by the Weiss Parties in electronic form in order to screen for privileged material. The electronic system allowed me to indicate that a document was subject to the attorney-client privilege, subject to the work product doctrine, or permissible to produce by selecting a checkbox with a mouse.

7. With respect to the two documents attached to Kotva's Motion as Exhibits G and H, I clicked on the wrong checkbox. The checkbox I clicked on indicated that the documents were permissible to produce.

8. When staff at the law firm prepared documents for production and produced them, they relied on the checkbox designation that the documents were permissible to produce. As Exhibits G and H had the incorrect checkbox selected, they were produced along with the other thousands of documents the Weiss Parties have provided Kotva.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2006.


/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 28, 2006.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1514233-1.072198.0012