UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC,<br><br>       Defendants.<br><br>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD.,<br><br>       Counterclaim-plaintiffs,<br><br>v.<br><br>KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5,<br><br>       Counterclaim-defendants. | C.A. No. 05-10679-RCL |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES BY RICHARD HARAZIM AND FOR SANCTIONS**

Pursuant to Federal Rule of Civil Procedure 37, Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments Ltd. (collectively, the "Weiss Parties") hereby move to compel production of documents and answers to interrogatories by Richard Harazim, and for sanctions and for expenses associated with this motion pursuant to Federal Rule of Civil Procedure 37(a). For the reasons set forth in the accompanying Memorandum, the Court should: (1) rule that Mr. Harazim has waived all objections to the Weiss Parties' discovery

requests; (2) order Mr. Harazim to respond to all of the Weiss Parties' document requests and interrogatories 1 and 2 without reference to any objections; and (3) impose sanctions on Mr. Harazim and award the Weiss Parties' their costs associated with this motion.

## REQUEST FOR ORAL ARGUMENT

The Weiss Parties believe that oral argument may assist the Court and wish to be heard. Accordingly, pursuant to Local Rule 7.1(d), they request a hearing.

> Respectfully Submitted,
>
> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T INC. and CVF INVESTMENTS LTD.
>
> By their attorneys,
>
> /s/ Benjamin A. Goldberger
> Edward P. Leibensperger (BBO# 292620)
> Benjamin A. Goldberger (BBO# 654357)
> McDermott Will & Emery LLP
> 28 State Street
> Boston, Massachusetts  02109-1775
> (617) 535-4000

Dated: August 29, 2006

## CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

I hereby certify that undersigned counsel conferred with counsel for Richard Harazim and have attempted in good faith to resolve or narrow the issues presented by this Motion and have complied with the provisions of Local Rule 37.1.  Details of the discovery conference are described in the accompanying Memorandum.

> /s/ Benjamin A. Goldberger
> Benjamin A. Goldberger

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 29, 2006.

                                              /s/ Benjamin A. Goldberger
                                              Benjamin A. Goldberger

BST99 1514596-1.072198.0012