UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC <br><br> Defendants. | Case No. 05-10679-RCL |

### ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO COMPEL AND FOR SANCTIONS

Counterclaim Defendant Richard Harazim hereby moves to extend the time to oppose the Motion to Compel and for Sanctions filed by the Weiss Defendants from September 12, 2006 to September 19, 2006. In support of this motion, Mr. Harazim states:

1. Mr. Harazim's Opposition to the Motion for to Compel and for Sanctions filed by the Weiss Defendants is currently due on September 12, 2006.

2. Mr. Harazim requests a one week extension up to and including Tuesday, September 19, 2006 to oppose the Motion to Compel and for Sanctions.

3. The Weiss Defendants have assented to this motion.

WHEREFORE, Mr. Harazim respectfully requests an extension from Tuesday, September 12, 2006 up to and including Tuesday, September 19, 2006 to oppose the Motion to Compel and for Sanctions.

Respectfully submitted,

RICHARD HARAZIM

By his attorneys,

/s/ Dana A. Zakarian\_\_\_
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Dana A. Zakarian (BBO# 641058)
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dzakarian@nbparis.com
dpasquarello@nbparis.com

Dated: September 11, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I certify that on September 11, 2006, I conferred with Benjamin Goldberger and that he assented to the relief requested in this motion.

/s/ Dana A. Zakarian

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 11th day of September, 2006.

/s/ Dana A. Zakarian