STATEMENT OF ACCOUNT
June 1, 2006 - September 30, 2006

KOTVA V. WEISS, ET AL., Civ. No. 05-10679-RCL

| DATE | DESCRIPTION | EXPENSES | HOURS |
| --- | --- | --- | --- |
| 6/5 | Review of D. Pasquarello's letter; Review of email from E. Leibensperger | | .1 |
| 6/7 | Reviewed Weiss response to Kotva letter | | .1 |
| 6/12 | Drafted and filed order | | 1.7 |
| 6/16 | *In camera* inspection of documents | | .5 |
| 6/19 | Drafted and filed order on *in camera* review; reviewed recent court filings affecting discovery issues, including dismissal of case against Forminster and objections to order | | 3.8 |
| 6/21 | Reviewed letter from B. Goldberger; email to counsel | | .1 |
| 7/5 | Reviewed Kotva's certifications and supplemental responses | | .2 |
| 7/12 | Reviewed letter from Sean Mulryan | | .1 |
| 7/17 | Review of Blessington letter; July 11 letter of B. Goldberger re: Weiss/Woolf correspondence; email to counsel; drafted and revised order | | 1.3 |
| 8/7 | Reviewed August 3 letter from B. Goldberger; reviewed Kotva's motion to compel; reviewed my May 26 and subsequent orders | | .9 |

| | | | |
|---|---|---|---|
| 8/16 | Received and ruled on emergency motion; emailed parties regarding hearing date on pending motions | | .1 |
| 8/24-8/25 | Called court clerk re: scheduling hearing; sent out notice | | .2 |
| 8/29 | Prepared for hearing on pending motions; reviewed all papers; *in camera* review of Guthova documents | | 3.5 |
| 8/30 | Hearing | | 2.0 |
| 9/18 | Reviewed Goldberger letter; read *XYZ*; received Kotva's supplemental submission | | .1 |
| 9/19 | Worked on pending motions; legal research | | 3.0 |
| 9/20 | Worked on pending motions; draft order | | 1.6 |
| 9/21 | Worked on pending motions; draft order | | 1.2 |
| 9/22 | Worked on pending motions; draft order | | 1.0 |
| 9/25 | Worked on pending motions; legal research; draft order | | 4.0 |
| 9/26 | Worked on pending motions; legal research; draft order | | 6.0 |
| 9/27 | Worked on pending motions; draft order | | 4.2 |
| 9/28 | Worked on pending motions; draft order | | 4.2 |
| 9/29 | Worked on pending motions; completed and filed order | | 2.2 |
| TOTAL | | | 42.1 |

Legal services rendered 42 hours @ $300/hr          $ 12,600