UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. | C.A. No. 05-10679-RCL |
| ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | |

## DECLARATION OF EDWARD P. LEIBENSPERGER REGARDING ATTORNEYS' FEES

I, Edward P. Leibensperger, declare and state:

1. I am a partner with the law firm of McDermott Will & Emery LLP ("McDermott"), and have been a member of the Massachusetts bar in good standing since being admitted to the bar in December, 1974.

2. I have been one of the principal attorneys representing Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments Ltd. (collectively, the "Weiss Parties")

in the above-captioned action since the action began in 2005. I make this declaration in response to the Discovery Master's September 29, 2006 Order (the "Order")..

3. In my opinion, for the reasons set out below, the fair and reasonable amount of legal fees charged for litigating the three motions decided by the Order is $21,171.75

4. Attached hereto as Exhibit A is a summary chart prepared by McDermott's staff listing the attorneys' fees incurred in connection with the three motions decided by the Order.

5. Exhibit A has been prepared based on my review of a subset of McDermott's records for time spent by attorneys and paralegals on this case from August 3, 2006 to September 22, 2006. McDermott keeps these records in the ordinary course of business. August 3, 2006 is the day after Kotva filed its Motion for Sanctions and to Compel. September 22, 2006 is the day that the Weiss Parties responded to Kotva's September 18, 2006 supplemental submission.

6. Along with Benjamin Goldberger, an associate at McDermott and the other principal attorney representing the Weiss Parties, I have reviewed each of the individual time entries and made an allocation of the charge for the individual time entries between work on the three motions decided by the Order and other matters. I have based my allocation of the individual time charges based on my knowledge of the amount of work each task entailed and communications with other attorneys and staff at McDermott.

7. In my opinion and based on my experience as an attorney, the fees charged were reasonable and necessary to the litigation of the three discovery motions. The hourly rates charged for the attorney and paralegal time spent on this case are comparable to the rates charged by other attorneys and paralegals in the Boston area with comparable experience. The amount of time spent was reasonable in view of the issues presented.

8. In my best estimation, the time spent litigating the three motions, and the associated costs, should be allocated as follows:

- Kotva's Motion for Sanctions and to Compel:   45% ($9,527.29)

- Kotva's Motion to Compel Regarding Interrogatories and Document Requests   35% ($7,410.11)

- The Weiss Parties' Motion to Compel   20% ($4,234.35)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON  Oct. 18, 2006

*[signature]*
EDWARD P. LEIBENSPERGER

BST99 1519847-1 072198 0012

3

| EXHIBIT A | | | | |
|---|---|---|---|---|
| Attorney / Paralegal | Task | Hours | Rate | Cost |
| Leibensperger | Pre-hearing drafting of memoranda, research, other work on responding to / filing motions to compel | 10.7 | $585.00 | $6,259.50 |
| Leibensperger | Hearing on motions | 3.2 | $585.00 | $1,872.00 |
| Leibensperger | Post-hearing work on motions to compel | 2.8 | $585.00 | $1,638.00 |
| Goldberger | Pre-hearing drafting of memoranda, research, other work on responding to / filing motions to compel | 27.6 | $295.00 | $8,142.00 |
| Goldberger | Hearing on motions | 4 | $295.00 | $1,180.00 |
| Goldberger | Post-hearing work on motions to compel | 6.55 | $295.00 | $1,932.25 |
| Kendall | Pre-hearing work on response to motions to compel | 0.2 | $560.00 | $112.00 |
| Brine | Pre-hearing work on response to motions to compel | 0.2 | $180.00 | $36.00 |
| | | | TOTAL | $21,171.75 |