UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br>)<br>Defendants. )<br>) | Case No. 05-10679-RCL |

**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF
APPORTIONMENT OF FEES AND COSTS IN RESPONSE TO
THE SPECIAL MASTER'S ORDER OF SEPTEMBER 25, 2006**

I, Joel G. Beckman, state under the pains and penalties of perjury as follows:

1. I am counsel for Kotva a.s. in the above-captioned matter.

2. Attached hereto at Exhibit 1 are copies of the time entries from the Nystrom Beckman & Paris ("NBP") invoices submitted to and paid by Kotva for fees involving Kotva's motion to compel and request for sanctions. These fees total $23,167.50 (Kotva is not waiving and is preserving the attorney client privilege with respect to the rest of its invoices).

3. As described in the entries, the work performed included multiple reviews of Weiss' privilege log, multiple discovery conferences, legal research, drafting of the motion and supplemental filing, and attending the hearing.

4. As reflected in the entries, NBP's rates per hour were $275 for associates and $325 for partners. NBP's billing rates are substantially lower than competing Boston law firms.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 18th DAY OF OCTOBER, 2006.**

_____
Joel G. Beckman

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 18th day of October, 2006.

/s/ Joel G. Beckman

# NYSTROM BECKMAN & PARIS LLP
### COUNSELORS AT LAW

September 15, 2006

Invoice #10795

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2006 | DZ | Fees<br>Research re waiver of attorney client privilege; conferences with Mr. Beckman and Mr. Pasquarello re same | 2.20<br>275.00/hr | 605.00 |
| 8/2/2006 | DP | Fees<br>Complete meet and confer process for motion to compel and draft and revise certification for same; review and revise motion to compel and confer with Mr. Beckman regarding same; review exhibits and file motion to compel | 4.60<br>275.00/hr | 1,265.00 |
|  | JGB | Fees<br>Continue MWE meet/confer; draft revise and finalize for filing brief on privilege log requesting sanctions | 6.83<br>325.00/hr | 2,219.75 |
| 8/3/2006 | DP | Fees<br>E-mail to opposing counsel requesting discovery conference regarding defendants' responses to Kotva's discovery | 0.10<br>275.00/hr | 27.50 |
| 8/28/2006 | DP | Fees<br>Review defendants' second revised privilege log; review oppositions to motions to compel; confer with Mr. Beckman regarding upcoming hearing | 3.10<br>275.00/hr | 852.50 |
| 8/29/2006 | JGB | Fees<br>Review Weiss oppositions to two pending motions; prepare for hearing | 9.33<br>325.00/hr | 3,032.25 |
|  | DP | Fees<br>Review second revised privilege log for continued deficiencies; review motions to compel, oppositions to motions to compel, and research case law regarding privilege and waiver issues in preparation for hearing on motions to compel and for sanctions; confer with Mr. Beckman regarding strategy for same | 9.60<br>275.00/hr | 2,640.00 |

10 ST. JAMES AVENUE ♦ 16th FLOOR ♦ BOSTON, MASSACHUSETTS 02116
(617) 778-9100 ♦ (617) 778-9110 (fax)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/30/2006 | JGB | Fees<br>Prepare for and attend extended hearing before Discovery Master on motion to compel on privilege log and motion to compel on documents and interrogatories | 6.17 | 325.00/hr | 2,005.25 |
| | DP | Fees<br>Prepare for and attend hearing before Special Master on Kotva's motions to compel and for sanctions; review e-mail regarding in camera review issue; outline issues for supplement to Special Master | 5.10 | 275.00/hr | 1,402.50 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 47.03 | $14,049.75 |

# NYSTROM BECKMAN & PARIS LLP
C O U N S E L O R S   A T   L A W

August 24, 2006

Invoice #10766

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2006 DP | Fees | Revise potential motion for sanctions and to compel; rule 37.10 conference with opposing counsel regarding deficient privilege log issues; confer with Mr. Beckman re same | 4.20 275.00/hr | 1,155.00 |
| 7/28/2006 DP | Fees | Review correspondence; telephone call to opposing counsel and continuation of Rule 37 discovery conference; confer with Mr. Beckman regarding status of same | 2.10 275.00/hr | 577.50 |
| 7/31/2006 DP | Fees | E-mail to opposing counsel regarding Rule 37.1 discovery conference and confer with Mr. Beckman regarding same; review opposing counsel's response | 2.10 275.00/hr | 577.50 |
|  | For professional services rendered |  | 8.40 | Amount $2,310.00 |

10 ST. JAMES AVENUE ♦ 16th FLOOR ♦ BOSTON, MASSACHUSETTS 02116
(617) 778-9100 ♦ (617) 778-9110 (fax)

# NYSTROM BECKMAN & PARIS LLP
COUNSELORS AT LAW

October 16, 2006

Invoice #10840

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/14/2006 DP | Fees<br>Draft and revise supplemental brief in support of motion to compel; review defendant's privilege log to select entries for in camera review re same | | 5.90<br>275.00/hr | 1,622.50 |
| 9/15/2006 DP | Fees<br>Confer with Mr. Beckman regarding supplemental brief and request for in camera review; draft and revise supplemental brief regarding same | | 7.00<br>275.00/hr | 1,925.00 |
| 9/16/2006 DP | Fees<br>Review and revise supplemental brief in support of motions to compel | | 1.90<br>275.00/hr | 522.50 |
| 9/17/2006 JGB | Fees<br>Revise draft of privilege log supplemental brief | | 2.67<br>325.00/hr | 867.75 |
| 9/18/2006 DP | Fees<br>Draft, revise, finalize and file supplemental brief in support of motions to compel and confer with Mr. Beckman regarding same counsel's response | | 6.80<br>275.00/hr | 1,870.00 |
| | | | | Amount |
| | For professional services rendered | | 24.27 | $6,807.75 |