UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>      Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>      Defendants. | Case No. 05-10679-RCL |

## PLANITIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE DISCOVERY

Plaintiff Kotva, a.s. ("Kotva") hereby requests leave to file a reply brief in support of its motion to extend the discovery deadline from December 22, 2006 to January 31, 2007. In support of this motion, Kotva states:

1. Defendants have for the first time today said that they are making thirty-five (35) boxes of documents available for inspection and copying. These documents concern defendants' other extortion schemes and are directly relevant to their "pattern of racketeering activity" in violation of RICO.

2. Kotva requested these documents on December 21, 2005. Defendants, however, refused to produce the documents at that time, claiming that it was too burdensome to do so.

3. On September 29, 2006, the Special Master gave defendants the choice of either producing the documents or answering Kotva's interrogatories.

4.      When defendants failed to do either, Kotva requested immediate production of the documents and/or answers to the interrogatories.

5.      On November 3, 2006—eleven months after the documents were requested—defendants announced that they will be making available for inspection an additional thirty-five boxes of documents. In view of defendants' late production, Kotva is now forced to review and incorporate these thirty-five boxes of documents and complete all of the depositions in this action—in the Czech Republic, United States and Ireland—by December 22, 2006.

6.      Consideration of these factors, which are set forth more fully in the attached proposed reply brief, will assist the Court in determining whether to extend the current discovery schedule approximately forty days.

WHEREFORE, Kotva respectfully requests that the Court grant it leave to file the attached reply brief in support of the motion to extend the deadlines for completing fact discovery from December 22, 2006 to January 31, 2007.

        Respectfully submitted,

        Kotva, a.s.

        By its attorneys,

        /s/ Daniel J. Pasquarello_____
        Joel G. Beckman (BBO# 553086)
        Dana A. Zakarian (BBO# 641058)
        Daniel J. Pasquarello (BBO# 647379)
        NYSTROM BECKMAN & PARIS LLP
        10 St. James Ave., 16th Floor
        Boston, Massachusetts 02116
        (617) 778-9100
        (617) 778-9110 (fax)
        jbeckman@nbparis.com
        dzakarian@nbparis.com
        dpasquarello@nbparis.com

Dated: November 3, 2006

## LOCAL RULE 7.1 CERTIFICATION

In accordance with Local Rules 7.1, I certify that on November 3, 2006, I conferred with Benjamin Goldberger and we were unable to reach agreement concerning the relief requested in this motion at that time.

        /s/ Dana A. Zakarian

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of November, 2006.

        /s/ Dana A. Zakarian

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>        Defendants. | Case No. 05-10679-RCL |

**PLAINTIFF'S (PROPOSED) REPLY BRIEF IN SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE DISCOVERY**

Kotva apologizes for burdening the Court with more briefing concerning a scheduling issue. Since filing its motion, however, certain circumstances have changed. Defendants today, for the first time, announced that they were making an additional thirty-five (35) boxes of documents available for Kotva's inspection and copying. These documents concern other extortion schemes that plaintiff alleges were initiated by the defendants and are, therefore, relevant to defendants' "pattern of racketeering activity" in violation of RICO.

Kotva first requested these documents on December 21, 2005—almost a year ago. Defendants, however, refused to produce the documents claiming that it was too burdensome to do so. On May 25, 2006, the Special Master denied without prejudice Kotva's motion to compel these documents, and instead invited Kotva to discover the information through interrogatories and depositions. In accordance with the Special Master's Order, Kotva served interrogatories concerning defendants' schemes to extort

other companies.  Defendants again refused to produce the information.  This time, defendants argued that answering the interrogatories would require them to review the documents, and the Special Master already ruled that they did not have to do that.  Accordingly, Kotva was forced to file another motion to compel defendants to answer the interrogatories.

On September 29, 2006, the Special Master ordered defendants to either specify and produce the records from which the answers may be derived or answer the interrogatories.  When defendants failed to do either, counsel for Kotva requested immediate production of the documents and/or answers to the interrogatories.  On November 3, 2006, defendants announced that they will be making available for inspection an additional thirty-five (35) boxes of documents.

Now Kotva is faced with reviewing thirty-five (35) boxes of additional documents <u>and</u> completing the remaining depositions (in the United States, Ireland, and the Czech Republic) before December 22, 2005.  In view of the foregoing, and all of the other reasons stated in Kotva's motion, Kotva respectfully requests that the Court extend the deadlines for completing fact discovery from December 22, 2006 to January 31, 2007.

Respectfully submitted,

Kotva, a.s.

By its attorneys,

/s/ Daniel J. Pasquarello_____
Joel G. Beckman (BBO# 553086)
Dana A. Zakarian (BBO# 641058)
Daniel J. Pasquarello (BBO# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
dzakarian@nbparis.com
dpasquarello@nbparis.com

Dated: November 3, 2006

## LOCAL RULE 7.1(A)(2) and 37.1 CERTIFICATION

In accordance with Local Rules 7.1, I certify that on November 3, 2006, I conferred with Benjamin Goldberger and we were unable to reach agreement concerning the relief requested in this motion at that time.

/s/ Dana A. Zakarian

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of November, 2006.

/s/ Dana A. Zakarian