UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| KOTVA a.s. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-10679-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW WEISS and WEISS ASSET | ) | |
| MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |
|  | ) | |

_____

**MOTION FOR APPROVAL OF APPLICATIONS FOR
LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Kotva a.s. hereby moves that the Discovery Master approve the attached two

applications for Letters of Request for International Judicial Assistance ("Letters of

Request") pursuant to Fed. R. Civ. P. 28(b) and the Hague Convention on the Taking of

Evidence Abroad in Civil or Commercial Matters ("Hague Convention"), and refer the

applications to the district judge for approval and signature. In support of this motion,

Kotva states:

1. For the reasons set forth in the applications, the applications are meritorious.

2. In order to be in proper form, the Letters of Request must be signed by a judicial

officer. However, the applications arguably are discovery motions within the scope of

the Court's December 13, 2005 Order Appointing a Discovery Master. As such, Kotva

seeks approval from the Discovery Master and a referral to the Court to approve the

applications and to execute the Letters of Request.

   3.   After the Court signs the Letters of Request and attaches its seal, Kotva asks that the Court notify Kotva so that it can make arrangements for postage.  Pursuant to the Hague Convention, the Letter of Request should be transmitted in duplicate directly from the Court to the Czech central authority designated in the Letter of Request.  If necessary, Kotva will provide a certified translation of the Letter of Request.

   4.   Counsel for the Defendants has indicated that they do not oppose Kotva's applications.

Respectfully submitted,

KOTVA, A.S.
By its attorneys,


/s/ Joel G. Beckman
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dpasquarello@nbparis.com

Dated:  November 6, 2006

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue addressed in this motion.

/s/ Joel G. Beckman

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 6th day of November, 2006.

/s/ Joel G. Beckman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. )<br><br>Plaintiff, )<br><br>v. )<br><br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br><br>Defendants. ) | Case No. 05-10679-RCL |

## APPLICATION FOR LETTER OF REQUEST
## FOR INTERNATIONAL JUDICIAL ASSISTANCE

Kotva a.s. hereby applies to this Court pursuant to Rule 28(b) of the Federal Rules of Civil Procedure and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention") for the issuance of a Letter of Request, in the form attached hereto, directed to the Appropriate Judicial Authorities of the Czech Republic. Kotva is seeking the examination of Mr. Ondrej Peterka, attorney at Peterka & Partners (hired by defendant Andrew Weiss and Weiss Capital Partners LLC on or about June 4, 2004), that may be used in civil proceedings before this court in the above captioned matter.

## GROUNDS FOR APPLICATION

As grounds for this application, Kotva states as follows:

1.      At the heart of this matter is an attempt by the defendant Andrew Weiss to blackmail the Czech company Kotva a.s. in an effort to extort millions of dollars in return for dropping certain sham lawsuits initiated by Weiss. In short, beginning in 2004, Weiss

blackmailed Kotva after he learned that Kotva planned to sell its shopping center. When

Kotva refused Weiss' demand that it "repurchase" the shares in Kotva held by BGO (a

Weiss managed fund), Gilroy Limited ("Gilroy") and KT, Inc. ("KT") purchased nominal

shares of Kotva's stock and filed lawsuits in the Czech Republic, challenging the transfer

of the Department Store from Kotva to its subsidiary—which had occurred three years

earlier—solely to interfere with the sale. Weiss thereafter made ever increasing demands

on Kotva to purchase BGO's shares, and promised that he would "attempt to influence"

Gilroy and KT to drop the suits if his price demands were met. In all of his

communications to Kotva, however, Weiss denied any connection with Gilroy or KT.

Nevertheless, Weiss subsequently admitted that he caused both Gilroy and KT to file the

suits against Kotva.

      2.     Defendant Andrew Weiss and Weiss Capital LLC hired attorney Ondrej

Peterka of Peterka & Partners on June 4, 2004 and that firm continues to represent them.

According to the Defendants and counterclaim-plaintiffs' August 10, 2006 Appendix to

their revised privilege log:

> Peterka & Partners began representing KT, Inc. in July 2004 and continues
> to represent it. Peterka & Partners began representing CVF Investments
> LLC in December 2005 and continues to represent it. Peterka & Partners
> began representing CVF Investments Ltd. on May 26, 2005 and continues
> to represent it. Peterka & Partners also represented Balfindor with respect
> to a particular piece of litigation from June 8, 2004 to December 10, 2004.
> Peterka & Partners also represented Gilroy with respect to a particular
> piece of litigation from mid-June 2004 until December 13, 2004. Peterka
> & Partners also represented Mr. Hoffmann with respect to a particular
> piece of litigation from June 2004 to November 25, 2004.

Mr. Hoffmann was Weiss's associate in the Czech Republic.

      3.     Mr. Peterka, therefore, played an instrumental role in carrying out the

Weiss Defendants' blackmail scheme against Kotva through the use of sham litigation.

Indeed, Mr. Peterka's firm, Peterka & Partners, appears to have filed all of the sham lawsuits against Kotva in the Czech Republic. Mr. Peterka also personally participated in meetings and conversations with Kotva regarding the Weiss Defendants' blackmail scheme.

4.      Kotva seeks to question Mr. Peterka about the conversations and meetings with third parties, including Kotva, which he participated in or was aware of that are relevant to the Weiss Defendants' scheme to blackmail Kotva and interfere with the sale of Kotva's Department store. Kotva does not seek to invade the attorney-client privilege and does not intend to question Mr. Peterka about privileged matters.

5.      Kotva has submitted herewith a Letter of Request to the Appropriate Judicial Authorities of the Czech Republic for an order effecting the assistance requested in this application. Pursuant to the Hague Convention, the Letter of Request should be transmitted in duplicate directly from the Court to the Czech central authority designated in the Letter of Request. If necessary, Kotva will provide a certified translation of the Letter of Request.

Respectfully submitted,

KOTVA, A.S.

By its attorneys,


/s/ Joel G. Beckman
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dpasquarello@nbparis.com

Dated: November 6, 2006


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 6th day of November, 2006.


/s/ Joel G. Beckman

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KOTVA a.s. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-10679-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW WEISS and WEISS ASSET | ) | |
| MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
## (LETTERS ROGATORY/COMMISSION ROGATOIRE)

To:    The Appropriate Judicial Authorities of the Czech Republic

Ministerstvo Spravedlnosti Ceske Republicky
(The Ministry of Justice of the Czech Republic)
128 10 Praha 2
Vysehradska 16
Prague, Czech Republic

Dear Honorable Justices:

The United States District Court for the District of Massachusetts presents its

compliments, and requests international judicial assistance to obtain evidence to be used

in a civil proceeding before this court in the above captioned matter.

This court requests the assistance described herein as necessary in the interests of

justice.  The assistance requested is that the appropriate judicial authority of the Czech

Republic, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil

or Commercial Matters, require the examination of Mr. Ondrej Peterka, a resident of the

Czech Republic and attorney at Peterka & Partners hired by Defendant Andrew Weiss

and Weiss Capital LLC. Mr. Peterka has also represented counterclaim-plaintiffs KT,
Inc. and CVF Investments Ltd. as well as CVF Investments, LLC, Gilroy, Balfindor, and
Vladimir Hoffmann in litigation filed against Kotva in the Czech Republic. As an
individual with personal knowledge of the topics described, Kotva has requested that Mr.
Peterka be required to provide testimony and give evidence that may be used in civil
proceedings before this Court.

## BACKGROUND

The plaintiff, Kotva a.s. ("Kotva"), filed a civil suit against the defendants,
Andrew Weiss and Weiss Asset Management, LLC ("Weiss defendants"), in federal
court in Massachusetts in 2005. The description of the case is based on allegations in
Kotva's Complaint.

According to Kotva's Complaint, defendant Andrew Weiss attempted to
blackmail the Czech company Kotva a.s. in an effort to extort millions of dollars in return
for dropping certain sham lawsuits initiated by Weiss. Beginning in 2004, Weiss
allegedly blackmailed Kotva after he learned that Kotva planned to sell its shopping
center. When Kotva refused Weiss' demand that it "repurchase" BGO's shares in Kotva,
Kotva claims that Gilroy Limited ("Gilroy") and KT, Inc. ("KT") purchased nominal
shares of Kotva's stock and filed lawsuits in the Czech Republic to challenge the transfer
of the Department Store from Kotva to its subsidiary—which had occurred three years
earlier—solely to interfere with the sale. Thereafter, Weiss allegedly made ever
increasing demands on Kotva to purchase BGO's shares, and promised that he would
"attempt to influence" Gilroy and KT to drop the suits if his price demands were met.
According to Kotva, Weiss initially denied any connection with Gilroy or KT in his

communications with Kotva, but later admitted that he caused both Gilroy and KT to file

the suits against Kotva.

Defendant Andrew Weiss and Weiss Capital LLC hired attorney Ondrej Peterka

of Peterka & Partners on or about June 4, 2004 and that firm continues to represent them.

According to the Weiss Defendants and counterclaim-plaintiffs' August 10, 2006

Appendix to their revised privilege log:

> Peterka & Partners began representing KT, Inc. in July 2004 and continues
> to represent it.  Peterka & Partners began representing CVF Investments
> LLC in December 2005 and continues to represent it.  Peterka & Partners
> began representing CVF Investments Ltd. on May 26, 2005 and continues
> to represent it.  Peterka & Partners also represented Balfindor with respect
> to a particular piece of litigation from June 8, 2004 to December 10, 2004.
> Peterka & Partners also represented Gilroy with respect to a particular
> piece of litigation from mid-June 2004 until December 13, 2004.  Peterka
> & Partners also represented Mr. Hoffmann with respect to a particular
> piece of litigation from June 2004 to November 25, 2004.

Mr. Hoffmann was Weiss's associate in the Czech Republic.

## QUESTIONS

Kotva seeks to examine Mr. Peterka under oath because of his personal

knowledge of and personal participation in the Weiss defendants' alleged efforts to

blackmail Kotva.   Specifically, Kotva seeks to question Mr. Peterka about:

- his representations to third parties regarding the Weiss defendants' efforts
  to sell shares held in Kotva by BGO;

- his representations to third parties, including the Irish investors who
  purchased the Kotva Department Store, about the sale of Kotva's
  Department Store;

- his representations to third parties regarding the Weiss defendants' alleged
  efforts to use litigation to force Kotva to purchase BGO's shares;

- his meetings with Kotva on behalf of the Weiss defendants to negotiate the sale of the BGO shares;

- his representation to and meetings with third parties about the Weiss Defendants' alleged scheme to blackmail Kotva and interfere with the sale of the Department store by, among other things, filing litigation on behalf of the Weiss Defendants, Gilroy, Balfindor, KT, CVF and/or Vladimir Hoffmann.

Kotva does not intend to question Mr. Peterka about privileged matters.

## **REQUEST**

The undersigned honorable Judge Reginald C. Lindsay, Judge of the United States District Court for the District of Massachusetts, therefore respectfully requests the Appropriate Judicial Authorities of the Czech Republic to cause Mr. Ondrej Peterka to be summoned to attend, at such place and time as the Court shall appoint, before such person who, according to the procedure of your Honorable Court, is competent to preside over the examination of witnesses under oath, and that you permit such witness to be examined orally by Joel G. Beckman, or William C. Nystrom or Daniel J. Pasquarello of Nystrom, Beckman & Paris LLP, attorneys for Kotva; and Edward P. Leibensperger, or Benjamin A. Goldberger, or Sylvia K. Kratky of McDermott, Will & Emery LLP, attorneys for the Weiss defendants.  The specific topics of inquiry proposed for the examination of Mr. Peterka are outlined above.  It is further requested that:

a.  The testimony of Mr. Peterka be recorded on videotape and transcribed by a stenographer in accordance with the rules applicable to the jurisdiction of your Honorable Court and there be authentication of Mr. Peterka's testimony by the

seal of your Honorable Court or in such other way as prescribed by the procedure of your Honorable Court.

b.  The testimony of Mr. Peterka on video, the transcripts of Mr. Peterka's testimony as well as any documents, copies or extracts from documents be transmitted to this Court in a sealed envelope addressed to the Clerk of the United States District Court for the United States District of Massachusetts at:

> Clerk of Court
> United States District Court of Massachusetts
> 1 Courthouse Way
> Boston, Massachusetts 02210
> Attention: Mr. Don Stanhope
> CA #05-10679-RCL

c.  Your Honorable Court cause to be sent to Joel Beckman, Nystrom, Beckman & Paris LLP, 10 St. James Ave., 16th Floor, Boston, MA 02216, a note of the charges and expenses payable in respect of the execution of this request.

## **RECIPROCITY**

It is the understanding of this Court that the granting of assistance of the type herein requested is authorized by the laws of the Czech Republic.  The courts of the United States are authorized by statute, Section 1782, title 28 of the United States Code, to extend similar assistance to the tribunals of the Czech Republic.

## <u>REIMBURSEMENT OF COSTS</u>

Kotva has assured this Court that they are prepared to reimburse your Court for all reasonable costs incurred in executing this request.

_____
Reginald C. Lindsay, U.S. District Judge
United States District Court for the District of Massachusetts
Boston, Massachusetts, United States of America

November __, 2006

(SEAL OF COURT)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KOTVA a.s. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-10679-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW WEISS and WEISS ASSET | ) | |
| MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## APPLICATION FOR LETTER OF REQUEST
## FOR INTERNATIONAL JUDICIAL ASSISTANCE

Kotva a.s. hereby applies to this Court pursuant to Rule 28(b) of the Federal Rules

of Civil Procedure and the Hague Convention on the Taking of Evidence Abroad in Civil

or Commercial Matters ("Hague Convention") for the issuance of a Letter of Request, in

the form attached hereto, directed to the Appropriate Judicial Authorities of the Czech

Republic.  Kotva is seeking the examination of Mr. Howard Golden, former director of

CVF Investments Ltd. ("CVF") and a resident of the Czech Republic, that may be used in

civil proceedings before this Court in the above captioned matter.

### GROUNDS FOR APPLICATION

As grounds for this application, Kotva states as follows:

1.      At the heart of this matter is an attempt by the defendant Andrew Weiss to

blackmail the Czech company Kotva a.s. in an effort to extort millions of dollars in return

for dropping certain sham lawsuits initiated by Weiss.  In short, beginning in 2004, Weiss

blackmailed Kotva after he learned that Kotva planned to sell its shopping center.  After

Kotva refused Weiss's demand that it "repurchase" the shares in Kotva held by BGO (a

Weiss managed fund), Gilroy Limited ("Gilroy") and KT, Inc. ("KT") purchased nominal

shares of Kotva's stock and filed lawsuits in the Czech Republic, challenging the transfer

of the Department Store from Kotva to its subsidiary—which had occurred three years

earlier—solely to interfere with the sale. CVF Investments Ltd. ("CVF") later joined the

KT lawsuit as a plaintiff. CVF is also a purported counterclaim-plaintiff in this action.

Mr. Golden is a former director of CVF and has consulted with Defendant Weiss and

Vladimir Hoffmann, Weiss's associate in the Czech Republic, regarding Weiss's efforts

to force Kotva to "repurchase" the BGO shares in Kotva.

2.      After Weiss initiated and implemented the sham litigation plan, Weiss

made ever increasing demands on Kotva to purchase BGO's shares  He promised that he

would "attempt to influence" Gilroy and KT to drop the suits if his price demands were

met. In all of his communications to Kotva, however, Weiss denied any connection with

Gilroy or KT. Nevertheless, Weiss subsequently admitted that he caused both Gilroy and

KT to file the suits against Kotva.

3.      Defendant Andrew Weiss and Weiss Capital LLC hired the Czech

attorney Ondrej Peterka of Peterka & Partners on June 4, 2004 to implement his scheme

to blackmail Kotva. That firm continues to represent the Weiss Defendants and a number

of other entities, including CVF. According to the August 10, 2006 Appendix to the

Weiss Defendants' revised privilege log:

> Peterka & Partners began representing KT, Inc. in July 2004 and continues
> to represent it. Peterka & Partners began representing CVF Investments
> LLC in December 2005 and continues to represent it. Peterka & Partners
> began representing CVF Investments Ltd. on May 26, 2005 and continues
> to represent it. Peterka & Partners also represented Balfindor with respect
> to a particular piece of litigation from June 8, 2004 to December 10, 2004.

Peterka & Partners also represented Gilroy with respect to a particular piece of litigation from mid-June 2004 until December 13, 2004. Peterka & Partners also represented Mr. Hoffmann with respect to a particular piece of litigation from June 2004 to November 25, 2004.

4.    As a former director of CVF, Mr. Golden was involved in or has knowledge of a similar litigation scheme against the Czech company IPB/Domeana. Mr. Golden is also believed to have information about similar actions taken by the Weiss Defendants against the Kazakhstan Investment Fund.

5.    During the period of Weiss's blackmail scheme against Kotva, Mr. Golden had communications with Vladimir Hoffman regarding Kotva and the demands made by the Weiss Defendants that Kotva "repurchase" the BGO shares in Kotva and/or Trend.

6.    Kotva seeks to question Mr. Golden about the conversations and/or meetings he had with Hoffmann, Weiss, and any other parties about Kotva and the efforts made by Weiss to make Kotva "repurchase" his shares. Kotva also seeks to question Mr. Golden regarding CVF's role in or knowledge of other blackmail schemes carried out by the Weiss defendants, including IPB/Domeana and the Kazakhstan Investment Fund. Kotva also seeks to question Mr. Golden about his knowledge of the transaction by which Kotva sold its Department Store.

7.    Kotva has submitted herewith a Letter of Request to the Appropriate Judicial Authorities of the Czech Republic for an order effecting the assistance requested in this application. Pursuant to the Hague Convention, the Letter of Request should be transmitted in duplicate directly from the Court to the Czech central authority designated in the Letter of Request. If necessary, Kotva will provide a certified translation of the Letter of Request.

Respectfully submitted,

Kotva, a.s.

By its attorneys,


/s/ Joel G. Beckman
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Daniel J. Pasquarello (BB0# 647379)
Nystrom Beckman & Paris llp
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dpasquarello@nbparis.com

Dated: November 6, 2006


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) and paper copies will be sent to those indicated as non registered participants on
this 6th day of November, 2006.


/s/ Joel G. Beckman

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ————————————————— )<br>KOTVA a.s. )<br> )<br>            Plaintiff, )<br> )<br>        v. )<br> )<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br> )<br>            Defendants. )<br>—————————————————————) | Case No. 05-10679-RCL |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTERS ROGATORY/COMMISSION ROGATOIRE)**

To:    The Appropriate Judicial Authorities of the Czech Republic

Ministerstvo Spravedlnosti Ceske Republicky
(The Ministry of Justice of the Czech Republic)
128 10 Praha 2
Vysehradska 16
Prague, Czech Republic

Dear Honorable Justices:

The United States District Court for the District of Massachusetts presents its

compliments, and requests international judicial assistance to obtain evidence to be used

in a civil proceeding before this court in the above captioned matter.

This court requests the assistance described herein as necessary in the interests of

justice.  The assistance requested is that the appropriate judicial authority of the Czech

Republic, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil

or Commercial Matters, require the examination of Mr. Howard Golden, a resident of the

Czech Republic and former director of CVF Investments Ltd. ("CVF").  As an individual

with personal knowledge of the topics described, Kotva has requested that Mr. Golden be required to provide testimony and give evidence that may be used in civil proceedings before this Court.

## BACKGROUND

The plaintiff, Kotva a.s. ("Kotva"), filed a civil suit against the defendants, Andrew Weiss and Weiss Asset Management, LLC ("Weiss defendants"), in federal court in Massachusetts in 2005. The description of the case is based on allegations in Kotva's Complaint.

According to Kotva's Complaint, defendant Andrew Weiss attempted to blackmail the Czech company Kotva a.s. in an effort to extort millions of dollars in return for dropping certain sham lawsuits initiated by Weiss. Beginning in 2004, Weiss allegedly blackmailed Kotva after he learned that Kotva planned to sell its shopping center. When Kotva refused Weiss' demand that it "repurchase" BGO's shares in Kotva, Kotva claims that Gilroy Limited ("Gilroy") and KT, Inc. ("KT") purchased nominal shares of Kotva's stock and filed lawsuits in the Czech Republic to challenge the transfer of the Department Store from Kotva to its subsidiary—which had occurred three years earlier—solely to interfere with the sale. CVF Investments Ltd. ("CVF") later joined the KT lawsuit as a plaintiff. CVF is also a purported counterclaim-plaintiff in this action.

After initiating the litigation plan, Weiss allegedly made ever increasing demands on Kotva to purchase BGO's shares, and promised that he would "attempt to influence" Gilroy and KT to drop the suits if his price demands were met. According to Kotva, Weiss initially denied any connection with Gilroy or KT in his communications with

Kotva, but later admitted that he caused both Gilroy and KT to file the suits against

Kotva.

Defendant Andrew Weiss and Weiss Capital LLC hired the Czech attorney

Ondrej Peterka of Peterka & Partners on June 4, 2004, and that firm continues to

represent the Weiss Defendants and a number of other entities, including CVF.

According to the August 10, 2006 Appendix to the Weiss Defendants' revised privilege

log:

> Peterka & Partners began representing KT, Inc. in July 2004 and continues to represent it.  Peterka & Partners began representing CVF Investments LLC in December 2005 and continues to represent it.  Peterka & Partners began representing CVF Investments Ltd. on May 26, 2005 and continues to represent it.  Peterka & Partners also represented Balfindor with respect to a particular piece of litigation from June 8, 2004 to December 10, 2004.  Peterka & Partners also represented Gilroy with respect to a particular piece of litigation from mid-June 2004 until December 13, 2004.  Peterka & Partners also represented Mr. Hoffmann with respect to a particular piece of litigation from June 2004 to November 25, 2004.

## QUESTIONS

Kotva seeks to examine Mr. Golden under oath because of his personal

knowledge of the Weiss Defendants' alleged efforts to blackmail Kotva and similar

conduct by the Weiss Defendants and/or CVF against other parties.   Specifically, Kotva

seeks to question Mr. Golden about:

- the conversations and/or meetings he had with Hoffmann, Weiss, and any other parties about Kotva and the alleged efforts made by the Weiss defendants to make Kotva "repurchase" BGO's shares in Kotva and Trend;

- the role played by CVF and/or the Weiss defendants in other alleged blackmail schemes;

3

- his knowledge of litigation involving IPB/Domeana and the Kazakhstan Investment Fund;

- his relationship with Hoffmann, the Weiss defendants and any other party to this action;

- his knowledge of the litigation filed against Kotva and/or Markland (the Irish company who purchased Kotva's Department Store) by Gilroy, Balfindor, KT, CVF and/or any other Weiss-controlled entity;

- his knowledge of the transaction by which Kotva sold its Department Store to Markland;

- the valuation of Kotva shares held by BGO, CVF, and/or KT.

## **REQUEST**

The undersigned honorable Judge Reginald C. Lindsay, Judge of the United States District Court for the District of Massachusetts, therefore respectfully requests the Appropriate Judicial Authorities of the Czech Republic to cause Mr. Howard Golden to be summoned to attend, at such place and time as the Court shall appoint, before such person who, according to the procedure of your Honorable Court, is competent to preside over the examination of witnesses under oath, and that you permit such witness to be examined orally by Joel G. Beckman,  or William C. Nystrom or Daniel J. Pasquarello of Nystrom, Beckman & Paris LLP, attorneys for Kotva; and Edward P. Leibensperger,  or Benjamin A. Goldberger, or Sylvia K. Kratky of McDermott, Will & Emery LLP, attorneys for the Weiss defendants.  The specific topics of inquiry proposed for the examination of Mr. Golden are outlined above.  It is further requested that:

a.  The testimony of Mr. Golden be recorded on videotape and transcribed by a

    stenographer in accordance with the rules applicable to the jurisdiction of your

    Honorable Court and there be authentication of Mr. Golden's testimony by the

    seal of your Honorable Court or in such other way as prescribed by the procedure

    of your Honorable Court.

b.  The testimony of Mr. Golden on video, the transcripts of Mr. Golden's testimony

    as well as any documents, copies or extracts from documents be transmitted to

    this Court in a sealed envelope addressed to the Clerk of the United States District

    Court for the United States District of Massachusetts at:

>       Clerk of Court
>       United States District Court of Massachusetts
>       1 Courthouse Way
>       Boston, Massachusetts 02210
>       Attention: Mr. Don Stanhope
>       CA #05-10679-RCL

c.  Your Honorable Court cause to be sent to Joel Beckman, Nystrom, Beckman &

    Paris LLP, 10 St. James Ave., 16th Floor, Boston, MA 02216, a note of the

    charges and expenses payable in respect of the execution of this request.

## **RECIPROCITY**

It is the understanding of this Court that the granting of assistance of the type

herein requested is authorized by the laws of the Czech Republic.  The courts of the

United States are authorized by statute, Section 1782, title 28 of the United States Code,

to extend similar assistance to the tribunals of the Czech Republic.

**<u>REIMBURSEMENT OF COSTS</u>**

Kotva has assured this Court that they are prepared to reimburse your Court for all reasonable costs incurred in executing this request.

_____
Reginald C. Lindsay, U.S. District Judge
United States District Court for the District of Massachusetts
Boston, Massachusetts, United States of America

November ___, 2006

(SEAL OF COURT)

6