UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA A.S., | ) |
| | ) |
| | ) Civil Action No. 05-10679-RCL |
| v. | ) |
| | ) |
| WEISS, ET AL. | ) |

RECOMMENDATION OF SPECIAL MASTER
ON APPLICATIONS FOR LETTERS OF REQUEST

On November 6, 2006, Kotva a.s. moved for approval of Applications for Letters of Request for International Judicial Assistance, pursuant to the Hague Convention, with respect to obtaining testimony in the Czech Republic from Howard Golden and Ondrej Peterka, Esq.

The Applications appearing to seek relevant and non-privileged discovery, and there being no objection from the Weiss defendants, I hereby ALLOW Kotva's motion and recommend to the Court that it approve the Applications for Letters of Request for International Judicial Assistance.

Executed this 7th day of November, 2006.

/s/ Jeanne M. Kempthorne
_____
Special Master