UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA A.S., ) | |
| ) | |
| ) | Civil Action No. 05-10679-RCL |
| v. ) | |
| ) | |
| WEISS, ET AL. ) | |

SUPPLEMENTAL ORDER OF SPECIAL MASTER

This Order supplements the Order issued on November 6, 2006, addressing the *in camera* submissions of the parties.

<u>Correction</u>

The reference to "981" in row 9 of the table addressing the Weiss submission should read "980." It is a typographical error.

<u>P.L. 17-25</u>

With respect to P.L .17-25, which I did not address in the Order filed on November 6:

Upon review of the proposed redactions, I order that all but the last proposed redaction on the second page may be withheld as privileged. The last redaction, consisting of two sentences beginning "Also, I" and ending "/year" should be produced. I conclude that the two sentences at issue relate to a business negotiation and not to legal advice.

So Ordered this 7th day of November, 2006.

/s/ Jeanne M. Kempthorne
_____
Special Master