UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., MARTIN BENDA, RICHARD HARAZIM, FORMINSTER ENTERPRISES, LTD., SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-RCL |

## MOTION FOR SANCTIONS AND TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES BY RICHARD HARAZIM

Pursuant to Federal Rule of Civil Procedure 37, Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments Ltd. (collectively, the "Weiss Parties") hereby move for sanctions pursuant to Rule 37(b) and to compel production of documents and answers to interrogatories by Richard Harazim. For the reasons set forth in the accompanying Memorandum, the Court should: (1) sanction Mr. Harazim pursuant to Rule 37(b)(2)(B); (2) order Mr. Harazim to provide complete, non-evasive answers to the Weiss Parties'

Interrogatories Numbers 1 and 2 without reference to any objections; and (3) produce documents in response to the Weiss Parties' Document Request Number 1 without any reference to any objections.

## REQUEST FOR ORAL ARGUMENT

The Weiss Parties believe that oral argument may assist the Court and wish to be heard. Accordingly, pursuant to Local Rule 7.1(d), they request a hearing.

        Respectfully Submitted,

        ANDREW WEISS, WEISS ASSET
        MANAGEMENT LLC, K T INC. and CVF
        INVESTMENTS LTD.

        By their attorneys,

        /s/ Benjamin A. Goldberger
        Edward P. Leibensperger (BBO# 292620)
        Benjamin A. Goldberger (BBO# 654357)
        McDermott Will & Emery LLP
        28 State Street
        Boston, Massachusetts 02109-1775
        (617) 535-4000

Dated: November 7, 2006

## CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

I hereby certify that undersigned counsel conferred with counsel for Richard Harazim and have attempted in good faith to resolve or narrow the issues presented by this Motion and have complied with the provisions of Local Rule 37.1. Details of the discovery conference are described in the accompanying Memorandum.

        /s/ Benjamin A. Goldberger
        Benjamin A. Goldberger

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2006.

                                                       /s/ Benjamin A. Goldberger
                                                       Benjamin A. Goldberger

BST99 1522095-1.072198.0012