UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. ) | |
| ) | |
| Plaintiff, ) | Case No. 05-10679-RCL |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF RICHARD HARAZIM**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

I, Richard Harazim, declare as follows:

1. I am a senior consultant of K-T-V Finance, k.s. I served as Chief Executive Officer of Kotva, a.s. ("Kotva") beginning in the summer of 2000. Effective September 13, 2005, Kotva changed its name to K-T-V Invest, a.s. This name change was precipitated by the sale of the "Kotva" trade name along with the Kotva Department Store. In the summer of 2006, K-T-V Invest and a Czech company merged to form C.I.S. Kotva, a.s., K-T-V Invest, a.s., and C.I.S. are collectively referred to hereafter as "Kotva."

2. In 2005, Kotva sold its Department Store for approximately $65,000,000. As a result of litigation instigated by the Weiss Defendants, $24,000,000 of the purchase price has been held back in escrow and continues to be held in escrow.

3. Earlier this year, Kotva produced bank account statements, escrow account statements, year-end audited financial statements, and various documents concerning the sale of the Department Store that accounted for the whereabouts of the Department Store sale

1

proceeds through the end of 2005. Kotva has recently produced additional bank account statements, escrow account statements, and investment related documents that account for the sale proceeds through the end of October 2006. Kotva also has previously agreed to provide a year-end audited financial statement prepared by an international accounting firm for 2006 when completed.

4.  In 2006, Kotva moved the majority of the proceeds from the sale of its Department Store to a different financial institution to receive better returns. This year, Kotva also made a number of investments as part of its ongoing business. Kotva has produced documents to the defendants to account for the whereabouts of these proceeds. Several investments made by Kotva are ongoing, however, and are confidential in nature. As described in the following paragraphs, Kotva will be harmed if it is forced to disclose certain confidential information regarding these ongoing investments.

5.  Kotva is currently involved in a real estate investment with another company. The contract with this company contains strict confidentiality and non-disclosure agreements that carry a 10,000,000 czk penalty for violations. Under the terms of this agreement, Kotva considers the name of its investment partner to be confidential. Kotva treats this information as confidential, and takes appropriate measures to safeguard the confidentiality of the information. Kotva has already produced the contract with this business partner to the defendants in redacted form to protect only the identity of the business partner. Kotva also has already disclosed to the defendants that it has made two investments with this business partner this year in the amounts of 170,000,000 and 50,000,000 czk. Further, Kotva has produced documents to the defendants disclosing that these investments are to be repaid to Kotva with interest (in the amounts of 194,103,794 and 53,528,767 czk) by the end of this

year. In addition to incurring a significant contractual penalty, Kotva's ongoing investment, its relationship with this business partner, and its prospects for future beneficial investment opportunities will be harmed if Kotva is forced to disclose the identity of its business partner.

6.  Kotva is also currently involved in a claim investment. Earlier this year, Kotva purchased a claim for 60,270,000 czk and will receive back 70,000,000 by the end of March 2007. Kotva has produced the contract to the defendants in redacted form to protect the identity of its business partner and the company against which the claim stands. Kotva considers both identities to be confidential business information, treats this information as confidential, and takes appropriate measures to safeguard the confidentiality of this information. Disclosure of the identity of the company against which the claim stands may jeopardize Kotva's ability to recover on its current investment. Kotva will reveal the identity of the company against whom the claim stands, however, once it receives back its investment. On the other hand, disclosure of the identity of Kotva's business partner will jeopardize Kotva's ability to conduct future business with this entity and therefore could deprive Kotva of valuable investment opportunities in the future. The contract with this business partner also contains a confidentiality provision and nondisclosure agreement that carries a 1,000,000 czk penalty for violations.

7.  Specifically, Kotva is concerned that its business partners will refuse to conduct business with Kotva in the future. As a result, Kotva will be deprived of investment opportunities it otherwise would have. Disclosure of confidential information in violation of Kotva's contracts with these partners would also cause embarrassment to Kotva and immediately damage the relationships. With respect to the current investments, Kotva is very concerned that its confidential information will be misused to interfere with Kotva's

expected receipt of those investments. In particular, the Weiss Defendants have initiated a number of lawsuits to disrupt Kotva's business relationships. For example, the Weiss Defendants have filed suit against Markland, the purchaser of Kotva's Department Store, and sent correspondence threatening A.I.B., Markland's bank. It is very easy to file lawsuits in the Czech Republic. The targeted party must pay the expense of defending the case, which may drag on for years, whether or not the claims have merit.

8.      None of the entities described above is Forminster Enterprises Ltd. ("FEL"). As I previously testified, I do not know the identity of the "beneficial owners" of FEL. None of the entities described above, however, is owned by, controlled by, or affiliated with FEL.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY OF THE LAWS OF THE UNITED STATES OF AMERICA ON THIS 14th DAY OF NOVEMBER, 2006.

_____
Richard Harazim.