# Nystrom Beckman & Paris LLP

November 16, 2006

**By Hand Delivery**

The Honorable Reginald Lindsay
United States District Court
United State Courthouse, Room 5130
1 Courthouse Way
Boston, Massachusetts 02210

    Re:   <u>Kotva a.s. v. Andrew Weiss and Weiss Asset Management, LLC</u>
            C.A. No. 05-10679-PBS (D. Mass.)

Dear Judge Lindsay:

    I apologize for imposing upon the Court with this ongoing discovery scheduling issue, but we are confronted with deadlines and are in need of the Court's guidance. On October 27, 2006, plaintiff filed a motion to extend the discovery deadline from December 22, 2006 to January 31, 2007. That motion is currently pending with the Court. As explained in the plaintiff's motion (and reply brief), an extension was and continues to be necessary due to the fact that: (1) several outstanding depositions will occur in Dublin, Prague, and Boston; (2) issues are still pending before the Discovery Master concerning documents that may yet need to be produced and which will be relevant for certain of the depositions; (3) defendants have not completed their document production and just recently produced thirty-five boxes of *new* documents; and (4) counsel for plaintiff has a two week vacation out of the country beginning on November 17. In addition, the Court has not yet ruled on the plaintiff's motion to dismiss, which may affect areas of inquiry at the noticed depositions.

    In view of the upcoming discovery deadline and the need for this short extension, plaintiff respectfully requests that the Court consider and grant the pending motion to extend the discovery deadline to January 31, 2007.

                                            Respectfully submitted,

                                            Joel G. Beckman

cc: Edward Liepsensperger, Esq.



10 St. James Avenue   16th Floor   Boston   Massachusetts 02116   Tel 617.778.9100   Fax 617.778.9110   www.nbparis.com