# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington D C

Edward P Leibensperger
Attorney at Law
eleibensperger@mwe com
617 535-4046

November 16, 2006

BY HAND DELIVERY AND ECF FILING

The Honorable Reginald Lindsay
United States District Court
United States Courthouse, Room 5130
1 Courthouse Way
Boston, MA 02210

    Re:    <u>Kotva a.s. v. Andrew Weiss and Weiss Asset Management, LLC</u>
            C.A. No. 05-10679-PBS (D. Mass.)

Dear Judge Lindsay:

We just received ECF Notice at 3:07 p.m. today of a letter hand delivered to you from counsel for the plaintiff, Mr. Joel Beckman.

The letter references plaintiff's pending motion to extend discovery deadline (Docket #150). The letter fails to reference defendants' Opposition to that motion (Docket # 151).

For the reasons stated in the Opposition, plaintiff's motion should be denied. Depositions properly noticed and as to which service of process has been made will be completed by the current December 22, 2006 deadline. The reference to 35 boxes of documents does not fairly convey anything about the length of time necessary to review what, defendants contend, are completely irrelevant materials. In any event, the documents have been produced and a subset has been copied at the request of plaintiff. Finally, there are at least three partners and an associate in the law firm representing plaintiff who have entered appearances and who have participated in this case.

For the reasons stated in the Opposition, defendants request that the motion for extension of time be denied.

Very truly yours,

*Edward P. Leibensperger*

Edward P. Leibensperger

EPL/ll
cc:    Joel G. Beckman
BST99 1523370-1 072198 0012