UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. ) | |
| ) | |
| Plaintiff, ) | Case No. 05-10679-RCL |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendants. ) | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTERS ROGATORY/COMMISSION ROGATOIRE)**

To:   The Appropriate Judicial Authorities of the Czech Republic

   Ministerstvo Spravedlnosti Ceske Republicky
   (The Ministry of Justice of the Czech Republic)
   128 10 Praha 2
   Vysehradska 16
   Prague, Czech Republic

Dear Honorable Justices:

   The United States District Court for the District of Massachusetts presents its compliments, and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this court in the above captioned matter.

   This court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of the Czech Republic, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, require the examination of Mr. Ondrej Peterka, a resident of the Czech Republic and attorney at Peterka & Partners hired by Defendant Andrew Weiss

and Weiss Capital LLC. Mr. Peterka has also represented counterclaim-plaintiffs KT, Inc. and CVF Investments Ltd. as well as CVF Investments, LLC, Gilroy, Balfindor, and Vladimir Hoffmann in litigation filed against Kotva in the Czech Republic. As an individual with personal knowledge of the topics described, Kotva has requested that Mr. Peterka be required to provide testimony and give evidence that may be used in civil proceedings before this Court.

## BACKGROUND

The plaintiff, Kotva a.s. ("Kotva"), filed a civil suit against the defendants, Andrew Weiss and Weiss Asset Management, LLC ("Weiss defendants"), in federal court in Massachusetts in 2005. The description of the case is based on allegations in Kotva's Complaint.

According to Kotva's Complaint, defendant Andrew Weiss attempted to blackmail the Czech company Kotva a.s. in an effort to extort millions of dollars in return for dropping certain sham lawsuits initiated by Weiss. Beginning in 2004, Weiss allegedly blackmailed Kotva after he learned that Kotva planned to sell its shopping center. When Kotva refused Weiss' demand that it "repurchase" BGO's shares in Kotva, Kotva claims that Gilroy Limited ("Gilroy") and KT, Inc. ("KT") purchased nominal shares of Kotva's stock and filed lawsuits in the Czech Republic to challenge the transfer of the Department Store from Kotva to its subsidiary—which had occurred three years earlier—solely to interfere with the sale. Thereafter, Weiss allegedly made ever increasing demands on Kotva to purchase BGO's shares, and promised that he would "attempt to influence" Gilroy and KT to drop the suits if his price demands were met. According to Kotva, Weiss initially denied any connection with Gilroy or KT in his

communications with Kotva, but later admitted that he caused both Gilroy and KT to file the suits against Kotva.

Defendant Andrew Weiss and Weiss Capital LLC hired attorney Ondrej Peterka of Peterka & Partners on or about June 4, 2004 and that firm continues to represent them. According to the Weiss Defendants and counterclaim-plaintiffs' August 10, 2006 Appendix to their revised privilege log:

> Peterka & Partners began representing KT, Inc. in July 2004 and continues to represent it. Peterka & Partners began representing CVF Investments LLC in December 2005 and continues to represent it. Peterka & Partners began representing CVF Investments Ltd. on May 26, 2005 and continues to represent it. Peterka & Partners also represented Balfindor with respect to a particular piece of litigation from June 8, 2004 to December 10, 2004. Peterka & Partners also represented Gilroy with respect to a particular piece of litigation from mid-June 2004 until December 13, 2004. Peterka & Partners also represented Mr. Hoffmann with respect to a particular piece of litigation from June 2004 to November 25, 2004.

Mr. Hoffmann was Weiss's associate in the Czech Republic.

## QUESTIONS

Kotva seeks to examine Mr. Peterka under oath because of his personal knowledge of and personal participation in the Weiss defendants' alleged efforts to blackmail Kotva. Specifically, Kotva seeks to question Mr. Peterka about:

- his representations to third parties regarding the Weiss defendants' efforts to sell shares held in Kotva by BGO;
- his representations to third parties, including the Irish investors who purchased the Kotva Department Store, about the sale of Kotva's Department Store;
- his representations to third parties regarding the Weiss defendants' alleged efforts to use litigation to force Kotva to purchase BGO's shares;

- his meetings with Kotva on behalf of the Weiss defendants to negotiate the sale of the BGO shares;

- his representation to and meetings with third parties about the Weiss Defendants' alleged scheme to blackmail Kotva and interfere with the sale of the Department store by, among other things, filing litigation on behalf of the Weiss Defendants, Gilroy, Balfindor, KT, CVF and/or Vladimir Hoffmann.

Kotva does not intend to question Mr. Peterka about privileged matters.

### REQUEST

The undersigned honorable Judge Reginald C. Lindsay, Judge of the United States District Court for the District of Massachusetts, therefore respectfully requests the Appropriate Judicial Authorities of the Czech Republic to cause Mr. Ondrej Peterka to be summoned to attend, at such place and time as the Court shall appoint, before such person who, according to the procedure of your Honorable Court, is competent to preside over the examination of witnesses under oath, and that you permit such witness to be examined orally by Joel G. Beckman, or William C. Nystrom or Daniel J. Pasquarello of Nystrom, Beckman & Paris LLP, attorneys for Kotva; and Edward P. Leibensperger, or Benjamin A. Goldberger, or Sylvia K. Kratky of McDermott, Will & Emery LLP, attorneys for the Weiss defendants. The specific topics of inquiry proposed for the examination of Mr. Peterka are outlined above. It is further requested that:

a. The testimony of Mr. Peterka be recorded on videotape and transcribed by a stenographer in accordance with the rules applicable to the jurisdiction of your Honorable Court and there be authentication of Mr. Peterka's testimony by the

seal of your Honorable Court or in such other way as prescribed by the procedure of your Honorable Court.

b. The testimony of Mr. Peterka on video, the transcripts of Mr. Peterka's testimony as well as any documents, copies or extracts from documents be transmitted to this Court in a sealed envelope addressed to the Clerk of the United States District Court for the United States District of Massachusetts at:

> Clerk of Court
> United States District Court of Massachusetts
> 1 Courthouse Way
> Boston, Massachusetts 02210
> Attention: Mr. Don Stanhope
> CA #05-10679-RCL

c. Your Honorable Court cause to be sent to Joel Beckman, Nystrom, Beckman & Paris LLP, 10 St. James Ave., 16th Floor, Boston, MA 02216, a note of the charges and expenses payable in respect of the execution of this request.

### RECIPROCITY

It is the understanding of this Court that the granting of assistance of the type herein requested is authorized by the laws of the Czech Republic. The courts of the United States are authorized by statute, Section 1782, title 28 of the United States Code, to extend similar assistance to the tribunals of the Czech Republic.

## REIMBURSEMENT OF COSTS

Kotva has assured this Court that they are prepared to reimburse your Court for all reasonable costs incurred in executing this request.

                                              Reginald C. Lindsay, U.S. District Judge
                               United States District Court for the District of Massachusetts
                                       Boston, Massachusetts, United States of America

November 17, 2006

(SEAL OF COURT)