UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
KOTVA a.s.                                       )
                                                )
              Plaintiff,                         )        Case No. 05-10679-RCL
                                                )
              v.                                 )
                                                )
ANDREW WEISS and WEISS ASSET                     )
MANAGEMENT, LLC                                  )
                                                )
              Defendants.                        )
_____)

**ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO
MOTION FOR SANCTIONS AND TO COMPEL PRODCUTION OF
DOCUMENTS AND ANSWERS TO INTERROGATORIES
BY RICHARD HARAZIM**

Counterclaim defendant Richard Harazim hereby moves to extend the time to

oppose the Motion Sanctions And To Compel Production Of Documents And Answers

To Interrogatories By Richard Harazim filed by the Weiss Defendants from November

21, 2006 to November 29, 2006.  In support of this motion, Mr. Harazim states:

1.      Mr. Harazim's Opposition to Motion Sanctions And To Compel

Production Of Documents And Answers To Interrogatories By Richard Harazim filed by

the Weiss Defendants is currently due on November 21, 2006.

2.      Mr. Harazim requests a brief extension up to and including Wednesday,

November 29, 2006 to oppose the motion.

3.      The Weiss Defendants have assented to this request.

WHEREFORE, Richard Harazim respectfully requests an extension from Tuesday, November 21, 2006 up to and including Wednesday, November 29, 2006 to oppose the Motion Sanctions And To Compel Production Of Documents And Answers To Interrogatories By Richard Harazim.

Respectfully submitted,

RICHARD HARAZIM

By his attorneys,

/s/ Dana A. Zakarian_____
Joel G. Beckman (BBO# 553086)
Dana A. Zakarian (BBO# 641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
dzakarian@nbparis.com

Dated: November 21, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and that he has assented to the relief requested in this motion.

/s/ Dana A. Zakarian

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 21st day of November, 2006.

/s/ Dana A. Zakarian

2