UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br>)<br>Defendants. )<br>) | Case No. 05-10679-RCL |

**UNOPPOSED MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER
CONCERNING THE DEPOSITION OF MARTIN BENDA**

Plaintiff respectfully requests that the Court enter a Protective Order granting Mr. Benda immunity from service of process during his special appearance in Boston, Massachusetts for a deposition in this action. In support of this motion, plaintiff states as follows:

(1) Andrew Weiss, Weiss Asset Management, KT, Inc. and CVF Investments LTD. (collectively, the "Weiss Parties") filed counterclaims against Mr. Benda in the above captioned action;

(2) On June 14, 2006 the Court dismissed the counterclaims against Mr. Benda for lack of personal jurisdiction;

(3) The Weiss Parties have asked plaintiff to make Mr. Benda available for deposition in Boston, Massachusetts;

(4) The Weiss Parties have represented that their request to depose Mr. Benda in Massachusetts is not an attempt to induce him to come within the jurisdiction for the purpose of procuring service of process, which would not effectuate proper service anyways under the long

standing exception to the transient jurisdiction rule as stated in <u>Commercial Mutual Accident Co. v. Davis</u>, 213 U.S. 245, 256 (1909) and <u>MacFarlane v. McKean</u>, 1993 WL 349674 *2 (1st Cir. Sept. 14, 1993);

(5)     As a courtesy to the Weiss Parties, plaintiff has agreed to have Mr. Benda make a special appearance in Massachusetts for the limited purpose of his deposition provided that no attempts are made by the Weiss Parties or any entities related thereto to serve Mr. Benda with process and claim that he is now subject to personal jurisdiction in Massachusetts with respect to this action or any other action;

(6)     To that end, the Parties have entered into a Stipulation, which is attached hereto as Exhibit A;

(7)     Regardless, of the Parties' agreement, Plaintiff seeks to ensure that Mr. Benda is fully protected from service of process by other parties;

(8)     Accordingly, Plaintiff respectfully requests that the Court enter a Protective Order granting him complete immunity from service of process during his special appearance in Boston, Massachusetts for his deposition.  A proposed Protective Order is attached hereto as Exhibit B.

WHEREFORE, plaintiff respectfully requests that the Court enter the attached proposed Protective Order.

Respectfully submitted,

KOTVA, A.S.

By its attorneys,

/s/ Dana A. Zakarian_____
Joel G. Beckman (BBO# 553086)
Dana A. Zakarian (BBO# 641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
dzakarian@nbparis.com

Dated: November 21, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and that he has stated that he will not oppose the relief requested in this motion.

/s/ Dana A. Zakarian

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 21st day of November, 2006.
/s/ Dana A. Zakarian

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. | ) |
| | ) |
| Plaintiff, | ) Case No. 05-10679-RCL |
| | ) |
| v. | ) |
| | ) |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) |
| | ) |
| Defendants. | ) |

**STIPULATION CONCERNING THE DEPOSITION OF MARTIN BENDA**

The Parties hereby stipulate and agree as follows with respect to the upcoming deposition of Martin Benda:

WHEREAS, Andrew Weiss, Weiss Asset Management, KT, Inc. and CVF Investments LTD. (collectively, the "Weiss Parties") filed counterclaims against Mr. Benda in the above captioned action;

WHEREAS, on June 14, 2006 the Court dismissed the counterclaims against Mr. Benda for lack of personal jurisdiction;

WHEREAS, the Weiss Parties have asked plaintiff to make Mr. Benda available for deposition in Boston, Massachusetts;

WHEREAS, the Weiss Parties have represented that their request to depose Mr. Benda in Massachusetts is not an attempt to induce him to come within the jurisdiction of the Court for the purpose of procuring service of process;

WHEREAS, plaintiff has agreed to have Mr. Benda make a special appearance in Massachusetts for the limited purpose of his deposition provided that no attempts are made by the Weiss Parties or any entities related thereto to serve Mr. Benda with process and claim that he is now subject to personal jurisdiction in Massachusetts with respect to this action or any other action.

NOW WHEREFORE, the Parties agree as follows:

(1) Mr. Benda shall make a special appearance in Boston, Massachusetts for the limited purpose of his deposition in the above-captioned action.

(2) The Weiss Parties and their attorneys, agents, officers, employees, and related entities waive any argument that Mr. Benda's special appearance subjects him in any way to the personal jurisdiction of any Court in the United States of America (state or federal).

(3) The Weiss Parties and any person acting in connection with them or on their behalf, including without limitation, their attorneys, agents, officers, employees and related entities, shall not serve or attempt to serve Mr. Benda with process of any kind (lawsuits, subpoenas, etc.) during his special appearance in the United States for his deposition.

(4) The Weiss Parties also shall not in any way encourage or assist any third party in serving or attempting to serve Mr. Benda with process of any kind during his special appearance in the United States.

(5) This Stipulation and Protective Order shall be binding upon the Parties when signed and irrespective of whether the Court enters the Protective Order being sought by Plaintiff.

| KOTVA a.s. | ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS LTD. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Joel G. Beckman | /s/ Ben Goldberger / DAZ |
| Joel G. Beckman (BBO# 553086)<br>Dana A. Zakarian (BBO# 641058)<br>Nystrom Beckman & Paris LLP<br>10 St. James Ave., 16th Floor<br>Boston, Massachusetts 02116<br>(617) 778-9100<br>(617) 778-9110 (fax) | Edward P. Leibensperger (BBO# 292620)<br>Benjamin A. Goldberger (BBO# 654357)<br>McDermott Will & Emery LLP<br>28 State Street<br>Boston, Massachusetts 02109-1775<br>(617) 535-4000 |

Dated: November 21, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. ) | |
| ) | |
| Plaintiff, ) | Case No. 05-10679-RCL |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

# (PROPOSED) PROTECTIVE ORDER CONCERNING THE DEPOSITION OF MARTIN BENDA

Having reviewed the unopposed motion filed by Plaintiff with respect to the special appearance of Martin Benda for purposes of his deposition in the above-captioned action, it is hereby ORDERED that:

(1) Mr. Benda shall make a special appearance in Boston, Massachusetts for the limited purpose of his deposition in the above-captioned action.

(2) During his special appearance, Mr. Benda shall be completely immune from service of any type of subpoena or process in this action or any other action that in any way relates to or concerns the Weiss Parties and/or any person or entity that is in any way related to them, including without limitation, the matter of *In Re Request from Czech Republic Pursuant to the treaty between the United States of America and the Czech Republic on Mutual Legal Assistance in Criminal Matters in the matter of Vladimir Hoffman, Edita Simkova, and Andrew Weiss*, CA No. 06-10416-GAO, currently pending before the United States District Court for the District of Massachusetts.

2

    (3)    The Weiss Parties and any person acting in connection with them or on their behalf, including without limitation, their attorneys, agents, shareholders, investors, officers, and employees, shall not serve or attempt to serve Mr. Benda with process of any kind (lawsuits, subpoenas, etc.) during his special appearance in the United States for his deposition. The Weiss Parties also shall not in any way encourage or assist any third party in serving or attempting to serve Mr. Benda with process of any kind during his special appearance in the United States.

    IT IS SO ORDERED

_____
Reginald C. Lindsay
United States District Court Judge