UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA A.S., ) | |
| ) | |
| ) | Civil Action No. 05-10679-RCL |
| v. ) | |
| ) | |
| WEISS, ET AL. ) | |

RECOMMENDATION OF SPECIAL MASTER
ON APPLICATIONS FOR LETTERS OF REQUEST

On November 22, 2006, defendants Andrew Weiss and Weiss Asset Management LLC moved for approval of an Application for Letters Rogatory for International Judicial Assistance, directed to the High Court of the Republic of Ireland, with respect to obtaining testimony from Sean Mulryan, Chairman and Managing Director of Ballymore Properties Limited, Fonthill House, Old Lucan Road, Palmerstown, Dublin 20, Ireland.

The Application appearing to seek relevant and non-privileged discovery from a non-party witness, and there being no objection from Kotva, I hereby ALLOW the Weiss defendants' motion and recommend to the Court that it approve the Application for Letters Rogatory and execute the Request for International Judicial Assistance (Letters Rogatory/Commission Rogatoire) submitted therewith.

Executed this 27th day of November, 2006.

/s/ Jeanne M. Kempthorne
_____
Special Master