UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
KOTVA a.s.,                          )
          Plaintiff,                 )
                                     )
v.                                   )
                                     )
ANDREW WEISS and WEISS ASSET         )
MANAGEMENT, LLC,                     )
                                     )
          Defendants.                )
_____)   Civil Action No. 05-10679-RCL
                                     )
ANDREW WEISS and WEISS ASSET         )
MANAGEMENT LLC, KT, INC. and CVF     )
INVESTMENTS, LTD.,                   )
                                     )
          Counterclaim-plaintiffs,   )
                                     )
v.                                   )
                                     )
KOTVA a.s., MARTIN BENDA,            )
RICHARD HARAZIM, FORMINSTER          )
ENTERPRISES, LTD., SPV CO.           )
and JOHN DOES 1-5,                   )
                                     )
          Counterclaim-defendants.   )
_____)
```

## ORDER ON PLAINTIFF'S MOTION TO
## DISMISS "COUNTERCLAIM-PLAINTIFFS" KT AND CVF

LINDSAY, DISTRICT JUDGE

Before the court are the plaintiff Kotva's motion to dismiss counterclaim-plaintiffs KT and CVF, and a motion of KT and CVF to dismiss their counterclaims without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(2) and 41(c). This court will rule on Kotva's motion to dismiss only, thereby mooting the motion of KT and CVF under Rule 41.

1

As all relevant parties have acknowledged, KT and CVF have filed a case currently pending in the Czech Republic that concerns issues and parties similar to those present in the case here. The lawsuit in the Czech Republic pre-dates the counterclaims raised in this case; the counterclaims raise difficult issues of Czech law; Massachusetts is not a convenient forum for the disposition of the counterclaims; not all of the counterclaim defendants named in the counterclaims are subject to suit in this district; and the resolution of the Czech lawsuit will be dispositive of the counterclaims. For these reasons, this court GRANTS Kotva's motion to dismiss with respect to the counterclaims brought by KT and CVF (counts III, IV, V, VI and VIII) and so much of count II as relates to the alleged conspiracy to loot Kotva's assets and to abuse Czech criminal process. This motion is granted without prejudice to the prosecution of the dismissed counterclaims in the Czech lawsuit or in such other case or forum as may be appropriate. Count II may proceed in this court insofar as counterclaim-plaintiffs Andrew Weiss and Weiss Asset Management allege, against the counterclaim defendants remaining in this case, a conspiracy to abuse United States civil process.

The parties are directed to appear before the court on Monday, December 4, 2006, for a status conference that will address dates for the scheduling of a final pre-trial conference and trial of this matter.

IT IS SO ORDERED.

/s/ Reginald C. Lindsay
_____
United States District Judge

DATED: