UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s.,<br><br>      Plaintiff,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>      Defendants. | Case No. 05-10679-RCL |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE
<u>SPECIAL MASTER'S NOVEMBER 17, 2006 ORDER</u>**

Plaintiff Kotva, a.s. and counterclaim defendant Richard Harazim hereby move to extend the time to file objections to the Special Master's November 17, 2006 Order from December 4, 2006 to December 11, 2006. In support of this motion, Kotva and Mr. Harazim state:

1. Objections to the Special Master's November 17, 2006 Order are currently due on December 4, 2006.

2. Kotva and Mr. Harazim request a brief extension up to and including Monday, December 11, 2006 to file their objections.

3. Lead counsel for Kotva and Mr. Harazim, Joel Beckman, is and has been out of the office and out of the country since the November 17, 2006 Order issued, and has requested an additional week to file an Objection.

4. The Weiss Defendants have assented to this request.

WHEREFORE, Kotva and Richard Harazim respectfully request an extension from Monday, December 4, 2006 up to and including Monday, December 11, 2006 to file objections to the Special Master's November 17, 2006 Order.

Respectfully submitted,

KOTVA, A.S. AND RICHARD HARAZIM

By their attorneys,

/s/ Dana A. Zakarian
Joel G. Beckman (BBO# 553086)
Dana A. Zakarian (BBO# 641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
dzakarian@nbparis.com

Dated: November 30, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and that he has assented to the relief requested in this motion.

/s/ Dana A. Zakarian

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30th day of November, 2006.

/s/ Dana A. Zakarian