UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW WEISS and WEISS ASSET ) <br> MANAGEMENT, LLC, ) <br> ) <br> Defendants. ) <br> ) <br> ANDREW WEISS and WEISS ASSET ) <br> MANAGEMENT LLC, ) <br> ) <br> Counterclaim-plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KOTVA a.s. and RICHARD HARAZIM, ) <br> ) <br> Counterclaim-defendants. ) <br> ) <br> ) | C.A. No. 05-10679-RCL |

**JOINT MOTION FOR TEMPORARY STAY AND PROPOSAL FOR SCHEDULING OF PRE-TRIAL CONFERENCE AND TRIAL**

Kotva a.s., Andrew Weiss, Weiss Asset Management LLC and Richard Harazim (collectively, the "Parties"), by and through their attorneys, hereby request to stay this case for approximately thirty days until January 5, 2007, and that all deadlines under the Court's present schedule be extended by thirty days. In support of this Motion, the Parties state:

1.      The Parties have reached an agreement in principle on the business terms of a settlement. The settlement would result in the Parties withdrawing their claims in this case. The settlement also relates to other litigation in the Czech Republic, and involves multiple parties,

some of which are not parties to this case. Accordingly, the Parties seek a thirty day stay so that a final agreement resolving this complex dispute can be negotiated, drafted and executed.[1]

2.  There are presently three motions pending—two before the Discovery Master and one before the Court—and a number of discovery deadlines approaching. In the interest of judicial economy and so as not to upset settlement negotiations, the parties respectfully request that the Court defer ruling on the pending motions and grant a brief stay of this case while they focus their efforts on reaching a final agreement.

3.  In the event a final agreement is not reached, the Parties propose scheduling a hearing on the Weiss Defendants' pending Motion for Judgment on the Pleadings in January, pre-trial conference in February and trial for the first convenient date for the Court after April 9, 2007.

Respectfully Submitted,

| KOTVA A.S. and RICHARD HARAZIM | ANDREW WEISS and WEISS ASSET MANAGEMENT LLC |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ Joel G. Beckman (BAG) | /s/ Benjamin A. Goldberger |
| Joel G. Beckman (BBO# 553086) | Edward P. Leibensperger (BBO# 292620) |
| Dana A. Zakarian (BB0# 641058) | Benjamin A. Goldberger (BBO# 654357) |
| Nystrom Beckman & Paris LLP | McDermott Will & Emery LLP |
| 10 St. James Ave., 16th Floor | 28 State Street |
| Boston, Massachusetts 02116 | Boston, Massachusetts 02109-1775 |
| (617) 778-9100 | (617) 535-4000 |

Dated: December 4, 2006

---

[1] Both parties are in the process of arranging for depositions overseas. The parties agree that proceedings in furtherance of obtaining those depositions would continue during the temporary stay.

**LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION**

      I hereby certify that counsel for all parties conferred, and attempted in good faith to resolve or narrow the issues presented by this motion and all parties join in this motion.

                                                /s/ Benjamin A. Goldberger
                                                Benjamin A. Goldberger

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 4, 2006.

                                                /s/ Benjamin A. Goldberger
                                                Benjamin A. Goldberger

BST99 1513541-5.072198.0012