UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
KOTVA a.s.,                         )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
ANDREW WEISS AND WEISS ASSET        )
MANAGEMENT, LLC,                    )   C.A. No. 05-10679-RCL
                                    )
    Defendants.                     )
_____ )
                                    )
ANDREW WEISS, WEISS ASSET           )
MANAGEMENT LLC, K T, INC. and CVF   )
INVESTMENTS, LTD.,                  )
                                    )
    Counterclaim-plaintiffs,        )
v.                                  )
                                    )
KOTVA a.s., MARTIN BENDA, RICHARD   )
HARAZIM, FORMINSTER ENTERPRISES,    )
LTD., SPV CO AND JOHN DOES 1-5      )
                                    )
    Counterclaim-defendants.        )
_____ )

## NOTICE OF APPEARANCE

Please enter the appearance of John C. Blessington as counsel for the Interested Party, Sean Mulryan, in the above-captioned matter.

                                        SEAN MULRYAN

                                        By his attorneys,

                                         /s/ John C. Blessington
                                        John C. Blessington, BBO #549754
                                        KIRKPATRICK & LOCKHART
                                          NICHOLSON GRAHAM LLP
                                        State Street Financial Center
                                        One Lincoln Street
                                        Boston, MA 02111
                                        (617) 261-3100

Dated:  December 13, 2006

BOS-1035592 v1

## CERTIFICATE OF SERVICE

      I hereby certify that the Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this 13th day of December, 2006 to:

      Benjamin A. Goldberger, Esq.
      McDermott Will & Emery
      28 State Street
      Boston, MA 02109

      (by First Class Mail)

      Joel Beckman, Esq.
      Nystrom, Beckman & Paris, LLP
      10 St. James Avenue - 16th Floor
      Boston, MA  02116

      (by First Class Mail)

      /s/ John C. Blessington
      John C. Blessington, BBO #549754