**MINISTRY OF JUSTICE OF THE CZECH REPUBLIC**
Vyšehradská 16, 128 10  Praha 2
International Department

| | | | |
|---|---|---|---|
| Your ref.: | CA#05-10679-RCL | Clark of Court | FILED |
| Date: | | United States District Court | IN CLERKS OFFICE |
| Our ref.: | 3851/2006-MO-M/3 | of Massachusetts | 2006 DEC 26  P 2: 20 |
| | | 1 Courthouse Way | |
| Respond to: | Mgr. Zuzana Fišerová | Boston, Massachusetts 02210 | U.S. DISTRICT COURT |
| Tel No. | +420 221997925 | United States of America | DISTRICT OF MASS |
| Fax No. | +420 221997986 | | |
| E-MAIL: | om@msp.justice.cz | | |

Prague, 13th December 2006

*Attention: Mr. Don Stanhope*

**Information**
**KOTVA a.s. v. Andrew Weiss and Weiss Asset Management, LLC**

Please be informed that the Ministry of Justice of the Czech Republic has transmitted your request for examination of Mr. Ondřej Peterka to the competent District court of Prague 1 (Obvodní soud pro Prahu 1, Ovocný trh 14, 110 00 Prague 1, Czech Republic). The address of Mr. Peterka was found in the database of the Czech Bar Association.

Nevertheless, you will find enclosed your second request for the taking of evidence unexecuted. The Ministry of Justice of the Czech Republic is not able to find out the address of Mr. Howard Golden since the requesting court has not supplied any further information about his person.

If you insist on the execution of your second rogatory letter, please send your request again including witnesses address (or, failing that, at least his date of birth).

The Ministry of Justice of the Czech Republic avails itself of the opportunity to renew to you the assurances of its highest consideration.

Mgr. Věra Krajánková
Head of the Civil Unit
of the International Department
i.s. Mgr. Zuzana Fišerová

Annexes: a set



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KOTVA a.s.

    Plaintiff,

v.

ANDREW WEISS and WEISS ASSET
MANAGEMENT, LLC

    Defendants.

Case No. 05-10679-RCL

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY/COMMISSION ROGATOIRE)

To:   The Appropriate Judicial Authorities of the Czech Republic

     Ministerstvo Spravedlnosti Ceske Republicky
     (The Ministry of Justice of the Czech Republic)
     128 10 Praha 2
     Vysehradska 16
     Prague, Czech Republic

Dear Honorable Justices:

The United States District Court for the District of Massachusetts presents its compliments, and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this court in the above captioned matter.

This court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of the Czech Republic, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, require the examination of Mr. Howard Golden, a resident of the Czech Republic and former director of CVF Investments Ltd. ("CVF"). As an individual

with personal knowledge of the topics described, Kotva has requested that Mr. Golden be required to provide testimony and give evidence that may be used in civil proceedings before this Court.

## BACKGROUND

The plaintiff, Kotva a.s. ("Kotva"), filed a civil suit against the defendants, Andrew Weiss and Weiss Asset Management, LLC ("Weiss defendants"), in federal court in Massachusetts in 2005. The description of the case is based on allegations in Kotva's Complaint.

According to Kotva's Complaint, defendant Andrew Weiss attempted to blackmail the Czech company Kotva a.s. in an effort to extort millions of dollars in return for dropping certain sham lawsuits initiated by Weiss. Beginning in 2004, Weiss allegedly blackmailed Kotva after he learned that Kotva planned to sell its shopping center. When Kotva refused Weiss' demand that it "repurchase" BGO's shares in Kotva, Kotva claims that Gilroy Limited ("Gilroy") and KT, Inc. ("KT") purchased nominal shares of Kotva's stock and filed lawsuits in the Czech Republic to challenge the transfer of the Department Store from Kotva to its subsidiary—which had occurred three years earlier—solely to interfere with the sale. CVF Investments Ltd. ("CVF") later joined the KT lawsuit as a plaintiff. CVF is also a purported counterclaim-plaintiff in this action.

After initiating the litigation plan, Weiss allegedly made ever increasing demands on Kotva to purchase BGO's shares, and promised that he would "attempt to influence" Gilroy and KT to drop the suits if his price demands were met. According to Kotva, Weiss initially denied any connection with Gilroy or KT in his communications with

Kotva, but later admitted that he caused both Gilroy and KT to file the suits against Kotva.

Defendant Andrew Weiss and Weiss Capital LLC hired the Czech attorney Ondrej Peterka of Peterka & Partners on June 4, 2004, and that firm continues to represent the Weiss Defendants and a number of other entities, including CVF. According to the August 10, 2006 Appendix to the Weiss Defendants' revised privilege log:

> Peterka & Partners began representing KT, Inc. in July 2004 and continues to represent it. Peterka & Partners began representing CVF Investments LLC in December 2005 and continues to represent it. Peterka & Partners began representing CVF Investments Ltd. on May 26, 2005 and continues to represent it. Peterka & Partners also represented Balfindor with respect to a particular piece of litigation from June 8, 2004 to December 10, 2004. Peterka & Partners also represented Gilroy with respect to a particular piece of litigation from mid-June 2004 until December 13, 2004. Peterka & Partners also represented Mr. Hoffmann with respect to a particular piece of litigation from June 2004 to November 25, 2004.

## QUESTIONS

Kotva seeks to examine Mr. Golden under oath because of his personal knowledge of the Weiss Defendants' alleged efforts to blackmail Kotva and similar conduct by the Weiss Defendants and/or CVF against other parties. Specifically, Kotva seeks to question Mr. Golden about:

- the conversations and/or meetings he had with Hoffmann, Weiss, and any other parties about Kotva and the alleged efforts made by the Weiss defendants to make Kotva "repurchase" BGO's shares in Kotva and Trend;

- the role played by CVF and/or the Weiss defendants in other alleged blackmail schemes;

3

- his knowledge of litigation involving IPB/Domeana and the Kazakhstan Investment Fund;
- his relationship with Hoffmann, the Weiss defendants and any other party to this action;
- his knowledge of the litigation filed against Kotva and/or Markland (the Irish company who purchased Kotva's Department Store) by Gilroy, Balfindor, KT, CVF and/or any other Weiss-controlled entity;
- his knowledge of the transaction by which Kotva sold its Department Store to Markland;
- the valuation of Kotva shares held by BGO, CVF, and/or KT.

### REQUEST

The undersigned honorable Judge Reginald C. Lindsay, Judge of the United States District Court for the District of Massachusetts, therefore respectfully requests the Appropriate Judicial Authorities of the Czech Republic to cause Mr. Howard Golden to be summoned to attend, at such place and time as the Court shall appoint, before such person who, according to the procedure of your Honorable Court, is competent to preside over the examination of witnesses under oath, and that you permit such witness to be examined orally by Joel G. Beckman, or William C. Nystrom or Daniel J. Pasquarello of Nystrom, Beckman & Paris LLP, attorneys for Kotva; and Edward P. Leibensperger, or Benjamin A. Goldberger, or Sylvia K. Kratky of McDermott, Will & Emery LLP, attorneys for the Weiss defendants. The specific topics of inquiry proposed for the examination of Mr. Golden are outlined above. It is further requested that:

a. The testimony of Mr. Golden be recorded on videotape and transcribed by a stenographer in accordance with the rules applicable to the jurisdiction of your Honorable Court and there be authentication of Mr. Golden's testimony by the seal of your Honorable Court or in such other way as prescribed by the procedure of your Honorable Court.

b. The testimony of Mr. Golden on video, the transcripts of Mr. Golden's testimony as well as any documents, copies or extracts from documents be transmitted to this Court in a sealed envelope addressed to the Clerk of the United States District Court for the United States District of Massachusetts at:

> Clerk of Court
> United States District Court of Massachusetts
> 1 Courthouse Way
> Boston, Massachusetts 02210
> Attention: Mr. Don Stanhope
> CA #05-10679-RCL

c. Your Honorable Court cause to be sent to Joel Beckman, Nystrom, Beckman & Paris LLP, 10 St. James Ave., 16th Floor, Boston, MA 02216, a note of the charges and expenses payable in respect of the execution of this request.

### RECIPROCITY

It is the understanding of this Court that the granting of assistance of the type herein requested is authorized by the laws of the Czech Republic. The courts of the United States are authorized by statute, Section 1782, title 28 of the United States Code, to extend similar assistance to the tribunals of the Czech Republic.

Case 1:05-cv-10679-RCL   Document 154-3   Filed 11/06/2006   Page 11 of 11

## REIMBURSEMENT OF COSTS

Kotva has assured this Court that they are prepared to reimburse your Court for all reasonable costs incurred in executing this request.

_____
Reginald C. Lindsay, U.S. District Judge
United States District Court for the District of Massachusetts
Boston, Massachusetts, United States of America

November 17, 2006

(SEAL OF COURT)



6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. ) | |
| ) | |
| Plaintiff, ) | Case No. 05-10679-RCL |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendants. ) | |

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
### (LETTERS ROGATORY/COMMISSION ROGATOIRE)

To:   The Appropriate Judicial Authorities of the Czech Republic

Ministerstvo Spravedlnosti Ceske Republicky
(The Ministry of Justice of the Czech Republic)
128 10 Praha 2
Vysehradska 16
Prague, Czech Republic

Dear Honorable Justices:

The United States District Court for the District of Massachusetts presents its compliments, and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this court in the above captioned matter.

This court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of the Czech Republic, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, require the examination of Mr. Howard Golden, a resident of the Czech Republic and former director of CVF Investments Ltd. ("CVF"). As an individual

with personal knowledge of the topics described, Kotva has requested that Mr. Golden be required to provide testimony and give evidence that may be used in civil proceedings before this Court.

## BACKGROUND

The plaintiff, Kotva a.s. ("Kotva"), filed a civil suit against the defendants, Andrew Weiss and Weiss Asset Management, LLC ("Weiss defendants"), in federal court in Massachusetts in 2005. The description of the case is based on allegations in Kotva's Complaint.

According to Kotva's Complaint, defendant Andrew Weiss attempted to blackmail the Czech company Kotva a.s. in an effort to extort millions of dollars in return for dropping certain sham lawsuits initiated by Weiss. Beginning in 2004, Weiss allegedly blackmailed Kotva after he learned that Kotva planned to sell its shopping center. When Kotva refused Weiss' demand that it "repurchase" BGO's shares in Kotva, Kotva claims that Gilroy Limited ("Gilroy") and KT, Inc. ("KT") purchased nominal shares of Kotva's stock and filed lawsuits in the Czech Republic to challenge the transfer of the Department Store from Kotva to its subsidiary—which had occurred three years earlier—solely to interfere with the sale. CVF Investments Ltd. ("CVF") later joined the KT lawsuit as a plaintiff. CVF is also a purported counterclaim-plaintiff in this action.

After initiating the litigation plan, Weiss allegedly made ever increasing demands on Kotva to purchase BGO's shares, and promised that he would "attempt to influence" Gilroy and KT to drop the suits if his price demands were met. According to Kotva, Weiss initially denied any connection with Gilroy or KT in his communications with

Kotva, but later admitted that he caused both Gilroy and KT to file the suits against Kotva.

Defendant Andrew Weiss and Weiss Capital LLC hired the Czech attorney Ondrej Peterka of Peterka & Partners on June 4, 2004, and that firm continues to represent the Weiss Defendants and a number of other entities, including CVF. According to the August 10, 2006 Appendix to the Weiss Defendants' revised privilege log:

> Peterka & Partners began representing KT, Inc. in July 2004 and continues to represent it. Peterka & Partners began representing CVF Investments LLC in December 2005 and continues to represent it. Peterka & Partners began representing CVF Investments Ltd. on May 26, 2005 and continues to represent it. Peterka & Partners also represented Balfindor with respect to a particular piece of litigation from June 8, 2004 to December 10, 2004. Peterka & Partners also represented Gilroy with respect to a particular piece of litigation from mid-June 2004 until December 13, 2004. Peterka & Partners also represented Mr. Hoffmann with respect to a particular piece of litigation from June 2004 to November 25, 2004.

## QUESTIONS

Kotva seeks to examine Mr. Golden under oath because of his personal knowledge of the Weiss Defendants' alleged efforts to blackmail Kotva and similar conduct by the Weiss Defendants and/or CVF against other parties. Specifically, Kotva seeks to question Mr. Golden about:

- the conversations and/or meetings he had with Hoffmann, Weiss, and any other parties about Kotva and the alleged efforts made by the Weiss defendants to make Kotva "repurchase" BGO's shares in Kotva and Trend;
- the role played by CVF and/or the Weiss defendants in other alleged blackmail schemes;

3

- his knowledge of litigation involving IPB/Domeana and the Kazakhstan Investment Fund;

- his relationship with Hoffmann, the Weiss defendants and any other party to this action;

- his knowledge of the litigation filed against Kotva and/or Markland (the Irish company who purchased Kotva's Department Store) by Gilroy, Balfindor, KT, CVF and/or any other Weiss-controlled entity;

- his knowledge of the transaction by which Kotva sold its Department Store to Markland;

- the valuation of Kotva shares held by BGO, CVF, and/or KT.

### REQUEST

The undersigned honorable Judge Reginald C. Lindsay, Judge of the United States District Court for the District of Massachusetts, therefore respectfully requests the Appropriate Judicial Authorities of the Czech Republic to cause Mr. Howard Golden to be summoned to attend, at such place and time as the Court shall appoint, before such person who, according to the procedure of your Honorable Court, is competent to preside over the examination of witnesses under oath, and that you permit such witness to be examined orally by Joel G. Beckman, or William C. Nystrom or Daniel J. Pasquarello of Nystrom, Beckman & Paris LLP, attorneys for Kotva; and Edward P. Leibensperger, or Benjamin A. Goldberger, or Sylvia K. Kratky of McDermott, Will & Emery LLP, attorneys for the Weiss defendants. The specific topics of inquiry proposed for the examination of Mr. Golden are outlined above. It is further requested that:

4

a. The testimony of Mr. Golden be recorded on videotape and transcribed by a stenographer in accordance with the rules applicable to the jurisdiction of your Honorable Court and there be authentication of Mr. Golden's testimony by the seal of your Honorable Court or in such other way as prescribed by the procedure of your Honorable Court.

b. The testimony of Mr. Golden on video, the transcripts of Mr. Golden's testimony as well as any documents, copies or extracts from documents be transmitted to this Court in a sealed envelope addressed to the Clerk of the United States District Court for the United States District of Massachusetts at:

> Clerk of Court
> United States District Court of Massachusetts
> 1 Courthouse Way
> Boston, Massachusetts 02210
> Attention: Mr. Don Stanhope
> CA #05-10679-RCL

c. Your Honorable Court cause to be sent to Joel Beckman, Nystrom, Beckman & Paris LLP, 10 St. James Ave., 16th Floor, Boston, MA 02216, a note of the charges and expenses payable in respect of the execution of this request.

## RECIPROCITY

It is the understanding of this Court that the granting of assistance of the type herein requested is authorized by the laws of the Czech Republic. The courts of the United States are authorized by statute, Section 1782, title 28 of the United States Code, to extend similar assistance to the tribunals of the Czech Republic.

5

### REIMBURSEMENT OF COSTS

Kotva has assured this Court that they are prepared to reimburse your Court for all reasonable costs incurred in executing this request.

_____
Reginald C. Lindsay, U.S. District Judge
United States District Court for the District of Massachusetts
Boston, Massachusetts, United States of America

November 17, 2006

(SEAL OF COURT)

