UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KOTVA a.s. | ) | |
|  | ) | |
| Plaintiff, | ) | Case No. 05-10679-RCL |
|  | ) | |
| v. | ) | |
|  | ) | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) ) ) | |
| Defendants. | ) ) | |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE
OBJECTIONS TO THE SPECIAL MASTER'S NOVEMBER 17, 2006 ORDER**

The parties in this case are diligently working on drafting complex settlement documents to resolve this case. In the event that the settlement agreement between the parties is not consummated, however, Plaintiff Kotva, a.s. and counterclaim defendant Richard Harazim hereby respectfully request to extend the time to file objections to the Special Master's November 17, 2006 Order from January 10, 2007 to January 19, 2007. In support of this motion, Kotva and Mr. Harazim state:

1. Prior to the 30-day stay order entered by the Court on December 5, 2006, objections to the Special Master's November 17, 2006 Order were due by December 11, 2006. As a result of the 30-day stay, the deadline to file objections to the November 17, 2006 Order is currently January 10, 2007.

2. The parties are in the midst of preparing complex settlement documents that involve third parties not involved in this case and six different law firms in the United States, Czech Republic and Ireland.

3. If the settlement negotiations are successful, the briefing that Kotva and Mr. Harazim intend to submit regarding their objections to the November 17, 2006 order will be unnecessary. The parties expect to know by January 17, 2007 whether the settlement agreements can be consummated.

4. The Weiss Defendants assent to the requested extension.

WHEREFORE, Kotva and Richard Harazim respectfully request an extension from January 10, 2007 up to and including January 19, 2007 to file objections to the Special Master's November 17, 2006 Order, if necessary.

Respectfully submitted,

KOTVA, A.S. AND RICHARD HARAZIM

By their attorneys,

/s/ Joel G. Beckman
Joel G. Beckman (BBO# 553086)
Daniel J. Pasquarello (BBO# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
dpasquarello@nbparis.com

Dated: January 9, 2007

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and that he has assented to the relief requested in this motion.

/s/ Daniel J. Pasquarello

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 9th day of January, 2007.

/s/ Daniel J. Pasquarello