UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
KOTVA a.s.                                          )
                                                    )
                Plaintiff,                          )        Case No. 05-10679-RCL
                                                    )
        v.                                          )
                                                    )
ANDREW WEISS and WEISS ASSET                        )
MANAGEMENT, LLC                                     )
                                                    )
                Defendants.                         )
_____)

## NOTICE OF RENEWAL OF MOTIONS

        Pursuant to the Court's December 5, 2006 Order, Kotva hereby renews its prior

pending motions for protective orders and its assented-to motion for leave to file a reply.

The motions were terminated by the Court's December 5, 2006 Order, subject to renewal

in the event that the case did not settle.  Settlement negotiations have failed.  Kotva

hereby renews the following motions:

- Motion for Protective Order [Docket # 160];
- Assented to Motion for Leave to File Reply Brief in Support of Motion for Protective Order [Docket # 177]; and
- Motion for Protective Order Concerning Deposition of Martin Benda [Docket # 168].

Prior to termination, the first two motions, documents 160 and 177, were pending before

the Discovery Master for resolution.  The third motion, document 168, was pending

before the Court for resolution.

Respectfully submitted,

KOTVA, A.S. AND RICHARD HARAZIM

By their attorneys,


/s/ Daniel J. Pasquarello
Joel G. Beckman (BBO# 553086)
Daniel J. Pasquarello (BBO# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
dpasquarello@nbparis.com


Dated: January 19, 2007


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 19th day of January, 2007.

/s/ Daniel J. Pasquarello