UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KOTVA a.s., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, | ) ) ) ) | |
| Defendants. | ) ) | C.A. No. 05-10679-RCL |
| ANDREW WEISS and WEISS ASSET MANAGEMENT LLC, | ) ) ) ) | |
| Counterclaim-plaintiffs, | ) ) | |
| v. | ) ) | |
| KOTVA a.s. and RICHARD HARAZIM, | ) ) ) | |
| Counterclaim-defendants. | ) ) | |

## **NOTICE OF RENEWAL OF MOTIONS**

Pursuant to the Court's instructions during the December 4, 2006 status conference and the Court's Order of December 4, 2006, Andrew Weiss and Weiss Asset Management LLC hereby renew the following motions:

1. Andrew Weiss's and Weiss Asset Management LLC's Motion for Judgment on the Pleadings (Document No. 93), filed on April 4, 2006. Associated with this Motion are a memorandum in support, with exhibits (Document No. 94); a memorandum in opposition (Document No. 112); and a reply memorandum (Document No. 139). The Court granted leave

to file the reply memorandum on September 13, 2006. This Motion is pending before the Court, and the Defendants request a hearing at the Court's earliest convenience.

2. Andrew Weiss's, Weiss Asset Management LLC's, K T Inc.'s and CVF Investments Ltd.'s Motion for Sanctions and to Compel Production of Documents and Answers to Interrogatories by Richard Harazim (Docket No. 158), filed November 7, 2006. Associated with this motion are a memorandum in support, with exhibits (Docket No. 159); and a memorandum in opposition (Docket No. 175). This Motion is pending before the Discovery Master.

    Respectfully Submitted,

    ANDREW WEISS and WEISS ASSET MANAGEMENT LLC

    By their attorneys,

    /s/ Benjamin A. Goldberger
    Edward P. Leibensperger (BBO# 292620)
    Benjamin A. Goldberger (BBO# 654357)
    McDermott Will & Emery LLP
    28 State Street
    Boston, Massachusetts 02109-1775
    (617) 535-4000

Dated: January 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and any attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 19, 2007.

    /s/ Benjamin A. Goldberger
    Benjamin A. Goldberger

BST99 1529476-1.072198.0012