UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. | ) |
| | ) |
| Plaintiff, | ) Case No. 05-10679-RCL |
| | ) |
| v. | ) |
| | ) |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF MOTION**

Plaintiff Kotva, a.s. hereby withdraws its Motion for Protective Order Concerning Deposition of Martin Benda [Docket # 168].

Respectfully submitted,

KOTVA, A.S.

By its attorneys,

/s/ Dana A. Zakarian
Joel G. Beckman (BBO# 553086)
Dana A. Zakarian (BBO# 641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
dzakarian@nbparis.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 23rd day of January, 2007.

                                            /s/ Dana A. Zakarian