# Nystrom Beckman & Paris LLP
#### Counselors at Law

January 23, 2007

**By Hand Delivery**

The Honorable Reginald C. Lindsay
United States District Court
United State Courthouse, Room 5130
1 Courthouse Way
Boston, Massachusetts 02210

      Re:  <u>Kotva a.s. v. Andrew Weiss and Weiss Asset Management, LLC</u>
            C.A. No. 05-10679-PBS (D. Mass.)

Dear Judge Lindsay:

On December 13, 2006 the Ministry of Justice of the Czech Republic wrote the Court (Document 182) regarding its assistance in obtaining the deposition of Howard Golden in the Czech Republic. Specifically, it asked the Court to provide it with the last known address for Mr. Golden. Please be advised that Mr. Golden's last known address is:

    Howard Golden
    Kilmentska 46
    110 02 Prague 1 Czech Republic
    Tel: 420.221.853.300

I respectfully request that the Court, at its earliest convenience, re-issue a letter rogatory to the Ministry of Justice of the Czech Republic informing it of Mr. Golden's address. Please let me know if there is anything further that I can do to assist the Court in this regard.

                                  Respectfully submitted,



                                  Dana A. Zakarian

cc:    Ned Leibensperger, Esq. (*via First Class mail*)