UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KOTVA A.S.,          )
                     )
                     )   Civil Action No. 05-10679-RCL
     v.              )
                     )
WEISS, ET AL.        )

ORDER OF SPECIAL MASTER
(January 27, 2007)

By letter dated January 19, 2007, Kotva's counsel submitted an affidavit of Richard Harazim executed on the same date. This filing is made in response to the Order of Special Master, dated November 17, 2006, in which I ordered Kotva to explain further why documents referred to in Exhibits F and G were not produced. Among other issues, I noted Kotva's claim that the attachments referred to in the Exhibits were the same documents, which appeared to me from context to not be the case. Kotva asks me to rescind the portion of my order imposing sanctions on this issue.

Mr. Harazim's Affidavit states that Kotva did not withhold either the embedded emails or the attached documents referred to in Exhibits F and G on the grounds of privilege and therefore did not log them. Mr. Harazim maintains that Kotva does not have copies of the embedded emails as stand-alone documents and that the attached documents were either produced or Kotva does not have them. Mr. Harazim does not clarify whether the attachments were in fact produced or whether they cannot be found. Finally, Mr. Harazim's Affidavit does not explain whether Exhibits F and G refer to the same document – the specific issue I asked Kotva to clarify.

1

The motion for reconsideration of the imposition of sanctions is denied. The sanctions imposed are intended to shift to the appropriate party the costs associated with an unmeritorious motion or defense to a motion for which there is no substantial basis. Kotva's original submission was not properly supported by affidavit. Mr. Harazim's Affidavit, while it supports Kotva's assertion that there are no documents in Kotva's possession which were withheld and not logged, does not cure the original defect in Kotva's submission. Indeed, it does not answer the question I posed in the November 17 Order.

So Ordered this 27th day of January, 2007.

/s/ Jeanne M. Kempthorne
_____
Special Master