UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT LLC, <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s. and RICHARD HARAZIM, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-RCL |

## DECLARATION OF EDWARD P. LEIBENSPERGER REGARDING ATTORNEYS' FEES

I, Edward P. Leibensperger, declare and state:

1. I am a partner with the law firm of McDermott Will & Emery LLP ("McDermott"), and have been a member of the Massachusetts bar in good standing since being admitted to the bar in December, 1974.

2. I have been one of the principal attorneys representing Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments Ltd. (collectively, the "Weiss Parties") in the above-captioned action since the action began in 2005. I make this declaration in response to the Discovery Master's January 26, 2007 Order (the "Order")..

2

3. In my opinion, for the reasons set out below, the fair and reasonable amount of legal fees charged for opposing the motion decided by the Order is $1,384.50. This figure is the total of 3.2 hours of Benjamin Goldberger's time billed at $335 per hour and one half hour of my time billed at $625 per hour.

4. The 3.2 hour and half hour time charges are based on my review of a subset of McDermott's records for time spent by attorneys and paralegals on this case from November 15, 2006 to December 1, 2006, as well as associated email messages sent during this time period and my Lawyer's Diary. McDermott keeps these time records in the ordinary course of business. November 15, 2006 is the day Kotva filed its Motion for Protective Order. December 1, 2006 is the day that Kotva file its Assented-To Motion for Leave to File Reply to Weiss Parties' Opposition to Kotva's Motion for Protective Order.

5. Along with Benjamin A. Goldberger, an associate at McDermott, I have reviewed each of the individual time entries and made an allocation of the charge for the individual time entries between work opposing Kotva's Motion for a Protective Order and work on other matters. I have based my allocation of the individual time charges on my knowledge of the amount of work each task entailed and communications with other attorneys and staff at McDermott.

6. In my opinion and based on my experience as an attorney, the fees charged were reasonable and necessary to the litigation of the Motion for a Protective Order. The hourly rates charged for the attorney and paralegal time spent on this case are comparable to the rates charged by other attorneys and paralegals in the Boston area with comparable experience. The amount of time spent was reasonable in view of the issues presented.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON FEBRUARY 2, 2007

/s/ Edward P. Leibensperger
EDWARD P. LEIBENSPERGER

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and any attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2007.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1530956-1.072198.0012

3