UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and <br> WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br> ANDREW WEISS; <br> WEISS ASSET MANAGEMENT, LLC; <br> K T, INC.; and CVF INVESTMENTS, LTD., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> KOTVA a.s.; MARTIN BENDA; <br> RICHARD HARAZIM; <br> FORMINSTER ENTERPRISES, LTD.; <br> SPV CO and JOHN DOES 1-5, <br><br> Counterclaim-Defendants. | Civil Action No. 05-10679-RCL |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JEFFREY D. CLEMENTS
<u>AS COUNSEL FORMINSTER ENTERPRISES, LTD.</u>**

Pursuant to Local Rule 83.5.2 (c), counsel for Forminster Enterprises, Ltd. ("FEL") hereby give notice that attorney Jeffrey D. Clements is leaving the private practice of law effective February 26, 2006 due to his appointment as Chief of the Public Protection and Advocacy Bureau in the Attorney General's Office. Attorney Ingrid S. Martin of 50 Federal Street, Boston, MA 02110, who has previously appeared in this matter on behalf of FEL will continue as counsel for FEL.

Respectfully submitted,

FORMINSTER ENTERPRISES, LTD.

by its attorneys,

/s/ Jeffrey D. Clements
Jeffrey D. Clements, BBO #632544
Clements Law Office, LLC
50 Federal Street
Boston, MA 02110
617- 451-1800

/s/ Ingrid S. Martin
Ingrid S. Martin, BBO #653632
50 Federal Street
Boston, MA 02110
617- 451-1800

DATED:    February 23, 2007

### CERTIFICATE OF SERVICE

I, Jeffrey D. Clements, hereby certify that a copy of the foregoing document was served by electronic filing to counsel of record for all parties on February 23, 2007.

/s/  Jeffrey D. Clements
_____