UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC, )<br>)<br>Defendants. )<br>)<br>──────────────────────────── )<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT LLC, )<br>)<br>Counterclaim-plaintiffs, )<br>)<br>v. )<br>)<br>KOTVA a.s., MARTIN BENDA and )<br>RICHARD HARAZIM, )<br>)<br>Counterclaim-defendants. )<br>) | C.A. No. 05-10679-RCL |

**<u>DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION IN LIMINE EARLY</u>**

Andrew Weiss and Weiss Asset Management LLC (collectively, the "Defendants") hereby move for leave to file the attached Motion in Limine Regarding Czech Law Claims and accompanying Memorandum of Law before the deadline for submitting motions in limine set forth in the Court's Pre-Trial Order. In support of this Motion, the Defendants state:

1.      Approximately one year ago, in March and April 2006, the parties filed dispositive motions. The Defendants' Motion for Judgment on the Pleadings is still pending. The Court decided Kotva's Motion to Dismiss "Counterclaim-Plaintiffs" KT and CVF on November 28, 2006. In that Motion, Kotva argued that the Court should eliminate all claims

from this case that depend for resolution upon a determination of substantive issues of Czech law.

2. In the Court's November 28, 2006 Order, the Court dismissed, without prejudice, certain of Defendants' counterclaims, including claims that alleged an abuse of Czech process, a claim governed by the substantive law of the Czech Republic. As explained in detail in the attached Motion in Limine, Kotva's pending claims for abuse of process (and related tort claims) against Mr. Weiss and Weiss Asset Management are *also* governed by Czech law. In the Motion in Limine, Defendants urge the Court to declare what law applies to Kotva's claims and then determine whether those claims should proceed in this forum. Defendants respectfully submit that the Court should abstain from hearing claims governed by Czech law and, as a matter of fairness, Kotva should not be permitted to pursue claims governed by Czech law in this Court when Kotva has successfully argued that Mr. Weiss may not pursue claims governed by Czech law in this Court.

3. Shortly after the Court's November 28, 2006 decision dismissing Mr. Weiss's Czech law claim without prejudice, the parties jointly moved to stay the case for thirty days to work on a tentative settlement agreement. Ultimately that settlement was not consummated. Settlement negotiations were terminated around January 17, 2007, followed immediately thereafter by a full week of depositions.

4. The resolution of the Defendants' Motion in Limine Regarding Czech Law Claims will have a significant impact on the scope of the trial. Therefore, Defendants seek to raise this issue before the Court as soon as possible. Kotva, however, has taken the position that no motions in limine may be filed until the due date for the pretrial memorandum, which is March 29, 2007. Accordingly, Defendants are filing this Motion for leave to file their Motion in

Limine Regarding Czech Law Claims early. An early filing will give Kotva additional time to respond to the Motion in Limine and contribute to the efficient resolution of the vital issue of what law governs Kotva's claims and whether Kotva should be permitted to pursue claims governed by Czech law in this Court.

Respectfully Submitted,

ANDREW WEISS and WEISS ASSET MANAGEMENT LLC

By their attorneys,

/s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

Dated: February 27, 2007

## CERTIFICATE OF CONSULTATION

I hereby certify that I have conferred with counsel for Kotva a.s. and attempted in good faith to narrow or resolve this issue. Kotva a.s. opposes this Motion.

/s/ Edward P. Leibensperger
Edward P. Leibensperger

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 27, 2007.

/s/ Edward P. Leibensperger
Edward P. Leibensperger

BST99 1532556-2.072198.0012