UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT LLC, <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., MARTIN BENDA and RICHARD HARAZIM, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-RCL |

## DEFENDANTS' MOTION IN LIMINE REGARDING CZECH LAW CLAIMS

Andrew Weiss and Weiss Asset Management LLC (collectively, the "Defendants") hereby move that the Court declare that Czech law governs Plaintiff's abuse of process and related tort claims against Defendants. Thereafter, for all the reasons on which the Court relied in its November 28, 2006 Order dismissing, without prejudice, Andrew Weiss's claim that Kotva abused Czech criminal process, this Court should then exercise its discretion not to adjudicate Kotva's claims governed by Czech law, especially where, as described in the accompanying memorandum, such claims present issues of unresolved principles of Czech law. Accordingly, the Court should abstain from hearing those claims and preclude Kotva from presenting claims

governed by Czech law in this forum. In further support of this Motion, the Defendants submit herewith a Memorandum of Law.

                Respectfully Submitted,

                ANDREW WEISS and WEISS ASSET MANAGEMENT LLC

                By their attorneys,

                /s/ Edward P. Leibensperger
                Edward P. Leibensperger (BBO# 292620)
                Benjamin A. Goldberger (BBO# 654357)
                McDermott Will & Emery LLP
                28 State Street
                Boston, Massachusetts  02109-1775
                (617) 535-4000

Dated: February 27, 2007

## CERTIFICATE OF CONSULTATION

I hereby certify that I have conferred with counsel for Kotva a.s. and attempted in good faith to narrow or resolve this issue. Kotva a.s. opposes this Motion.

                /s/ Edward P. Leibensperger
                Edward P. Leibensperger

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 27, 2007.

                /s/ Edward P. Leibensperger
                Edward P. Leibensperger

BST99 1532281-3.072198.0012