AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KOTVA, a.s.,
          PLAINTIFF

V.

ANDREW WEISS and
WEISS ASSET MANAGEMENT, L.L.C.,

          DEFENDANTS

APPEARANCE

Case Number: 05-10679-RCL

FILED
IN CLERKS OFFICE
2007 MAR 12 P 3:26
U.S. DISTRICT COURT
DISTRICT OF MASS.

To the Clerk of this court and all parties of record:

Enter my appearance as ~~counsel in this case for~~

CO-COUNSEL FOR THE DEFENDANTS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| MARCH 7, 2007 | /s/ |
| Date | Signature |
| | EDWARD T. DANGEL III     113580 |
| | Print Name     Bar Number |
| | DANGEL & MATTCHEN, LLP |
| | 10 DERNE STREET |
| | Address |
| | BOSTON    MA    02114 |
| | City    State    Zip Code |
| | 617-557-4800    617-557-4827 |
| | Phone Number    Fax Number |