UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s.,  ) | |
| ) | |
| Plaintiff,  ) | Case No. 05-10679-WGY |
| ) | |
| v.  ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET  ) | |
| MANAGEMENT, LLC  ) | |
| ) | |
| Defendants.  ) | |

**PLAINTIFF'S NOTICE REGARDING COUNTS I AND VI**

As part of the Fed. R. Civ. P. Rule 16 pretrial process, Kotva has narrowed its claims and intends not to pursue certain counts of its Complaint.[1] Specifically, Kotva has acknowledged that it pled certain claims in the alternative and may not be able to recover on both its securities fraud claim and its RICO claim. Kotva hereby advises the Court that it does not intend to pursue its claim for securities fraud (count I) at trial. To streamline the action further, Kotva also does not intend to pursue its common law fraud claim (count VI). Kotva has advised Defendants' counsel of its intention to narrow its claims for trial.

On March 16, 2007, a hearing on Defendants' motion for judgment on the pleadings was scheduled for next Thursday, March 29, 2007. As a result of the current schedule, Kotva submits this Notice to advise the Court in advance of the motion hearing that it does not intend to pursue Counts I and VI at trial.

---

[1] The December 5, 2006 Order for Pretrial Conference requires the parties to confer and to advise the Court "whether any claims or defenses have been, or will be, waived or otherwise not pursued at trial."

        Respectfully submitted,

        KOTVA A.S.

        By its attorneys,

        /s/ Joel G. Beckman
        Joel G. Beckman (BBO# 553086)
        Daniel J. Pasquarello (BB0# 647379)
        NYSTROM BECKMAN & PARIS LLP
        10 St. James Ave., 16th Floor
        Boston, Massachusetts 02116
        (617) 778-9100
        (617) 778-9110 (fax)

Dated: March 22, 2007

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 22nd day of March, 2007.

        /s/ Daniel J. Pasquarello