UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT LLC, <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s. and RICHARD HARAZIM, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-WGY |

## **DEFENDANTS' MOTION IN LIMINE REGARDING TESTIMONY OF MARTIN BENDA**

Defendants move in limine to preclude Kotva from introducing testimony, either by deposition or otherwise, by Martin Benda regarding any conversations or written material in the English language that he claims to have been present for or reviewed. In support of this Motion, Defendants state:

1. Martin Benda does not speak or understand any English. Benda Dep. at 12:23–13:2. Therefore if a document is written in English, or if someone says something to Mr. Benda in English, Mr. Benda does not understand the document or the statement.

- 1 -

2.     To the extent that someone has purportedly translated a document or interpreted a statement for Mr. Benda, Mr. Benda's knowledge regarding what that document allegedly contains or what that person allegedly said is hearsay.  The translator or interpreter has made an out-of-court statement about the content of the document or conversation, and Mr. Benda has no personal knowledge of the document's contents or the speaker's words.

> Respectfully Submitted,
>
> ANDREW WEISS and WEISS ASSET
> MANAGEMENT LLC
>
> By their attorneys,
>
> /s/ Benjamin A. Goldberger
> Edward P. Leibensperger (BBO# 292620)
> Benjamin A. Goldberger (BBO# 654357)
> McDermott Will & Emery LLP
> 28 State Street
> Boston, Massachusetts  02109-1775
> (617) 535-4000
>
> Edward T. Dangel, III (BBO#113580)
> Dangel & Mattchen, LLP
> 10 Derne Street
> Boston, MA 02114
> (617) 557-4800

Dated:    March 28, 2007

## CERTIFICATE OF CONSULTATION

I hereby certify that I have conferred with counsel for Kotva a.s. and Richard Harazim attempted in good faith to narrow or resolve this issue.  Kotva a.s. and Richard Harazim oppose this Motion.

> /s/ Benjamin A. Goldberger
> Benjamin A. Goldberger

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 28, 2007.

                                              /s/ Benjamin A. Goldberger
                                              Benjamin A. Goldberger

BST99 1536041-1.072198.0012