UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., </br></br> Plaintiff, </br></br> v. </br></br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, </br></br> Defendants. </br></br>―――――――――――――――――――――</br></br>ANDREW WEISS and WEISS ASSET MANAGEMENT LLC, </br></br> Counterclaim-plaintiffs, </br></br> v. </br></br>KOTVA a.s. and RICHARD HARAZIM, </br></br> Counterclaim-defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )   C.A. No. 05-10679-WGY </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT MOTION TO EXTEND TIME TO SUBMIT
PROPOSED CASE MANAGEMENT SCHEDULE**

During the final pretrial conference conducted on April 4, 2007, the Court ordered the parties to submit a proposed case management schedule by April 18, 2007. The parties jointly move that the Court extend this deadline by one week, up to and including April 25, 2007. In support of this Motion, the parties state:

1.  The plaintiff is taking two depositions in Prague during the first half of next week, with the second deposition commencing on April 18, 2007. These depositions are being taken pursuant to orders issued by the Czech courts in response to a request from this Court under the Hague Convention for Gathering Evidence Abroad.

- 1 -

2. In order to attend these depositions at the dates and times selected by the Czech courts, counsel for all parties will be out of the country for the days leading up to and immediately following the April 18, 2007 date established by the Court for submitting a proposed case management schedule. Granting the parties one more week will allow the parties additional time to address scheduling issues and hopefully reach agreement on those issues.

Respectfully Submitted,

| KOTVA A.S. and RICHARD HARAZIM | ANDREW WEISS and WEISS ASSET MANAGEMENT LLC |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ Daniel J. Pasquarello (BAG) | /s/ Benjamin A. Goldberger |
| Joel G. Beckman (BBO# 553086) | Edward P. Leibensperger (BBO# 292620) |
| William C. Nystrom (BBO# 559656) | Benjamin A. Goldberger (BBO# 654357) |
| Daniel J. Pasquarello (BBO# 647379) | McDermott Will & Emery LLP |
| Nystrom Beckman & Paris LLP | 28 State Street |
| 10 St. James Ave., 16th Floor | Boston, Massachusetts 02109-1775 |
| Boston, Massachusetts 02116 | (617) 535-4000 |
| (617) 778-9100 | |
| | Edward T. Dangel, III (BBO#113580) |
| | Dangel & Mattchen, LLP |
| | 10 Derne Street |
| | Boston, MA 02114 |
| | (617) 557-4800 |

Dated:    April 13, 2007

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2007.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1537965-1.072198.0012