UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br>―――――――――――――――――― <br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., RICHARD HARAZIM, SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 05-10679-WGY |

**DEFENDANTS' MOTION TO INCLUDE EXPERT WITNESS CONCERNING VALUATION AND LOSS OF BUSINESS**

Defendants Andrew Weiss and Weiss Asset Management hereby move to include Stephen Ross, Ph.D., as an expert on two issues where expert testimony is particularly needed: 1) the valuation of Kotva and Trend shares and 2) the probable effect of charges lodged by the plaintiff on the defendants' ability to obtain new investment in their funds. A memorandum is submitted herewith to explain recent developments in the case which justify raising this issue at this time. In brief, they are that a new scheduling order has been entered which extends until

BST99 1541035-2.072198.0012

June 22 the time for parties to identify expert witnesses, and recent depositions demonstrate that the defendants will be at an unfair disadvantage if they cannot present expert testimony.

Professor Ross is a chaired Professor of Finance and Economics at the Sloan School of Management of the Massachusetts Institute of Technology and also has a wealth of practical experience on the complex matters involved in the case. A copy of Professor Ross's curriculum vitae is provided as Attachment A to his expert report, which is provided herewith.

## CONCLUSION

For the foregoing reasons and those stated in the Memorandum submitted herewith the defendants' motion should be allowed.

.                                          Respectfully submitted,

                                           ANDREW WEISS and WEISS ASSET
                                           MANAGEMENT LLC

                                           By their attorneys,


                                           /s/ Edward T. Dangel
                                           Edward T. Dangel, III (BBO#113580)
                                           Dangel & Mattchen, LLP
                                           10 Derne Street
                                           Boston, MA 02114
                                           (617) 557-4800

                                           Edward P. Leibensperger (BBO# 292620)
                                           Benjamin A. Goldberger (BBO# 654257)
                                           McDermott Will & Emery LLP
                                           28 State Street
                                           Boston, Massachusetts  02109-1775
                                           (617) 535-4000

Dated: May 14, 2007

**CERTIFICATE OF CONSULTATION**

    I hereby certify that undersigned counsel has conferred and attempted in good faith to resolve or narrow the issues presented by this motion, but opposing counsel was unable to assent to the motion, and suggested that the motion be filed.

                                                /s/ Edward T. Dangel
                                                Edward T. Dangel, III

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 14, 2007.

                                                /s/ Edward T. Dangel
                                                Edward T. Dangel, III