UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC,<br><br>Defendants.<br><br>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC and CVF INVESTMENTS, LTD.,<br><br>Counterclaim-plaintiffs,<br><br>v.<br><br>KOTVA a.s., RICHARD HARAZIM, SPV CO and JOHN DOES 1–5,<br><br>Counterclaim-defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-10679-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**WEISS PARTIES' MOTION FOR CASE MANAGEMENT ORDER**

On May 1, 2007, the Court entered an Order adopting, as modified, the parties' joint statement as the Case Management Scheduling Order.  The Court further ordered a second trial of certain counterclaims: "[s]uch claims will, however, be tried separately after completion of a separate Case Management Schedule."

The Weiss Parties respectfully move that the Court adopt the attached proposed case management schedule as the Court's Scheduling Order with respect to the claims to be tried separately, Counts III–VII of the Counterclaim.

- 1 -

Counsel for the Weiss Parties sought to reach agreement on a case management schedule for the second trial with counsel for the Kotva Parties, but was unable to do so. Counsel for the Kotva Parties indicated that opposition papers would likely be filed.

Respectfully submitted,

ANDREW WEISS, WEISS ASSET MANAGEMENT LLC and CVF INVESTMENTS LTD.

By their attorneys,

/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Edward T. Dangel, III (BBO#113580)
Dangel & Mattchen, LLP
10 Derne Street
Boston, MA 02114
(617) 557-4800

May 16, 2007

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel for the Weiss Parties conferred with counsel for the Kotva Parties and attempted in good faith to resolve or narrow the issues presented by this motion, but was unable to reach agreement.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 16, 2007.

                                                Benjamin A. Goldberger

BST99 1541400-1.072198.0012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., RICHARD HARAZIM, SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-WGY |

**WEISS PARTIES' PROPOSED CASE MANAGEMENT SCHEDULE**

On May 1, 2007, the Court entered an Order adopting, as modified, the parties' joint statement as the Case Management Scheduling Order. The Court further ordered a second trial of certain counterclaims: "[s]uch claims will, however, be tried separately after completion of a separate Case Management Schedule." The Weiss Parties propose the following case management schedule with respect to the claims to be tried separately, Counts III–VII of the Counterclaim.

| Event | Proposed Date |
|---|---|
| Expert Disclosures | July 27, 2007 |

- 1 -

| Event | Proposed Date |
|---|---|
| Rebuttal Expert Disclosures | August 31, 2007 |
| Close of Fact Discovery | August 31, 2007 |
| Deadline for Summary Judgment Motions | September 15, 2007 |
| Running Trial List | At the Court's convenience after completion of the first trial |

There is a significant overlap in fact discovery for the first trial and the second trial. That being said, it is clear that some discovery needed for the second trial does not overlap with discovery needed for the first  This allows the parties to prepare both trials in a cost-effective manner and will allow the parties to try the first trial in October and the second trial as soon thereafter as the Court orders.

One area where the two cases overlap is with respect to Kotva's as-yet unresolved Objection (Document No. 195) to the Special Master's January 26, 2007 (Document No. 189) denying the Plaintiff's Motion for a Protective Order (Document Nos. 160, 161), ordering disclosure of certain documents in unredacted form, and ordering the Plaintiff to show cause why the Defendants should not be awarded reasonable expenses incurred in opposing the motion. The Defendants have filed a response to the Objection (Document No. 197) and the underlying Motion for a Protective Order (Document No. 174).

The Court has not yet ruled on this Objection.  Resolution of the Objection will impact the discovery that the Weiss Parties will take in connection with the first trial.  The Weiss Parties also note that the information is directly relevant to issues in the second trial regarding the use of the Department Store sales proceeds.

Respectfully submitted,

ANDREW WEISS, WEISS ASSET
MANAGEMENT LLC and CVF INVESTMENTS
LTD.

By their attorneys,

/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

Edward T. Dangel, III (BBO#113580)
Dangel & Mattchen, LLP
10 Derne Street
Boston, MA 02114
(617) 557-4800

May 16, 2007

BST99 1540846-2.072198.0012

- 3 -