UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br>)<br>Defendants and )<br>Counterclaimants, )<br>)<br>v. )<br>)<br>KOTVA a.s., SPV Co., and RICHARD HARAZIM )<br>)<br>Counterclaim-Defendants )<br>)<br>) | Case No. 05-10679-WGY |

### ASSENTED-TO MOTION TO EXTEND TIME FOR OPPOSITIONS

Plaintiffs hereby move for an extension of two days from May 29, 2007 until May 31, 2007 to oppose (1) Defendants' Motion to Include Expert Witness Concerning Valuation and Loss of Business and (2) Motion to Amend Counterclaims filed on May 14, 2007 ("May 14 motions"). In support of this motion, Plaintiffs state:

1.   On May 14, 2007, Defendants filed a Motion to Include Expert Witness Concerning Valuation and Loss of Business and a Motion to Amend Counterclaims. Defendants also filed a Restated Counterclaim to the First Amended Complaint on May 14, 2007.

2.   Plaintiffs' oppositions to the motions are presently due on Tuesday, May 29, 2007.

3. Plaintiffs have requested a brief extension up to and including May 31, 2007 to file a response to Defendants' May 14 motions.

4. Counsel for the Weiss Defendants has assented to this request.

5. This is the first extension of time requested by Plaintiffs to respond to these motions.

WHEREFORE, Plaintiffs respectfully request that the Court grant its request for a two-day extension from May 29, 2007 up to and including May 31, 2007 to respond to Defendants' May 14 motions.

Respectfully submitted,

KOTVA, A.S., SPV CO., AND RICHARD HARAZIM,

By their attorneys,

/s/ Daniel J. Pasquarello
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Daniel J. Pasquarello BBO# 647379
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: May 25, 2007

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Undersigned counsel and counsel for the defendants/counterclaim plaintiffs, Edward Dangel, conferred by telephone on May 25, 2007 and Mr. Dangel assented to the relief requested in this motion.

/s/ Daniel J. Pasquarello

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 25th day of May, 2007.

                                            /s/ Daniel J. Pasquarello