UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br> ─────────────────────────── <br> ANDREW WEISS, WEISS ASSET MANAGEMENT LLC and CVF INVESTMENTS, LTD., <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., RICHARD HARAZIM, SPV CO and JOHN DOES 1–5, <br><br> Counterclaim-defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 05-10679-WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO INCLUDE EXPERT WITNESS CONCERNING VALUATION AND LOSS OF BUSINESS**

Pursuant to Local Rule 7.1(b)(3), defendants Andrew Weiss and Weiss Asset Management hereby move for leave to file the attached two-page reply memorandum in support of their motion to include Stephen Ross, Ph.D., as an expert

As the April status conference, the Court declined to rule on the defendants' request to include Professor Ross as an expert, as there was no pending motion at the time. The defendants filed the motion that the Court required and, yesterday, the plaintiffs filed an opposition. The

attached reply memorandum addresses arguments that the plaintiffs raised and, it is hoped, will crystallize the legal issue for the Court.

Defendants will address Kotva's Motion to Dismiss and other papers filed yesterday separately within the fourteen day period established for their response to the Motion to Dismiss.

Respectfully submitted,

ANDREW WEISS and WEISS ASSET MANAGEMENT LLC

By their attorneys,

Dated: June 1, 2007

/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654257)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Edward T. Dangel, III (BBO#113580)
Dangel & Mattchen, LLP
10 Derne Street
Boston, MA 02114
(617) 557-4800

## CERTIFICATE OF CONSULTATION

I hereby certify that undersigned counsel has conferred with counsel for Kotva, SPV CO and Richard Harazim and attempted in good faith to resolve or narrow the issues presented by this motion, but was unable to reach agreement.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2007.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co,<br><br>  Plaintiffs,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC,<br><br>  Defendants.<br><br>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC and CVF INVESTMENTS, LTD.,<br><br>  Counterclaim-plaintiffs,<br><br>v.<br><br>KOTVA a.s., RICHARD HARAZIM, SPV CO and JOHN DOES 1–5,<br><br>  Counterclaim-defendants. | C.A. No. 05-10679-WGY |

**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF
MOTION TO INCLUDE EXPERT WITNESS
CONCERNING VALUATION AND LOSS OF BUSINESS**

The framework that plaintiffs urge on the Court—Rule 37(c)—establishes two tests for including a "late" expert. If either test is met, adding a late expert is permissible. The latter of the two tests is a "no harm, no foul" analysis. Tellingly, plaintiffs are unable to identify any harm whatsoever stemming from the fact that they received Professor Ross's Rule 26 disclosures on March 13, 2007, over *six months* before the new trial date. Things have changed since this issue was litigated in March. The new schedule sets June 22, 2007 as the deadline for disclosing

experts in advance of an October 2007 trial. The plaintiffs have all the time in the world to respond to Professor Ross's disclosures. Their suggestion that Professor Ross's testimony will impose "new costs, expenses, and distractions upon Plaintiff" is not the sort of harm recognized by Rule 37(c). If it were, there would never be a case where adding a late expert would be harmless. Plaintiffs must identify some harm from the *timing* of the disclosure, not the fact that the witness will testify. As there is no such harm, there is no foul.

Thus, even if the Court were to agree with the plaintiffs that Rule 37(c) rather than Rule 26(a)(2)(C) provides the appropriate framework for resolving this Motion, the Court should grant the Motion to Include Professor Ross as an Expert.

.                                            Respectfully submitted,

                                             ANDREW WEISS and WEISS ASSET
                                             MANAGEMENT LLC

                                             By their attorneys,

Dated: June 1, 2007                          /s/ Benjamin A. Goldberger
                                             Edward P. Leibensperger (BBO# 292620)
                                             Benjamin A. Goldberger (BBO# 654257)
                                             McDermott Will & Emery LLP
                                             28 State Street
                                             Boston, Massachusetts 02109-1775
                                             (617) 535-4000

                                             Edward T. Dangel, III (BBO#113580)
                                             Dangel & Mattchen, LLP
                                             10 Derne Street
                                             Boston, MA 02114
                                             (617) 557-4800

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2007.

                                             /s/ Benjamin A. Goldberger
                                             Benjamin A. Goldberger

2