UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s. and SPV Co., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC <br><br> Defendants and Counterclaimants, <br><br> v. <br><br> KOTVA a.s., SPV Co., and Richard Harazim <br><br> Counterclaim-Defendants | Case No. 05-10679-WGY |

JOINT APPLICATION FOR LETTER OF REQUEST
FOR INTERNATIONAL JUDICIAL ASSISTANCE

Pursuant to Rule 28(b) of the Federal Rules of Civil Procedure and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention") the parties hereby jointly apply for the issuance of a Letter of Request, in the form attached hereto, directed to the Appropriate Judicial Authorities of the Czech Republic to obtain evidence, including documents and testimony, concerning the investigation, sources of information, manner and methods, procedures for obtaining authorization, approvals obtained, and the accuracy and authenticity of conversations recorded by or on behalf of the Czech police in the course of an investigation of Andrew Weiss and individuals affiliated with

him, which were obtained pursuant to Court authorization in the Czech Republic, and which may be used in civil proceedings before this Court in the above-captioned matter.

## GROUNDS FOR APPLICATION

As grounds for this application, the parties state as follows:

1. Plaintiffs allege that the heart of this matter is an attempt by the Defendant Andrew Weiss to blackmail the Czech company Kotva a.s. to purchase shares of Kotva in an effort to extort millions of dollars in return for dropping certain lawsuits initiated by Weiss. Defendants deny the allegations and have countersued the Plaintiffs.

2. As a result of Plaintiffs' allegation that Weiss was behind the lawsuits filed against Kotva, Kotva filed a criminal complaint with the Czech police in August 2004. In response to the Complaint, the Czech police initiated an investigation of Mr. Weiss, Vladimir Hoffmann (Weiss's agent) and other individuals affiliated with Mr. Weiss. Part of the police investigation entailed recording certain meetings and telephone conversations involving Weiss and his agents. Specifically, the Czech authorities obtained Court approval for certain wire taps to record telephone conversations among Weiss and/or his associates. Thereafter, Criminal Prosecution No: PSP-4035/OHK-3-2004, was commenced by the Czech police. In February 2005, Weiss, Hoffmann and Edita Simkova were criminally charged with extortion.

3. Tape recordings of the conversations obtained by the Czech police have been made available to both Mr. Weiss and Kotva as part of the Czech criminal file. In the Czech Republic, both the harmed party (Kotva) and the accused (Weiss) are entitled to access the materials in the criminal file. Kotva has obtained copies of the recorded telephone conversations and, pursuant to discovery demands in this case, produced those materials to the Defendants in

March 2007.  Kotva had issued similar discovery demands to the Defendants for the production of materials that the defendants obtained from the criminal file.

    4.    The parties jointly seek to obtain evidence to confirm the accuracy and authenticity of the recordings obtained from the Czech criminal file, and the approvals obtained for the recordings.

    5.    Defendants seek to obtain testimony relating to the procedures for obtaining authorization for the recordings.

    6.    The parties have submitted herewith a Letter of Request to the Appropriate Judicial Authorities of the Czech Republic for an order effecting the assistance requested in this application. Pursuant to the Hague Convention, the Letter of Request should be transmitted in duplicate directly from the Court to the Czech central authority designated in the Letter of Request. If necessary, the parties will provide a certified translation of the Letter of Request.

Respectfully submitted,

| KOTVA A.S. AND SPV CO., | ANDREW WEISS, WEISS ASSET MANAGEMENT LLC, K T, INC. and CVF INVESTMENTS LTD. |
|---|---|
| By their attorneys, | By their attorneys, |

/s/ Daniel J. Pasquarello
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO# 559656)
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
jbeckman@nbparis.com
wnystrom@nbparis.com
dpasquarello@nbparis.com

/s/ Edward T. Dangel
Edward T. Dangel, III (BBO#113580)
Dangel & Mattchen, LLP
10 Derne Street
Boston, MA 02114
(617) 557-4800

Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: June 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 29th day of June, 2007.

Daniel J. Pasqurello

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s. and SPV Co., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br>)<br>Defendants and )<br>Counterclaimants, )<br>)<br>v. )<br>)<br>KOTVA a.s., SPV Co., and Richard Harazim )<br>)<br>Counterclaim-Defendants )<br>)<br>) | Case No. 05-10679-WGY |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTERS ROGATORY/COMMISSION ROGATOIRE)**

To:   The Appropriate Judicial Authorities of the Czech Republic

   Ministerstvo Spravedlnosti Ceske Republicky
   (The Ministry of Justice of the Czech Republic)
   128 10 Praha 2
   Vysehradska 16
   Prague, Czech Republic

Dear Honorable Justices:

   The United States District Court for the District of Massachusetts presents its compliments, and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this court in the above captioned matter.

This court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of the Czech Republic, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, require the documentary evidence and testimony from the appropriate representative or representatives of the Czech police and/or the Office of the Public Prosecutor in Prague with information concerning the sources of information, manner and methods, the procedures for obtaining authorization, approvals obtained, and the accuracy and authenticity of conversations recorded in the matter of Criminal Prosecution No.: PSP-4035/OHK-3-2004.  The conversations recorded by the Czech police, as described below, constitute evidence that Plaintiffs intend to use in civil proceedings before this Court.

## BACKGROUND

The plaintiff, Kotva a.s. ("Kotva"), filed a civil suit against the defendants, Andrew Weiss and Weiss Asset Management, LLC ("Weiss defendants"), in federal court in Massachusetts in 2005. The plaintiff, S.P.V. Co., was added to this matter in May 2007. The description of the case is based on allegations in the First Amended Complaint.  The defendants have denied the allegations and have countersued Kotva, SPV Co. and Richard Harazim.

According to the First Amended Complaint, Plaintiffs allege that the defendants, Andrew Weiss and Weiss Asset Management, attempted to blackmail the Czech company Kotva a.s. to purchase shares in Kotva in an effort to extort millions of dollars in return for dropping certain lawsuits initiated by Weiss.  Defendants deny the allegations and have countersued the Plaintiffs.

As a result of Plaintiffs' allegations that Weiss was behind the lawsuits filed against Kotva, Kotva filed a criminal complaint with the Czech police in August 2004. In response to the Complaint, the Czech police initiated an investigation of Mr. Weiss, Vladimir Hoffmann

(Weiss's agent) and other individuals affiliated with Mr. Weiss. Part of the police investigation involved recording meetings and telephone conversations involving Weiss and his agents. Specifically, the Czech authorities obtained court approval for certain wire taps to record telephone conversations among Weiss and/or his associates. Thereafter, Criminal Prosecution No: PSP-4035/OHK-3-2004 was commenced by the Czech police. In February 2005, Weiss, Hoffman and Edita Simkova were charged with extortion. Tape recordings of the conversations obtained by the Czech police have been made available to both Mr. Weiss and Kotva as part of the Czech criminal file.

Each side has questions to ask, and the parties have agreed to divide their questioning time equally.

## QUESTIONS

The parties jointly seek to obtain the following evidence through testimony and documents (where available):

- that the tape recordings accurately reflect the conversations in question;
- the court approval and/or any other authority for recording the conversations;
- the procedure used to record the conversations (including the equipment used, the operator's competency to use the equipment, and whether the equipment was tested and working properly);
- the telephone numbers that were recorded;
- the dates, times, and durations of the recordings;
- the chain of custody of the recordings from the date they were created until they were made available in the Weiss Criminal file;
- the procedure used to make copies and confirmation that any copies made do not contain alterations;
- and any documents, protocols, or memoranda that may confirm the accuracy of the recorded conversations.

The Defendants seek to obtain the following additional evidence through testimony and documents where available:

- the sources of information and manner and means, including the documentation used, to obtain authorization for the recordings.

## **REQUEST**

The undersigned Honorable Judge William G. Young, Judge of the United States District Court for the District of Massachusetts, therefore respectfully requests the Appropriate Judicial Authorities of the Czech Republic to cause the appropriate officials of the Czech police and/or the Office of Public Prosecutor in Prague, as needed, be summoned to attend, at such place and time as the Court shall appoint, before such person who, according to the procedure of your Honorable Court, is competent to preside over the examination of witnesses under oath, and that you permit such witness to be examined orally by Joel G. Beckman, or William C. Nystrom or Daniel J. Pasquarello of Nystrom, Beckman & Paris LLP, attorneys for Plaintiffs; and Edward P. Leibensperger, or Benjamin A. Goldberger of McDermott, Will & Emery LLP, or Edward Dangel of Dangel & Mattchen LLP, attorneys for the Weiss defendants.  The specific topics of inquiry proposed for the examination are outlined above. It is further requested that:

a. The testimony may be recorded on videotape and transcribed by a stenographer in accordance with the United States Federal Rules of Civil Procedure;

b. Plaintiffs and Defendants be given equal time within which to pose questions.

## **RECIPROCITY**

It is the understanding of this Court that the granting of assistance of the type herein requested is authorized by the laws of the Czech Republic. The courts of the United States are authorized by statute, Section 1782, title 28 of the United States Code, to extend similar ssistance to the tribunals of the Czech Republic.

## REIMBURSEMENT OF COSTS

      Plaintiffs and Defendants have assured this Court that they are prepared to reimburse your Court for all reasonable costs incurred in executing this request.

_____
William G. Young, U.S. District Judge
United States District Court for the District of Massachusetts
Boston, Massachusetts, United States of America

Dated: _____, 2007

(SEAL OF COURT)