UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC,<br><br>Defendants.<br><br>ANDREW WEISS, WEISS ASSET MANAGEMENT LLC and CVF INVESTMENTS, LTD.,<br><br>Counterclaim-plaintiffs,<br><br>v.<br><br>KOTVA a.s., RICHARD HARAZIM, SPV CO and JOHN DOES 1–5,<br><br>Counterclaim-defendants. | *Leave to File Granted on June 28, 2007*<br><br><br><br>C.A. No. 05-10679-WGY |

**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF
MOTION TO INCLUDE EXPERT WITNESS
CONCERNING VALUATION AND LOSS OF BUSINESS**

The framework that plaintiffs urge on the Court—Rule 37(c)—establishes two tests for including a "late" expert. If either test is met, adding a late expert is permissible. The latter of the two tests is a "no harm, no foul" analysis. Tellingly, plaintiffs are unable to identify any harm whatsoever stemming from the fact that they received Professor Ross's Rule 26 disclosures on March 13, 2007, over *six months* before the new trial date. Things have changed since this issue was litigated in March. The new schedule sets June 22, 2007 as the deadline for disclosing

experts in advance of an October 2007 trial. The plaintiffs have all the time in the world to respond to Professor Ross's disclosures. Their suggestion that Professor Ross's testimony will impose "new costs, expenses, and distractions upon Plaintiff" is not the sort of harm recognized by Rule 37(c). If it were, there would never be a case where adding a late expert would be harmless. Plaintiffs must identify some harm from the *timing* of the disclosure, not the fact that the witness will testify. As there is no such harm, there is no foul.

Thus, even if the Court were to agree with the plaintiffs that Rule 37(c) rather than Rule 26(a)(2)(C) provides the appropriate framework for resolving this Motion, the Court should grant the Motion to Include Professor Ross as an Expert.

.                                        Respectfully submitted,

                                         ANDREW WEISS and WEISS ASSET
                                         MANAGEMENT LLC

                                         By their attorneys,

Dated: June 1, 2007              /s/  Benjamin A. Goldberger
                                         Edward P. Leibensperger (BBO# 292620)
                                         Benjamin A. Goldberger (BBO# 654257)
                                         McDermott Will & Emery LLP
                                         28 State Street
                                         Boston, Massachusetts  02109-1775
                                         (617) 535-4000

                                         Edward T. Dangel, III (BBO#113580)
                                         Dangel & Mattchen, LLP
                                         10 Derne Street
                                         Boston, MA 02114
                                         (617) 557-4800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 1, 2007.

                                         /s/ Benjamin A. Goldberger
                                         Benjamin A. Goldberger