UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KOTVA a.s. and SPV Co., | ) | |
|  | ) | |
| Plaintiffs, | ) | Case No. 05-10679-WGY |
|  | ) | |
| v. | ) | |
|  | ) | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) ) | |
|  | ) | |
| Defendants and Counterclaimants, | ) ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| KOTVA a.s., SPV Co., and RICHARD HARAZIM | ) | |
|  | ) | |
| Counterclaim-Defendants | ) | |
|  | ) ) ) | |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiffs Kotva and SPV Co. hereby respectfully move to compel Defendants to produce documents and communications regarding the subject matters about which their Czech attorney, Ondrej Peterka, has testified or intends to testify at trial. By calling Attorney Peterka as a witness and electing to place at issue otherwise privileged subject matters, Defendants have waived the privilege and work product protection on all matters that attorney Peterka has testified about, or that he intends to testify about at trial. Defendants deny there has been a waiver and refuse to produce the documents Plaintiffs have requested. They have, however, confirmed that they intend to use Attorney Peterka's testimony at trial.

Before the completion of Attorney Peterka's deposition, Defendants should be compelled to produce the documents and materials relevant to the subject matters on which there has been a waiver. At a minimum, Plaintiffs should be allowed to cross-examine Attorney Peterka about the bases for the "opinions" he has offered and the subject matters he intends to testify about at trial.

For the reasons set forth in the Memorandum In Support of this motion filed herewith, Plaintiffs respectfully request that the Court grant their motion and compel the Defendants to produce the materials for which they have waived the privilege.

Respectfully submitted,

KOTVA, A.S., SPV CO.

By their attorneys,

/s/ Joel G. Beckman_____
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Daniel J. Pasquarello BBO# 647379
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
Dated: July 2, 2007          (617) 778-9110 (fax)

## REQUEST FOR HEARING

Plaintiffs believe that an oral argument may assist the Court and requests a hearing on this motion pursuant to Local Rule 7.1(D)

/s/ Daniel Pasquarello

## LOCAL RULE 7.1(A)(2) and 37.1(B) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue addressed in this motion.

Undersigned counsel initiated the Local Rule 37.1 conferral process by letter dated May 4, 2007. On May 8, 2007, May 9, 2007, May 14, 2007, May 16, 2007, and June 6, 2007, Daniel Pasquarello, Esq., representing the Plaintiffs, and Edward Dangel, III, Esq., representing the Defendants, conferred by telephone regarding the subject matter of this motion for more than two hours. (Those conference calls also included discussions about the appropriate scope of the Defendants' Restated counterclaims in light of the Court's May 1, 2007 Order.) During the telephone conferences, counsel for the Defendants indicated that he would review certain documents that had been withheld as privileged and consider whether the deposition of Attorney Peterka had effected a waiver. During this time period, the parties exchanged several voicemail messages in which Defendants' counsel stated that he was preparing a response to Plaintiffs' May 4, 2007 letter. Plaintiffs agreed to wait for the reply before deciding whether to file a motion to compel. After several extensions, Defendants' counsel provided the reply letter on June 6, 2007. Copies of the May 4th and June 6th letters are attached as exhibits to Plaintiffs' Memorandum in Support of this Motion. After receiving Defendants' letter, counsel engaged in one further brief telephone conference during which the parties were unable to resolve the issue.

/s/ Daniel Pasquarello

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 2nd day of July, 2007.

/s/ Daniel Pasquarello