UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC <br><br> Defendants and Counterclaimants, <br><br> v. <br><br> KOTVA a.s., SPV Co., and Richard Harazim <br><br> Counterclaim-Defendants | Case No. 05-10679-WGY |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
## (LETTERS ROGATORY/COMMISSION ROGATOIRE)

To:   The Appropriate Judicial Authorities of the Czech Republic

Ministerstvo Spravedlnosti Ceske Republicky
(The Ministry of Justice of the Czech Republic)
128 10 Praha 2
Vysehradska 16
Prague, Czech Republic

Dear Honorable Justices:

The United States District Court for the District of Massachusetts presents its compliments, and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this court in the above captioned matter.

This court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of the Czech Republic, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, require the documentary evidence and testimony from the appropriate representative or representatives of the Czech police and/or the Office of the Public Prosecutor in Prague with information concerning the sources of information, manner and methods, the procedures for obtaining authorization, approvals obtained, and the accuracy and authenticity of conversations recorded in the matter of Criminal Prosecution No.: PSP-4035/OHK-3-2004. The conversations recorded by the Czech police, as described below, constitute evidence that Plaintiffs intend to use in civil proceedings before this Court.

## BACKGROUND

The plaintiff, Kotva a.s. ("Kotva"), filed a civil suit against the defendants, Andrew Weiss and Weiss Asset Management, LLC ("Weiss defendants"), in federal court in Massachusetts in 2005. The plaintiff, S.P.V. Co., was added to this matter in May 2007. The description of the case is based on allegations in the First Amended Complaint. The defendants have denied the allegations and have countersued Kotva, SPV Co. and Richard Harazim.

According to the First Amended Complaint, Plaintiffs allege that the defendants, Andrew Weiss and Weiss Asset Management, attempted to blackmail the Czech company Kotva a.s. to purchase shares in Kotva in an effort to extort millions of dollars in return for dropping certain lawsuits initiated by Weiss. Defendants deny the allegations and have countersued the Plaintiffs.

As a result of Plaintiffs' allegations that Weiss was behind the lawsuits filed against Kotva, Kotva filed a criminal complaint with the Czech police in August 2004. In response to the Complaint, the Czech police initiated an investigation of Mr. Weiss, Vladimir Hoffmann

(Weiss's agent) and other individuals affiliated with Mr. Weiss. Part of the police investigation involved recording meetings and telephone conversations involving Weiss and his agents. Specifically, the Czech authorities obtained court approval for certain wire taps to record telephone conversations among Weiss and/or his associates. Thereafter, Criminal Prosecution No: PSP-4035/OHK-3-2004 was commenced by the Czech police. In February 2005, Weiss, Hoffman and Edita Simkova were charged with extortion. Tape recordings of the conversations obtained by the Czech police have been made available to both Mr. Weiss and Kotva as part of the Czech criminal file.

Each side has questions to ask, and the parties have agreed to divide their questioning time equally.

## QUESTIONS

The parties jointly seek to obtain the following evidence through testimony and documents (where available):

- that the tape recordings accurately reflect the conversations in question;
- the court approval and/or any other authority for recording the conversations;
- the procedure used to record the conversations (including the equipment used, the operator's competency to use the equipment, and whether the equipment was tested and working properly);
- the telephone numbers that were recorded;
- the dates, times, and durations of the recordings;
- the chain of custody of the recordings from the date they were created until they were made available in the Weiss Criminal file;
- the procedure used to make copies and confirmation that any copies made do not contain alterations;
- and any documents, protocols, or memoranda that may confirm the accuracy of the recorded conversations.

The Defendants seek to obtain the following additional evidence through testimony and documents where available:

- the sources of information and manner and means, including the documentation used, to obtain authorization for the recordings.

## REQUEST

The undersigned Honorable Judge William G. Young, Judge of the United States District Court for the District of Massachusetts, therefore respectfully requests the Appropriate Judicial Authorities of the Czech Republic to cause the appropriate officials of the Czech police and/or the Office of Public Prosecutor in Prague, as needed, be summoned to attend, at such place and time as the Court shall appoint, before such person who, according to the procedure of your Honorable Court, is competent to preside over the examination of witnesses under oath, and that you permit such witness to be examined orally by Joel G. Beckman, or William C. Nystrom or Daniel J. Pasquarello of Nystrom, Beckman & Paris LLP, attorneys for Plaintiffs; and Edward P. Leibensperger, or Benjamin A. Goldberger of McDermott, Will & Emery LLP, or Edward Dangel of Dangel & Mattchen LLP, attorneys for the Weiss defendants. The specific topics of inquiry proposed for the examination are outlined above. It is further requested that:

a. The testimony may be recorded on videotape and transcribed by a stenographer in accordance with the United States Federal Rules of Civil Procedure;

b. Plaintiffs and Defendants be given equal time within which to pose questions.

## RECIPROCITY

It is the understanding of this Court that the granting of assistance of the type herein requested is authorized by the laws of the Czech Republic. The courts of the United States are authorized by statute, Section 1782, title 28 of the United States Code, to extend similar ssistance to the tribunals of the Czech Republic.

## REIMBURSEMENT OF COSTS

Plaintiffs and Defendants have assured this Court that they are prepared to reimburse your Court for all reasonable costs incurred in executing this request.

*William G. Young*
William G. Young, U.S. District Judge
United States District Court for the District of Massachusetts
Boston, Massachusetts, United States of America

Dated: July 2, 2007

(SEAL OF COURT)