UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. <br><br>——————————————— <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT LLC, <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., RICHARD HARAZIM and SPV Co, <br><br> Counterclaim-defendants. | C.A. No. 05-10679-WGY |

### ASSENTED-TO MOTION OF
### EDWARD P. LEIBENSPERGER, BENJAMIN A. GOLDBERGER
### AND SYLVIA KRATKY TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), Edward P. Leibensperger, Benjamin A. Goldberger, Sylvia K. Kratky and the law firm of McDermott Will & Emery LLP ("the McDermott lawyers") hereby move to withdraw their appearance on behalf of Andrew Weiss, Weiss Asset Management LLC, K T, Inc. and CVF Investments Ltd. (collectively, the "Weiss Parties") in the above captioned cases.

1. The Weiss Parties consent to the McDermott lawyers withdrawing their appearance and the plaintiffs and counterclaim-defendants have assented to this motion.

2.	There are no pending motions or scheduled hearings. No reports, oral or written are due. No trial date has been set, but the case is on the running trial list for October 2007.[1]

3.	The withdrawal of appearance of the McDermott lawyers is necessitated by the fact that Mr. Leibensperger may be called to testify regarding the Weiss Parties' damages (attorneys' fees) and because Mr. Goldberger is leaving McDermott to join the office of the District Attorney for Suffolk County.

4.	Undersigned counsels' withdrawal will not interfere with the timely filing of a motion for summary judgment nor the trial of the case, if necessary, or prejudice any party. Several months ago, Edward T. Dangel, III of Dangel & Mattchen, LLP entered an appearance on behalf of the Weiss Parties. Mr. Dangel will remain as counsel of record.

Respectfully submitted,

/s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
Sylvia Kratky (BBO# 647070)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: July 31, 2007

---

[1] Local Rule 83.5.2(c) permits withdrawal by notice, without the requirement of a motion, if (1) such notice is preceded or accompanied by notice of the appearance of other counsel; (2) there are no motions pending before the court; (3) no trial date has been set; and (4) no hearings or conferences are scheduled, and no reports, oral or written, are due. Although all of these conditions are met in this case, as no trial date has been set, because the case is on the running trial list for October, undersigned counsel thought it prudent to proceed by way of motion.

## CERTIFICATE OF CONSULTATION

I hereby certify that undersigned counsel conferred with counsel for the Weiss Parties and counsel for the Kotva Parties. All parties assent to this motion.

/s/ Edward P. Leibensperger

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and any attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2007.

/s/ Edward P. Leibensperger
Edward P. Leibensperger
McDermott Will & Emery LLC
28 State Street
Boston, MA 02109

BST99 1548007-1 072198 0012