UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br>)<br>Defendants and )<br>Counterclaimants, )<br>)<br>v. )<br>)<br>KOTVA a.s., SPV Co., and R<small>ICHARD</small> H<small>ARAZIM</small> )<br>)<br>Counterclaim-Defendants )<br>) | Case No. 05-10679-WGY |

## ASSENTED-TO MOTION TO EXTEND TIME FOR OPPOSITION

Plaintiffs hereby move for an extension of one week, from August 17, 2007 until August 24, 2007, to oppose Defendants' Motion for Summary Judgment. In support of this motion, Plaintiffs state:

1. On August 3, 2007, Defendants filed a Motion for Summary Judgment to dismiss Plaintiffs' claims. Prior to filing their motion, Defendants had requested and received a one-week extension (from July 27, 2007) to the summary judgment deadline.

2. As a result of vacation schedules, undersigned counsel was out of the office for the first week of the response period.

3. Plaintiffs' opposition is presently due on Friday, August 17, 2007.

4.    Plaintiffs have requested a one-week extension up to and including August 24, 2007 to file their opposition.

5.    Counsel for the Weiss Defendants has assented to this request.

6.    This is the first extension of time requested by Plaintiffs to oppose this motion and the extension should have no effect on any other deadlines in the case.

WHEREFORE, Plaintiffs respectfully request that the Court grant their request for a one-week extension from August 17, 2007 up to and including August 24, 2007 to oppose Defendants' motion for summary judgment.

Respectfully submitted,

KOTVA, A.S. and SPV CO.,

By their attorneys,

/s/ Daniel J. Pasquarello
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Daniel J. Pasquarello BBO# 647379
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
Dated: August 15, 2007    (617) 778-9110 (fax)

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Undersigned counsel and counsel for the defendants/counterclaim plaintiffs, Edward Dangel, conferred by telephone on August 13, 2007 and Mr. Dangel assented to the relief requested in this motion.

/s/ Daniel J. Pasquarello

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 15th day of August, 2007.

                          /s/ Daniel J. Pasquarello