UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br>)<br>Defendants and )<br>Counterclaimants, )<br>)<br>v. )<br>)<br>KOTVA a.s., SPV Co., and Richard Harazim )<br>)<br>Counterclaim-Defendants )<br>)<br>) | Case No. 05-10679-WGY |

**JOINT MOTION TO ALLOW COMPLETION OF
PENDING DISCOVERY AFTER THE AUGUST 31, 2007 DEADLINE**

Plaintiffs Kotva a.s. and SPV Co. and Defendants Andrew Weiss and Weiss Asset Management, LLC jointly move for permission to complete pending discovery after the August 31, 2007 deadline. Specifically, the parties seek permission to conclude depositions that have already been noticed but have not yet been completed--two of these depositions are subject to letters rogatory that were issued by the Court and are to take place in Ireland and the Czech Republic. The Irish Court has scheduled the deposition for September 11, 2006. The Czech Court has yet to act on the letters rogatory. In further support of this motion, the parties state as follows:

1. Pursuant to the Court's May 1, 2007 case management order, the discovery deadline is August 31, 2007.

2. Since the revised case management order was issued, the parties have worked diligently to complete the limited additional discovery that was permitted by the Court.

3. As part of that discovery, Defendants sought letters rogatory to take the deposition of Henry Prestage. The Irish High Court has scheduled Mr. Prestage's deposition to take place on September 11, 2007.

4. Plaintiff, SPV Co. issued document requests and interrogatories to Defendants and noticed the depositions of Defendants' newly identified witnesses, Bonnie Weiss and Edward Leibensperger, Esq., to take place in August. Due to witness availability and scheduling issues, Defendants' counsel requested that those depositions be rescheduled until September. Plaintiffs also have requested that Defendants provide responses to their outstanding discovery requests prior to the depositions.

5. The parties jointly moved for issuance of letters rogatory to the Czech police concerning the taping of certain conversations by the Defendants and or their associates in the Czech Republic as part of the investigation of Andrew Weiss in that country. The parties are awaiting word from the Czech Ministry of Justice regarding the scheduling of that deposition.

6. The only other deposition remaining is the conclusion of Attorney Peterka's deposition, which will be completed in Prague in connection with the deposition of the Czech Police.

7. The Court has recently scheduled a hearing on summary judgment for September 27th and rescheduled the pretrial conference from September 26th to October 11th. The parties agree that the conclusion of the above-referenced discovery will not affect consideration of the

pending summary judgment motion filed by the Defendants, nor will it affect the trial which is currently on the running list for October 2007.

WHEREFORE, the parties respectfully request that they be allowed to complete the above-reference deposition discovery after the presently calendared August 31, 2007 deadline up to and including the beginning of trial in this matter, though the parties agree to exercise their best efforts to conclude the above-referenced deposition discovery as soon as possible.

Respectfully submitted,

| KOTVA A.S. and SPV CO., | ANDREW WEISS and WEISS ASSET MANAGEMENT LLC |
|---|---|
| By their attorneys, | By their attorney, |
| /s/ Daniel J. Pasquarello | /s/ Edward T. Dangel |
| Joel G. Beckman (BBO# 553086) | |
| William C. Nystrom (BBO# 559656) | Edward T. Dangel, III (BBO#113580) |
| Daniel J. Pasquarello (BB0# 647379) | Dangel & Mattchen, LLP |
| NYSTROM BECKMAN & PARIS LLP | 10 Derne Street |
| 10 St. James Ave., 16th Floor | Boston, MA 02114 |
| Boston, Massachusetts 02116 | (617) 557-4800 |
| (617) 778-9100 | |
| (617) 778-9110 (fax) | |
| jbeckman@nbparis.com | |
| wnystrom@nbparis.com | |
| dpasquarello@nbparis.com | |

Dated: August 30, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30th day of August, 2007.

Daniel J. Pasquarello