UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP -4  P 5: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KOTVA a.s. and SPV Co, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-10679-WGY |
| ANDREW WEISS and WEISS ASSET MANAGEMENT LLC, <br><br> Counterclaim-plaintiffs, <br><br> v. <br><br> KOTVA a.s., RICHARD HARAZIM and SPV Co, <br><br> Counterclaim-defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED-TO MOTION TO EXTEND THE TIME FOR FILING DEFENDANT'S REPLY BRIEF ON SUMMARY JUDGMENT UNTIL SEPTEMBER 7, 2007**

Defendants respectfully move this Court to allow them to file their Reply Brief on Summary Judgment until September 7, 2007. The plaintiffs have graciously assented to this request.

Defendants state, as grounds for the motion, that they are unable to assemble the brief and necessary exhibits because much of the time granted for reply fell on the Labor Day

weekend, and vacation schedules in the office did not permit it. The hearing on summary judgment is scheduled before this Court on September 27, 2007.

| Assented to: | Respectfully submitted, |
|---|---|
| *Daniel Pasquarello (kk)* | |
| Daniel J. Pasquarello | ANDREW WEISS and |
| BBO# 647379 | WEISS ASSET MANAGEMENT, LLC |
| Nystrom Beckman & Paris LLP | |
| 10 Saint James Ave., | By their counsel, |
| Boston, MA 02116 | |
| (617) 778-9100 | *Edward T. Dangel III (kk)* |
| | Edward T. Dangel, III (BBO#113580) |
| | Dangel & Mattchen, LLP |
| | Ten Derne Street |
| | Boston, MA 02114 |
| | 617-557-4800 |

### RULE 7.1 CERTIFICATE OF CONSULTATION

I hereby certify that I conferred with counsel for the plaintiffs who assented to this Motion.

/s/

Edward T. Dangel, III

### CERTIFICATE OF SERVICE

I, Katherine L. Kearney, hereby certify that I caused a copy of the above motion to be served upon opposing counsel of record at their office address by hand delivery on September 4, 2007.

*Katherine L. Kearney*
Katherine L. Kearney

2