UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co., | ) |
| Plaintiffs, | ) Case No. 05-10679-WGY |
| v. | ) |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) |
| Defendants and Counterclaimants, | ) |
| v. | ) |
| KOTVA a.s., SPV Co., and Richard Harazim | ) |
| Counterclaim-Defendants | ) |

**MOTION FOR WITHDRAWAL OF
<u>APPEARANCE BY DANIEL J. PASQUARELLO, ESQ.</u>**

Pursuant to Local Rule 83.5.2(c), I, Daniel J. Pasquarello, hereby move for leave to withdraw my appearance on behalf of Kotva a.s., SPV Co., and Richard Harazim in the above-captioned matter. As of September 6, 2007, I will no longer be affiliated with Nystrom Beckman & Paris, LLP.

Nystrom Beckman & Paris, LLP, Joel Beckman, Esq., William Nystrom, Esq., and Dana Zakarian, Esq. have already appeared on behalf of Kotva a.s., SPV Co. and Richard Harazim and will remain as counsel of record in this case.

Dated: September 5, 2007

Respectfully submitted,


/s/ Daniel J. Pasquarello
Daniel J. Pasquarello (BB0# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)
dpasquarello@nbparis.com


**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

As of the time of this filing, undersigned counsel has been unable to reach counsel for the defendants, but has left a message for him.  Undersigned counsel has no reason to believe that Mr. Dangel will have any objection to this motion.

/s/ Daniel J. Pasquarello


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 5th day of September, 2007.

/s/ Daniel J. Pasquarello