UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 05-10679-WGY

_____ )
KOTVA a.s.                        )
     Plaintiff                   )
v.                                )
                                  )
ANDREW WEISS and                  )
WEISS ASSET MANAGEMENT, LLC       )
     Defendants                  )
_____)
                                  )
ANDREW WEISS and                  )
WEISS ASSET MANAGEMENT, LLC       )
     Counterclaim-plaintiffs     )
                                  )
v.                                )
                                  )
KOTVA a.s., RICHARD HARAZIM and   )
SPV CO.                           )
     Counterclaim-defendants      )
_____)

**NOTICE OF APPEARANCE OF KEITH HALPERN, ESQ.**

    Please enter my appearance on behalf of defendants and counterclaim-plaintiffs Andrew Weiss and Weiss Asset Management, LLC.

                  /s/ Keith Halpern
                  _____
                  Keith Halpern
                  BBO # 545282
                  4 Longfellow Place, 37th Floor
                  Boston, MA 02114
                  (617) 722-9952

Dated: October 14, 2007