UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 05-10679-WGY

| | |
|---|---|
| KOTVA a.s. )<br>    Plaintiff )<br>v. )<br> )<br>ANDREW WEISS and )<br>WEISS ASSET MANAGEMENT, LLC )<br>    Defendants ) | |
| ANDREW WEISS and )<br>WEISS ASSET MANAGEMENT, LLC )<br>    Counterclaim-plaintiffs )<br> )<br>v. )<br> )<br>KOTVA a.s., RICHARD HARAZIM and )<br>SPV CO. )<br>    Counterclaim-defendants ) | |

**NOTICE OF APPEARANCE OF KEITH HALPERN, ESQ.**

Please enter my appearance on behalf of defendants and counterclaim-plaintiffs Andrew Weiss and Weiss Asset Management, LLC.

/s/ Keith Halpern
_____
Keith Halpern
BBO # 545282
4 Longfellow Place, 37th Floor
Boston, MA 02114
(617) 722-9952

Dated: October 14, 2007