UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br>)<br>Defendants. )<br>) | Case No. 05-10679-WGY |

## AFFIDAVIT OF COUNSEL

Pursuant to 28 U.S.C. §1746, I, Dana A. Zakarian, state as follows:

1. I am a lawyer with the law firm of Nystrom Beckman & Paris, LLP, counsel to plaintiffs in the above-referenced matter.

2. On October 17, 2007, in response to defendants' Motion in Limine to Exclude Czech Tape Recordings (Docket No. 272), plaintiffs filed Plaintiffs' Request for Pre-trial Ruling Regarding the Admissibility of Tape Recorded Telephone Conversations of Defendants' Employees and Agents (Docket No. 278), which attached six exhibits.

3. In the Affidavit of Richard Harazim, which was filed as an exhibit to Plaintiffs' Request, Mr. Harazim stated that plaintiffs were obtaining official English translations of three documents and would provide them to the Court.

4. Attached hereto as Exhibit A is the official English translation of the September 23, 2004 Court Order signed by Judge JUDr. Eva Brázdilová authorizing the police to wiretap several telephone numbers belonging to Vladimir Hoffman, which is attached as Exhibit A to the Harazim Affidavit.

2

5. Attached hereto as Exhibit B is the official English translation of the September 29, 2004 Court Order signed by Judge JUDr. Michal Vacek authorizing the police to record email traffic to and from Vladimir Hoffman via the email addresses vlado1@volny.cz and on vlado@anezska.cz, which is attached as Exhibit B to the Harazim Affidavit.

6. Attached hereto as Exhibit C is the official English translation of the September 23, 2004 measure signed by Municipal State Prosecutor JUDr. Dagmar Machova enabling the police to record meetings of Vladimir Hoffmann and Andrew Weiss, which his attached as Exhibit C to the Harazim Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct. Executed on October 18, 2006.

/s/ Dana A. Zakarian
Dana A. Zakarian
BBO#641058

# EXHIBIT 'A'

*Translation from the Czech language*

*The level of the confidentiality revoked
the reasons for the confidentiality passed away
on the August 30, 2007, captain Ing. Pavel NEVTÍPIL
signature illegible*

Print No. 3
Number of pages 1
Enclosures 0
signature illegible

43 Nt 7235/2004

**Order:**

The judge of the District Court for Prague 1 decided, on the September 23, 2004 in Prague, in the criminal case against to the suspected Ing. Vladimir Hoffmann, born on the October 30, 1965, for the suspicion from the crime of fraud committing, according to the § 250 sect 1.4 of the Criminal Code, in the phase of the attempt, according to the § 8 sect. 1 of the Criminal Code and other crimes

**in this way:**

According to the § 88 sect. 1,2 of the Criminal Code

**following is ordered**

**the tapping of the phone calls and recording of the telecommunication operation of the telephone station number**
*605 282 464*
*731 459 010*
*281 961 580*, used by Ing. Vladimir Hoffmann, born on the October 30, 1965

**from the September 23, 2004 to the March 23, 2005.**

**Justification:**

On the September 23, 2004 the prosecutor of the Municipal prosecution in Prague, under Reg. No. V106-3/2004 (1 KZn 2273/2004), proposal for the issue of the order for the tapping and recording of the telecommunication operation in accordance with the provision of the § 88 sect. 1 of the Criminal Code.

From the file it was found that the police bodies of the Police of the Czech Republic, Administration of the City Prague SKPV OHK Prague 4, Kongresová 2, execute the investigation, in accordance with the § 158 sect. 3 of the Criminal Code, under No. of the criminal file: PSP-4035/2004, in the matter suspicion from the committing of the crime of the fraud, according to the § 250 sect. 1.4 of the Criminal Code, in the phase of the attempt according to the § 8 sect. 1 of the Criminal Code, the crime of the abuse the information in the business relation according to the § 128 sect. 1,2 of the Criminal Code and crime of the violation of the obligatory rules of the economic relation according to the § 127 sect. 1,2 of the Criminal Code, from which are suspected Ing. Vladimir Hoffmann, born on the October 30, 1965, and the citizen of the USA Andrew Weiss by that they asked the management of the company KOTVA, a.s. the repurchase of 12% of the shares of the basic capital of the

company KOTVA, a.s. with that if they didn't serve them, they ensure the blocking of the real estates of the Department Store KOTVA, further they used the information, which were not public yet and they submitted to the company Holding Kotva the number of the fabricated suits and further they achieved, at the real estate cadastre, on the base of the untrue information, the blocking of the real estates of the company KOTVA, a.s. The unlawful action is executed at the oral negotiations between Ing. Hoffmann and Mr. Weiss, who arrange other criminal activity laying in the interventions to the property of the Department Store KOTVA, a.s., to which they use also the above stated phone stations.

Court reviewed the proposal of the prosecutor and it reached a view, after the study of the submitted file material, that all conditions are met, according to the § 88 sect. 1,2 of the Criminal Code and therefore it was ordered in such way, as it is stated in the statement part of this decision. Nevertheless the process, in accordance with the provision of the § 88 sect. 4 and 5 of the Criminal Code, has to be observe.

In Prague on the September 23, 2004

signature illegible
JUDr. Eva B r á z d i l o v á
Judge

Round stamp: DISTRICT COURT FOR PRAGUE 1

*Stupeň utajení zrušen
důvody utajení pominuly
dne 30.8 2007 kpt. Ing. Pavel NEVTIPIL*

-6-

43 Nt 7235/2004

# Příkaz

Soudkyně Obvodního soudu pro Prahu 1 rozhodla dne 23.9.2004 v Praze v trestní věci proti podezřelému Ing. Vladimíru Hoffmannovi nar.30.10.1965, pro podezření ze spáchání trestného činu podvodu podle § 250 odst.1,4 tr.zákona ve stadiu pokusu podle § 8 odst.1 tr.zák. a další trestné činy

takto:

Podle § 88 odst.1,2 tr.řádu

se nařizuje

odposlech a záznam telekomunikačního provozu telefonních stanic číslo

...605 282 464...
...731 459 010...
...241 961 580..., užívaných Ing. Vladimírem Hoffmannem, nar.30.10.1965,

a to od 23.9.2004 do 23.3.2005.

Odůvodnění:

Dne 23.9.2004 podala státní zástupkyně Městského státního zastupitelství v Praze pod sp.zn. V106-3/2004 (1 KZn 2273/2004) návrh na vydání příkazu odposlechu a záznamu telekomunikačního provozu ve smyslu ustanovení § 88 odst.1 tr.řádu.

Ze spisu bylo zjištěno, že policejní orgány PČR Správa hl.m. Prahy SKPV OHK Praha 4, Kongresová 2 provádějí ve smyslu ustanovení § 158 odst.3 tr.řádu pod ČTS:PSP-4035/2004 šetření ve věci podezření ze spáchání trestného činu podvodu podle § 250 odst.1,4) tr.zákona ve stadiu pokusu podle § 8 odst.1 tr.zák., trestného činu zneužívání informací v obchodním styku podle § 128 odst. 1,2 tr. zákona a tr. činu porušování závazných pravidel hospodářského styku podle § 127 odst.1,2 tr.zák., z kterých jsou podezřelí Ing. Vladimír Hoffmann, nar.30.10.1965 a státní příslušník USA Andrew Weiss tím, že požadovali po vedení společnosti KOTVA, a.s. odkoupení 12% akcií základního jmění KOTVA, a.s. s tím, že pokud jim nevyhoví, zajistí zablokování nemovitostí OD KOTVA, dále využili informace dosud nikoli veřejné a podali na společnost Holding Kotva řadu vykonstruovaných žalob a dále na katastru nemovitostí na základě nepravdivých informací dosáhli zablokování nemovitostí KOTVA, a.s. K protiprávním jednáním dochází při ústních jednáních mezi Ing. Hoffmannem a Weisem, kteří se domlouvají na další trestné činnosti spočívající v zásazích do majetku OD KOTVA, a.s., k čemuž používají i výše uvedené telefonní stanice.

Soud přezkoumal návrh státního zástupce a došel k názoru po prostudování předloženého spisového materiálu, že jsou dány všechny podmínky podle § 88 odst.1,2 tr.řádu a proto bylo nařízeno jak je ve výrokové části tohoto rozhodnutí uvedeno. Přitom je nutno dodržet postup ve smyslu ustanovení § 88 odst.4 a 5 tr.řádu.

V Praze dne 23.září 2004



JUDr.Eva Brázdilová
soudkyně

# INTERPRETER CLAUSE

As interpreter of English language, appointed by the decision of the County Court in Hradec Králové from the September 23, 1994, Reg. No. of the decision 1071/94

**I hereby confirm**

that the translation word for word corresponds with the text of the original document.

The interpreter act is recorded under No. **652/07** of the interpreter journal.

Date: **the October 18, 2007**

Stamp and signature of interpreter



# EXHIBIT 'B'

*Translation from the Czech language*

*The level of the confidentiality revoked
the reasons for the confidentiality passed away
on the August 30, 2007, captain Ing. Pavel NEVTÍPIL
signature illegible*

Print No. 4
Number of pages 1
Enclosures 0
signature illegible

43 Nt 7242/2004

## ORDER FOR THE TAPPING AND RECORDING OF THE TELECOMMUNICATION EQUIPMENT

Judge of the District Court for Prague 1, JUDr. Michal Vacek, decided, on the September 29, 2004, in the criminal case of the suspected persons: 1. Ing. Vladimir Hoffmann, born on the October 30, 1965, place of residence Prague 9, Medinská 825, and 2. Mr. Andrew Weiss, state citizen of the USA, more detailed information wasn't found yet, suspected from the commitment of the criminal acts violation of the obligatory rules of the economic relation, according to the § 127 sect. 1 of the Criminal Code and attempt of the crime of the fraud, according to the § 8 sect. 1 of the Criminal Code to the § 250 sect. 1,4 of the Criminal Code, about the proposal of the prosecutor, according to the § 88 sect. 1,2 of the Criminal Code, in this way:

According to the § 88 sect. 1,2 of the Criminal Code hereby the recording of the e-mail reports recording, executed at the following e-mail addresses: vlado1.@vciny.cz and ...ido.@.anezska10.cz, if their operation is the corporate body acting at the territory of the Czech Republic and which are used by the suspected Ing. Vladimir Hoffmann.

Period of the recording is set for the six months, it means from the September 29, 2004 to the March 29, 2005.

Recording to the telecommunication operation will be executed by the relevant police body of the Czech Republic.

### Justification

By the police body in Prague, on the September 7, 2004, under the Reg. No. of the criminal file: PSP-4035/2004, the acts of the criminal proceeding were started in the matter of the suspicion from the crime commitment of the violation of the obligatory rules of the economic relations, according to the § 127 sect. 1 of the Criminal Code and attempt to the crime of the fraud, according to the § 8 sect. 1 of the Criminal Code to the § 250 sect. 1,4 of the Criminal Code, from which Ing. Vladimir Hoffmann and Mr. Andrew Weiss are reasonably suspected.

During the criminal investigation it was found that the suspected Hoffmann realizes the communication through his, above stated, e-mail addresses.

Therefore, on the base of this finding, the prosecutor considers that by the recording of these e-mail addresses the important information will be communicated relating the actual investigation and therefore this Court asked for the permit of these addresses recording for the period six months.

The judge reviewed the submitted proposal and he found that it is reasonable. In the subject matter the criminal investigation is executed against to the above stated suspected persons for the above stated criminal activity and the reasonable suspicion follows from the till this time collected findings, in particular from the official records about the explanation submission that by this way the facts important for the actual criminal investigation can be communicated. Therefore it was decided in such way as it is stated above.

Instruction: the complaint isn't allowed against to this order.

In Prague on the September 29, 2004

**JUDr. Michal Vacek**
**Judge**
signature illegible

Round stamp: DISTRICT COURT FOR PRAGUE 1

*Stupeň utajení zrušen
důvody utajení pominuly
30.8.2007 kpt. Ing. Pavel NEVTŘPIL*

4

43 Nt 7242/2004

## PŘÍKAZ K ODPOSLECHU A ZÁZNAMU TELEKOMUNIKAČNÍHO ZAŘÍZENÍ

Soudce Obvodního soudu pro Prahu 1 JUDr. Michal Vacek rozhodl dne 29. září 2004 v trestní věci podezřelých: 1. Ing. Vladimíra Hoffmanna, nar. 30.10.1965, bytem Praha 9, Medinská 825, a 2. Andrew Weisse, st. přísl. USA, bližší údaje dosud nezjištěny, podezřelých ze spáchání tr.činů porušování závazných pravidel hospodářského styku podle § 127 odst. 1 tr. zákona a pokusu trestného činu podvodu podle § 8 odst. 1 tr. zákona k § 250 odst. 1, 4 tr. zákona, o návrhu státního zástupce dle § 88 odst.1,2 tr.řádu, takto:

Podle § 88 odst.1, 2 tr.řádu se nařizuje záznam e-mailových zpráv uskutečněných na adresách: vlado1@volny.cz a vlado@anezska10.cz, pokud jejich provozovatelem je právnická osoba působící na území České republiky, a které užívá podezřelý Ing. Vladimír Hoffmann.

Doba záznamu se stanoví na šest měsíců, t.j. od 29.9.2004 do 29.3.2005.

Záznam telekomunikačního provozu provede příslušný policejní orgán ČR.

### Odůvodnění

Policejním orgánem v Praze byly dne 7.9.2004 pod sp. zn. ČTS: PSP-4035/2004 zahájeny úkony trestního řízení ve věci podezření ze spáchání tr.činů porušování závazných pravidel hospodářského styku podle § 127 odst. 1 tr. zákona a pokusu trestného činu podvodu podle § 8 odst. 1 tr. zákona k § 250 odst. 1, 4 tr. zákona, ze kterých jsou důvodně podezřelí Ing. Vladimír Hoffmann a Andrew Weisse.

V průběhu trestního šetření bylo zjištěno, že podezřelý Hoffman uskutečňuje komunikaci prostřednictvím svých výše uvedených e-mailových adres.

Na základě tohoto poznatku má proto státní zástupce za to, že záznamem těchto e-mailových adres budou sdělovány závažné informace týkající se probíhajícího šetření, a proto zdejší soud požádal o povolení záznamu těchto adres na dobu šesti měsíců.

Soudce přezkoumal podaný návrh a shledal, že je důvodný. V předmětné věci je vedeno trestní šetření proti výše uvedeným podezřelým pro shora uvedenou trestnou činnost a z dosud shromážděných poznatků, zejména z úředních záznamů o podání vysvětlení, vyplývá důvodné podezření, že takto mohou být sděleny skutečnosti významné pro probíhající trestní šetření. Proto bylo rozhodnuto tak, jak je shora uvedeno.

Poučení: proti tomuto příkazu není stížnost přípustná

V Praze dne 29. září 2004

JUDr. Michal Vacek
soudce

# INTERPRETER CLAUSE

As interpreter of English language, appointed by the decision of the County Court in Hradec Králové from the September 23, 1994, Reg. No. of the decision 1071/94

**I hereby confirm**

that the translation word for word corresponds with the text of the original document.

The interpreter act is recorded under No. 652/07 of the interpreter journal.

Date: **the October 18, 2007**

Stamp and signature of interpreter



# EXHIBIT 'C'

*Translation from the Czech language*

*The level of the confidentiality revoked
the reasons for the confidentiality passed away
on the August 30, 2007, captain Ing. Pavel NEVTIPIL
signature illegible*

# Municipal Prosecution in Prague
Legerova 13, 121 45 Prague 2; phone +420(2)24261188, fax: +420(2)24261008

V106-4/2004
1KZn 2273/2004

In Prague on the September 23, 2003

To conceal to the termination of the confidentiality level
of the documents of the Police of the Czech Republic
Reg. No. V45/2004-PSP/OHK-3

*Print No. 3
Number of pages 2
Enclosures 0
signature illegible*

## Provision

The prosecutor of the Municipal Prosecution in Prague, in the matter of the suspicion from the crimes abuse of the information in the business relation, according to the § 128/1,2 of the Criminal Code, attempt of the crime of the fraud, according to the § 8/1 to the § 250/1,4 of the Criminal Code and other, decided in this way:

According to the § 158d) section 2 of the Criminal Code I hereby allow the persons tracking, namely of the Andrew Weiss, state citizen of the USA, owner of the company Brookdale Global and of the ing. Vladimir Hoffmann, born on the October 30, 1965, place of residence Prague 9, Medinská 825, for the period **six months**.

## Justification

By the Police body of the Police of the Czech Republic, under Reg. No. of the crime file: PSP-4035/2004, on the September 7, 2004 the process acts were started, according to the § 158 sect. 3 of the Criminal Code, in the matter of the suspicion from the attempt of the crime of the fraud, according to the § 8/1 to § 250/1,4 of the Criminal Code, further from the crimes abuse of the information in the business relation, according to the § 128/1,2 of the Criminal Code and violation of the obligatory rules of the economic relation, according to the § 127/1,2 of the Criminal Code, from which ing. Vladimír Hoffmann, born on the October 30, 1965 and state citizen of the USA Mr. Andrew Weiss, are suspicious by that they asked from the management of the company KOTVA, a.s. the repurchase of 12% of the shares of the basic capital of the company KOTVA, a.s. with that if they didn't meet their requirements, the suspicious persons will ensure the blocking of the real estates of the Department Store KOTVA, further they used the information, which weren't public yet and further that they achieved at the real estate cadastre, on the base of the untrue information, the blocking of the real estates of the company KOTVA, a.s.

Considering the fact that the unlawful actions are executed at the oral negotiations between ing. Hoffmann and Mr. Weiss and representative of the company KOTVA, a.s. mostly between these two persons, it is necessary to document their actions in full range, in particular their menaces to the address of the aggrieved persons. I decided about the permit of the operatively search means, according to the § 158d) sect. 2 of the Criminal Code, which will be used as the evidence in the Criminal trial proceeding.

JUDr. Dagmar Máchová
Prosecutor
Municipal Prosecution
in Prague

signature illegible

Round stamp: MUNICIPAL PROSECUTION IN PRAGUE

Stupeň utajení zrušen
důvody utajení pominuly
dne 30.8.2007 kpt.ly. Pavel NEVTÍPIL

# Městské státní zastupitelství v Praze

Legerova 13, 121 45 Praha 2; tel.: +420(2)24261188, fax : +420(2)24261008

V106-4/2004                                    V Praze dne 23. 9. 2003
1KZn 2273/2004

Utajovat do zrušení stupně utajení
písemnosti Policie ČR č.j. V45/2004-PSP/OHK-3

## Opatření

Státní zástupkyně Městského státního zastupitelství v Praze ve věci podezření z trestných činů zneužívání informací v obchodním styku podle § 128/1,2 tr. zákona, pokusu k trestnému činu podvodu dle § 8/1 k § 250/1,4 tr. zákona a další rozhodla, t a k t o :

Podle § 158d) odstavec 2 trestního řádu p o v o l u j i sledování osob a to Andrew Weisse, státního příslušníka USA, majitele firmy Brookdale Global a ing. Vladimíra Hoffmanna, nar. 30. 10. 1965 bytem Praha 9, Medinská 825 a to na dobu šesti **měsíců**.

## Odůvodnění

Policejním orgánem Policie ČR pod ČTS:PSP-4035/2004 byly dne 7. 9. 2004 zahájeny procesní úkony podle § 158 odst. 3 tr. řádu ve věci podezření z pokusu trestného činu podvodu podle § 8/1 k § 250/1,4 tr. zákona, dále trestných činů zneužívání informací v obchodním styku dle § 128/1,2 tr. zákona a porušování závazných pravidel hospodářského styku dle § 127/1,2 tr. zákona, z kterých jsou podezřelí ing. Vladimír Hoffmann, nar. 30. 10. 1965 a státní příslušník USA Andrew Weiss tím, že požadovali po vedení společnosti KOTVA, a.s. odkoupení 12% akcií základního jmění KOTVA, a.s. s tím, že pokud jim nevyhoví, zajistí zablokování nemovitostí OD KOTVA, dále využili informace dosud nikoli veřejné a dále na katastru nemovitostí na základě nepravdivých informací dosáhli zablokování nemovitostí KOTVA, a.s.

Vzhledem k tomu, že k protiprávním jednáním dochází při ústních jednáních mezi ing. Hoffmannem a Weissem a zástupci KOTVA, a.s. většinou mezi dvěma osobami, je nutné zadokumentovat jejich jednání v plném rozsahu, zejména jejich vyhrůžky na adresu poškozených, rozhodla jsem o povolení operativně pátracích prostředků podle § 158d) odst. 2 tr. řádu, které budou použity jako důkaz v trestním řízení.

JUDr. Dagmar Máchová
státní zástupkyně
Městského státního zastupitelství
v Praze

# INTERPRETER CLAUSE

As interpreter of English language, appointed by the decision of the County Court in Hradec Králové from the September 23, 1994, Reg. No. of the decision 1071/94

**I hereby confirm**

that the translation word for word corresponds with the text of the original document.

The interpreter act is recorded under No. **652/07** of the interpreter journal.

Date: **the October 18, 2007**

Stamp and signature of interpreter

