UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co., ) | |
| ) | |
| Plaintiffs, ) | Case No. 05-10679-WGY |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendants and ) | |
| Counterclaimants, ) | |
| ) | |
| v. ) | |
| ) | |
| KOTVA a.s., SPV Co., and Richard Harazim ) | |
| ) | |
| Counterclaim-Defendants ) | |
| ) | |
| ) | |

**PLAINTIFFS' DESIGNATIONS OF HOWARD GOLDEN DEPOSITION**

Volume I – April 16, 2007

Page 1 line 15

Page 2 line 18

Page 17 lines 6-17

Page 21 line 8 - page 22 line 6

Page 25 lines 1-14

Page 30 lines 9-15

Page 39 line 18 – page 41 line 2

Page 45 line 17-19

Page 45 line 29 – page 46 line 2

Page 49 lines 8-12

Page 62 line 3 – page 66 line 15

Page 68 lines 2-13, 16-17, 19-26

Page 72 lines 1-26

Page 73 line 12-17

Page 74 lines 5-12

Page 75 lines 23-29

Page 78 lines 6-16, 21-22

Page 78 line 24 – page 79 line 9

Page 80 line 10 – page 83 line 8

Page 83 lines 11-14

Page 84 line 25 – page 88 line 19

Page 95 lines 17-21

Page 101 lines 1-19

Page 102 lines 1-7

Page 102 line 19 – page 103 line 11

Page 114 line 3 – page 117 line 20

Page 119 lines 17-25

Page 161 lines 10-14

Page 173 lines 13-15

Page 173 line 13 – page 175 line 23

Page 188 lines 10-18

Volume II – April 17, 2007

Page 4 lines 4-25

Respectfully submitted,

KOTVA A.S. and SPV CO.,

By their attorneys,

/s/ Dana A. Zakarian
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO#559656)
Dana A. Zakarian (BB0# 641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: October 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 18th day of October, 2007.

/s/ Dana A. Zakarian

IN THE MATTER OF THE FOREIGN TRIBUNALS EVIDENCE ACT 1856
AND IN THE MATTER OF CIVIL PROCEEDINGS NOW PENDING
BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF MASSACHUSETTS (CIVIL ACTION NO. 05-10679-RCL)

```
---------------------------------)
                                 )
                                 )
KOTVA a.s.                       )
                                 )
             Plaintiff           )
                                 )
                                 )
             v.                  )
                                 )
                                 )
ANDREW WEISS and WEISS ASSET     )
MANAGEMENT, LLC                  )
                                 )
                                 )
             Defendants          )
---------------------------------)
```

Deposition of:

Mr. Howard Golden

Taken at:
Courtroom No 126
District Court for Prague 1,
Ovocny trh 14

On:  April 16th, 2007
Commencing at 9.30 am

*OBJECTIONS IN PEN* (handwritten)

*Gwen Malone Stenography Services Ltd.*

1    <u>THE DEPOSITION OF MR HOWARD GOLDEN COMMENCED ON 16th</u>

2    <u>April 2007 AS FOLLOWS</u>:

3              MGR TOJNER:  You are going to be heard as

4    a witness and it is your obligation to tell the truth

5    and nothing but the truth and if you should withhold

6    something you may be committing the crime of perjury.

7    Do you understand this instruction and are you going to

8    tell the truth.

9    A.  Yes, and yes.

10             MGR TOJNER:  And now the parties can start

11   asking questions.

12             HOWARD GOLDEN, having been duly sworn,

13             gave testimony as follows:

14             Questioned by MR BECKMAN:

15   Q.  Could you please state your name?

16   A.  Yes.  But prior to continuing, I'd like to make

17   my own statement.

18   Q.  You can't make a statement in a deposition.

19             MR DANGEL:  Don't interrupt in the middle of

20   an answer, Joel.  Go ahead.

21   A.  It is the exactly the point, Joel.  I am not

22   involved in this case.  I don't want to be involved in

23   this case.  I have sworn to tell the truth and I will

24   tell the truth.  But I also want you to know that there

25   are certain rights I understand I have under the

26   Constitution of the United States, not the least of

27   which is to avoid self incrimination.

28             In this particular matter, I understand that

29   Mr Professor Weiss and Engineer Hoffmann have been

1

1    accused of crimes for matters which I would have assumed

2    were civil matters.  And since I never spoke to anybody

3    or was involved in any of the matters for which they are

4    charged, the last thing I want to do is to possibly be

5    involved in anything of that nature in this country.

6         So, I just want to tell you that if it appears

7    that the question would possibly involve me in any way

8    in that potential criminal issue, I will have to claim

9    my right under the Fifth Amendment of the United States

10   not to answer a question because I am here for a civil

11   case and I don't want it to spill over because I happen

12   to be in this country and don't want to get involved in

13   that and I am saying I hope there is no issue here, but

14   I just want it to be understood, sir.

15        MR BECKMAN:

16   Q.  That is fine.  I understand and I appreciate

17   that.

18   A.  My name is Howard Golden.  My middle name is Ira.

19   Q.  What is your residential address, Mr Golden?

20   A.  I have a residential address.

21   Q.  In the Czech Republic?

22   A.  I have an address -- I maintain my personal

23   address is private here for various reasons.  If it is

24   all right with you I will give you my office address but

25   I don't know if that advances the case.  I don't mean to

26   be difficult but I would like to keep my private life

27   private unless that is something that is absolutely

28   essential to the case.  Can I give you my office address

29   as a location if you need to get me?

2

1     ahoj, which means hello and how are you.  But since my
2     Czech really isn't of the quality to make any business
3     discussions and since his English is about 150 times
4     better than my Czech, I don't recall ever trying to
5     speak Czech with him.
6        Q.   Do you know when you first became aware, to some
7     extent, that conversations were recorded?
8        A.   Truthfully, I don't think, I am sorry, I don't
9     have a recollection of when that was.
10        Q.   Do you know from whom you might have learned that
11     telephone conversations were recorded?
12        A.   I might have learned it from Mr Hoffmann who
13     would have said:  I found out -- something to the
14     effect:  I found out they were recording me.  But
15     I can't imagine who else because I never heard back from
16     Mr Weiss, I haven't spoken to him about this, I would
17     have to assume that it was Mr Hoffmann.
18        Q.   Do you understand that I mean -- let me withdraw
19     that.  I mean are you aware that this civil case bought
20     by Kotva in the United States involves an allegation of
21     blackmail against Mr Weiss?
22             MR DANGEL:  Objection.  They do not, sir.
23     Since the Reco case was thrown out the charges do not
24     include extortion or blackmail or any crime.  The United
25     States court found that the charge was without any basis
26     and did not allow it to proceed in the United States.
27     So your question is based without foundation and I would
28     appreciate you not throwing those charges around if they
29     do not exist in the United States.  So I object and

17

90    1    Q.  When you say direct the resources of the entity,

2    do you mean divert the resources of the entity; are we

3    talking about the same thing?

4    A.  If we are talking about the resources of the

5    entity not being used for the benefit of the entity,

6    then we would use the word divert, direct, shift.

7    There's many words, yes, sir.

91    8    Q.  For how long have you known Vladimir Hoffmann?

9    A.  My best recollection is that I met him in 1996 or

10    '97.

92    11    Q.  What were the circumstances of you meeting

12    Mr Hoffmann in '96 or '97?

13    A.  Mr Hoffmann at that time was either the owner or

14    general manager, some position of stature in a brokerage

15    firm.  I think its name was Delta Brokerage and I was at

16    that time in charge of a fund investing in the

17    privatisation funds that were created in the Czech

18    Republic as a result of the revolution, the change in

19    government and the change of ownership of the resources

20    of the country and Mr Hoffmann was one of many brokers.

21    His brokerage firm, again I am pretty sure its name was

22    Delta.  For this discussion we will use the name Delta

23    provided I don't recall the other name.  Delta was one

24    of the brokerage firms we used to purchase the shares

25    and I dealt with Mr Hoffmann at that time because his

26    English was better than most of the other brokers.

93    27    Q.  Have you been involved in business dealings with

28    Mr Hoffmann over the years since 1996 to '97?

29    A.  Can you define for me your -- business dealings?

21

1    Q.  Very broadly.

2    A.  Yes, I have played tennis with him.  I have

3    played tennis with him.  That is not a business dealing.

4    He served on the board of a company that I was involved

5    with, that might be considered a business dealing.

6    I don't know.  I am answering you as fully as I can.

7    Q.  What is the name of that company --

8         MR DANGEL:  Objection.

9         MR BECKMAN:

10   Q.  -- that you served on the board?

11   A.  You want the name of the company upon which

12   Mr Hoffmann served on the board?  I think he served on

13   the board of Brookdale Global Opportunity Fund at one

14   time.

15   Q.  And you played tennis with him; correct?

16   A.  Yes.

17   Q.  And do you consider him a friend?

18   A.  This is recorded.  I don't, and I don't want to

19   get into, I don't know if he will see it, but the line

20   between good business acquaintance and a friend can be

21   a thin line.  Let's say I like Vlado Hoffmann.  If I was

22   asked by you:  Is he a friend or an enemy?  Clearly he

23   is a friend.  I have not seen him in, I don't know, at

24   least a month or two.  I don't see him every week even,

25   so again the definition of friend is fluid.  I hope

26   I have answered the question to your satisfaction.

27   Q.  Has he been to your apartment?

28   A.  I beg your pardon?

29   Q.  Has he been to your apartment in Prague?

22

1    Q.   And you said you talked with him daily during
2    some period of time; correct?
3    A.   Yes, sir.
4    Q.   And you talked with him over the phone; correct?
5    A.   Yes, sir.
6    Q.   And would you recognise his voice?
7    A.   I think so.   Sometimes a voice over the phone
8    sounds different than a voice in person, but you are
9    asking would I recognise his voice on a tape recording
10   rather than his voice behind the counter, if that is
11   what your thrust of the question is?
12   Q.   No, I'm just asking if you would recognise his
13   voice?
14   A.   I hope so.   I would think so.
15   Q.   Have you talked with him about illnesses in his
16   family?
17   A.   I have no present recollection of discussing
18   illnesses in his family.   I find it hard to believe that
19   if one of his children -- oh, wait a minute.   Yes,
20   I think one of his children was sick at one point so
21   I am pretty sure I did at some time speak to him of
22   illnesses.
23   Q.   What about his father?   Do you remember him
24   telling you about his father suffering --
25   A.   I think his father had either --
26   Q.   -- lung cancer?
27   A.   Well my recollection, when you talk about his
28   father, I think he had some water in his lung or some
29   problem with that.   My father, the reason it sticks in

25

1    reference to time or place.  You can go ahead and answer

2    please.

3        A.  Yes.

4            MR BECKMAN:

5        Q.  Between September and December of 2004, did you

6    talk with Mr Hoffmann about his efforts to negotiate

7    a sale of the Kotva shares?

8        A.  Would you repeat the time frame?

9        Q.  Of course.  Between September and December of

10   2004 did you talk with Mr Hoffmann about his efforts to

11   negotiate a sale of the Kotva share?

12       A.  Without waiving any rights that I might have

13   under the Fifth Amendment to the United States

14   Constitution against self incrimination I would answer

15   that question yes, I did.

16       Q.  Did you discuss with Mr Hoffmann how to deal with

17   Andrew Weiss?

18       A.  How to deal with Andrew Weiss?  Is there a way

19   you can give me a hand on that.  That is pretty broad.

20   I don't mean to be difficult here, but it is a little

21   hard to answer that question because I am not sure what

22   he knew.

23       Q.  I will withdrew that.  I will move on.  Do you

24   know whether Andrew Weiss was aware of you talking with

25   Mr Hoffmann between September and December 2004 about

26   negotiating his sale of the Kotva shares?

27           MR DANGEL:  He being Mr Hoffmann?

28           MR BECKMAN:  Yes.

29           MR DANGEL:  Objection to form.  Please

30

1    Peterka to join, in your capacity as a director of CVF

2    Investments Limited?

3        A.  I need to read it.

4        Q.  Take your time, of course.  Take your time,

5    Mr Golden.

6        A.  Because honestly I have no recollection.  (Pause)

7    Based on this document it certainly appears that I gave

8    him a Power of Attorney to represent CVF Investments

9    Limited, yes.

10       Q.  Just so the record is clear, did you provide to

11   Mr Peterka in your capacity as a director of CVF Limited

12   a Power of Attorney to represent CVF in all legal

13   matters in the territory of the Czech Republic,

14   especially in courts, negotiating criminal proceedings,

15   entities and dealings with other public authorities and

16   in negotiations with natural legal persons?

17       A.  It certainly looks like it, yes.

18       Q.  For how long were you in business with Mr Weiss?

19       A.  Eleven and a half years or so.

20       Q.  For approximately what period of time?

21       A.  1991 until September 30th, 2002.  I don't know

22   when in '91 we started.

23       Q.  Was the name of the company in which you were in

24   business with Mr Weiss Brookdale?

25           MR DANGEL:  Objection.  I mean at all times,

26   at any time?

27           MR BECKMAN:  No, during that period of time.

28           MR DANGEL:  Well objection.

29       A.  I was involved with a company called the

39

1   Brookdale Group LTD during that period of time, yes.

2      Q.  And just to move this along, I am going to refer

3   to that entity as Brookdale; is that acceptable?

4      A.  Yes, sir.

5      Q.  Okay.  What was the business of Brookdale?

6      A.  Brookdale was the general partner of a limited

7   partnership that invested money.

8      Q.  What was the division of responsibility, if any,

9   between you and Mr Weiss in connection with the

10   Brookdale Group Limited?

11      A.  Mr Weiss was to make the investment calculations,

12   decisions, such as buying or selling securities and

13   I was to handle all of the, what I call business

14   dealings, the clearance of the securities, the provision

15   of documentation to the auditors, dealings with

16   investors, dealings with any regulatory authorities,

17   that is why I was probably a director of this company,

18   because I handled anything to do with legal issues and

19   day-to-day business matters with handling money.

20      Q.  And just so the record is clear, Mr Weiss was

21   responsible for the investment decisions; is that

22   correct?

23      A.  Yes.

24      Q.  Was he --

25      A.  One thing to clarify.

26      Q.  Go ahead.

27      A.  We did speak at times if he was going buy a big

28   thing or he would explain to me why he was going to do

29   a certain trade, but the idea was he was the economist

40

*Gwen Malone Stenography Services Ltd.*



1    and I was the lawyer and so it was a natural division of

2    labour.

183

3    Q.  Was he involved in making investment decisions

4    with respect to IPB?

5    A.  I have no recollection if we ever invested in

6    IPB.

184

7    Q.  Was he involved in --

8    A.  By the way, let's make certain we are talking

9    about the same thing here.  IPB is called Investicnia

10   Postovni Banka a.s. which is a bank in the Czech

11   Republic and I am answering your question based on my

12   knowledge of what IPB means in this country and on that

13   basis I have no recollection that we ever purchased any

14   shares in IPB.

185

15   Q.  Was Mr Weiss involved in making investment

16   decisions with respect to PIAS?

17   A.  PIAS in this country called Pias is a company

18   Privi Investicnia a.s. and that was an investment

19   manager of a number of funds also.  Once again, we never

20   bought nor could we purchase any shares in Pias.

186

21   Q.  Were there investment funds controlled by PIS in

22   which Mr Weiss made investment decisions?

23   A.  Yes.

187

24   Q.  When did BGO acquire shares in Trend?

25   A.  I have no idea.

188

26   Q.  Did BGO -- I am sorry.

27   A.  Because the shares in Trend was owned by BGO when

28   Brookdale was appointed its manager by the shareholders

29   and it was prior to being involved in Brookdale that the

41

1    A.   Yes, sir.

202    2    Q.   For what period of time?

3    A.   You say how many months or what was the dates?

203    4    Q.   Approximately when and for what duration?

5    A.   The duration was, I think, four to six months.

6    Mr Harazim would know it better than I.  It was

7    a relatively short period of time and what year was

8    that.  I think 2000, spring.  I am almost sure it was

9    less than a year.  It may have been as long as nine

10    months or eight months but it was less than a year.

204    11    Q.   Did Trend vote in favour of your appointment to

12    the board?

13    A.   I truthfully have no recollection of who voted.

205    14    Q.   Did Forminster vote in favour of your appointment

15    to the board?

16    A.   My recollection is that was the deal, yes.

206    17    Q.   And did BGO vote in favour of appointing Richard

18    Harazim to the Board of Directors of Kotva?

19    A.   I think we did.

207    20    Q.   Did BGO --

21    A.   Are you talking about at the same meeting?

208    22    Q.   Yes.

23    A.   Where I was appointed to the Board?

209    24    Q.   Yes.

25    A.   That meeting my recollection is that yes, the

26    shares were voted.  Forminster applied for not only

27    Mr Harazim but some other people and we voted for them

28    and they voted for us.

210    29    Q.   Did BGO vote in favour of appointing Martin Benda

45

1    to the board of directors?

2        A.   My present recollection is yes.

3        Q.   Do you recall when you were serving on the Kotva

4    board that there were concerns about the bankruptcy of

5    Kotva.

6              MR DANGEL:  Objection.

7        A.   I don't presently recall a discussion about

8    bankruptcy.  I remember discussions at all times that we

9    had insufficient funds to manage the company.

10   I remember discussions with Mr Harazim in detail about

11   cashflow and we had to lease apartments in order to

12   bring income.  I remember there was a difficult

13   situation with the financial position of Kotva.  At this

14   minute I can't honestly tell you the word bankruptcy had

15   come up.  It is possible but I don't, I remember it was

16   difficult, I don't remember if we discussed bankruptcy.

17       Q.   Do you recall the issue -- let me back up.  When

18   you served as a board member of Kotva, do you recall

19   issues arising with respect to Kotva's securing

20   financing for operating its business?

21       A.   Yes.

22             MR DANGEL:  Objection, but please answer.

23       A.   Yes, I do recall that there were discussions.

24   Just following on my answer to that, we had difficulty

25   and they had the cashflow in the management.

26             MR BECKMAN:  May I approach the witness?

27   Thank you.

28   (Exhibit 4 marked by Mr Beckman)

29       Q.   Mr Golden, I am handing to you what has been

46

*Gwen Malone Stenography Services Ltd.*

1              (On the record - 11.39 am)

2              MR BECKMAN:

260    3    Q.  Mr Golden, I am going to play for you a recording

4    of a telephone conversation between you and Mr Hoffmann,

5    dated September 29th, 2004.  I want you to listen to the

6    conversation first.

7              MR DANGEL:  Excuse me, but please note my

8    objection.  Please note my objection.

9              The record will reflect this is being played

10   from a computer that Mr Harazim has produced here.

261    11   Q.  "Mr Hoffmann:  Hello?

12   Mr Golden:  Hi, Buddy.  What's up?

13   Mr Hoffmann:  Hi.  Well, I promised to call you with

14   news concerning Kotva.  So I believe that I have some

15   moderately good news.

16   Mr Golden:  Okay.

17   Mr Hoffmann:  I met Benda, actually -- when was it --

18   Thursday or Friday of last week.  No, no, no.  What am

19   I saying?  No, I met him Monday.  I met him this Monday.

20   I'm confused because yesterday was a holiday.  So I met

21   him, in fact, on Monday, and he called me back today.

22   Basically, for the first time, he admitted that our

23   lawsuit concerning the ownership of the property really,

24   really --

25   Mr Golden:  Concerns them.

26   Mr Hoffmann:  -- concerns them, and that we hit the

27   right point.  And basically, of course, we discussed,

28   you know, some technicalities concerning if they can buy

29   their own shares, if Kotva can buy its own shares, which

62

1   is not that, not that easy.  And I have the feeling that

2   they would even accept the incredible price required by

3   Andy.

4   Mr Golden:  Unbelievable that he's really -- maybe he's

5   a genius.  Maybe I'm wrong.

6   Mr Hoffmann:  Maybe he is a genius.  But just to remind

7   you, it's 131 million.  Maybe he's a genius.  I don't

8   know.  Before it's over we should judge it.  And Andy

9   still can change his mind and increase the price.

10  Mr Golden:  He may just be lucky.  I mean, maybe he's

11  lucky, maybe he's a genius.  I don't know.  On the one

12  hand, yeah, it would be interesting.  On the other hand,

13  it creates a problem for me because I sold those shares

14  at a very low price to them, and now Lars is asking

15  where's my money, and all this other stuff.  So I don't

16  know.  But, okay.  Whatever it is.  If you do it, and we

17  get it over with, and you make money, I want the

18  Vladimir Hoffmann Pension Fund to be very large.  And

19  then maybe you'll invest 100,000 in my fund or

20  something.  Who knows?

21  Mr Hoffmann:  Well, I mean, the point is that it's

22  really, basically, difficult for them to pay such an

23  amount of money in such a way that they don't create

24  potential lawsuits from other minority shareholders.  So

25  I was able to persuade Benda that the easiest way would

26  be if the Irish guys would pay part of the purchase

27  price right to us, directly to us.  And then, you know,

28  Kotva wouldn't have to, basically, seek any financing or

29  do some --

63

Gwen Malone Stenography Services Ltd.

1   *Mr Golden:  Let them buy our shares.  Let the Irish guys*
2   *buy most of our shares so then they could get some of it*
3   *back when they do a buy-in of all the money at a certain*
4   *price.*
5   *Mr Hoffmann:  They wouldn't, they wouldn't buy our*
6   *shares, but once they will be paying the purchase price*
7   *for, for the property, they would pay part of the*
8   *purchase directly to us, and we will give the shares --*
9   *transfer the shares to whoever they tell us.  So,*
10  *basically, the point is that we should have a meeting*
11  *with Benda and Prestage next Wednesday when Prestage is*
12  *back from holiday.*
13  *Mr Golden:  God bless you.*
14  *Mr Hoffmann:  So this is the news.*
15  *Mr Golden:  That certainly is news.  Terrific.*
16  *Mr Hoffmann:  All right.*
17  *Mr Golden:  Great news.  Good luck.  And if I can help*
18  *or you want me to be at a meeting, I come back in the*
19  *afternoon on Wednesday.*
20  *Mr Hoffmann:  Oh, no.  I believe that you can't be in*
21  *the meeting.  If something comes to your mind concerning*
22  *how to approach Prestage and how to explain to him that*
23  *this is not --*
24  *Mr Golden:  What comes to mind immediately is that they*
25  *should do a buy-out offer at a relatively low price.  We*
26  *sell the shares to Prestage and his company at X.  Then*
27  *Kotva makes a public offer to buy in the shares at a*
28  *much, much lower price so that there's a difference*
29  *between what they can then submit the shares to, so that*



64

1  *Kotva then says:  Look, we had other shareholders give*
2  *it.  Look, James, Golden's people are, you know -- Weiss*
3  *sold his shares, and those 10% we bought in or whatever*
4  *it is.  That accomplishes two or three things.  One, it*
5  *gets part of the money back from Prestage so that the*
6  *money that those guys get is, you know -- because you're*
7  *asking him to divert some of the purchase money.  In the*
8  *contract -- what you have to understand, in the contract*
9  *of sale, if anybody sees the contract of sale has to*
10  *have -- let's say it's 100 million -- let's say it's 1*
11  *billion Crowns, whatever the price is.  If they're*
12  *saying it's 1 billion, pay me 900 and pay 100 to Weiss.*
13  *That has to be in the contract.  I'm suggesting --*
14  *Mr Hoffmann:  No, no, no, Howard.  It doesn't have to be*
15  *in the contract, and I'll tell you why.  Because,*
16  *basically, they will have a -- (Telephone interruption)*
17  *Mr Golden:  Just one second.  Vlado, this is Cyprus.*
18  *I'm going to have to take this.*
19  *Mr Hoffmann:  Okay.*
20  *Mr Golden:  I'll call you later on today, and we'll*
21  *talk.*
22  *Mr Hoffmann:  Okay.  Thank you.  Bye.*
23  *Mr Golden:  Thank you so much.  Bye".*
24  MR DANGEL:  Move to strike.
25           MR BECKMAN:
26      Q.  Mr Golden, do you recognise your voice on this
27  recording?
28      A.  I did not consent to this recording.  I remember
29  at the beginning of this discussion that we discussed my

65

1   rights to not testify about something that may

2   incriminate me in one way or the other.  I don't know

3   what involvement you had with, directly or indirectly

4   with surreptitiously taping my discussions with

5   a third-party and I want to put my objection on the

6   record that I did not consent to being taped.  This was

7   a private conversation and I don't know that I wish to

8   give any testimony whatsoever concerning a private

9   conversation that I had.  And now I know it was taped

10   and I am really upset, sir, I must tell you.  I hope,

11   I hope for your sake that you are not involved with this

12   either directly or indirectly in breaching my private

13   privacy.  But I hope you can understand how upsetting it

14   is to hear your voice like this.  And, yes, I recognise

15   my voice on that tape.

16         MR DANGEL:  Excuse me, but I need to know

17   a date and time of that conversation.

18         MR BECKMAN:  I said it at the beginning.

19   September 29th, 2004.

20    Q.  Mr Golden, let me represent to you that the

21   recording of this telephone conversation that you just

22   heard was taped by the Czech police.  Neither I nor my

23   client had anything to do with it.  And I also represent

24   to you that the Czech courts approved the Czech police,

25   as part of its investigation, to tape recordings which

26   is referred in the charge document against Mr Weiss.

27    A.  Let me represent to you that the Czech police

28   would only have done this if they received a formal

29   complaint.  And, therefore, your client did have

263

66

1  going to continue with the questions.

2    Q.  Do you recognise the voice of Vladimir Hoffmann?

3         MR DANGEL:  Objection.

4    A.  Without waiving my right not to testify based on

5  my Fifth Amendment right of the United States

6  Constitution I will answer that I do recognise the voice

7  of Vladimir Hoffmann on this tape.

8         MR BECKMAN:

9    Q.  Did you have this conversation with Mr Hoffmann?

10        MR DANGEL:  Object.

11    A.  I didn't remember this conversation prior to

12  hearing it on the tape but I believe that I had such

13  a conversation with Mr Hoffmann.

14        MR DANGEL:  Move to strike.

15        MR BECKMAN:

16    Q.  Do you believe that this is an accurate recording

17  of your telephone conversation with Mr Hoffmann?

18        MR DANGEL:  Objection.

19    A.  On that I have no recollection, it could have

20  been that I said more or less.  Some of the things that

21  I heard there I now recall saying, but to tell you this

22  is accurate, this is either the entire -- accurate

23  means, in my view, that it is the entire conversation,

24  that there is nothing added or subtracted, it wasn't

25  taken from other conversations or whatever, and that

26  I cannot represent to you, no.

27        MR BECKMAN:

28    Q.  Let me play you a portion of the conversation we

29  just heard.

1      Q.   I am going to play you a clip of the conversation

2   we just heard, Mr Golden.

3           *"This is the first time the message about our*

4   *lawsuit concerning the ownership of the property really,*

5   *really concerns them and that we hit the right point,*

6   *and"* --

7   Did Vladimir Hoffman tell you that Mr Benda admitted

8   that our lawsuit concerning the ownership of the

9   property hit the right point?

10              MR DANGEL:   Objection.

11     A.   In the tape you played it appears to me that

12   that's the words that Mr Hoffmann used.

13              MR BECKMAN:

14     Q.   Did Mr Hoffmann tell you that Mr Benda admitted

15   that the lawsuit concerning the ownership of the

16   property concerns them?

17              MR DANGEL:   Objection.

18     A.   It appears from the tape you played to me that is

19   what Mr Hoffmann said to me.

20              MR BECKMAN:

21     Q.   We come to another claim.

22           *"You know, some technicalities concerning if they*

23   *can buy their own shares, if Kotva can buy its own*

24   *shares, which is not that easy.  And I have the feeling*

25   *that they would even accept the incredible price*

26   *required by Andy"*.

27           Did Mr Hoffmann tell you that if Kotva can buy

28   their own shares -- let me rephrase that.  Did

29   Mr Hoffmann tell you as to whether there was some

72

1    technicalities as to whether Kotva can buy their own

2    shares?

3                    MR DANGEL:  Objection.

4    A.  When?

5                    MR BECKMAN:

273    6    Q.  In this telephone conversation?

7    A.  Without waiving my rights to testify against

8    myself as we have discussed numerous times here, it

9    appears that Mr Hoffmann did say that, that there was

10    a difficulty in buying back shares by the Kotva

11    corporation.

274    12    Q.  Did Mr Hoffmann tell you that he discussed with

13    Mr Benda whether Kotva can buy their own shares?

14    A.  Without waiving any rights to my privilege under

15    the Fifth Amendment of the United States, it appears to

16    me that from what I heard in this conversation he did

17    discuss such a thing.

18                    MR DANGEL:  Joel, I need to object to that.

19    Can I just have a continuing objection on this area?

20                    MR BECKMAN:  Of course.

21                    MR DANGEL:  Thanks.  That would save us

22    time.  Thank you.

23                    MR BECKMAN:

275    24    Q.  And, Mr Golden, you can have a standing objection

25    as well, but if you want to say, if you feel more

26    comfortable, that is fine too?

27    A.  Well at some point I may not wish to answer

28    because this appears, the last thing I want to do is

29    have the Czech police come against me and telling me

73

1    that I am part of this conspiracy.

2              MR DANGEL:  Objection to that part of any

3    conspiracy, but anyway.

4              MR BECKMAN:

5    Q.  Did Vladimir Hoffmann tell you that Kotva, that

6    Kotva buying its own shares is not that easy?

7    A.  When?

8    Q.  In this telephone conversation that you have just

9    heard?

10   A.  Without waiving my rights under the Fifth

11   Amendment, I believe that what I heard from this

12   conversation to your question to answer affirmatively.

13   Q.  Do you know why it was not that easy for Kotva to

14   buy its own shares?

15   A.  If you are asking me an expert opinion as to how

16   Czech law works in repurchasing shares, my best answer

17   to you would be I may have an idea, but such testimony

18   would be as an expert witness because I have dealt in

19   corporate situations and not as a fact witness and my

20   understanding is that I am supposed to be here

21   testifying from the facts which I know rather than

22   either my legal knowledge or speculation.  So, that is

23   the best answer I could give to that question, sir.

24   Q.  Let me ask it this way.  I am not asking, you are

25   not being called as an expert witness, only a fact

26   witness and I am asking for your best understanding as

27   to whether, as to why it would not be that easy for

28   Kotva to buy its own shares?

29             MR DANGEL:  Wait a minute.  Objection.  Of

276

277  Obje

278

279

74

*Gwen Malone Stenography Services Ltd.*

1    course, if --

2              MR BECKMAN:  Mr Dangel, again we really need

3    to move this along.

4              MR DANGEL:  No, you are not allowed to --

5              MR BECKMAN:  Mr Dangel --

6              MR DANGEL:  -- to do anything that a lawyer

7    isn't allowed to do.  Now, come on.  You either want to

8    know what his opinion is based on his experience here or

9    you want to know whether something ask him about it.  If

10   you want to get beyond what somebody asked him about, if

11   you want his opinion, it is okay, I can object to him

12   giving his opinion if that is what you want.

13             MR BECKMAN:  You may answer, Mr Golden.

14   A.   Buy ins of shares of corporations in the Czech

15   Republic are very carefully monitored and you have to

16   have, I don't remember now if it is 51 or 75%, I think

17   that there is a question in the shareholders meeting of

18   how many people have to vote, what percentage would be

19   required for that.  I think that is what one of the

20   problems would be.  And I don't think at that time the

21   Forminster had the super majority required to do a buy

22   in.  That is one area that could be a problem.

23   Q.   Did Mr Hoffmann tell you in his telephone

24   conversation that he had the feeling that they would

25   even accept the incredible price required by Andy?

26             MR DANGEL:  Objection.

27   A.   Without waiving my rights under the Fifth

28   Amendment, it appears from the recording I just heard

29   that that is what Mr Hoffmann said.

75

1    A.  Okay, object.  I have no, I have no idea except

2  for what you heard in the conversation what Mr Hoffmann

3  said.

4              MR BECKMAN:

285    5    Q.  "... who knows?

6  *Mr Hoffmann:  Well, I mean, the point is that it's*

7  *really, basically, difficult for them to pay such an*

8  *amount of money in such a way that they don't create*

9  *potential lawsuits from other minority shareholders.  So*



10  *I was able to persuade Benda that the easiest way would*

11  *be if the Irish guys would pay part of the purchase*

12  *price right to us, directly to us.  And then"*

13  Mr Golden, did Vladimir Hoffmann tell you that it is

14  really basically difficult for them to pay such an

15  amount of money in such a way that they don't create

16  potential lawsuits from other minority shareholders?

17              MR DANGEL:  Well continuing objection.

18              MR BECKMAN:  You said that, Mr Dangel.

19  Please, we need to move this along.

20              MR DANGEL:  Oh, Lord.

21    A.  Well without waiving my rights, it appears, yes,

22  that is what Mr Hoffmann said.

23              MR BECKMAN:

206    24    Q.  Did Mr Hoffmann tell you that he was able to



25  persuade Benda that the easiest way would be if the

26  Irish guys would pay part of the purchase price directly

27  to us?

28    A.  Without waiving my rights and the continuing

29  objection as we discussed, from what I heard in this

78

*Gwen Malone Stenography Services Ltd.*

```
 1    tape, yes, that is what it appeared Vlado Hoffmann had
 2    stated.
 3          As a comment, sir, one of the things I said on
 4    this tape reflects one of your prior questions when you
 5    asked me whether I believed Andy was crazy or sick,
 6    I can't remember what words you used.  You note here, in
 7    addition to sometimes saying he is crazy, I also
 8    sometimes said he may be a genius.  So it depends on the
 9    circumstances.
10          Q.  Did Mr Hoffmann tell you that he should have
11    a meeting with Prestage and Benda next week?
12          A.  In this, we are talking about this conversation,
13    correct, sir?
14          Q.  Yes.
15              MR DANGEL:  Objection to the form, but...
16          A.  It appears what I heard in this conversation that
17    is what Mr Hoffmann told me.
18              Has Mr Hoffmann heard these tapes?
19              MR BECKMAN:
20          Q.  Hmm?
21          A.  Has Mr Hoffmann heard these tapes?
22          Q.  I don't know.
23          A.  Well if Weiss has them, why would Hoffmann.
24          Q.  I would think.
25              "... themselves.  So, basically, the point is
26    that we should have a meeting with Benda and Prestage
27    next Wednesday when Prestage is back from holiday.
28    Mr Golden:  God bless you.
29    Mr Hoffmann:  So this is the news.
```

79

1  *Mr Golden:  That certainly is news.  Terrific.*

2  *Mr Hoffmann:  All right.*

3  *Mr Golden:  Great news.  Good luck.  And If I can help*

4  *or you want me to be at a meeting, I come back in the*

5  *afternoon on Wednesday.*

6  *Mr Hoffmann:  Oh, no.  I believe that you can't be in*

7  *the meeting.  If something comes to your mind concerning*

8  *how to approach Prestage and how to explain to him that*

9  *this is not Vydirani"* --

10  Did Vladimir Hoffmann ask you if something comes to mind

11  concerning how to approach Prestage and to explain to

12  hem this is not vydirani?

13     A.  Could you replay that part, I don't remember

14  hearing that word, it is the first time I ever --

15            MR DANGEL:  Could somebody translate it for

16  me?

17            MR BECKMAN:  We will have the translator do

18  it when we are done.

19            *"Mr Golden:  That certainly is news.  Great*

20  *news.  Good luck.  And If I can help or you want me to*

21  *be at a meeting, I come back in the afternoon on*

22  *Wednesday.*

23  *Mr Hoffmann:  Oh, no.  I believe that you can't be in*

24  *the meeting.  If something comes to your mind concerning*

25  *how to approach Prestage and how to explain to him that*

26  *this is not vydirani, if it comes to mind"* --

27     A.  Even there I have trouble hearing because

28  I started talking.

29            MR BECKMAN:  Could you translate that word,

80

1    please?

2              MR DANGEL:  Objection, but please do.

3              THE INTERPRETER:  Yes, there is a word that

4    goes Vydirani and that means blackmail.

5              MR BECKMAN:  Blackmail.

6              THE INTERPRETER:  Yes, blackmail or

7    extortion.

8              MR BECKMAN:

9    Q.  Did Mr Hoffmann ask you if something comes to

10   mind concerning how to approach Prestage and to explain

11   to him how this is not blackmail?

12   A.  No.

13   Q.  Did he --

14   A.  I heard, I didn't hear that last word.  I heard

15   the first part of it.  Even now when you repeated it

16   a third time on this tape, you will note that I was

17   talking over that last word and I didn't notice that

18   word.  What I heard then and now was if anything comes

19   to mind about how to explain this to Prestage, that

20   I heard all the times.  But the word blackmail or

21   vydirani, even when I was listening to it now, to be

22   quite frank with you, I didn't catch it and I am certain

23   I didn't catch it when we were on the phone because when

24   you start talking you are not listening to what the

25   other person said.  And so I just want on the record

26   that that word, and besides which I didn't know it in

27   Czech, but I didn't hear it now and I didn't recall it

28   then.

29   Q.  Let's play it one more time.

81

*Gwen Malone Stenography Services Ltd.*

1    "*Mr Golden: Great news. Good luck. And If I can help*
2    *or you want me to be at a meeting, I come back in the*
3    *afternoon on Wednesday.*
4    *Mr Hoffmann: Oh, no. I believe that you can't be in*
5    *the meeting. If something comes to your mind concerning*
6    *how to approach Prestage and how to explain to him that*
7    *this is not vydirani --*
8    *Mr Golden: What comes to mind"* --
9    Let me ask you, Mr Golden, did Vladimir Hoffmann ask you
10   in this conversation if something comes to your mind
11   concerning how to approach Prestage and how to explain
12   to him that is not vydirani?
13           MR DANGEL:  Objection.
14   A.  Is that your next question?
15           MR BECKMAN:
16   Q.  Yes.
17   A.  I thought I answered it a minute ago and I have
18   the same answer.  The first part of what you said
19   I heard now and I most likely heard at the time, which
20   was if something comes to mind as to how to approach
21   Mr Prestage and explain to him, my recollection as to
22   what I understood and what I understood while listening
23   to it had to do with how to do the transfer where money
24   would go partially to the Weiss people and partially to
25   Kotva, that was the explanation I understood.  I, to
26   this day, don't know the word vydirani.  It wasn't part
27   of my vocabulary and I had, didn't even pay attention to
28   it this period, nor, I am certain that during the time
29   I made the conversation did I either understand the word

82

*Gwen Malone Stenography Services Ltd.*

1   or hear it at the time.  So, therefore, if you are

2   asking me if he said it, listening to it today, and that

3   is your question, it appears from what I heard on the

4   tape that that is what he said.

5       Q.   That he said vydirani?

6       A.   Whatever the word is that the translator called

7   blackmail; vydirani or vydani or whatever, that appears

8   to be on the tape, yes.

9              MR DANGEL:  I will move to strike.

10             MR BECKMAN:

11      Q.   Mr Golden, we are going to shift gears now.  Let

12  me play for you a recording of a conversation between

13  you and Mr Hoffmann dated October 5th, 2004 and we are

14  going to play the entire telephone conversation?

15      A.   You don't know how disturbing this is.

16             MR DANGEL:  Don't say anything until you are

17  asked a question.  It just makes it very confusing.

18      A.   Mr Dangel, you feel raped when your private

19  conversations are being taped.  I am sorry but I am

20  upset.

21             MR BECKMAN:  Here we go.

22  "Mr Golden:  Yes?

23  Mr Hoffmann:  Hi.  Do you have a minute now?

24  Mr Golden:  No.  I'm in, doing a takeover here in

25  Cyprus.  Why don't you take one minute.  Did something

26  new happen with this, with Kotva or what?

27  Mr Hoffmann:  Well, basically, your former partner is

28  a real idiot and I'm going to resign.  So I thought that

29  you would like to know, or that you should know,

83

1    *actually.*

2    *Mr Golden:  I'll be there tomorrow night.  Maybe, if you*

3    *want, I can calm you down or chat with you or whatever*

4    *before you do it because you've invested so much time*

5    *and money here.  On the other hand, I came to that*

6    *conclusion --*

7                 MR DANGEL:  Hold on.

8                 MR BECKMAN:  No.

9                 MR DANGEL:  The court reporter can't get it.

10    I want you to start again so she can record it now that

11    it is louder.  I am not trying to disrupt your

12    deposition, I am trying to help it.  I am not trying to

13    disrupt the deposition, I am trying to help it.  The

14    court reporter was unable to take the words down because

15    it was played too quietly.  If it could be replayed

16    louder so that we have a good record that would be the

17    right thing to do.

18                 MR BECKMAN:  Your Honour, I have

19    a suggestion.  If we could perhaps take an early lunch

20    break, we will try to fix this technical difficulty to

21    move this along faster.

22                 MR DANGEL:  Why don't we try one more time.

23    Try one more time?  Try one more time.

24                 MR BECKMAN:

25    *"Mr Golden:  Yes?*

26    *Mr Hoffmann:  Hi.  Do you have a minute now?*

27    *Mr Golden:  No.  I'm in, doing a takeover here in*

28    *Cyprus.  Why don't you take one minute.  Did something*

29    *new happen with this -- with Kotva or what?*



84

*Gwen Malone Stenography Services Ltd.*

1   Mr Hoffmann:  Well, basically, your former partner is
2   a real idiot and I'm going to resign.  So I thought that
3   you would like to know, or that you should know,
4   actually.
5   Mr Golden:  I'll be there tomorrow night.  Maybe, if you
6   want, I can calm you down or chat with you or whatever
7   before you do it because you've invested so much time
8   and money here.  On the other hand, I came to that
9   conclusion about two years ago when I resigned and left
10  him myself.  And also, when we had lunch about this at
11  Credo the last time, I said to you, you really have to
12  think carefully if it's worth continuing to put an
13  effort into this because he seems to have a belief that
14  he knows more than you, despite you're the one who's
15  doing all the work.  What was the latest offer he
16  refused?
17  Mr Hoffmann:  Well, it's not the offer that he refused.
18  It's really the way, how he behaved.  I mean, I believe
19  that I was able to do a major breakthrough.
20  Mr Golden:  Brilliant job.  You did a brilliant job.
21  Mr Hoffmann:  But I mean, the latest development was
22  that I was able to get Prestage to the table.
23  Mr Golden:  Yes, you were brilliant.
24  Mr Hoffmann:  He has refused, up to now, all the time.
25  Now he agrees that he would meet me and Benda on
26  Thursday.
27  Mr Golden:  And if you just don't meet him?
28  Mr Hoffmann:  And Andy, you know, Andy asked questions
29  which were annoying and arrogant and not trusting as

85

Gwen Malone Stenography Services Ltd.

1   ever.  I mean, he asked all kinds of nonsense instead
2   of, you know, getting to the point and blamed me, you
3   know.  He's an idiot.  And then Georgiy called me,
4   called me later yesterday at eight in the evening or so,
5   and he said:  Vlado, could you postpone the meeting with
6   Prestage from this Thursday until next Thursday?  And
7   I said:  Why?  What's the reason?  And he said:  I don't
8   know, that's what Andy wants.  And I said:  Does he want
9   to attend the meeting?  Does it need to be the next
10  Thursday so that he can come?  No, I don't think so.
11  Maybe he would join the negotiations at a later stage,
12  but he just wants you to try to postpone the meeting.
13  I mean, this was the last, really the last straw.
14  Mr Golden:  I know.
15  Mr Hoffmann:  I mean, he's an idiot.
16  Mr Golden:  Okay.  My advice to you is to say that you
17  have to resign under this thing.  Then say:  Andy,
18  I can't do it this way.  You, either you realize that
19  the information I've given you, what I've done and how
20  I've accomplished it to this point, is that I'm moving
21  quickly.  I'm doing it right, and I certainly involve
22  you in every step of the way and accept your advice.
23  You cannot micromanage when I have a meeting on this.
24  I can't work this way, and I'll have to resign.  Then
25  you don't resign.  You say, I have to do it this way.
26  If he says to you:  Then resign.  Then you resign.  If
27  he says to you something, then at least you have a way
28  of going forward and you made your point.  Does that
29  make sense to you?

86

*Gwen Malone Stenography Services Ltd.*

1    Mr Hoffmann:  I don't know.  I mean, I don't want to --

2    Mr Golden:  Vlado, Vlado, I don't mean to be difficult,

3    but I came here, it's a fortune of money.  I came here.

4    I'm meeting with the investors.

5    Mr Hoffmann:  Do your job.

6    Mr Golden:  This is a 37 million acquisition.  I'm in

7    the middle of a meeting.  That's why I didn't call you

8    because I've been doing this.

9    Mr Hoffmann:  Yes, of course.

10   Mr Golden:  I'm sorry.

11   Mr Hoffmann:  Sure.

12   Mr Golden:  I appreciate the heads up.  That's the only

13   thing I can think of.  You know my attitude on Andy.

14   I think he is nuts.  I mean, I know he had a problem.

15   He resigned from the university.  He's unstable.  It's

16   extremely difficult to work with him.  I will support

17   your decision any way as far as that.  I'm not worried

18   about my money or whatever.  If he can do it, let him do

19   it.  It will never, ever, ever get done.  If he does it

20   -- if he takes anybody else, it will never get done

21   either.  The only issue is how to minimize damage to

22   Vladimir Hoffmann.  That's my only issue here because

23   I'm with you 100%.  Okay?

24   Mr Hoffmann:  Okay.

25   Mr Golden:  So don't worry.  If you think I care about

26   this 25, I didn't bank on it.  I didn't believe it was

27   going to happen anyway, and I knew how difficult it was

28   to work with him.  I appreciate how you're keeping me

29   involved.  I appreciate the work.  And I apologize for

87

1   *getting you involved with this crazy person and having*
2   *to waste so much of your time and energy.  All right?*
3   *Mr Hoffmann:  Okay.  I suppose.*
4   *Mr Golden:  And I'll be there tomorrow night, and I'll*
5   *call you from the airport.*
6   *Mr Hoffmann:  Good.*
7   *Mr Golden:  I get in tomorrow night.*
8   *Mr Hoffmann:  Okay.  Thank you, sir.  Good luck.  Bye.*
9   *Mr Golden:  Bye".*
10          Mr Golden, do you recognise your voice on
11  this recording that we just played?
12          MR DANGEL:  Please note my objection to the
13  tape and to this line of examination.
14      A.  And note my objection to the request to waive any
15  rights I have under the Fifth Amendment which I am not
16  waiving.  And, yes, I recognise my voice.
17          MR BECKMAN:
18      Q.  Do you recognise the voice of Vladimir Hoffmann?
19      A.  Continuing objection.  Yes.
20      Q.  Did you have this conversation with Mr Hoffmann?
21      A.  This conversation --
22          MR DANGEL:  Objection, but please answer.
23      A.  This conversation, as I stated previously,
24  I recall many of the wording of this conversation now
25  that I hear it again.  But I cannot, at this time,
26  testify that every word I said in the conversation was
27  recorded or that this did not contain words from another
28  conversation.  So, in general, I do recall and an answer
29  to your question would be:  yes, but I am not going to

88

*Gwen Malone Stenography Services Ltd.*

1   I can't give you a legal opinion on that, sir, I just

2   don't know.

3                MR BECKMAN:

4      Q.   What compensation were you to be paid?  Was it to

5   come from Mr Hoffmann's success fee if the Kotva shares

6   were sold?

7      A.   That is my recollection.

8      Q.   Was this a business arrangement between you and

9   Mr Hoffmann?

10     A.   Well what other, I mean I don't understand the

11  question, sir.

12     Q.   Was it a business deal that you reached with

13  Mr Hoffmann?

14     A.   I think I explained to you earlier.

15     Q.   But if I could finish the question?

16     A.   Please, sir.

17     Q.   Did you reach an agreement with Mr Hoffmann that

18  if you helped him in connection with the negotiations of

19  the Kotva shares that he would share part of his success

20  fee with you?

21     A.   I seem to recall, yes.

22     Q.   And that is not an attorney client relationship

23  is it, Mr Golden?

24                MR DANGEL:  Objection.  Of course.

25                MR BECKMAN:  Mr Dangel, you just answered

26  the question.  I am again cautioning you if we have to

27  suspend this deposition we will because of your conduct.

28                MR DANGEL:  Excuse me, but your conduct is

29  outrageous.

330

331

Object

1    Q.  I am going to play you another clip of the

2    recording that we just heard before we broke for lunch,

3    Mr Golden.

4    A.  And this is the recording of October 5th, 2004.

5    Q.  Yes.  We will start over so we can hear it.

6    "... believe it is worth continuing to put time and

7    effort into this because he seems to have a belief that

8    he knows more than you, despite you're the one doing all

9    the work.  What was the latest offer he refused?

10   Mr Hoffmann:  Well, it's not the offer that he refused.

11   It's really the way, how he behaved.  I mean, I believe

12   that I was able to do a major breakthrough.

13   Mr Golden:  Brilliant job.  You did a brilliant job.

14   Mr Hoffmann:  But I mean the latest development was that

15   I was able to get Prestage to the table.

16   Mr Golden:  Yes.  You were brilliant.

17   Mr Hoffmann:  He has refused, up to now, all the time.

18   Now he agrees that he would meet me and Benda on

19   Thursday".

20   Did Mr Hoffmann --

21            MR DANGEL:  Excuse me, but I am objecting to

22   the tape as I did before lunch on several grounds that

23   don't need to be stated unless Mr Beckman wants them

24   stated.  And I object to the question.

25            MR BECKMAN:  I have not asked a question

26   yet.  Mr Dangel, I will recognise your standing

27   objection to move this along.

28            MR DANGEL:  Okay.

29            MR BECKMAN:

101

Gwen Malone Stenography Services Ltd.

1    Q.  Did Mr Hoffmann tell you that he was able to do

2    a major break through?

3         MR DANGEL:  Objection.

4    A.  I assume this is referring to the tape we are

5    listening of October 5th, 2004 and in reference to that

6    tape, yes, it appears that Mr Hoffmann had told me he

7    was able to make a major break through.

8         MR BECKMAN:

9    Q.  Well, do you recall Mr Hoffmann telling you that

10   he believed that he was able to do a major break

11   through?

12        MR DANGEL:  Objection to the form of the

13   question.

14   A.  I had no independent recollection of hearing that

15   until I heard the tape today.  When I heard the tape

16   today and I am verifying that I do recognise that, yes.

17   The answer would be he told me something to the effect

18   that he had made a major break through, yes, sir.

19   Q.  Did you tell Vladimir Hoffmann that he did

20   a brilliant job?

21   A.  I believe I did.

22   Q.  Did Mr Hoffmann tell you that he was able to get

23   Prestage to the table?

24   A.  Did he tell me in that particular conversation we

25   are talking about again?  This question relates to

26   October 5th and the tape I just heard, assuming that is

27   the basis for the question, then the answer would be

28   I believe he did, yes.

29   Q.  Well, did Mr Hoffmann tell you that he was able

                        102

```
 1   to get Mr Prestage to the table?
 2              MR DANGEL:  Objection.
 3       A.  Did he tell me at any time?
 4              MR BECKMAN:
 5       Q.  At any time?
 6       A.  I believe he did.
 7       Q.  Did Mr Hoffmann tell you that he would meet with
 8   Mr Prestage and Benda?
 9              MR DANGEL:  Objection.
10       A.  Again based on what I heard today I believe that
11   the answer to that question is yes.
12       Q.  Were you aware of Mr Hoffmann's efforts to
13   arrange a meeting with Mr Benda and Prestage?
14       A.  Prior to the conversation that --
15       Q.  No?
16       A.  -- we heard today?
17       Q.  No.
18       A.  No.
19       Q.  Let me strike that question.  That is a fair
20   point.  Let me withdraw that.  Who was making the
21   decisions with respect to meeting with Benda and
22   Prestage; Vladimir Hoffmann or Andrew Weiss?
23              MR DANGEL:  Objection.
24       A.  I can only speculate based on this conversation,
25   the other ones that I have heard there, but I have no
26   independent information as to who made those decisions.
27   Based on what I heard here it looked like Hoffmann made
28   the decision and Weiss overruled it.  I wasn't involved
29   in who made it.  I am sorry, I can't give you extra
```

103

*Gwen Malone Stenography Services Ltd.*

1    I would get also zero and all the time I put in in

2    advising him would be for zero.

365

3        Q.  Let me play you a tape recording of a telephone

4    call between you and Vladimir Hoffmann dated December

5    22nd, I am sorry, October 22nd, 2004.  I will play the

6    entire call in its entirety?

7        A.  Yes.

366

8        Q.  "Mr Hoffmann:  Hello.

9    Mr Golden:  Hello.  So what's the current situation with

10   the most smartest man in the world?

11   Mr Hoffmann:  Well, the situation is difficult as it

12   usually is.

13   Mr Golden:  Come on.  What's new with that?  I said

14   what's new.  I didn't say what's old.

15   Mr Hoffmann:  Yes.  Well, you know, the good news is

16   that we met on Monday; we met Prestage and Benda.  And

17   Benda, Benda said that he would agree with 131 million

18   for Kotva shares if we withdraw all lawsuits, and

19   Prestage said that he would agree to send part of the

20   money intended for the purchase of the building directly

21   to us for the shares.  So that's the good news.  And the

22   bad news is that basically Andy is unable to do any

23   decision.  He doesn't want to say anything.  So I sent

24   him, yesterday, a very comprehensive memorandum with all

25   the numbers I have computed with the net present value

26   of us pursuing the lawsuit which is some, you know, 32

27   million Crowns because it costs money and it's a lot of

28   time, and it's risky.  So the discount rate is very

29   high.  And I also pointed out all the risks still

114

Gwen Malone Stenography Services Ltd.



1   involved including the risk of violence and --

2   Mr Golden:  Violence against who?

3   Mr Hoffmann:  Well, I didn't specify against who.

4   I just said that up to now they didn't use any violence

5   and they were just using legal methods, but that was not

6   always the case.  And I, you know, provided a list of

7   all, what I call unusual events in this, in this case.

8   At the conclusion, I said that I, I simply advised the

9   board to agree to accept 131 or something close, and

10  that we could still get some additional money from

11  Trend.  And that if we don't settle in this round of

12  negotiations, then we, we want to be able to settle in

13  the foreseeable future and even really could give some

14  extra incentive to Andy.  I said that to put my money

15  where my mouth is, I would, if he agrees to it, that

16  then I would reduce my fee, which obviously is something

17  that ultimately concerns you.  So I basically offered to

18  reduce my fee by 30%.

19  Mr Golden:  (Whistles) 30%?

20  Mr Hoffmann:  Yeah.  But 30 out of 25, you know.  So

21  that means --

22  Mr Golden:  Seven and-a-half percent.

23  Mr Hoffmann:  -- 75 would be 17.5% but, on the other

24  hand, I --

25  Mr Golden:  17.5% of what though; of the total amount

26  received?

27  Mr Hoffmann:  Of the total amount received.  Of course,

28  less legal costs.  So let's say the amount would be

29  131 --

115

Gwen Malone Stenography Services Ltd.

1    Mr Golden:  So it's almost about 22 million.  It's over

2    22 million Crowns.

3    Mr Hoffmann:  Yes.  I mean, I would be happy with that.

4    Really, I mean -- well, I simply believe that there, you

5    know, that it's better to get something than to get

6    nothing.  If this could, you know, be the last drop that

7    persuades them, then I'm willing to do it.  But anyway,

8    I mean, even though in this memorandum he didn't give

9    any answers, and I have, I thought -- my idea was that

10   we would, we haven't seen each other for a while, so we

11   would meet for lunch and I would explain to you

12   everything.  I would show you or I would give you,

13   actually, the memorandum that I sent.  I would give you

14   the answer from Georgiy which, as you know, stupid as

15   ever.

16   Mr Golden:  And he has a law degree?

17   Mr Hoffmann:  Sorry?

18   Mr Golden:  He has a law degree from a Russian

19   university.  He's telling me --

20   Mr Hoffmann:  I know.  You told me.

21   Mr Golden:  Because he wanted to go on our board, and we

22   said:  For what?  What are you going to do?  Yeah.

23   Okay.

24   Mr Hoffmann:  I mean, he's okay.  He's not stupid but,

25   really, the common sense is really missing.

26   Mr Golden:  Yes, that's it.  You're right.  The word is

27   not necessarily stupid, it's common sense, yes.

28   Mr Hoffmann:  So he -- and, obviously -- look.  He's

29   already the third within the year I worked for -- since

116

Gwen Malone Stenography Services Ltd.



1   *I've been working for Andy, he's already the third*
2   *assistant. So I just don't know how long he's going to*
3   *last.*
4   *Mr Golden:  All right. So you want to meet Monday for*
5   *lunch?*
6   *Mr Hoffmann:  If you have time, yes.*
7   *Mr Golden:  See you Monday for lunch. What time; twelve*
8   *o'clock?*
9   *Mr Hoffmann:  12.00 or 12.30.*
10   *Mr Golden:  Fine. Call when you're closer.*
11   *Mr Hoffmann:  I have an appointment at 11.00, so I will*
12   *call you.*
13   *Mr Golden:  So when you're downstairs or whatever, we'll*
14   *go down, and I'll be pleased to see you.*
15   *Mr Hoffmann:  Okay.*
16   *Mr Golden:  Thank you very much.*
17   *Mr Hoffmann:  So the usual place?*
18   *Mr Golden:  Yeah. Great. Thank you so much.*
19   *Mr Hoffmann:  Okay. You have a nice weekend. Bye.*
20   *Mr Golden:  Okay. Have a good weekend. Bye".*
21          MR DANGEL:  Excuse me, may I ask:  was all
22   of that testimony taken down in Czech, all of it?
23          MR BECKMAN:  Nothing is being taken down in
24   Czech, it was all recorded.
25          MR DANGEL:  Sorry, just a question.
26          MR BECKMAN:  Your Honour, if I may ask this
27   in the most respectful way. I would ask you to talk to
28   Mr Dangel to not interrupt our questions or making
29   comments or laughing when the tape is going on. This is

117

1    if that is a sufficient answer.

2              MR BECKMAN:

368    3    Q.  Do you have any reason to believe that this is

4    not your voice on that recording?

5    A.  Well, without impugning your clients in any way,

6    I am sure they had plenty of reason to assume that they

7    were bombs in Kotva and the case this Trend fund was

8    mislaid and nobody has been prosecuted for twelve years.

9    There was a lot of strange things, as Mr Hoffmann said

10   on there, that have occurred in this matter in this

11   country.  So I have no reason to possibly believe it

12   could be changed.  Again I don't mean this personally

13   against Mr Harazim or anybody there, but the proper

14   answer to the question, I have a reason to believe but

15   from what I heard it sounded like that was what I was

16   saying.

369    17   Q.  Was that you on the tape?

18             MR DANGEL:  Objection.

19   A.  Based on what I heard it seemed to be me on the

20   tape, yes.

21             MR BECKMAN:

370    22   Q.  Did you recognise the voice of Vladimir Hoffmann?

23   A.  Hoffmann's voice I recognised, yes.

371    24   Q.  That was Mr Hoffmann; correct?

25   A.  Yes, it certainly sounded like Mr Hoffmann to me.

372    26   Q.  Now you mentioned bombs, Mr Golden.  Again you

27   are under oath.  Do you have any personal knowledge as

28   to who was involved in the bombs you are referring to?

29             MR DANGEL:  Objection.

119

*Gwen Malone Stenography Services Ltd.*

```
 1              MGR TOJNER:  Yes.
 2     A.   Okay.  I understood from Mr Hoffmann exactly that
 3   it made it difficult and I seem to recall from the
 4   conversation he was saying it might make it impossible.
 5   And I asked him if he knew that for a fact and the
 6   reason it is written like that is because my advice was:
 7   don't make statement you can't prove and you have no
 8   idea what this did to Kotva's ability to close this
 9   deal.
10     Q.   Did you understand that the lawsuits were
11   interfering with the sale to the Irish investors?
12              MR DANGEL:  Object.
13     A.   Yes, I understood that they were interfering with
14   the sale.
15              MR BECKMAN:
16     Q.   If I direct your attention to?
17     A.   Can I ask a question first?  You say it is
18   produced, I want to make sure I am answering you
19   correctly.
20     Q.   Of course.
21     A.   Do you mean produced in the sense that the
22   discovery was produced or you produced meaning created?
23     Q.   No, they actually produced this document in
24   discovery and that is why it has a WP number on.
25     A.   That is fine.  I want to make sure I am answering
26   your question "to produce" correctly.
27     Q.   Yes, thank you.  If I could direct your attention
28   again to page 2 of 3.  The section at the bottom which
29   starts with paragraph number 2:  Clean the property.
```

                              161

1    to answer that.  But it is an interesting thought.

506    2    Q.  You didn't discuss that with Mr Hoffmann at any

3    time referring to Mr --

4    A.  Weiss as Napoleon?

507    5    Q.  As Napoleon or a little Napoleon?

6    A.  I don't ever recall saying such a thing.  If you

7    have a tape to that effect.

8        MR DANGEL:  While he is going for his next

9    question, my daughter's dog is named Napoleon after her

10   father, I think, I am not sure.

11   A.  Okay.  Weiss as Napoleon, that is good.

12       MR BECKMAN:

508   13   Q.  Mr Golden, we are going to play for you

14   a recording of a telephone conversation between you and

15   Vladimir Hoffmann on October 27th, 2004.

16       "*Mr Hoffmann:  Hello.*

17   *(Mr Golden and Mr Hoffmann speak in a foreign language)*

18   *Mr Hoffmann:  No, no.  He didn't call.  He didn't send*

19   *me any e-mail.*

20   *Mr Golden:  And no flowers either?*

21   *Mr Hoffmann:  No flowers neither.  I even haven't heard*

22   *from Georgiy which is very strange because I sent an*

23   *e-mail yesterday to Georgiy.*

24   *Mr Golden:  Now, how do you know they got it?*

25   *Mr Hoffmann:  Well, I left a message on his phone.*

26   *Mr Golden:  Well, you didn't do it with a receipt?  In*

27   *other words, often times, he said;  I didn't see that*

28   *e-mail.  I get so many e-mails every day, I didn't*

29   *look.*

173

*Gwen Malone Stenography Services Ltd.*



1   *Mr Hoffmann:  Okay.  Well, my important e-mail, my*
2   *important e-mail from Monday they received; because on*
3   *Monday night I called Georgiy and Georgiy told me that*
4   *Andy asked him to prepare a summary for him which is,*
5   *I mean, it's so stupid.  I mean, I wrote two*
6   *memorandums, each four pages long and very condensed.*
7   *What summary?  But, however, he asked him to prepare a*
8   *summary.  I have a return receipt even from Yossi.*
9   *Mr Golden:  Oh, so you know Yossi got it, too?*
10  *Mr Hoffmann:  Yes.*
11  *Mr Golden:  That's important because I think Yossi may,*
12  *now that he's involved as a board member, he might ask*
13  *Andy.  He may, he may take some position but, you know,*
14  *Andy has no oversight to any third party.  So he's*
15  *totally independent, and he's the one that tells*
16  *everybody else.  If Yossi says:  Well, why are we doing*
17  *that, or what's the reason, or, you know, he's*
18  *concerned --*
19  *Mr Hoffmann:  Well, he might say that US$5.2 million is*
20  *not bad.*
21  *Mr Golden:  Well, he might say:  How much do you think*
22  *we can get it, Andy?  Or he might say nothing but, at*
23  *least, at the very least, he might say something, and*
24  *Andy has to think about it.  That was the reason why*
25  *I asked you to give it to him, you know.*
26  *Mr Hoffmann:  Yeah.*
27  *Mr Golden:  All right.  Well, the good news is that*
28  *there's only three more days and your 30% discount goes.*
29  *I was thinking about that because I know the way --*

174

*Gwen Malone Stenography Services Ltd.*

1    *well, I know the way Andy thinks.  And he's going to*
2    *say:  If you offered it now and it's next Monday and*
3    *it's November 1st, you're still going to give it because*
4    *you want to get this done.  So your deadline about*
5    *October is bullshit because people work and he knows.*
6    *Mr Hoffmann: But it's not bullshit.  It simply will*
7    *expire, but you're right.  Maybe I shouldn't even push,*
8    *and on Monday I can say:  Sorry.  I mean, I can't*
9    *imagine that he would say that on 1st November, he would*
10   *say:  Yes, I will accept that offer but only if you*
11   *still give your discount.  I will say:  No.  Because*
12   *once he says that, it would mean that he made the*
13   *decision to accept it.  So, and anyway, he gets more*
14   *than US$4 million and that was, basically, you know, his*
15   *original idea that he should get four million.  That*
16   *even sounded, at that time, completely ridiculous.  So*
17   *he still would be very, very well off.*
18   *Mr Golden: He's never well off until he gets more than*
19   *the last offer was.  Whatever the last offer is, he*
20   *wants more.  But then you know that.  What can I tell*
21   *you? All right.  So what would you like from me?  What*
22   *would you like me to tell you or say to you?*
23   *Mr Hoffmann: Oh, nothing.  I just wanted to complain.*
24   *Also, I learned an interesting thing that Briana told me*
25   *that she was leaving which is a real shame because, you*
26   *know --*
27   *Mr Golden:  Who's leaving?*
28   *Mr Hoffmann:  Briana.*
29   *Mr Golden:  Oh, Briana said she's leaving?*

175

1    thought it was ridiculous meaning -- again you are

2    asking my interpretation, meaning that he thought it was

3    an unobtainable sum.  I just want to clarify if you are

4    asking my interpretation here.  I don't think

5    Mr Hoffmann meant it was a ridiculous amount for the

6    shares.  I think it was a ridiculous amount from the

7    point of view that whether the Forminster people would

8    pay that kind of money and whether it was an obtainable

9    objective for him to be given.

10    Q.  Did you tell Vladimir Hoffmann that Andrew Weiss

11   was never well off until he gets more than what the last

12   offer was?

13    A.  I am pretty sure I said such a thing.

14    Q.  Did you tell Vladimir Hoffmann that whatever the

15   last offer is, Andy wants more?

16    A.  I think that I said such a thing during that

17   conversation.

18    Q.  Do you have any knowledge as to whether Andy

19   Weiss originally asked for $4 million for the Kotva

20   shares?

21         MR DANGEL:  Objection.

22    A.  No, I don't remember that number or him telling

23   me.  When I was trying to present he suggested it was

24   worth more, and it was nowhere near the NAV.  He always

25   referred in our discussions as to what the NAV was

26   because that is the way -- I don't know if you realise

27   the business we had, it was a closed end fund arbitrage.

28   The reason we are in Czech is because the privatisation

29   funds were selling the business discount to the sit



IN THE MATTER OF THE FOREIGN TRIBUNALS EVIDENCE ACT 1856
AND IN THE MATTER OF CIVIL PROCEEDINGS NOW PENDING
BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF MASSACHUSETTS (CIVIL ACTION NO. 05-10679-RCL)

```
-----------------------------)
                             )
                             )
KOTVA a.s.                   )
                             )
          Plaintiff          )
                             )
                             )
          v.                 )
                             )
                             )
ANDREW WEISS and WEISS ASSET )
MANAGEMENT, LLC              )
                             )
                             )
          Defendants         )
-----------------------------)
```

Deposition of:

Mr. Howard Golden

Taken at:
Courtroom No 126
District Court for Prague 1,
Ovocny trh 14

On:  April 17th, 2007
Commencing at 9.00 am

*Gwen Malone Stenography Services Ltd.*

1    A.   This is probably one of the first times, I don't

2   recall that being a discussion either with me or Vlado

3   or in the papers.  I just don't recall such a thing.

4    Q.   Okay.  Let me play another clip of this November

5   2nd, 2004 telephone call between Mr Nikitin and

6   Mr Hoffmann.

7          MR DANGEL:  I object to it on several

8   grounds including incompleteness.  It seems you should

9   play the whole tape first, but that is neither here nor

10   there.  Object.

11    Q.   "... *is to provide you with information to*

12   *discuss with the other party and I simply -- that's,*

13   *that is what I believe.  I mean if price is the NAV or*

14   *very close to NAV, maybe the NAV is 120, maybe the NAV*

15   *is 140, it is not that much different, but it is*

16   *terribly difficult.  I think we cannot go and say we*

17   *want, you know, full NAV plus we want even more for*

18   *that, you know, that is blackmail.*

19   *Mr Nikitin:   Yes"*.

20          Mr Golden, do you recognise the voice on

21   this clip as Mr Hoffmann?

22          MR DANGEL:  Objection.

23    A.   Well I must say it is a little bit scratchy, as

24   you know, but from what I heard it appeared to be the

25   voice of Mr Hoffmann.

26          MR BECKMAN:

27    Q.   Mr Hoffmann uses the term blackmail.  What is

28   your understanding of the term blackmail?

29          MR DANGEL:  Objection.

4