FILED
IN THE HIGH COURT OFFICE
2007 No. 5 FTE

2007 OCT 22  A 10: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE MATTER OF THE FOREIGN TRIBUNALS EVIDENCE ACT 1856

AND IN THE MATTER OF CIVIL PROCEEDINGS NOW PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS (CASE NO 05-10679-RCL)

BETWEEN

**KOTVA A.S AND SPV CO**

PLAINTIFF

AND

**ANDREW WEISS AND WEISS ASSET MANAGEMENT PLC**

DEFENDANTS

AND

**ANDREW WEISS WEISS ASSET MANAGEMENT LLC AND CVF INVESTMENTS LIMITED**

COUNTERCLAIM PLAINTIFFS

AND

**KOTVA A.S RICHARD HARAZIM AND SPV CO**

COUNTERCLAIM DEFENDANTS

I, Edmund Honohan, Master of the High Court in Ireland, hereby certify that the documents annexed hereto are:-

(1) A sealed and certified copy of the High Court Orders dated 31st July 2007 and 16th August 2007 made in the matter of civil proceedings now pending before the United States District Court for the District of Massachusetts (Case No. 05-10679-RCL) entitled as above directing the examination of Mr Henry Prestage to be taken before Niall F. Buckley B.L.

(2) The examination and depositions of Mr Henry Prestage taken by Niall F. Buckley B.L. pursuant to the said orders and duly signed and completed by him on 11th September 2007.

Dated 19 October 2007

_Edmund Honohan_
MASTER OF THE HIGH COURT

THE HIGH COURT

2007 No. 5 **FILED IN CLERKS OFFICE**

**2007 OCT 22  A 10: 23**

**U.S. DISTRICT COURT DISTRICT OF MASS.**

Monday the 31st day of July 2007

BEFORE MR JUSTICE PEART

IN THE MATTER OF THE FOREIGN TRIBUNALS EVIDENCE ACT 1856 AND IN THE MATTER OF CIVIL PROCEEDINGS NOW PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS (CASE No 05-10679-RCL)

BETWEEN

KOTVA A.S and SPV CO

PLAINTIFFS

AND

ANDREW WEISS AND WEISS ASSET MANAGEMENT LLC

DEFENDANTS

AND

ANDREW WEISS WEISS ASSET MANAGEMENT LLC AND CVF INVESTMENTS LIMITED

COUNTERCLAIM PLAINTIFFS

AND

KOTVA A.S. RICHARD HARAZIM AND SPV CO

COUNTERCLAIM DEFENDANTS

Upon motion of Counsel for the Defendants made ex parte unto the Court this day and upon reading the affidavit of Susan Frisby filed day and the Letters Rogatory/Commission Rogatoire dated the 5th day of July 2007 issued by the United States District Court of the District of Massachusetts

THE HIGH COURT

IT IS ORDERED that Mr Henry Prestage of 11 St John's Wood Drive Ashbourne County Meath do attend before Philipp Rahn B.L of the Law Library Four Courts Dublin 7 who is hereby appointed the Examiner herein at the offices of Mason Hayes and Curran South Bank House Barrow Street Dublin 4 on the 23rd day of August 2007 at 10 am or on such other date and at such time and premises as the said Examiner may appoint and do there submit to be examined upon oath or affirmation in respect of the questions and/*or lines of enquiry specified in the letter rogatory/commission rogatoire issued by the United States District Court for the District of Massachusetts on the 5th day of July 2007 and then and there produce all documents in his possession power or procurement relating to the matters set out in the letters rogatory/commission rogatoire dated the 5th day of July 2007 from the United States District Court for the District of Massachusetts

And IT IS FURTHER ORDERED that the said Examiner do cause the evidence of Mr Prestage to be recorded on video tape and reduced to writing by transcription or stenographic or other audio recording device according to the rules of evidence and practice of this Court pertaining to the examination and

cross-examination of witnesses and do cause such documentation as are produced or identified by the said Mr Prestage to be marked as exhibits to his evidence as reduced to writing do cause such witness to sign his deposition in the presence of the Examiner and do sign the deposition taken in pursuance of this Order and when so completed do transmit the same together with this Order to the Master of the High Court for transmission to the District Court for the District of Massachusetts in a sealed envelope addressed to the Clerk of the United States District Court for the United States District of Massachusetts at the following address United States District Court of Massachusetts 1 Courthouse Way Boston Massachusetts 02210 Attention Mr Matthew Paine CA#05-10679-WGY

THE HIGH COURT

District Court of Massachusetts 1 Courthouse Way Boston Massachusetts 02210

Attention Mr Matthew Paine CA#05-10679-WGY

And the Court doth make no Order as to costs

*Marianne White*
REGISTRAR

Mason Hayes and Curran
Solicitors for the Defendants

A COPY WHICH I ATTEST

..........*M. d. McCoy*..........
FOR REGISTRAR

MAS Enforce Foreign Judgement.doc

THE HIGH COURT

2007 5 FTE

Thursday the 16th day of August 2007

BEFORE MS JUSTICE IRVINE

IN THE MATTER OF THE FOREIGN TRIBUNALS EVIDENCE ACT 1856 AND IN THE MATTER OF CIVIL PROCEEDINGS NOW PENDING BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS (CASE NO 05-10679-RCL)

BETWEEN

KOTVA a.s. and SPV CO.

PLAINTIFFS

AND

ANDREW WEISS AND WEISS ASSET MANAGEMENT, LLC

DEFENDANT

AND

ANDREW WEISS AND WEISS ASSET MANAGEMENT LLC AND CVF INVESTMENTS LIMITED

COUNTERCLAIM-PLAINTIFFS

AND

KOTVA a.s. RICHARD HARAZIM AND SPV CO.

COUNTERCLAIM-DEFENDANTS

Upon Motion of Counsel for the non-Party Mr Henry Prestage made unto the Court on Wednesday the 15th day of August 2007 pursuant to Notice of Motion herein dated the 13th day of August 2007 for:

1. An Order setting aside pending a full hearing of this application such part of the order of this Honourable Court of 31 July 2007 which required Mr Prestage to attend before an examiner on 23 August 2007 to be examined upon Oath or

THE HIGH COURT

affirmation and to produce documents in accordance with the matters set out in the Letters Rogatory/Commission Rogatoire dated 5 July 207 from the United States District Court for the District of Massachusetts

2. In the alternative an Order setting aside the Order of this Honourable Court made on 31 July 2007

Whereupon and on reading said Notice of Motion the Affidavit of Susan Frisby sworn on the 23rd day of July 2007 the Affidavit of Michael Kealey sworn on the 10th day of August 2007 the Affidavits of Susan Frisby and Ben Goldenberger both sworn on the 14th day of August 2007 and the documents and exhibits respectively referred to therein the said Order of this Honourable Court of the 31st day of July 2007 and upon hearing said Counsel and Counsel for the Defendants and Counterclaim-Plaintiffs

The Court was pleased to reserve its judgment

And the matter being listed on this day for judgment

IT IS ORDERED that:

1. the reliefs sought in the said Motion be refused

2. the said Order of the 31st of July 2007 be varied to direct that the evidence of the said non-Party Mr. Henry Prestage be used only for the purposes of the United States proceedings and the documents referred to in the said Order be used only to support the testimony of the said non-Party where appropriate

3. the said Order of the 31st of July 2007 be further varied to require the said non-Party to attend before Niall F.Buckley B.L. of the Law Library Four Courts Dublin 7 who is hereby appointed the Examiner herein at the offices of Mason Hayes and Curran South Bank House Barrow Street Dublin 4 on Tuesday

THE HIGH COURT

the 11th day of September 2007 and do there submit to be examined upon oath or affirmation in respect of the questions or lines of enquiry and to produce all documents in the manner set out in the said Order

And the Court doth make no order as to costs

Liberty to the Parties to the within Notice of Motion to apply

*Stephen n. C.*
REGISTRAR

William Fry
Solicitors for the non-Party

Mason Hayes and Curran
Solicitors for the Defendants and Counterclaim Plaintiffs

A COPY WHICH I ATTEST
...........................
FOR REGISTRAR

Motion Refuse & Costs(Style).doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.