UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co., | ) |
| Plaintiffs | ) Case No. 05-10679-WGY |
| v. | ) |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) |
| Defendants and Counterclaimants, | ) |
| v. | ) |
| KOTVA a.s., SPV Co., and RICHARD HARAZIM | ) |
| Counterclaim-Defendants | ) |

**DEFENDANTS' DESIGNATIONS FROM THE TRANSCRIPT OF THE VIDEOTAPE DEPOSITION OF BONNIE WEISS**

Attached hereto are pages from the recent deposition of Bonnie Weiss. Also included are the front pages of the 2005 Financial Statements of Brookdale Global Opportunity Fund and Brookdale International Partners, L.P., marked by the plaintiffs as their Exhibit DK.

Designations

Page 16 lines 20-23
Page 18 lines 8-19
Page 19 lines 13-14
Page 39 line 20 – Page 40 line 5
Page 43 lines 1-6

1

Page 51 lines 11-20
Page 60 line 6 – Page 66 line 7
Page 69 lines 3-22
Page 74 line 4 – Page 75 line 4
Page 76 line 3 – Page 77 line 8
Page 82 line 1 – Page 87 line 1
Page 88 line 20 – Page 89 line 16
Page 95 line 1 – Page 96 line 24
Page 99 line 14 – Page 101 line 10
Page 102 line 14 – Page 104 line 21
Page 118 line 10 – Page 119 line 20
Page 133 line 2 – Page 134 line 14
Page 137 lines 1-14

*Audited by:*



Financial Statements of

**BROOKDALE GLOBAL OPPORTUNITY FUND**

December 31, 2005

WP0021582

*Audited by:*



Financial Statements of

**BROOKDALE INTERNATIONAL PARTNERS, L.P.**

December 31, 2005