UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KOTVA a.s. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-10679-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' TRIAL BRIEF REGARDING KOTVA'S
REPORTING WEISS TO THE CZECH POLICE**

During the second day of trial, the Court instructed the parties at sidebar not to present evidence concerning Kotva's reporting to the Czech police Mr. Weiss' conduct. **Documents referencing Kotva's reporting to the Czech police, however, are already in evidence.** See, e.g., Exhibits 88, 89, 132, 139, and 146. For example, **Exhibit 132** (an email from Weiss to one of his investors) Weiss claims that the Czech prosecutors' criminal charges were used to pressure him to cease his efforts to protect his shareholders:

> Apparently Forminster is trying to induce the police to charge Weiss with extortion because they believe Weiss is behind the lawsuits that are intended to stop Forminster from stealing all of the assets of KOTVA, and because Weiss is trying to get BGO's shares of KOTVA to receive the same payment as the KOTVA shares that Forminster is selling, and because he does not believe the shareholders of Trend should be left out of any settlement.
>
> * * * *
>
> These lawsuits apparently discouraged the Irish investors from buying the property and that is why the Forminster people are using the Public Prosecutor to try to intimidate me and get me to drop the lawsuit so that they can complete their theft of all the assets of KOTVA.

Weiss' email to his investor, moreover, attaches a newspaper article reporting the criminal charges against Weiss and Hoffman:

> Prague, February 4, 2005 (CTK) – Police suspect a minority shareholder of KOTVA, Mr. Andrew Weiss and two of his associates of extortion. Police have already charged two associates of Mr. Weiss. 'The prosecution was initiated on Thursday', Mr. Martin Omelka, spokesman of the public prosecutor, told today to CTK. However, he refused to give any other details, not even whether the prosecutor proposes taking them into custody. The company Kotva runs a department store of the same name in Prague.

Similarly, **Exhibit 139** (another email from Weiss to an investor) specifically references both the criminal charges against him as well as wire taps:

> I have no experience with criminal matters and my lawyers are sort of stunned that this is a legal matter at all, they initially kept saying that it is 'impossible' for anyone to be **charged with extortion** based on the alleged actions.
> \* \* \* \*
> You should be aware that my Czech lawyers say that **all calls to the Czech Republic are probably recorded, and even internal calls are tapped.** Similarly, you should assume that **any emails you send me are being intercepted and read by** the Forminster people and their confederates in **the Czech government.**

Additionally, **Exhibit 143** (a letter from Weiss to his investors) refers to the criminal charges against Weiss and Vladimir Hoffman:

> In previous correspondence I described the prospective **criminal charges being brought against me the Czech Republic.**
> \* \* \* \*
> **They have also persuaded the police to charge my former associate** and his office manager **with extortion** for threatening to petition the courts to return the assets to their rightful owners.
> \* \* \* \*
> I personally have been sued in Boston Federal Court as has Weiss Asset Management. These lawsuits are ridiculous . . . The objective of these lawsuits, **as well as the criminal charges brought in the Czech Republic**, is to try to discourage me from continuing my efforts to prevent the segregated assets from being stolen. (emphasis added)

Finally, **Exhibits 88 and 89** (which defendants identified as exhibits), moreover, are Mr. Harazim and Mr. Benda's **statements to the Czech police** as part of the investigation into Weiss' extortion scheme.

2

Simply put, the fact that criminal charges were being brought against Weiss **is already in evidence.** Preventing plaintiffs from telling the full story will mislead the jury and prejudice plaintiffs. Indeed, the jury has already handed a written question to the Court asking why Kotva was negotiating with Weiss if it was illegal for the company to buy BGO's shares. Kotva needs to explain to the jury that it was "negotiating" with Weiss to expose his scheme - - **so that Kotva could report him to the police**. Indeed, Mr. Harazim will testify that as a fiduciary he owed a duty to the shareholders to protect the company against blackmail. He fulfilled this duty by reporting defendants' conduct to the police. Mr. Harazim also will testify his motivation in exchanging offers with Weiss was to defend against what he perceived to be a criminal act and to expose the scheme - - and not for any nefarious reason. Indeed, this evidence is especially compelling because defendants called Mr. Harazim and Kotva "thieves" and "bad people" in their opening statement, and repeatedly accused them of stealing the assets of Kotva.

So far, Mr. Harazim has testified that "offers" were exchanged with Weiss and WAM. If Kotva is not able to explain why it was "negotiating" with Weiss, the jury will be misled into believing that Kotva was just "playing games." Indeed, jurors might ask themselves "if Kotva really thought this was extortion or blackmail, why didn't it go to the police?" Simply put, Kotva did promptly report Weiss to the police.

There are no countervailing considerations of prejudice because the fact of the criminal charge is already in evidence. See e.g. Exhibits 88, 89 132, 139, and 146.

WHEREFORE, Plaintiffs respectfully request that Plaintiffs be permitted to explain to the jury facts surrounding Kotva's communications with the police relating to Mr. Weiss.

Respectfully submitted,

KOTVA A.S. and SPV CO.,

By their attorneys,

/s/ Dana A. Zakarian
Joel G. Beckman (BBO# 553086)
William C. Nystrom (BBO#559656)
Dana A. Zakarian (BB0# 641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: October 25, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 25th day of October, 2007.

/s/ Dana A. Zakarian