UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KOTVA a.s. and SPV Co., | ) | |
| | ) | |
| Plaintiffs | ) | Case No. 05-10679-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) | |
| | ) | |
| Defendants and Counterclaimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KOTVA a.s., SPV Co., and RICHARD HARAZIM | ) | |
| | ) | |
| Counterclaim-Defendants | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR AN ADVERSE INFERENCE RELATING TO THE REFUSAL OF ONDREJ PETERKA AND HIS CLIENTS TO WAIVE THE ATTORNEY-CLIENT PRIVILEGE DURING HIS TESTIMONY AND FOR PERMISSION TO RAISE THE CRIMINAL CHARGES IF DEFENDANTS PROCEED WITH THEIR COUNTERCLAIM**

1. Plaintiffs have the wrong impression about what Ondrej Peterka is going to be asked to testify about tomorrow. He will not be asked to testify about anything that borders on the attorney-client privilege. He is proffered to testify about the following subjects only:

1. The nature of allegations in the Gilroy and Balfindor complaints and the claims for relief;

2. The public sources for those allegations in the complaint;

3. His knowledge about what happened in the dismissal of the case;

4. Whether the type of filing in the Cadastre (Registry) prevented or hindered a sale;

5. Whether the letter of instruction indicated that he was to follow the instructions of Andrew Weiss only, or Vladimir Hoffman as well;

6. Whether he believes that the Gilroy and KT lawsuits were meritorious;

7. What the legal purposes of the lawsuits were;

8. Whether the action could have been brought as a class action;

9. Whether all of the claims could have been brought in one claim;

10. Whether there actually ever was a vote of the general meeting of Kotva to liquidate or not;

11. The nature of the votes taken by KT through his law firm at general meetings;

12. Whether at the October 18th meeting he attended it is true that he suggested that Kotva should purchase more than 10 percent of its shares; and

12. As to the document introduced into evidence recently, the former FS, whether it was actually issued by J& T Bank or any other bank, and the true nature of the business which made the alleged 8.5% "risk free" interest offer to Kotva.

    None of these involve the attorney-client privilege or constitute a waiver of the work product privilege. All of them are <u>responsive</u> to allegations made by Richard Harazim, or arise from the cross-examination of plaintiffs' counsel. It will be unfair in the extreme for the defendants to suffer an adverse interest as to attorney-client under such circumstances. If plaintiffs' counsel purposely question Mr. Peterka outside of these areas or inside them in an overt effort to cause the attorney-clinet privilege to be raised, this should not cause an adverse interest. In <u>Kelly</u> v. <u>Atkins,</u> 374 Mass. 320 (1978), the Court allowed defense counsel to ask questions which invokes the waiver. But, the Court did not draw an adverse inference nor did it suggest that the procedure involved of calling the attorney to testify about matters outside of the

privilege gave rise to an adverse inference. In the Greater Clamshell Alliance cited by opposing counsel, the First Circuit made it clear that an adverse inference should not be drawn automatically. 818 F.2d 13, 20-21. One should not be drawn in this case.

    2. Plaintiffs also have the wrong impression about the nature of the proof in the counterclaim. None of the documents, no oral evidence suggest that it is anything other than the civil case which has caused them damages in the United States. Brookdale's footnote involves only disclosure of pending cases or administrative proceedings. There is no pending criminal case or proceeding against Andrew Weiss anywhere. The lost customers have inquired only about the civil case. See Attachments 1 and 2. To open the defendants to the criminal allegations now opens a real can of worms and is irrelevant to the claim of abuse of civil process. Criminal allegations in the Czech Republic are perhaps not as damning as here (though they are as unpleasant). There is no evidence or suggestion that any of the lost customers knew about the criminal allegations.

    Respectfully submitted,

ANDREW WEISS and WEISS ASSET
MANAGEMENT, LLC

By their counsel,

    /s/Edward T. Dangel, III
Edward T. Dangel, III (BBO#113580)
Dangel & Mattchen, LLP
Ten Derne Street
Boston, MA 02114
617-557-4800

3

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2007.

                                                                /s/Edward T. Dangel, III  
                                                              Edward T. Dangel, III

BROOKDALE GLOBAL OPPORTUNITY FUND

Notes to Financial Statements (continued)

December 31, 2005
*(stated in United States dollars)*

8. **Financial instruments and associated risks (continued)**

   *(f) Specific instruments (continued)*

   *(iv) Options (continued)*

   The risk in writing a call option is that the Company gives up the opportunity for profit if the market price of the security increases and the option is exercised. The risk in writing a put option is that the Company may incur a loss if the market price of the security decreases and the option is exercised. The Company also has the additional risk of not being able to enter into a closing transaction if a liquid secondary market does not exist.

   The Company's risk of loss is not represented by the notional contract amounts. Contract or notional amounts reflect the involvement of the Company in the financial instruments, risk arise from possible adverse movements in foreign currency exchange rates, prices of the underlying securities and value of the underlying indices.

9. **Fair value**

   For certain of the Company's financial instruments, including cash, receivables, due to brokers, payables, subscriptions received in advance and capital stock redeemed, the carrying amounts approximate fair value due to the immediate or short-term nature of these financial instruments.

   Fair value estimates are made at a specific point in time, based on market conditions and information about the financial instrument. These estimates are subjective in nature and involve uncertainties and matters of significant judgement and therefore, cannot be determined with precision. Changes in assumptions could significantly affect the estimates.

10. **Contingencies**

    In April 2005, Andrew Weiss and Weiss Asset Management ("Weiss") were sued in Boston Federal Court. The "claim" is that Weiss asked for more than the market price for Kotva shares owned by the CVF Investments Limited and that threats were made to bring lawsuits to protect the interests of the investors Weiss represents. The investments in dispute were segregated in September 2000, when the conversion of Czech Value Fund to an open-end fund was completed. Therefore, only people who were investors in the Company as of September 30, 2000 have a direct economic interest in the assets in question. The probability that the claim against Andrew Weiss and Weiss will be upheld by the court is remote. Even if Andrew Weiss and Weiss were to lose the lawsuits, the net asset value of the Company would not be affected. A counter-claim has been filed and if the counter-claim is successful, then there could be significant gains to those shareholders of the Company who had been investors on September 30, 2000. The Company has received letters from its Czech and U.S. lawyers opining on the lack of merit of the lawsuits brought against Andrew Weiss and Weiss.

WP0021617

**CAMBRIDGE ASSOCIATES LLC**
4100 North Fairfax Drive, Suite 1300 Arlington, VA 22203-1664
Phone: 703-526-8500   Fax: 703-738-2258

### Part 1 – Firm Information

Firm Name: _____

Questionnaire Completed By: _____ Date Completed: _____

I. **Organization**

   A.  Address: _____
                                 _____
                                 _____

          Telephone Number:  (____)_____   Fax Number: (____)_____

          Website Address: _____

   B.  Year Founded _____ SEC Registered? _____   AIMR Compliant (Specify Level) _____

   C.  Parent Affiliate _____

   D.  Type of Organization:

|  |  |  |  |
|---|---|---|---|
| _____ | Bank | _____ | Insurance Company |
| _____ | Bank Affiliate | _____ | Insurance Company Affiliate |
| _____ | Brokerage Firm | _____ | Foreign Company Affiliate |
| _____ | Brokerage Firm Affiliate | _____ | Holding Company Subsidiary |
| _____ | Independent Investment Counsel Firm | _____ | Other (please explain) |

   E.  Do minorities and/or females hold a majority ownership position in the firm? Yes ____ No ____

       If yes, please specify _____

   F.  Please describe briefly the firm's ownership structure, including parent and affiliates. If your firm is an affiliate that is wholly-owned, please indicate the owners and the percent of their ownership.

   G.  Is there pending litigation or administrative proceedings against your firm, or its officers, directors, or employees in connection with services rendered by them on behalf of the firm?

       Yes ____   No ____

       If yes, please attach a brief description of the pending litigation or administrative proceedings.

   H.  Firm assets under management as of (**Please Circle One**): Mar 31 / Jun 30 / Sep 30 / Dec 31, 20____

       Indicate if currency is not in $US

| Total Assets (mil) | Total # of Products | Total Discretionary Assets (mil) | Total Non-Discretionary Assets (mil) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

WP022798

**CAMBRIDGE ASSOCIATES LLC**
4100 North Fairfax Drive, Suite 1300 Arlington, VA 22203-1664
Phone: 703-526-8500   Fax: 703-738-2258

**Part Two - Product Information: Hedge Fund**

Firm Name: _____

Fund Name: _____

Date: _____


I. **INVESTMENT PHILOSOPHY**

Please attach a description of the investment philosophy for this strategy and the process through which it is implemented. Please note if this fund concentrates in any one industry or geographic region.


II. **ASSET INFORMATION**

**Assets Under Management (Unleveraged):**

(Please circle one)  Mar 31 / Jun 30 / Sep 30 / Dec 31, 2003

| | |
|---|---|
| Total Fund Assets | $_____mm |
| Total Firm Assets Managed in this Strategy | $_____mm |
| Total Firm Assets Under Management | $_____mm |


III. **PERSONNEL**

| **Data Contact for this Strategy:** | **New Business Contact for this Strategy:** |
|---|---|
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Telephone: (    ) _____ | Telephone: (    ) _____ |
| Fax: (    ) _____ | Fax: (    ) _____ |
| E-mail address: _____ | E-mail address: _____ |

Address: (If Different from Firm Address)     Address: (If Different from Firm Address)

_____    _____
_____    _____

| **Portfolio Manager(s):** | **Portfolio Manager(s):** |
|---|---|
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |

Please Attach a Biography.                    Please Attach a Biography.

WP022799

IV.    INVESTMENT VEHICLES

U.S.-based Limited Partnership:

| | |
|---|---|
| Management Fee: _____ | Number of days notice for redemption: _____ |
| Incentive Fee: _____ | Length of lockup: _____ |
| Loss carryforward (Y/N): _____ | Minimum Account size: _____ |
| Contribution dates: _____ | Open/Closed to new investors: _____ |
| Withdrawal dates: _____ | |

Offshore Fund:

| | |
|---|---|
| Management Fee: _____ | Number of days notice for redemption: _____ |
| Incentive Fee: _____ | Length of lockup: _____ |
| Loss carryforward (Y/N): _____ | Minimum Account size: _____ |
| Contribution dates: _____ | Open/Closed to new investors: _____ |
| Withdrawal dates: _____ | |

Separately Managed Accounts:

| | |
|---|---|
| Management Fee: _____ | Number of days notice for redemption: _____ |
| Incentive Fee: _____ | Length of lockup: _____ |
| Loss carryforward (Y/N): _____ | Minimum Account size: _____ |
| Contribution dates: _____ | Open/Closed to new investors: _____ |
| Withdrawal dates: _____ | |

* Please provide an offering memorandum for each vehicle you manage in this strategy.

V.    PERFORMANCE

Please attach monthly, quarterly, and annual performance numbers for the fund that are net of management fees and performance related incentive fees since inception. If net performance numbers are not available please provide gross figures.

VI.    ATTACHMENTS

**Please attach the following information:**

An offering memorandum for all of the vehicles you manage in this strategy.

Biographies for all of the key investment personnel.

Monthly, quarterly, and annual performance numbers for the fund, net of management fees and performance-related incentive fees since inception. If net performance numbers are not available please provide gross returns.

Any marketing materials you wish to provide.

3

WP022800