UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
KOTVA a.s. and SPV Co.,                     )
                                            )
       Plaintiffs                          )   Case No. 05-10679-WGY
                                            )
       v.                                  )
                                            )
ANDREW WEISS and WEISS ASSET                )
MANAGEMENT, LLC                             )
                                            )
       Defendants and                      )
       Counterclaimants,                   )
                                            )
       v.                                  )
                                            )
KOTVA a.s., SPV Co., and RICHARD HARAZIM    )
                                            )
       Counterclaim-Defendants             )
                                            )
_____)

## DEFENDANTS' TRIAL BRIEF CONCERNING CERTAIN EXHIBITS

      There are five exhibits in evidence which reference Kotva's reporting the Weiss parties to the Czech Police. At the time that they were made exhibits, defendants' counsel inadvertently missed the references. Further, the defendants' motion to exclude reference to the criminal charges in Prague was pending and not yet ruled upon.

      Only one exhibit has been mentioned during the trial. That exhibit, **132**, was mentioned by plaintiffs' counsel, who read portions into the record which did not mention the criminal charges. It is hereby requested that the exhibit be redacted before it is given to the jury. The other exhibits are **88**, **89**, **139**, and **146**. None of these exhibits are critical to either parties'

presentation of their case, and the exhibits should be removed from the exhibit books given to the jury to avoid extreme prejudice.

WHEREFORE, the defendants move that exhibits 88, 89, 139, and 146 be stricken, and that the references to criminal charges in exhibit 132 be redacted

Respectfully submitted,

ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC

By their counsel,

\_\_\_/s/Edward T. Dangel, III\_\_\_
Edward T. Dangel, III (BBO#113580)
Dangel & Mattchen, LLP
Ten Derne Street
Boston, MA 02114
617-557-4800

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants November 1, 2007

\_\_/s/ Edward T. Dangel, III_____
Edward T. Dangel, III