UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC<br><br>　　　　Defendants. | Case No. 05-10679-WGY |

## PLAINTIFFS' OPPOSITION TO
## DEFENDANTS' MOTION TO ALTER THE EVIDENTIARY RECORD

In preparing for closing argument, plaintiffs notified defendants of their intent to show Exhibit 132 as part of their presentation to the jury. In accordance with the Court's instruction not to reference the criminal charge, and as a professional courtesy to defendants, plaintiffs voluntarily offered to redact the reference to the criminal charge in Exhibit 132 in the visual presentation. See Email from Dana Zakarian to Terry Dangel dated November 1, 2007 sent at 5:53 p.m (attached as Exhibit A). Planitiffs further asked defendants to respond so that they could redact, prepare, and digitize the document this evening.

Rather than responding to plaintiffs' offer, defendants immediately filed a motion to redact Exhibit 132 before it goes to the jury and to strike four other exhibits (88, 89, 139, and 146) in evidence - - which were initially agreed upon by the parties. Defendants' seek to justify their proposal to **alter** the evidentiary record by claiming that "at the time that they were made exhibits, defendants' counsel inadvertently missed the references."

On the contrary, Exhibits 88 and 89 - - defendants' own exhibits - - are statements from Mr. Harazim and Mr. Benda (in Czech) to the Czech police. Their description on the Exhibit list is "Harazim Police Statement" and "Benda Police Statement." Defendants cannot credibly assert that they "inadvertently" missed the references to the criminal proceedings when they selected these documents.

Similarly, Exhibit 139 is an email string between Weiss and one of his investors discussing how best to petition the US government to invervene on his behalf in the criminal matter pending against him in the Czech Republic. Again, the claim that defendants' counsel "inadvertently" missed the reference to the criminal charges in this document is not credible.

Finally, Exhibit 146 is an email string between Georgiy Nikitin and the New York Times that references Mr. Weiss bald accusation that representatives of Kotva are associated with the Russian mob. Defendants' undoubtedly wanted this document in evidence to further their argument that Kotva is made up of "bad people" and "thieves."

Putting aside defendants' dubious claim of inadvertence, plaintiffs oppose any effort to alter the evidentary record. Simply put, the documents are in evidence. They cannot now be removed just because defendants have changed their mind on the last day of trial. For these reasons, plaintiffs respectfully request that the Court deny defendants' request to alter the record evidence.

        Respectfully submitted,

        KOTVA A.S. and SPV CO.,

        By their attorneys,

        /s/ Dana A. Zakarian
        Joel G. Beckman (BBO# 553086)
        William C. Nystrom (BBO#559656)
        Dana A. Zakarian (BBO# 641058)
        NYSTROM BECKMAN & PARIS LLP
        10 St. James Ave., 16th Floor
        Boston, Massachusetts 02116
        (617) 778-9100
        (617) 778-9110 (fax)

Dated: November 1, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 1st day of November, 2007.

        /s/ Dana A. Zakarian

**Dana Zakarian**

| | |
|---|---|
| From: | Dana Zakarian |
| Sent: | Thursday, November 01, 2007 5:53 PM |
| To: | 'Terry Dangel'; 'ksh@keithhalpern.com' |
| Cc: | Joel Beckman |
| Subject: | Kotva v. Weiss |

Terry:

I would like to address and resolve two issues before tomorrow:

1. Exhibit 177 (Exhibit FS) consists of a Jan. 9, 2006 letter (the first 3 pages), a Jan. 11, 2005 letter (the second 3 pages) and an account statement (the last page). If you would prefer, we are willing to cut the exhibit down to just the Jan 11, 2005 letter (the second three pages). Please let us know your preference.

2. We intend to use Exhibit 132 in our closing, which references the criminal charge against Weiss. We are willing to redact that reference out of the exhibit. Please let us know you preference.

Please get back to me on both of these issues tonight so that we may prepare the electronic scans accordingly.

Dana

 Nystrom Beckman Paris

Dana A. Zakarian
10 St. James Avenue, 16th Floor
Boston, MA 02116
Direct: (617) 778-9127
Fax: (617) 778-9110