# United States District Court

DISTRICT OF _____

Kotva v. Weiss

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA 05-10679

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Nystrom, Beckman | Dansd, Halpern |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/24/07 | Womack | Smith |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/24/07 | | | Richard Harazim |
| | | | MP | 173 | election to board |
| | | | MC | 174 | notification |
| | | 10/25/07 | | | Richard Harazim |
| | | | | | jury quest #1, #2, #3 (not asked), #4 |
| | | 10/26/07 | | | Richard Harazim |
| | | | | | jury quest #5, #6, #7 |
| | | 10/29/07 | IR | 175 | email 7/8/03 |
| | | | | | Richard Harazim |
| | | | IE | 176 | draft law suit against Woolf |
| | | | | | jury quest #8, #9, #10, #11, #12 (not asked) |
| | | | | | Howard Golden deposition testimony |
| | | | FS | 177 | J&T Bank/UBS Account statements |
| | | 10/30/07 | | | Howard Golden deposition testimony |
| | | | | | Andrew Weiss |
| | | | N | 178 | email Hoffman-Weiss |
| | | | | | jury quest #13, #14, #15, #16, #17 |
| | | | E | 179 | minutes BGO board of directors meeting |
| | | | Y | 180 | email from Weiss to Milgram |
| | | | AB | 181 | email from Weiss to Hoffman |
| | | 10/31/07 | | | Andrew Weiss |
| | | | MR | | Revised privilege log |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST — CONTINUATION**

Kotva vs. Weiss    CASE NO. CA 05-10679-WGY

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/31/07 | | | Jury quest #18, #19, #20, #21, #22, #23, #24 |
| | | | BQ | 182 | email Weiss to Hoffman |
| | | | HG | 183 | UK arbitrator award |
| | | | | | Stephen Ross |
| | | | T | 184 | email Hoffman to Woolf and Weiss |
| | | 11/1/07 | | | Andrew Weiss |
| | | | | | Jury quest #25, #26, #27 |
| | | | | | Frank Walker |
| | | | CJ | 185 | joint investment instruction |
| | | | LW | 186 | email from Walker to Prestage |
| | | | | | Richard Harazim recalled |
| | | | MQ | 187 | 10/24/07 bank statement |
| | | | | | Ondrej Peterka |
| | | | | | Georgiy Mikitin |
| | | 11/2/07 | | | Georgiy Mikitin |
| | | | | | Jury quest #28, #29, #30, #31 |
| | | | | | Martin Benda video deposition |
| | | | MR | | Transcript and CD of 10/25/07 |



Kotva Weiss

CA 05-10679-WGY

## AGREED UPON EXHIBITS INDENTIFIED PURSUANT TO PRETRIAL ORDER

| AGREED UPON TRIAL EXHIBIT NUMBER | Plaintiffs' Ex. No. | Defendants' Ex. No. | Date | Description | Bates #/Exhibit # | Note |
|---|---|---|---|---|---|---|
| 1 | 3 | 119 | 12/21/1999 | Settlement Agreement between Trend and Forminster | Settlement Agreement, K0099-114 | |
| 2 | | 125 | 11/23/2000 | Ernst & Young Report 2000 | K0145-151; 30b6-18 | |
| 3 | 5 | | 9/1/2001 | Photos of Kotva building/neighborhood | K8479-8490; K8797-8800 | |
| 4 | | 279 | 5/2/2003 | Email from Wilson to Harazim | K2972 | |
| 5 | | 151 | 5/12/2003 | Memorandum from Kemp to Prestage and Wilson | MARK000038-40 | |
| 6 | 20 | | 9/2/2003 | Email from Milgram to Barath and Dubrow | WP 0000005; AW-8 | |
| 7 | 22 | | 9/14/2003 | Email from Hoffmann to Weiss | WP0000011 | |
| 8 | 23 | | 9/15/2003 | Email from Weiss to Hoffmann | WP0000020-1 | |
| 9 | 24 | 94 | 9/15/2003 | Letter from Weiss to Hoffmann | WP0004292-4; GN-2 | |
| 10 | 28 | 126 | 10/16/2003 | Kotva and Markland Agreement on a Future Agreement on Share Purchase | KC1-1539-1581; 30b6-19 | |
| 11 | 29 | 95 | 10/31/2003 | Mandate for Hoffmann - signed | WP 0006204; GN- 3 | |
| 12 | | 3 | 11/28/2003 | Email from Hoffmann to Johnson | WP0000125 | |
| 13 | 35 | | 12/4/2003 | Email from Weiss to Hoffmann | WP 0000133; AW-9 | |
| 14 | | 4 | 12/8/2003 | Email from Hoffmann to Weiss | WP0000137 | |
| 15 | | 5 | 12/18/2003 | Email from Weiss to Hoffmann | WP0000153-155 | |
| 16 | | 6 | 12/19/2003 | Email from Prestage to Harazim | WP0000160 | |
| 17 | | 7 | 12/23/2003 | Email from Hoffmann to Milgram and Weiss | WP0000165 | |
| 18 | | 149, 259 | 1/20/2004 | Share Purchase Agreement (signed) | KC1-1796-1834 | |
| 19 | | 215 | 1/28/2004 | Email from Prestage to Harazim | KC1 0046 | |
| 20 | 43 | | 2/2/2004 | Letter from Oxley to WAM | WP0000236 | |
| 21 | | 213 | 2/19/2004 | Email from Wilson to Roels | KC10008 | |
| 22 | | 216 | 2/27/2004 | Email from Prestage to Harazim | KC10078 | |
| 23 | 47 | | 3/1/2004 | Letter from Weiss to Hoffmann | WP0006695-6 | |
| 24 | | 217 | 3/1/2004 | Email from Wilson to Harazim | KC10081 | |
| 25 | | 218 | 3/1/2004 | Email from Prestage to Harazim | KC10082 | |
| 26 | | 219 | 3/1/2004 | Email from Wilson to Harazim | KC10084 | |
| 27 | | 220 | 3/5/2004 | Email from H. Prestage to R. Harazim | KC10090 | |
| 28 | | 9 | 3/25/2004 | Email from Weiss to Hoffmann | WP0000303 | |
| 29 | | | 4/29/2004 | Email from Hoffmann to Weiss | WP0000326 | |
| 30 | 50 | 11 | 5/6/2004 | Email from Hoffmann to Nikitin | WP0001759-1763 | |
| 31 | | 66 | 5/10/2004 | Email from Nikitin to Hoffmann | WP0001798-1799 | |
| 32 | | 230 | 5/27/2004 | Draft Share Purchase Agreement | KC10501 | |
| 33 | 57 | | 5/30/2004 | Email from Weiss to Svejnar | WP 0000411-13; AW-14 | |
| 34 | | 14 | 6/3/2004 | Email from Hoffmann to Weiss | WP0008406 | |
| 35 | | 53 | 6/7/2004 | Email from Weiss to Woolf | WP0000464 | |
| 36 | 65 | 99 | 6/24/2004 | Email from Dubrow to Hoffmann | WP 0008532-41; GN-10 | |
| 37 | | | | REMOVED | | |
| 38 | 67 | 30, 96 | 6/30/2004 | Gilroy Complaint | WP0005519-33, WP0002022-2036, GN- 6 | Same as #36 |
| 39 | 68 | 78 | 6/30/2004 | Gilroy Complaint: Official Translation to be used at trial | K 0249-265; GN - 7 | |
| 40 | | 157 | 7/2/2004 | Letter from Peterka to Prestage | MARK000948-963 | |
| 41 | 72 | | 7/7/2004 | Email from Bryan Wilson to Harazim | K1822 | |
| 42 | 74 | | 7/12/2004 | Email from Hoffmann to Weiss | K1837-8 | |
| 43 | | 228 | 7/12/2004 | Email from Wilson to Harazim | KC10390 | |
| 44 | 75 | | 7/13/2004 | Email from Wilson to Smija | K1845-8 | |
| 45 | | 268 | 7/30/2004 | Email from Prestage to Harazim | K1921 | |

# AGREED UPON EXHIBITS INDENTIFIED PURSUANT TO PRETRIAL ORDER

| AGREED UPON TRIAL EXHIBIT NUMBER | Plaintiffs' Ex. No. | Defendants' Ex. No. | Date | Description | Bates #/Exhibit # | Note |
|---|---|---|---|---|---|---|
| 46 | 81, 82, 84 | | 8/4/2004 | Emails from Harazim to Hoffmann | K5548-5561; K5551, RH-28; K 5550, GN-12 | |
| 47 | 87 | | 8/4/2004 | Email from Langlois to Nikitin | WP 0002299 – 0002327 | |
| 48 | | 100 | 8/4/2004 | Email from Harazim to Hoffmann | K5550 | |
| 49 | 88 | | 8/5/2004 | KT Board Meeting Minutes | WP 0002335-6; GN-8 | |
| 50 | 89 | | 8/5/2004 | Email from Prestage to Harazim | K1925 - 26; RH-24 | |
| 51 | 91 | | 8/6/2004 | Email from Nikitin to Hoffmann | WP 0002337-8; GN-14 | |
| 52 | 92 | 129 | 8/6/2004 | Letter from Benda to Weiss | W0002812 | |
| 53 | | 102 | 8/9/2004 | Email from Hoffmann to Weiss and Nikitin | WP 0002341-2343; GN-15 | |
| 54 | 93 | | 8/9/2004 | Email from Weiss to Hoffmann | WP 0016704-5; GN-16 | |
| 55 | | | 8/9/2004 | Email from Nikitin to Hoffmann | WP0002340 | |
| 56 | | 128 | 8/9/2004 | Email from Hoffmann to Nikitin | W0001211 | |
| 57 | 94 | | 8/11/2004 | Email from Hoffmann | WP 0000626 | |
| 58 | 96 | | 8/12/2004 | KT, Inc. Director Action by Written Consent | WP 0002356 | |
| 59 | 97 | 103 | 8/16/2004 | Email from Nikitin to Hoffmann and Weiss | WP 0002363-4; GN-17 | |
| 60 | 98 | | 8/16/2004 | Email from Nikitin to Weiss | WP 0002365-6; GN-20 | |
| 61 | 99 | | 8/16/2004 | Letter from Weiss to Benda | WP 0002368-9; AW-20 | |
| 62 | 100 | | 8/17/2004 | Email from Hoffmann to Nikitin | W 0005287-8; GN-18 | |
| 63 | 101 | 104, 271 | 8/17/2004 | Email from Nikitin to Hoffmann and Harazim | WP 0002372-3; GN-19, W0004223 | |
| 64 | 102 | 105 | 8/17/2004 | Email from Harazim to Nikitin and Hoffmann | WP 0002377-8; GN-21 | |
| 65 | 103 | 106 | 8/17/2004 | Email from Hoffmann to Nikitin | WP 0000632; GN-22 | |
| 66 | 104 | | 8/17/2004 | Email from Hoffmann to Nikitin | WP 0002367 | |
| 67 | | 55 | 8/17/2004 | Email from Harazim to Nikitin and Hoffmann | WP0006630-631 | |
| 68 | | | | REMOVED | | Same as #63 |
| 69 | | | | REMOVED | | Same as #64 |
| 70 | | | | REMOVED | | Same as #65 |
| 71 | | 183 | 8/17/2004 | Email from Prestage to Harazim | K1981 | |
| 72 | | | | REMOVED | | |
| 73 | 106 | 107 | 8/18/2004 | Email from Nikitin to Hoffmann | WP 0002396-98, GN-23 | |
| 74 | 107 | | 8/18/2004 | Email from Nikitin to Harazim and Hoffmann | WP0003299-2400 | |
| 75 | 108 | | 8/18/2004 | Email from Nikitin to Hoffmann | WP 0002401-2; GN-24 | |
| 76 | | 130 | 8/18/2004 | Minutes of board of directors meeting | K5077-5078 | |
| 77 | | 29 | 8/20/2004 | Email from Hoffmann to Nikitin | WP0000662 | |
| 78 | 109, 114 | 109 | 8/23/2004 | Email from Hoffmann to Harazim | WP 0002440-1; AW-22; GN-27 | |
| 79 | 110 | | 8/23/2004 | Letter from Weiss to Benda and Harazim | WP0002402 | |
| 80 | 111 | | 8/23/2004 | Draft of Letter from Weiss to Benda and Harazim | WP0002424 | |
| 81 | 112 | | 8/23/2004 | Email from Nikitin to Hoffmann | WP 0002423-5; GN-25 | |
| 82 | 113 | 108 | 8/23/2004 | Email from Nikitin to Hoffmann | WP 0002426-7; GN-26 | |
| 83 | 115 | | 8/25/2004 | Email from Wilson to Harazim | K2031 | |
| 84 | 116 | 110 | 8/27/2004 | Email from Harazim to Nikitin | WP 0002446-7; GN-28 | |
| 85 | 117 | | 8/27/2004 | Email from Hoffmann to Nikitin | W 0005305-6; GN-30 | |
| 86 | 131 | 111 | 8/29/2004 | Email from Hoffmann to Nikitin | WP0002656; GN-29 | |
| 87 | 120 | | 9/1/2004 | Email from Hoffmann to Nikitin | WP0002451 | |
| 88 | | 85 | 9/9/2004 | Harazim Czech Police Statement | WP0019239-19242; RH-1 | |
| 89 | | 83 | 9/15/2004 | Benda Czech Police Statement | WP0019243-19247; MB-1 | |
| 90 | | 281 | 9/16/2004 | Memorandum from Wilson to Markland Holdings | M0018 | |

## AGREED UPON EXHIBITS INDENTIFIED PURSUANT TO PRETRIAL ORDER

| AGREED UPON TRIAL EXHIBIT NUMBER | Plaintiffs' Ex. No. | Defendants' Ex. No. | Date | Description | Bates #/Exhibit # | Note |
|---|---|---|---|---|---|---|
| 91 | | 272 | 9/20/2004 | Email from Prestage to Harazim | K2201 | |
| 92 | 132 | 112 | 10/4/2004 | Email from Hoffmann to Nikitin | WP0000664, 662; GN-31 | |
| 93 | | | 10/5/2004 | Email from Hoffmann to Weiss | WP0000666-8 | |
| 94 | 134 | 273 | 10/7/2004 | Email from Prestage to Harazim | K2229 | |
| 95 | | | 10/8/2004 | KT, Inc. Director Action by Written Consent | WP0002687 | |
| 96 | 136 | | 10/18/2004 | Email from Hoffmann to Weiss | K 0071; GN-32 | |
| 97 | 139 | | 10/20/2004 | Email from Wilson to Harazim | K2259; 30b6-10 | |
| 98 | 142 | | 10/20/2004 | Email from Wilson to Hoffmann | K 0073; GN-33 | |
| 99 | 143 | | 10/21/2004 | Email from Nikitin to Hoffmann | K0075-78 | |
| 100 | | 122 | 10/21/2004 | Memorandum prepared by Hoffmann | K2263; 30b6-11 | |
| 101 | 144 | 142 | 10/26/2004 | Email from Prestage to Harazim | WP0000688 | |
| 102 | 145 | | 10/27/2004 | Email from Hoffmann to Barath, Nikitin & Weiss | K 0093; GN-36 | |
| 103 | 146 | | 11/3/2004 | Email from Hoffmann to Weiss | WP0006114-16 | |
| 104 | 147 | | 11/4/2004 | Certificate of Organization of CVF Investments, LLC | K2293 | |
| 105 | | 280 | 11/8/2004 | Email from Prestage to Harazim | K 0048; GN-37 | |
| 106 | 149 | | 11/9/2004 | Email from Weiss to Hoffmann | KC10521 | |
| 107 | 150 | 231 | 11/9/2004 | Email from Smija to Wilson | WP 0002761; GN-38 | |
| 108 | | 63, 114 | 11/11/2004 | Email from Nikitin to Hoffmann | WP0000699-701; W0004230-4232, GN-39 | |
| 109 | | | 11/23/2004 | Email from Weiss to Harazim | KC10564 | |
| 110 | | 233 | 11/27/2004 | Email from Smija to Wilson | KC10586 | |
| 111 | 157 | 234 | 11/28/2004 | Email from Wilson to Smija | WP 0000705-6, GN-40 | |
| 112 | | 64, 115 | 12/1/2004 | Email from Harazim to Weiss | WP0000708-709 | |
| 113 | | 65 | 12/3/2004 | Email from Harazim to Weiss | KC10704 | |
| 114 | 159 | 241 | 12/4/2004 | Email from Smija to Wilson | K 0026-30; GN-41 | |
| 115 | 160 | | 12/8/2004 | Email from Nikitin to Harazim | WP 0016784-88; GN-42 | |
| 116 | 161 | | 12/8/2004 | Email from Weiss to Nikitin | WP 000309, GN-43 | |
| 117 | | 116 | 12/15/2004 | Email from Harazim to Nikitin | KC1-2641-2689 (English) KC1-2063-2148 (Czech) | |
| 118 | 162 | | 12/20/2004 | SPV Co and CRQ Czech Share Purchase Agreement | KC1-2641-2689 | |
| 119 | | 143, 256 | 12/20/2004 | Share Purchase Agreement | KC11093 | |
| 120 | | 246 | 12/20/2004 | Email from Wilson to Harazim | KC11216 | |
| 121 | | 248 | 12/21/2004 | Email from Smija to Wilson | KC11239 | |
| 122 | 163 | 250 | 12/22/2004 | Email from Zothova to Smija | K0126-144; GN-9 | |
| 123 | | | 12/23/2004 | KT Complaint; (Czech & English) Official Translation to be used at trial | WP 0010188; GN-44 | |
| 124 | 164 | 117 | 12/23/2004 | Letter from Peterka to Bryan Wilson | K3898-9 | |
| 125 | 167 | | 1/4/2005 | Email from Prestage to Harazim | K00037-38 | |
| 126 | | 82 | 1/6/2005 | Email from Weiss to Harazim | K2576 | |
| 127 | | 132 | 1/11/2005 | Email from Harazim to Prestage | WP0003096 | |
| 128 | 172 | | 1/19/2005 | Letter from Karp to Delaware Division of Corporation | K5079-5080 | |
| 129 | | 135 | 1/19/2005 | Minutes of board of directors meeting | K2583 | |
| 130 | | 138 | 1/19/2005 | Email from Wilson to Harazim | KC1-1937-1963 | |
| 131 | | 137 | 1/26/2005 | Escrow Agreement | KC10181 | |
| 132 | | 224 | 2/1/2005 | Email from Wilson to Harazim | W 0011547-53; AW-11 | |
| 133 | | | 2/8/2005 | Email from Bader to Weiss | KC1-1958-1963 (English); KC1-1964-1971; 30b6-21 (Czech) | |
| | 176 | | 2/14/2005 | SPV Co and CRQ Czech Amendment No. 1 to Share and Purchase Agreement | | |
| | 178 | | | | | |

AGREED UPON EXHIBITS IDENTIFIED PURSUANT TO PRETRIAL ORDER

| AGREED UPON TRIAL EXHIBIT NUMBER | Plaintiffs' Ex. No. | Defendants' Ex. No. | Date | Description | Bates #/Exhibit # | Note |
|---|---|---|---|---|---|---|
| 134 | 225 | | 3/1/2005 | Email from Walker to Harazim | KC10250 | |
| 135 | 226 | | 3/1/2005 | Email from Wilson to Harazim | KC10253 | |
| 136 | 252 | | 3/4/2005 | Share Purchase Agreement | KC11972 | |
| 137 | 254 | | 3/4/2005 | Agreement on the Transfer of Trademarks | KC12010 | |
| 138 | | | 3/16/2005 | Kotva 2004 annual report (Czech) | K5472-5547 | |
| 139 | | 136 | 3/17/2005 | Email from Weiss to Forbes | WP 0014172-3; GN- 48 | |
| 140 | | 189 | 4/6/2005 | Complaint | | |
| 141 | 194 | | 4/15/2005 | Email from Nikitin on behalf of Weiss to Stiglitz | WP0016820 | |
| 142 | 198 | | 5/16/2005 | Email from Nikitin and Weiss to Thomas | WP 0004637; GN- 46 | |
| 143 | 199 | | 5/20/2005 | Letter to Investors | Fitz0095; LB-18 | |
| 144 | 201 | | 6/10/2005 | Email from Weiss to Carey | WP 0014148-9; AW-2 | |
| 145 | 202 | | 6/10/2005 | Email from Weiss to Carey | WP0014150 | |
| 146 | 211 | | 9/19/2005 | Email from Nikitin to New York Times | WP 0014632-33; GN- 49 | |
| 147 | 218 | | 12/21/2005 | Topinka's Appeal to Czech Constitutional Court; Czech & English - Official Translation to be used at trial | WP 0017080-085; GN- 4, 5 | |
| 148 | 220 | | 12/31/2005 | Draft Escrow Agreement | KC10020 | |
| 149 | 228 | | 5/17/2006 | SPV CO December 31, 2005 Financial Statement | KC10391 | |
| 150 | | 20 | 6/0/1999 | Email from Nikitin to Jennifer Levitz @ WSJ | WP 0018192; GN- 34 | |
| 151 | 238 | | | Financial Statement of BGO | WP0004152-4192 | |
| 152 | 241 | | | Trend Settlement Agreement | K 0099-114; 30b6-4 | |
| 153 | 242 | | | Power of Attorney, KT, Inc. | WP0002601 | |
| 154 | 243 | | | CVF Settlement Confirmations | WP0008887 | |
| 155 | | 214 | | Schedule for Weiss for the week of May 8- May 14, 2004 | WP0001791-5 | |
| 156 | | 229 | | Draft Share Purchase Agreement | KC10020 | |
| 157 | | 232 | | Draft Share Purchase Agreement | KC10522 | |
| 158 | | 235 | | Draft Share Purchase Agreement | KC10588 | |
| 159 | | 236 | | Draft Amendment to the Escrow Agreement | KC10674 | |
| 160 | | 237 | | Draft Call Agreement | KC11095 | |
| 161 | | 238 | | Draft Agreement on the Transfer of Trademarks | KC10648 | |
| 162 | | 242 | | Draft Share Purchase Agreement | KC10705 | |
| 163 | | 243 | | Draft Share Purchase Agreement | KC10654 | |
| 164 | | 247 | | Draft Call Agreement | KC11217 | |
| 165 | | 249 | | Draft Call Agreement | KC11242 | |
| 166 | | 251 | | Draft Contract on lease on Non-Residential Premises | KC10634 | |
| 167 | | 253 | | Amendment No 1 to SPA | KC11958 | |
| 168 | | 269 | | Escrow Agreement | | |
| 169 | | 278 | | Draft Escrow Agreement | | |
| 170 | | | 2/5/2004 | Email from Kemp to Harazin | K1462 | |
| 171 | | 127 | 9/19/2003 | Email from Hoffmann to Weiss | W0001026 | |
| 172 | | 133 | 12/19/2005 | Gilroy shareholder certificates | | |
| 173 | MP | 170 | 2/18/2000 | Voting Card with Official Translation | | |
| 174 | MO | | 2/18/2000 | Letter from Toman to Kotva with Official Translation | | |
| 175 | IR | 139 | 2003/07/18 | Email from Prestage to Harazim | K628, K629,K630 | |
| 176 | IE | 89 | 2004/12/00 | Draft lawsuit against Woolf. Damages calculation | K6248-K6256 | |
| 177 | FS_289 | | | J&T Bank/UBS Account Statements to the extent necessary | W 0010600-1; AW-17 | |
| 178 | N_31 | | 11/20/2003 | Email from Hoffmann to Weiss | | |
| 179 | E_10 | | 6/17/2002 | Minutes of the Board of Directors Meeting of BGO | WP0009089-91 | |

## AGREED UPON EXHIBITS INDENTIFIED PURSUANT TO PRETRIAL ORDER

| AGREED UPON TRIAL EXHIBIT NUMBER | Plaintiffs' Ex. No. | Defendants' Ex. No. | Date | Description | Bates #/Exhibit # | Note |
|---|---|---|---|---|---|---|
| 180 | Y, 53 | | 5/20/2004 | Email from Weiss to Milgram | W0010789-90 | |
| 181 | AB, 56 | | 5/27/2004 | Email from Weiss to Hoffmann | WP000409-10 | |
| 182 | BO, 155 | | 11/25/2004 | Email Weiss to Hoffmann | WP0000702-3 | |
| 183 | HG | 54 | 2002/02/27 | U.K. arbitrator issues award | WP0012241-WP0012285 | |
| 184 | T, 42 | | 1/20/2004 | Email Hoffmann to James Woolf & Weiss | W0001129-30 | |
| 185 | CI, 185 | | 11-May-04 | Joint Investment Instruction | M003-4 | |
| 186 | LW | 266 | | email from F. Walker to H. Prestage | | |
| 187 | | | 10/27/2007 | UBS Statement | K8801-8811 | |