UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC, <br><br> Defendant. | CIVIL ACTION <br> NO. 05-10679-WGY |

JURY VERDICT

We find for:

___✓___ Andrew Weiss and Weiss Asset Management

_____ Kotva a.s. and assess damages of

_____

_Michael Azulay_
Foreman

Date: Nov. 5, 2007