UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s.<br><br>**Plaintiff**<br><br>v.<br><br>**ANDREW WEISS**<br>**WEISS ASSET MANAGEMENT, LLC**<br>**Defendant** | Civil Action<br>No:05-10679-WGY |

JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT ANDREW WEISS AND WEISS ASSET MANAGEMENT, LLC .**

                                                                       **Sarah A. Thornton**
                                                                       **Clerk**

**So Approved**

**/s/ William G. Young**                                                      **/s/ Elizabeth Smith**

                                                                                 **Deputy Clerk**

**November 6, 2007**

**To: All Counsel**