UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOTVA a.s. and SPV Co., ) | |
| ) | |
| Plaintiffs, ) | Case No. 05-10679-WGY |
| ) | |
| v. ) | |
| ) | |
| ANDREW WEISS and WEISS ASSET ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendants and ) | |
| Counterclaimants, ) | |
| ) | |
| v. ) | |
| ) | |
| KOTVA a.s., SPV Co., and RICHARD HARAZIM ) | |
| ) | |
| Counterclaim-Defendants ) | |

## PLAINTIFFS' MOTION FOR NEW TRIAL

Plaintiffs Kotva a.s. and SPV Co. (collectively, "Kotva") move for a new trial pursuant to Fed. R. Civ. P. 59. The reasons for this motion, which will be fully set forth in a supporting memorandum of law, include: (1) the Court improperly instructed the jury that plaintiffs were required to prove that Weiss' **primary** purpose in filing the lawsuits was to gum up the deal with Markland. Plaintiffs, however, were only required to prove that "gumming up" the deal was **one** purpose of the lawsuits; (2) the Court allowed defendants to assert an advice of counsel defense without waiving the attorney-client privilege or giving an adverse inference instruction; and (3) the Court prohibited plaintiffs from referring to documents and arguing facts already in evidence concerning the criminal charges against Weiss.

Plaintiffs are simultaneously filing a motion for an extension up to and including December 31, 2007 to file to file the memorandum supporting this motion.  <u>See</u> Motion to Extend Time to File Motion for New Trial.  As explained in that motion, an extension is warranted because: (1) the parties are close to finalizing a global settlement and plaintiffs do not want to disrupt that process; and (2) the trial transcripts are not yet available.  Plaintiffs, nevertheless, are filing this motion now to ensure that it is deemed timely pursuant to Rules 6(b) and 59(b).

WHEREFORE, for the reasons that will be set forth in plaintiffs' supporting memorandum of law, plaintiffs respectfully request that the Court grant them a new trial.

Respectfully submitted,

KOTVA, A.S. and SPV CO.,

By their attorneys,

/s/ Dana A. Zakarian
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Dana A. Zakarian BBO# 641058
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
Dated: November 21, 2007         (617) 778-9110 (fax)

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Undersigned counsel tried to reach counsel for the defendants/counterclaim plaintiffs, Edward Dangel, during the afternoon of November 20, 2007, but was unable to reach him. Plaintiffs have, however, had prior discussions with Mr. Dangel wherein he indicated that he would not agree to a new trial.

/s/ Dana Zakarian

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 21st day of November, 2007.

/s/ Dana Zakarian