UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s. and SPV Co., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANDREW WEISS and WEISS ASSET )<br>MANAGEMENT, LLC )<br>)<br>Defendants and )<br>Counterclaimants, )<br>)<br>v. )<br>)<br>KOTVA a.s., SPV Co., and RICHARD HARAZIM )<br>)<br>Counterclaim-Defendants )<br>)<br>) | Case No. 05-10679-WGY |

**MOTION TO EXTEND TIME TO FILE
MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL**

Judgment in this case entered on November 6, 2007. Pursuant to Rules 6(a) and 59, motions for new trial must be filed with the Court on or before November 21, 2007. It is unclear whether under Rule 6(b) the Court may extend the time to file a motion for new trial pursuant to Rule 59. Accordingly, plaintiffs are simultaneously filing a Motion for a New Trial. Plaintiffs, however, respectfully request an extension to file a memorandum of law in support of their motion up to and including December 31, 2007. There are two principal reasons for this extension. First, the parties are close to finalizing a global settlement and plaintiffs do not want to disrupt that process. Second, the trial transcripts, which are critical to plaintiffs' motion, are not yet ready.

WHEREFORE, plaintiffs respectfully request an extension until December 31, 2007 to file the memorandum of law in support of their motion. Of course, the time for defendants to file their opposition to this motion should not begin to run until <u>after</u> plaintiffs have filed their supporting memorandum of law.

Respectfully submitted,

KOTVA, A.S. and SPV CO.,

By their attorneys,

/s/ Dana A. Zakarian
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Dana A. Zakarian BBO# 641058
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
Dated: November 21, 2007    (617) 778-9110 (fax)

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel and counsel for the defendants/counterclaim plaintiffs, Edward Dangel, conferred by telephone on November 20, 2007. During that call Mr. Dangel agreed to an extension to December 31, 2007, for plaintiffs to file a motion for new trial and/or appeal. Following the call, however, plaintiffs counsel realized that Rule 6 is unclear as to whether the Court may enlarge the time to file a motion for new trial. Plaintiffs counsel called Mr. Dangel to discuss this issue but were unable to reach him.

/s/ Dana Zakarian

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 21st day of November, 2007.

/s/ Dana Zakarian