UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KOTVA a.s. and SPV Co., <br><br> Plaintiffs <br><br> v. <br><br> ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC <br><br> Defendants and Counterclaimants, <br><br> v. <br><br> KOTVA a.s., SPV Co., and RICHARD HARAZIM <br><br> Counterclaim-Defendants | Case No. 05-10679-WGY |

**JOINT MOTION TO EXTEND TIME TO MOVE TO AMEND THE JUDGMENT TO INCLUDE "GLOBAL" SETTLEMENT TERMS**

The parties in the above-entitled case hereby move this Honorable Court to permit the parties until January 31, 2007, to amend the judgment to include terms of a "global" settlement. In support of this motion, the parties state, as follows:

After the jury verdict and entry of judgment in this case, the parties started to discuss a settlement by which appellate rights would be waived, Czech civil litigation would be dismissed, the parties would agree to request jointly that the Czech Municipal Prosecutor dismiss any proceeding against Andrew Weiss, and certain cash considerations would be paid for the

1

purchase of CVF's stock in Kotva and Trend. The parties have reached a verbal understanding on these matters; however, it needs to be put into writing in detailed agreements. The parties wish the terms of their agreements to be memorialized in a judgment entered in the United States and to take effect in several countries. Therefore, the parties requested that the Court permit them until December 14, 2007, to file an agreed-to form of judgment with this Court, assuming the parties are successful in drafting agreements satisfactory to all concerned. (Docket No. 306) The Court granted the parties Joint Motion on November 19, 2007.

The parties have been working diligently to finalize their global settlement. There are several agreements and documents needed that will require the parties to perform certain steps in order to complete the settlement. The parties expect that the agreements will be finalized in late December, but the steps needed to complete the settlement will necessarily occur in January. Therefore, the case will not be ready for an amended judgment until the end of January 2008.

WHEREFORE, the parties jointly move to extend the date for filing any motion to amend this Court's judgment to reflect their "global" settlement until January 31, 2008.

Respectfully submitted,

| | |
|---|---|
| Kotva a.s., SPV Co., and Richard Harazim | Andrew Weiss and Weiss Asset Management, LLC |
| By their counsel, | By their counsel, |
| ___/s/Dana A. Zakarian_____<br>Dana A. Zakarian (BBO# 63652)<br>Nystrom Beckman & Paris LLP<br>10 St. James Ave., 16th Floor<br>Boston, MA 02116<br>(617) 778-9100 | ___/s/Edward T. Dangel, III___<br>Edward T. Dangel, III (BBO#113580)<br>Dangel & Mattchen, LLP<br>Ten Derne Street<br>Boston, MA 02114<br>617-557-4800 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 16, 2007.

                                                                   /s/ Dana A. Zakarian  
                                                           Dana Zakarian