UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
KOTVA a.s. and SPV Co.,                   )
                                          )
                Plaintiffs,               )        Case No. 05-10679-WGY
                                          )
         v.                               )
                                          )
ANDREW WEISS and WEISS ASSET              )
MANAGEMENT, LLC                           )
                                          )
                Defendants and            )
                Counterclaimants,         )
                                          )
         v.                               )
                                          )
KOTVA a.s., SPV Co., and RICHARD HARAZIM  )
                                          )
                Counterclaim-Defendants   )
                                          )
                                          )
_____)

### ASSENTED TO MOTION TO EXTEND TIME TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL

Judgment in this case entered on November 6, 2007.  On November 21, 2007, plaintiffs

filed a Motion for a New Trial and a motion for leave to have until December 31, 2007 to file a

supporting memorandum.  (Docket Nos. 307 and 308)  As explained in those motions, plaintiffs

sought to have until December 31, 2007 to file their memorandum in support of motion for new

trial for two principal reasons.  First, the parties are close to finalizing a global settlement and

plaintiffs do not want to disrupt that process with a pending motion.  Second, the trial transcripts,

which are critical to plaintiffs' motion, are not yet ready.  The Court granted plaintiffs' motion

on November 26, 2007.

Although the parties have been working diligently towards a global settlement, the process will likely not be completed until January 2008.  Accordingly, for the reasons stated in plaintiffs' initial motion, plaintiffs' respectfully request an additional thirty days to file their memorandum in support of their motion for new trial.

WHEREFORE, plaintiffs respectfully request an extension until January 31, 2008 to file their memorandum of law in support of their motion.  Of course, the time for defendants to file their opposition to this motion should not begin to run until <u>after</u> plaintiffs have filed their supporting memorandum of law.  Defendants have assented to this motion.

Respectfully submitted,

KOTVA, A.S. and SPV CO.,

By their attorneys,

/s/ Dana A. Zakarian
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Dana A. Zakarian BBO# 641058
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: December 14, 2007

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel and counsel for the defendants/counterclaim plaintiffs, Edward Dangel, conferred by telephone on December 14, 2007, and he assented to this motion.

/s/ Dana Zakarian

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 14th day of December, 2007.

/s/ Dana Zakarian