UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KOTVA a.s. and SPV Co., | ) ) ) | |
| Plaintiffs | ) ) | Case No. 05-10679-WGY |
| v. | ) ) ) | |
| ANDREW WEISS and WEISS ASSET MANAGEMENT, LLC | ) ) ) ) | |
| Defendants and Counterclaimants, | ) ) ) ) | |
| v. | ) ) ) | |
| KOTVA a.s., SPV Co., and RICHARD HARAZIM | ) ) ) | |
| Counterclaim-Defendants | ) ) ) | |

**JOINT MOTION TO EXTEND TIME TO MOVE TO AMEND THE JUDGMENT TO INCLUDE "GLOBAL" SETTLEMENT TERMS AND TO FILE MEMORANDUM IN SUPPORT OF KOTVA'S MOTION FOR NEW TRIAL**

The Parties in the above-entitled case jointly move this Honorable Court to permit them until April 30, 2008, to amend the judgment to include terms of a "global" settlement and/or for Kotva to file a memorandum in support of its motion for new trial. In support of this motion, the parties state, as follows:

(1) The Parties have reached a global settlement of all disputes between them;

(2) The Parties have taken all actions within their power necessary to complete their global settlement. Specifically, the Parties have signed and escrowed the necessary documents,

funded the settlement, filed motions to withdraw the Czech civil lawsuits, and agreed on a form Agreement for Judgment to be filed with this Court once the Czech civil lawsuits are finally dismissed;

(3) The Parties must, however, wait for the Czech Courts to finalize the dismissal of the Czech civil lawsuits. Once that happens, the Parties will file an Agreement for Judgment in this action. At this time, all but one of the Czech civil lawsuits have been dismissed, and dismissal of the final remaining suit is in progress;

(4) In an abundance of caution, the Parties seek to preserve all of their rights until the final events necessary to complete their settlement have occurred;

(5) Accordingly, the Parties respectfully request an extension of the current deadlines for filing a motion to amend the judgment to include global settlement terms and/or Kotva's memorandum in support of its motion for new trial.

WHEREFORE, the Parties jointly move for an extension up to an including April 30, 2008, for the Parties to file any motion to amend this Court's judgment to reflect their "global" settlement and for Kotva to file a memorandum in support of its motion for new trial.

Respectfully submitted,

| | |
|---|---|
| Kotva a.s., SPV Co., and Richard Harazim | Andrew Weiss and Weiss Asset Management, LLC |
| By their counsel, | By their counsel, |
| ___/s/Dana A. Zakarian_____<br>Dana A. Zakarian (BBO# 63652)<br>Nystrom Beckman & Paris LLP<br>10 St. James Ave., 16th Floor<br>Boston, MA 02116<br>(617) 778-9100 | ___/s/Edward T. Dangel, III___<br>Edward T. Dangel, III (BBO#113580)<br>Dangel & Mattchen, LLP<br>Ten Derne Street<br>Boston, MA 02114<br>617-557-4800 |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2008.

                                       __/s/ Dana A. Zakarian_____