**OBVODNÍ SOUD PRO PRAHU 5**
**nám. Kinských 5, Praha 5**
tel: 257 005 111, fax: 257 321 527

V Praze dne 25.3.2008

sp. zn.: 45 Cd 250/2007
Při odpovědi vždy uveďte výše uvedenou sp.
zn., jinak nelze založit, děkujeme.

## Unitedstates District Court District Of Massachusetts

Ve věci výslechu policistů, resp. státních zástupců, dozorující státní zástupkyně nebyla zproštěna povinnosti zachovávat mlčenlivost. Povinnosti zachovat mlčenlivost byl zbaven pouze jeden veřejný komisař, a to v rozsahu nezbytně nutném. Sdělte proto, zda civilní řízení, pro něž měl být výslech proveden, dosud běží a tedy zda na dožádání právní pomoci trváte. Pokud jde o listinné materiály, odkazuji na vyjádření Městského státního zastupitelství v Praze sp.zn. 1 KZV 38/2005 – 887 ze dne 12.3.2008.

Příloha: - vyjádření

JUDr. Petr Moucha
předseda senátu

Za správnost vyhotovení:
*Hana Kočová*

Obvod...
nám. Kin...
PSČ ...
(106)

Úřední hodiny:



# Městské státní zastupitelství v Praze

nám. 14. října 9, Praha 5, 150 00; tel.: +420 257 111 611, fax : +420 257 111 682

1 KZV 38/2005 - 897                                   V Praze dne 12.3.2008



**Obvodní soud pro Prahu 5,**
**nám. Kinských 5,**
**Praha 5,**
K 45 Cd 250/2007

Věc: obviněný ing. Hoffmann a spol.- trestní řízení
Příl.: rozhodnutí ministra vnitra + stanovisko NSZ ČR

Ve shora uvedené věci k vaší žádosti o žádost o právní pomoc ze zahraničí zasílám stanovisko Nejvyššího státního zastupitelství ČR o tom, že dozorová státní zástupkyně nebyla zbavena mlčenlivosti pro požadovaný její výslech a dále rozhodnutí ministra vnitra o tom, že policejní komisař byl zbaven mlčenlivosti.

Současně se omlouvám za opožděné zaslání požadovaných materiálů, nicméně jsem se domnívala, že uvedení nadřízení- NSZ ČR a ministr vnitra zašlou svá rozhodnutí přímo Vašemu soudu a MSZ v Praze pouze na vědomí.

Pokud jde o požadované listinné materiály, tak zde je třeba konstatovat, že důkazy z trestních spisů slouží pouze danému trestnímu řízení, u záznamů o odposlechu je toto výslovně uvedeno v ust. § 88/4 tr. řádu a nelze je tedy použít v civilním řízení. Z tohoto důvodů nelze poskytnout důkazy ani pro soud v USA.

Pokud jde o zákonnost provedených odposlechů, tak v této trestní věci byly odposlechy prováděny v souladu s ust. § 88/1 tr. řádu- příkaz vydával Obvodní soud pro Prahu 1. Dále bylo postupováno dle § 88/3- účastníci odposlouchávané stanice s odposlechem souhlasili. V případě, že bude přistoupeno k provedení výslechu policejního komisaře, tento předloží Vašemu soudu příslušná rozhodnutí OS pro Prahu 1.

Vzhledem k tomu, že proběhla informace o tom, že civilní spor v USA mezi poškozenými a obviněným Weissem byl již ukončen, doporučuji např. faxem učinit dotaz na americkou stranu, zda na dožádání právní pomoci vůbec trvá.

Děkuji

MĚSTSKÉ STÁTNÍ ZASTUPITELSTVÍ
V PRAZE
150 00 Praha 5, nám. 14. října 3

**JUDr. Dagmar Máchová**
státní zástupkyně
Městského státního zastupitelství
v Praze